Jennifer Schermerhorn (SBN 225070)
jennifer@sfcos.com
Laura Estrada (SBN 349896)
lestrada@sfcos.com
101 E. Main St.
Heber, CA 92249

Attorneys for DEFENDANTS
FRESH HARVEST, INC., FARM LABOR ASSOCIATION
GROWERS., INC. and SMD LOGISTICS, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ANTONIO RUBIO-LEON, ANGEL DE JESUS ROCHA-RIVERA, DIEGO MARTINEZ-JIMENEZ, GERARDO LEDESMA-DELGADO and others similarly situated,<br><br>    Plaintiffs,<br><br> vs.<br><br>FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., AND SMD LOGISTICS, INC.<br><br>   Defendants. | **Case No.:** 5:24-cv-03375-PCP<br>Assigned to:  Judge P. Casey Pitts<br><br>**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANTS FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., AND SMD LOGISTICS, INC.**<br><br>Complaint Served: July 30, 2024<br>Response Date: August 21, 2024 |

TO THE CLERK OF THE COURT, ALL INTERESTED PARTIES AND THEIR
ATTORNEYS OF RECORD:

 Defendants FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR
GROWERS, INC., and SMD LOGISTICS, INC. (collectively "Defendants"), hereby respond to
Plaintiffs' Complaint as follows:

1.     The answering Defendant SMD Logistics, Inc. denies that plaintiffs were employed by this answering Defendant, and, therefore, denies generally and specifically the allegations in Paragraph 1 of the Complaint.  The answering Defendants Fresh Harvest, Inc., and Farm Labor Association for Growers, Inc. lack sufficient information to admit or deny the allegations as to Paragraph 1, and therefore, deny generally and specifically the allegations in Paragraph 1.

2.     These answering Defendants deny generally and specifically the allegations in Paragraph 2 of the Complaint.

3.     The answering Defendant SMD Logistics, Inc., denies that plaintiffs were employed by this answering Defendant, and therefore, denies generally and specifically the allegations contained in Paragraph 1 of the complaint.  The answering Defendants Fresh Harvest, Inc., and Farm Labor Association for Growers, Inc. lack sufficient information to admit or deny as to Paragraph 3, and therefore, deny generally and specifically the allegations contained in Paragraph 3.

4.     These answering Defendants deny generally and specifically the allegations in paragraph 4 of the Complaint.

## JURISDICTION AND VENUE

5.     These answering Defendants admit that this Court has jurisdiction over federal questions under 28 U.S.C. § 1331 and 29 U.S.C. §§ 1337, and lack sufficient information to admit or deny as to rest of the allegations in Paragraph 5 and, on those grounds, deny generally and specifically each, namely that jurisdiction is of this action is pursuant to 28 U.S.C. § 1367.

6.     These answering Defendants lack sufficient information to admit or deny as to Paragraph 6 and, on those grounds, deny generally and specifically each and all allegations in Paragraph 6 of the Complaint.

7.     These answering Defendants admit that venue is proper in the Northern District of California, San Jose Court.

//

**PARTIES**

8.     The answering Defendant SMD Logistics, Inc., denies that plaintiff was employed by this answering Defendant, and therefore, denies generally and specifically the allegations contained in Paragraph 8 of the complaint.  The answering Defendants Fresh Harvest, Inc. and Farm Labor Association for Growers, Inc. lack sufficient information to admit or deny as paragraph 8, and on those grounds, deny generally and specifically each and all allegations in paragraph 8.

9.     The answering Defendant SMD Logistics, Inc., denies that plaintiff was employed by this answering Defendant, and therefore, denies generally and specifically the allegations contained in Paragraph 9 of the complaint.  The answering Defendants Fresh Harvest, Inc. and Farm Labor Association for Growers, Inc. lack sufficient information to admit or deny as to paragraph 9, and on those grounds, deny generally and specifically each and all allegations in paragraph 9.

10.     The answering Defendant SMD Logistics, Inc., denies that plaintiff was employed by this answering Defendant, and therefore, denies generally and specifically the allegations contained in Paragraph 10 of the complaint.  The answering Defendants Fresh Harvest, Inc. and Farm Labor Association for Growers, Inc. lack sufficient information to admit or deny as to paragraph 10, and on those grounds, deny generally and specifically each and all allegations in paragraph 10.

11.     The answering Defendant SMD Logistics, Inc., denies that plaintiff was employed by this answering Defendant, and therefore, denies generally and specifically the allegations contained in Paragraph 11 of the complaint.  The answering Defendants Fresh Harvest, Inc. and Farm Labor Association for Growers, Inc. lack sufficient information to admit or deny or belief as to paragraph 11, and on those grounds, deny generally and specifically each and all allegations in paragraph 11.

12.     The answering Defendants lack sufficient information to admit or deny as to paragraph 12, and on those grounds, deny generally and specifically each and all allegations in paragraph 12.

13.     The answering Defendant SMD Logistics, Inc., denies that plaintiffs were employed by this answering Defendant, and therefore, denies generally and specifically the allegations contained in Paragraph 13 of the complaint.  The answering Defendants Fresh Harvest, Inc. and Farm Labor Association for Growers, Inc. lack sufficient information or belief to admit or deny as to paragraph 13, and on those grounds, deny generally and specifically each and all allegations in paragraph 13.

14.     These answering Defendants deny generally and specifically the allegations in paragraph 14 of the Complaint.

15.     This answering Defendant Fresh Harvest, Inc. admits that it is a farm labor contractor licensed by the state of California with License #FLC 000187467 and is licensed by the U.S Department of Labor with License # C-09-772971-J-20-R.

16.     This answering Defendant Fresh Harvest, Inc. admits the allegations contained in Paragraph 16 of the Complaint.

17.     This answering Defendant Fresh Harvest, Inc. admits that its California address is 101 E. Main St., Heber, California, with its principal place of business located in Somerton, Arizona.

18.     This answering Defendant Fresh Harvest, Inc. denies that it may be served with process through Rob Roy of the Ventura County Agricultural Association.

19.     This answering Defendant Fresh Harvest, Inc. lacks sufficient information to admit or deny as to paragraph 19, and on those grounds, denies generally and specifically each and all allegations in paragraph 19.

20.     This answering Defendant Farm Labor Association for Growers, Inc. admits the allegations contained in paragraph 20.

21.     This answering Defendant Farm Labor Association for Growers, Inc. admits that it has a principal place of business at 101 E. Main St., Heber, California.

22.     This answering Defendant Fresh Harvest, Inc. denies generally and specifically each and all allegations in paragraph 22.

23.     This answering Defendant Farm Labor Association for Growers, Inc. denies generally and specifically each and all allegations in paragraph 23.

24.     This answering Defendant Farm Labor Association for Growers, Inc. lacks sufficient information or belief as to paragraph 24, and on those grounds, denies generally and specifically each and all allegations in paragraph 24.

25.     This answering Defendant SMD Logistics, Inc., admits the allegations contained in paragraph 25 of the complaint.

26.     The answering Defendant SMD Logistics, Inc., admits that SMD Logistics, Inc's California office is located at 101 Main St., Heber, California, and its chief Executive Officer is David Scaroni.

27.     These answering Defendants deny generally and specifically the allegations contained in paragraph 27 of the Complaint.

28.     This answering Defendant SMD Logistics, Inc. admits that it operates seasonally out of 26710 Encinal Road, Salinas, California, and denies generally and specifically the remaining allegations contained in Paragraph 28 of the Complaint.

29.     These answering Defendants deny generally and specifically the allegations contained in Paragraph 29 of the Complaint.

30.     These answering Defendants lack sufficient information to admit or deny Paragraph 30 and, on those grounds deny generally and specifically each and every allegation in Paragraph 30 of the Complaint.

31.     These answering Defendants lack sufficient information to admit or deny Paragraph 31 and, on those grounds, deny generally and specifically each and every allegation in Paragraph 31 of the Complaint.

32.     These answering Defendants deny generally and specifically the allegations contained in Paragraph 32 of the Complaint.

33.     These answering Defendants deny generally and specifically the allegations contained in Paragraph 33 of the Complaint.

34.     The answering Defendant SMD Logistics, Inc., denies that plaintiff was employed by this answering Defendant, and therefore, denies generally and specifically the allegations contained in Paragraph 13 of the complaint.  The answering Defendant Fresh Harvest, Inc. lacks sufficient information to admit or deny paragraph 34, and on those grounds, deny generally and specifically each and all allegations in paragraph 34.

35.     The answering Defendant SMD Logistics, Inc., denies that plaintiff was employed by this answering Defendant, and therefore, denies generally and specifically the allegations contained in Paragraph 35 of the complaint.  The answering Defendants Fresh Harvest, Inc. lacks sufficient information to admit or deny as to paragraph 35, and on those grounds, deny generally and specifically each and all allegations in paragraph 35.

36.     The answering Defendant SMD Logistics, Inc., denies that plaintiff was employed by this answering Defendant, and therefore, denies generally and specifically the allegations contained in Paragraph 36 of the complaint.  The answering Defendants Fresh Harvest, Inc. and Farm Labor Association for Growers, Inc. lack sufficient information to admit or deny as to paragraph 36, and on those grounds, deny generally and specifically each and all allegations in paragraph 36.

37.     These answering Defendants lack sufficient information to admit or deny as to paragraph 37, and on those grounds, these answering defendants deny generally and specifically each and all allegations in paragraph 37 of the Complaint.

38.     These answering Defendants lack sufficient information to admit or deny as to paragraph 38, and on those grounds, these answering defendants deny generally and specifically each and all allegations in paragraph 38 of the Complaint.

39.     These answering Defendants deny generally and specifically the allegations contained in Paragraph 39.

## **DEFENDANTS PARTICIPATION IN THE H-2A VISA PROGRAM**

40.     These answering Defendants assert that the provisions of 8 U.S.C. §§ 1188, 1188(a)(1). And 1101(a)(15)(H)(ii)(a), and the provisions of 20 C.F.R. §§ 655.0-655.185 speak for themselves and that no admissions or denials are required by Defendants.

41.     These answering Defendants assert that the provisions of 20 C.F.R. §§ 655.130, 655.122, and 655.121(a)(2) speak for themselves and that no admissions or denials are required by Defendants.

42.     These answering Defendants lack sufficient information to admit or deny Paragraph 42 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

43.     These answering Defendants lack sufficient information to admit or deny as to the subject matter contained in Paragraph 43 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

44.     These answering Defendants assert that the provisions of 20 C.F.R. §655.122(a) speak for themselves and that no admissions or denials are required by Defendants.

45.     These answering Defendants lack sufficient information to admit or deny as to the subject matter contained in Paragraph 45 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

46.     These answering Defendants lack sufficient information to admit or deny as to the subject matter contained in Paragraph 46 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

47.     These answering Defendants lack sufficient information to admit or deny as to the subject matter contained in Paragraph 47 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

48.     These answering Defendants lack sufficient information to admit or deny as to the subject matter contained in Paragraph 48 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

49.     These answering Defendants lack sufficient information to admit or deny as to the subject matter contained in Paragraph 49 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

50.     These answering Defendants lack sufficient information to admit or deny as to the subject matter contained in Paragraph 50 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

51.     These answering Defendants lack sufficient information to admit or deny as to the subject matter contained in Paragraph 51 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

52.     These answering Defendants deny generally and specifically each and every allegation contained in Paragraph 52.

53.     These answering Defendants assert that the provisions of 20 C.F.R. §655.10(b)(2) speak for themselves and that no admissions or denials are required by Defendants.

54.     These answering Defendants lack sufficient information to admit or deny as to the subject matter contained in Paragraph 54 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

55.     These answering Defendants lack sufficient information to admit or deny as to the subject matter contained in Paragraph 55 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

56.     These answering Defendants lack sufficient information to admit or deny as to the subject matter contained in Paragraph 56 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

57.     These answering Defendants deny generally and specifically each and every allegation contained in Paragraph 57 of the Complaint.

58.     These answering Defendants deny generally and specifically each and every allegation contained in Paragraph 58 of the Complaint.

59.     These answering Defendants lack sufficient information to admit or deny as to the subject matter contained in Paragraph 59 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

60.     These answering Defendants deny generally and specifically each and every allegation contained in Paragraph 60 of the Complaint.

61.     These answering Defendants lack sufficient information to admit or deny as to the subject matter contained in Paragraph 61 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

62.     The answering Defendants lack sufficient information to admit or deny as to the subject matter contained in Paragraph 62 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

### ALLEGATIONS OF CLASS REPRESENTATIVE

63.     The answering Defendants lack sufficient information to admit or deny as to the subject matter contained in Paragraph 63 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

64.     The answering Defendants lack sufficient information to admit or deny as to the subject matter contained in Paragraph 64 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

65.     The answering Defendants lack sufficient information to admit or deny as to the subject matter contained in Paragraph 65 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

66.     The answering Defendants deny generally and specifically each and every allegation contained in Paragraph 66 of the Complaint.

67.     The answering Defendants lack sufficient information to admit or deny as to the subject matter contained in Paragraph 67 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

68.     The answering Defendants lack deny generally and specifically each and every allegation contained therein.

69.     The answering defendants deny generally and specifically each and every allegation contained in Paragraph 69 of the Complaint.

70.     The answering Defendants lack sufficient information to admit or deny as to the subject matter contained in Paragraph 70 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

71.     The answering Defendants lack sufficient information to admit or deny as to the subject matter contained in Paragraph 71 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

72.     These answering Defendants deny generally and specifically each and every allegation contained in Paragraph 72 of the Complaint.

73.     These answering Defendants lack sufficient information to admit or deny as to the subject matter contained in Paragraph 73 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

74.     These answering Defendants lack sufficient information to admit or deny as to the subject matter contained in Paragraph 74 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

75.     These answering Defendants lack sufficient information to admit or deny as to the subject matter contained in Paragraph 75 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

76.     These answering Defendants lack sufficient information to admit or deny as to the subject matter contained in Paragraph 76 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

77. These answering Defendants lack sufficient information to admit or deny as to the subject matter contained in Paragraph 77 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

78. These answering Defendants lack sufficient information to admit or deny as to the subject matter contained in Paragraph 78 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

79. These answering Defendants lack sufficient information to admit or deny as to the subject matter contained in Paragraph 79 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

80. These answering Defendants lack sufficient information to admit or deny as to the subject matter contained in Paragraph 80 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

81. These answering Defendants lack sufficient information to admit or deny as to the subject matter contained in Paragraph 81 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

82. These answering Defendants lack sufficient information to admit or deny as to the subject matter contained in Paragraph 82 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

83. These answering Defendants lack sufficient information to admit or deny as to the subject matter contained in Paragraph 83 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

84. These answering Defendants lack sufficient information to admit or deny as to the subject matter contained in Paragraph 84 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

85. These answering Defendants deny generally and specifically each and every allegation contained in Paragraph 85 of the Complaint.

86.     These answering Defendants deny generally and specifically each and every allegation contained in Paragraph 86 of the Complaint.

87.     These answering Defendants deny generally and specifically each and every allegation contained in Paragraph 87 of the Complaint.

88.     These answering Defendants lack sufficient information to admit or deny as to the subject matter contained in Paragraph 88 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

89.     These answering Defendants lack sufficient information to admit or deny as to the subject matter contained in Paragraph 89 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

90.     These answering Defendants lack sufficient information to admit or deny as to the subject matter contained in Paragraph 90 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

91.     These answering Defendants lack sufficient information to admit or deny as to the subject matter contained in Paragraph 91 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

92.     These answering Defendants deny generally and specifically each and every allegation contained in Paragraph 92 of the Complaint.

93.     These answering defendants deny generally and specifically each and every allegation contained in Paragraph 93 of the Complaint.

94.     These answering defendants deny generally and specifically each and every allegation contained in Paragraph 94 of the Complaint.

95.     These answering defendants deny generally and specifically each and every allegation contained in Paragraph 95 of the Complaint.

96.     These answering defendants deny generally and specifically each and every allegation contained in Paragraph 96 of the Complaint.

97.     These answering defendants deny generally and specifically each and every allegation contained in Paragraph 97 of the Complaint.

98.     These answering defendants deny generally and specifically each and every allegation contained in Paragraph 98 of the Complaint.

99.     These answering Defendants deny generally and specifically each and every allegation contained in Paragraph 99 of the Complaint.

100.    These answering defendants deny generally and specifically each and every allegation contained in Paragraph 100 of the Complaint.

101.    These answering Defendants deny generally and specifically each and every allegation contained therein.

## CLASS ACTION ALLEGATIONS

102.    These answering Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations or the property of the proposed class and therefore generally and specifically deny the allegations in Paragraph 102 of the Complaint.

103.    These answering Defendants deny generally and specifically each and every allegation contained in Paragraph 103 of the Complaint.

104.    These answering Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations or the propriety of the proposed class and therefore generally and specifically deny the allegations in Paragraph 104 of the Complaint.

105.    These answering Defendants deny generally and specifically each allegation in Paragraph 105 of the Complaint.

106.    These answering Defendants deny generally and specifically each allegation in Paragraph 106 of the Complaint.

107.    These answering Defendants deny generally and specifically each and every allegation contained in Paragraph 107 of the Complaint.

108.    These answering Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations or the propriety of the proposed class or the adequacy of

Counsel for Plaintiff to be Counsel for the Class and therefore generally and specifically deny the allegations in Paragraph 108 of the Complaint.

109.    These answering Defendants deny generally and specifically each and every allegation contained in Paragraph 109 of the Complaint.

110.    These answering Defendants deny generally and specifically each and every allegation contained in Paragraph 110.

**CLAIMS FOR RELIEF**

**FIRST CLAIM FOR RELIEF-FAIR LABOR STANDARDS ACT**

**Violation of the Fair Labor Standards ("FLSA") Minimum Wage**

**(29 U.S.C. §§ 206 *et seq.*)**

111.    These answering Defendants reincorporate their admissions, allegations, and denials to the Complaint as though those admissions, allegations, and denials were set forth in full at this point.

112.    These answering Defendants lack sufficient information to admit or deny as to the subject matter contained in Paragraph 112 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

113.    These answering Defendants lack sufficient information to admit or deny as to the subject matter contained in Paragraph 113 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

114.    These answering Defendants lack sufficient information to admit or deny as to the subject matter contained in Paragraph 114 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

115.    These answering Defendants lack sufficient information to admit or deny as to the subject matter contained in Paragraph 115 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

116.    These answering Defendants lack sufficient information to admit or deny as to the subject matter contained in Paragraph 116 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

117.    These answering Defendants lack sufficient information to admit or deny as to the subject matter contained in Paragraph 117 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

118.    These answering Defendants lack sufficient information to admit or deny as to the subject matter contained in Paragraph 118 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

119.    These answering Defendants deny generally and specifically each allegation in Paragraph 119 of the Complaint.

120.    These answering Defendants deny generally and specifically each allegation in Paragraph 120 of the Complaint.

121.    These answering Defendants deny generally and specifically each allegation in Paragraph 121 of the Complaint.

122.    These answering Defendants deny generally and specifically each allegation in Paragraph 122 of the Complaint.

123.    These answering Defendants lack sufficient information to admit or deny as to the subject matter contained in Paragraph 123 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

124.    These answering Defendants lack sufficient information to admit or deny as to the subject matter contained in Paragraph 124 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

125.    These answering Defendants deny generally and specifically each allegation in Paragraph 125 of the Complaint.

126.    These answering Defendants deny generally and specifically each allegation in Paragraph 126 of the Complaint.

127.    These answering Defendants deny generally and specifically each allegation in Paragraph 127 of the Complaint.

128.    These answering Defendants deny generally and specifically each allegation in Paragraph 128 of the Complaint.

**SECOND CLAIM FOR RELIEF - CALIFORNIA MINIMUM WAGE**

129.    These answering Defendants deny that Plaintiff has grounds to assert any claim against these Defendants, on a class basis or otherwise, and therefore generally and specifically deny the allegations in Paragraph 129 of the Complaint.

130.    These answering Defendants deny generally and specifically each allegation in Paragraph 130 of the Complaint.

131.    These answering Defendants deny generally and specifically each allegation in Paragraph 131 of the Complaint.

132.    These answering Defendants deny generally and specifically each allegation in Paragraph 132 of the Complaint.

133.    These answering Defendants deny generally and specifically each allegation in Paragraph 133 of the Complaint.

**THIRD CLAIM FOR RELIEF - FAILURE TO PAY OVERTIME WAGES**

**California Labor Code § 1194 And Contract**

134.    These answering Defendants reincorporate their admissions, allegations, and denials to the Complaint as though those admissions, allegations, and denials were set forth in full at this point.

135.    These answering Defendants lack sufficient information to admit or deny as to the subject matter set forth in Paragraph 135 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

136.    These answering Defendants lack sufficient information to admit or deny as to the subject matter set forth in Paragraph 136 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

137.    The answering Defendants deny generally and specifically each allegation in Paragraph 137 of the Complaint.

138.    The answering Defendants deny generally and specifically each allegation in Paragraph 138 of the Complaint.

139.    The answering Defendants deny generally and specifically each allegation in Paragraph 139 of the Complaint.

140.    The answering Defendants deny generally and specifically each allegation in Paragraph 140 of the Complaint.

141.    These answering Defendants lack sufficient information to admit or deny as to the subject matter set forth in Paragraph 141 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

**FOURTH CLAIM FOR RELIEF- FAILURE TO REIMBURSE BUSINESS EXPENSES**

**<u>(Cal. Lab. Code §§ 2802 – Rule 23 Class Count)</u>**

142.    These answering Defendants reincorporate their admissions, allegations, and denials to the Complaint as though those admissions, allegations, and denials were set forth in full at this point.

143.    The answering Defendants lack sufficient information to admit or deny as to the subject matter set forth in Paragraph 143 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

144.    The answering Defendants lack sufficient information to admit or deny as to the subject matter set forth in Paragraph 144 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

145.    These answering Defendants assert that the provisions of the California Wage Orders speak for themselves and that no admissions or denials are required by Defendants.

146.    These answering Defendants assert that the provisions of California Labor Code § 226.7 and the California Wage Orders speak for themselves and that no admissions or denials are required by Defendants.

147.    These answering Defendants deny generally and specifically each and every allegation contained in Paragraph 147 of the Complaint.

148.    These answering Defendants deny generally and specifically each and every allegation contained in Paragraph 148 of the Complaint.

149.    These answering Defendants deny generally and specifically each and every allegation contained in Paragraph 149 of the Complaint.

150.    These answering Defendants lack sufficient information to admit or deny as to the subject matter set forth in Paragraph 150 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

### FIFTH CLAIM FOR RELIEF- BREACH OF EMPLOYMENT CONTRACT
### (Common Law- Rule 23 Class Count)

151.    These answering Defendants reincorporate their admissions, allegations, and denials to the Complaint as though those admissions, allegations and denials were set forth in full at this point.

152.    These answering Defendants deny generally and specifically each and every allegation contained in Paragraph 152.

153.    These answering Defendants deny generally and specifically each and every allegation contained in Paragraph 153 of the Complaint.

154.    These answering Defendants deny generally and specifically each and every allegation contained in Paragraph 154 of the Complaint.

155.    These answering Defendants lack sufficient information to admit or deny as to the subject matter set forth in Paragraph 155 of the Complaint, and on those grounds, deny generally and specifically each and every allegation contained therein.

156.    These answering Defendants lack sufficient information to admit or deny as to the subject matter set forth in Paragraph 156 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

157.     These answering Defendants lack sufficient information to admit or deny as to the subject matter set forth in Paragraph 157 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

158.     These answering Defendants lack sufficient information to admit or deny as to the subject matter set forth in Paragraph 158 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

159.     These answering Defendants lack sufficient information to admit or deny as to the subject matter set forth in Paragraph 159 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

160.     These answering Defendants lack sufficient information to admit or deny as to the subject matter set forth in Paragraph 160 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

161.     These answering Defendants lack sufficient information to admit or deny as to the subject matter set forth in Paragraph 161 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

162.     These answering Defendants lack sufficient information to admit or deny as to the subject matter set forth in Paragraph 162 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

163.     These answering Defendants lack sufficient information to admit or deny as to the subject matter set forth in Paragraph 163 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

164.     These answering Defendants lack sufficient information to admit or deny as to the subject matter set forth in Paragraph 164 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

165.     These answering Defendants deny generally and specifically each and every allegation contained in Paragraph 165 of the Complaint.

166.    These answering Defendants deny generally and specifically each and every allegation contained in Paragraph 166.

167.    These answering Defendants deny generally and specifically each and every allegation contained in Paragraph 167.

168.    These answering Defendants deny generally and specifically each and every allegation contained in Paragraph 168 of the Complaint.

169.    These answering Defendants deny generally and specifically each and every allegation contained in Paragraph 169 of the Complaint.

170.    These answering Defendants deny generally and specifically each and every allegation contained in Paragraph 170 of the Complaint.

**SIXTH CLAIM FOR RELIEF- FAILURE TO FURNISH ACCURATE ITEMIZED WAGE STATEMENTS**

**(Cal. Lab. Code § 226 – Rule 23 Class Count)**

171.    These answering Defendants reincorporate their admissions, allegations, and denials to the Complaint as though those admissions, allegations and denials were set forth in full at this point.

172.    These answering Defendants lack sufficient information to admit or deny as to the subject matter set forth in Paragraph 172 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

173.    These answering Defendants lack sufficient information to admit or deny as to the subject matter set forth in Paragraph 173 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

174.    These answering Defendants deny generally and specifically each and every allegation contained in Paragraph 174 of the Complaint.

175.    These answering Defendants deny generally and specifically each and every allegation contained in Paragraph 175 of the Complaint.

176.    These answering Defendants deny generally and specifically each and every allegation contained in Paragraph 176 of the Complaint.

177.    These answering Defendants deny generally and specifically each and every allegation contained in Paragraph 177 of the Complaint.

178.    These answering Defendants deny generally and specifically each and every allegation contained in Paragraph 178 of the Complaint.

179.    These answering Defendants deny generally and specifically each and every allegation contained in Paragraph 179 of the Complaint.

180.    These answering Defendants lack sufficient information to admit or deny as to the subject matter set forth in Paragraph 180 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

181.    These answering deny generally and specifically each and every allegation contained in Paragraph 181 of the Complaint.

**SEVENTH CLAIM FOR RELIEF- CALIFORNIA'S UNFAIR COMPETITION LAW**

**("UCL")**

**(Cal. Bus. & Prof. Code §§ 17200 *et seq.* – Rule 23 Class Count)**

182.    These answering Defendants reincorporate their admissions, allegations, and denials to the Complaint as though those admissions, allegations and denials were set forth in full at this point.

183.    These answering Defendants lack sufficient information to admit or deny as to Paragraph 183 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

184.    These answering Defendants assert that the provisions of California Business & Professions Code §17200 et seq. speak for themselves and no admissions or denials are required by Defendants.

185.    These answering Defendants lack sufficient information to admit or deny as to the subject matter set forth in Paragraph 185 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

186.    These answering Defendants deny generally and specifically each and every allegation contained in Paragraph 186 of the Complaint.

187.    These answering Defendants deny generally and specifically each and every allegation contained in Paragraph 187 of the Complaint.

188.    These answering Defendants lack sufficient information to admit or deny as to the subject matter set forth in Paragraph 188 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

189.    These answering Defendants deny generally and specifically each and every allegation contained in Paragraph 189 of the Complaint.

190.    These answering Defendants lack sufficient information to admit or deny as to the subject matter set forth in Paragraph 190 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

191.    These answering Defendants deny generally and specifically each and every allegation contained in Paragraph 191 of the Complaint.

**EIGHTH CLAIM FOR RELIEF- WAITING TIME PENALTIES FOR FAILURE TO PAY ALL WAGES DUE**

**Cal. Labor Code § 203**

192.    These answering Defendants reincorporate their admissions, allegations, and denials to the Complaint as though those admissions, allegations and denials were set forth in full at this point.

193.    These answering Defendants lack sufficient information to admit or deny as to Paragraph 193 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

194.    These answering Defendants lack sufficient information to admit or deny as to Paragraph 194 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

195.    These answering Defendants assert that the provisions of California Labor Code §201 speak for themselves and that no admissions or denials are required by Defendants.

196.    These answering Defendants assert that the provisions of California Labor Code §201 speak for themselves and that no admissions or denials are required by Defendants.

197.    These answering Defendants assert that the provisions of California Labor Code §201 speak for themselves and that no admissions or denials are required by Defendants.

198.    These answering Defendants deny generally and specifically each and every allegation contained in Paragraph 198 of the Complaint.

199.    These answering Defendants deny generally and specifically each and every allegation contained in Paragraph 199 of the Complaint.

200.    These answering Defendants deny generally and specifically each and every allegation contained in Paragraph 200 of the Complaint.

201.    These answering Defendants deny generally and specifically each and every allegation contained in Paragraph 201 of the Complaint.

**NINTH CLAIM FOR RELIEF- WAITING TIME PENALTIES FOR FAILURE TO PAY**

**ALL WAGES DUE**

**Pursuant to Cal. Labor Code § 203**

202.    These answering Defendants lack sufficient information to admit or deny as to the subject matter set forth in Paragraph 202 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

203.    These answering Defendants lack sufficient information to admit or deny as to the subject matter set forth in Paragraph 203 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

204.     These answering Defendants lack sufficient information to admit or deny as to the subject matter set forth in Paragraph 203 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

205.     These answering Defendants lack sufficient information to admit or deny as to the subject matter set forth in Paragraph 205 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

206.     These answering Defendants lack sufficient information to admit or deny as to the subject matter set forth in Paragraph 206 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

207.     These answering Defendants lack sufficient information to admit or deny as to the subject matter set forth in Paragraph 207 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

208.     These answering Defendants lack sufficient information to admit or deny as to the subject matter set forth in Paragraph 208 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

209.     These answering Defendants deny generally and specifically each and every allegation contained in Paragraph 209.

210.     These answering Defendants deny generally and specifically each and every allegation contained in Paragraph 210.

211.     These answering Defendants deny generally and specifically each and every allegation contained in Paragraph 211.

212.     These answering Defendants deny generally and specifically each and every allegation contained in Paragraph 212.

213.     These answering Defendants deny generally and specifically each and every allegation contained in Paragraph 213.

214.    These answering Defendants lack sufficient information to admit or deny as to the subject matter set forth in Paragraph 214 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

215.    These answering Defendants deny generally and specifically each and every allegation contained in Paragraph 215.

**TENTH CLAIM FOR RELIEF- RETALIATION UNDER CALIFORNIA LAW**

**Cal. Labor Code § 98.6**

216.    These answering Defendants lack sufficient information to admit or deny as to the subject matter set forth in Paragraph 216 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

217.    These answering Defendants lack sufficient information to admit or deny as to the subject matter set forth in Paragraph 217 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

218.    These answering Defendants lack sufficient information to admit or deny as to the subject matter set forth in Paragraph 218 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

219.    These answering Defendants lack sufficient information to admit or deny as to the subject matter set forth in Paragraph 219 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

220.    These answering Defendants lack sufficient information to admit or deny as to the subject matter set forth in Paragraph 220 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

221.    These answering Defendants lack sufficient information to admit or deny as to the subject matter set forth in Paragraph 221 of the Complaint and, on those grounds, deny generally and specifically each and every allegation contained therein.

222.    These answering Defendants deny generally and specifically each and every allegation contained in Paragraph 222.

223.    These answering Defendants deny generally and specifically each and every allegation contained in Paragraph 223.

224.    These answering Defendants deny generally and specifically each and every allegation contained in Paragraph 224.

225.    These answering Defendants deny generally and specifically each and every allegation contained in Paragraph 225.

## FIRST AFFIRMATIVE DEFENSE

### (Plaintiff's Claims under Labor Code § 1194 are barred)

As a separate and distinct affirmative defense to the Complaint, and each cause of action therein, Defendant alleges that Plaintiff's claims under Labor Code § 1194 are barred because answering Defendants' conduct (which allegation is made for the purposes of this pleading and shall not constitute an admission) as alleged in the Complaint, if any, was due to clerical error or inadvertent mistake.

## SECOND AFFIRMATIVE DEFENSE

### (Failure to State a Cause of Action)

The Complaint and each claim for relief therein fail to state facts sufficient to constitute a cause of action against this answering Defendants.

## THIRD AFFIRMATIVE DEFENSE

### (Uncertainty)

The Complaint and each cause of action therein are uncertain in that it is impossible to determine from the Complaint which of the alleged acts of each Defendant caused the injuries alleged in the Complaint.

## FOURTH AFFIRMATIVE DEFENSE

### (Estoppel)

The Complaint and each cause of action therein are barred by the doctrine of estoppel.

## FIFTH AFFIRMATIVE DEFENSE

### (Waiver)

The Complaint and each cause of action therein are barred by the doctrine of waiver.

## SIXTH AFFIRMATIVE DEFENSE

### (Laches)

The Complaint and each cause of action therein are barred by the doctrine of laches.

## SEVENTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

The Complaint and each cause of action therein are barred by the doctrine of unclean hands.

## EIGHTH AFFIRMATIVE DEFENSE

### (Statute of Limitations)

The Complaint and each cause of action therein are barred by the applicable Statute of Limitations, pursuant to California Code of Civil Procedure, including but not limited to sections 335.1, 337, 337 (1), 338, 339, 340 (a), *et seq.*, 343, California Labor Code §§ 203 (b), 1194.2 (a), Business and Professions Code § 17208, and 29 USC § 255 (a) and 29 USC § 255 Fair Labor Standards Act.

## NINTH AFFIRMATIVE DEFENSE

### (Third Person Intervention)

The Complaint and each cause of action therein are barred because any injuries, losses or damages which Plaintiff has alleged in Plaintiff's Complaint, if any have occurred, which these answering Defendants deny, such injuries, losses or damages were caused solely or in part by persons, firms, corporations or entities other than these answering Defendants.

## TENTH AFFIRMATIVE DEFENSE

### (Payment and Release)

The Complaint and each cause of action therein are barred by payment and release.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Plaintiff Wholly or Partially at Fault)

The Complaint and each cause of action therein are barred because if Plaintiff sustained, or will sustain, any of the injuries, losses or damages described in Plaintiff's Complaint, which

answering Defendants deny, then such injuries, losses or damages were caused solely or in significant part by Plaintiff's own acts which were a proximate contributing cause of the incident(s), if any, referred to in Plaintiff's Complaint, and any resulting damages, or injuries, if any, there be.

## TWELFTH AFFIRMATIVE DEFENSE

### (Defendants Entitled to Offset or Reduction)

The Complaint and each cause of action therein are barred, or recovery thereunder is limited or reduced because these answering Defendants are entitled to offset or reduction in the amount of any award or remedy Plaintiff may recover if Plaintiff received certain amounts according to proof at time of trial.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (No Knowing and/or Willful Violation)

The Complaint and each cause of action therein are barred because any act or omission of these answering Defendants were not knowing, willful, malicious or intentional.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (No Knowing and Intentional Failure to Provide Wage Statements)

Plaintiff's sixth cause of action is barred because any alleged failure to provide accurate wage statements to Plaintiff or keep records of hours worked, although such is not admitted here, was not knowing and intentional, and/or was the result of an isolated and unintentional error due to a clerical or inadvertent mistake.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Good Faith)

Plaintiff's claims are barred because Defendants acted towards Plaintiff at all times in good faith and for legitimate business reasons.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (De Minimis)

As a separate and affirmative defense to the Complaint on file herein, and to each purported cause of action thereof, Defendants allege that Plaintiff was properly paid for all work time, but if it should be determined that some work time was not properly paid, which is specifically denied, then such amount was negligible and hence, was de minimis; the Court should not give cognizance to the amount and should deny any recovery for such claim.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Good Faith Dispute)

The Complaint does not state facts sufficient to constitute a claim for waiting time penalties under California Labor Code Section 203 to the extent that any person claiming such penalties did not resign or was not discharged prior to the filing of this action or was still employed at the time this action was filed and because there is a bona fide, good faith dispute with respect to Defendants' obligation to pay wages that may be found to be due. 8 CCR Section 13520.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (Arbitration)

Plaintiff and/or the putative class are precluded from litigating this matter in this Court to the extent an agreement exists between Defendants and Plaintiff, or between Defendants and any member of the putative class, that expressly provides for the individual arbitration of disputes alleged in the Complaint.

## NINETEENTH AFFIRMATIVE DEFENSE

### (No Standing to Sue)

The Complaint and each cause of action therein are barred because Plaintiff was never employed by these answering Defendants, and Plaintiff therefore has no standing to sue, or, alternatively, no standing to assert each cause of action.

## TWENTIETH AFFIRMATIVE DEFENSE

### (No Valid OES Rate)

To the extent that Plaintiff is alleging that answering Defendants were required to pay rates based on Occupational Employment Statistics (OES) Survey, Plaintiff does not state a cause of action as no valid regulation existed that requires such rate to be paid.

### TWENTY-FIRST AFFIRMATIVE DEFENSE

**(Preemption by Federal Motor Carrier Safety Administration)**

Defendants are informed and believe and based upon such information and belief allege, that the Complaint, or parts thereof, is barred because Plaintiff's claims arising from or related to the meal and rest period regulations in the California Labor Code and/or Wage Orders are explicitly preempted by 49 U.S.C. § 31141 and a December 21, 2018 determination by the Federal Motor Carrier Safety Administration that such statutes and regulations may not be enforced.

### TWENTY-SECOND AFFIRMATIVE DEFENSE

**(Preemption – Federal Motor Carrier Act)**

Defendants are informed and believe and based upon such information and belief allege, that the Complaint, or parts thereof, is barred because the provisions of the Federal Motor Carrier Act conflict with the requirements of the California Labor Code, and the IWC Wage Orders, such that Defendants' compliance with the Act necessarily precludes compliance with the Labor Code and/or IWC Wage Orders, and therefore under principles of conflict preemption, federal law supersedes any contrary state law requirements and accordingly, all claims based on and derivative of claims under Labor Code or the IWC Wage Orders must be adjudicated in Defendants' favor.

### TWENTY-THIRD AFFIRMATIVE DEFENSE

**(Exemption From California Overtime Requirements)**

Defendants are informed and believe and based upon such information and belief allege, that the Complaint, or parts thereof, are barred because Plaintiff and some or all members of the putative class, were properly classified as exempt, including without limitation exempt from overtime provisions as noted in Section 3(K) of California Industrial Welfare Commission Wage Order No. 7 and Section 3(L) of California Industrial Welfare Commission Wage Order No. 9, because their hours of service are regulated by the United States Department of Transportation

under 49 C.F.R. sections 395.1 through 395.13 and/or Title 13 of the California Code of Regulations, subchapter 6.5, Section 1200 et al., or that the Complaint is otherwise barred, in whole or in part, because the drivers in the putative class, are regulated by state and federal regulations governing drivers' hours of service, or the transportation of inherently perishable commodities.

### TWENTY-FOURTH AFFIRMATIVE DEFENSE

### (Exemption From Federal Law)

Defendants are informed and believe and based upon such information and belief allege, that the Complaint, or parts thereof, are barred because Plaintiff and some or all members of the putative class, were properly classified as exempt, including without limitation exempt from overtime, pursuant to the Motor Carrier Act, Title 49 U.S.C. §§ 31502, 31132 et. seq., and 29 C.F.R. §§ 782, et seq. , or that the Complaint is otherwise barred, in whole or in part, because the drivers in the putative class, are regulated by state and federal regulations governing drivers' hours of service, or the transportation of inherently perishable commodities.

### TWENTY-FIFTH AFFIRMATIVE DEFENSE

### (Preemption – Immigration and Nationality Act)

Defendant is informed and believes and based thereon alleges that the Complaint and its causes of action alleged herein are preempted, in whole or in part, by the Immigration and Nationality Act.

### TWENTY-SIXTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

Any recovery on the Complaint, 0r any purported cause of action alleged therein, is barred in Whole or in part by Plaintiff s failure to mitigate his damages, if any. In the alternative, to the extent Plaintiff has mitigated damages to any degree, any recovery on the Complaint, or any purported cause of action alleged therein, is barred in whole or in part by such mitigation of damages.

### TWENTY-SEVENTH AFFIRMATIVE DEFENSE

### (PAGE – Cure)

Plaintiff cannot demonstrate that common questions of law and fact exist in this case that make it suitable for resolution on a representative basis under PAGA. Moreover, Defendants availed themselves of the cure and self-audit provisions.

<u>**TWENTY-EIGHTH AFFIRMATIVE DEFENSE**</u>

**(Waiver)**

Having contractually waived his right to proceed to a judicial action on his claims, Plaintiff is barred under the Federal Arbitration Act and the Supremacy Clause of the U.S. Constitution from obtaining relief on his individual claims in this jurisdiction, should he pursue them.

<u>**TWENTY-NINTH AFFIRMATIVE DEFENSE**</u>

**(Bad Faith)**

Plaintiff s claims against Defendant are asserted in bad faith, and are frivolous, unreasonable and Without legal or factual basis. Defendant is therefore entitled to an award of costs and expenses of litigation, including reasonable attorney fees.

<u>**THIRTIETH AFFIRMATIVE DEFENSE**</u>

**(Reservation of Rights)**

Defendant does not waive any affirmative defenses that it has not pleaded in this Answer t0 Complaint, and Defendant reserves the right to seek leave from Court to assert additional affirmative defenses and to supplement, alter, or change this Answer upon receipt of additional information or more definitive facts, and upon undertaking further discovery and investigation in this matter.

\\\

\\\

\\\

\\\

\\\

\\\

\\\

1

## **PRAYER FOR RELIEF**

2      **WHEREFORE**, These answering Defendants pray that they be given judgment against

3  Plaintiff, and that Plaintiff take nothing by reason of Plaintiff's Complaint on file herein, that

4  Plaintiff's Complaint be dismissed in its entirety with prejudice, that these answering Defendants

5  be awarded costs of suit and attorneys' fees as provided by statute (California Labor Code § 218.5),

6  and for such other relief as the Court may deem just and proper.

7  Dated:  August 12, 2024

8

9

10                            By                    _/s/_ Jennifer Schermerhorn
                                                   Jennifer Schermerhorn

11

12                                             Attorneys for Defendants
                                        FRESH HARVEST, INC., FARM LABOR

13                                    ASSOCIATION FOR GROWERS, INC. and SMD
                                              LOGISTICS, INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28