1  Dawson Morton
   Cal. SBN 320811
2  James Knoepp
   S.C. SBN 102757
3  Appearance *pro hac vice*
   LAW OFFICES OF DAWSON MORTON
4  1808 Sixth St.
   Berkeley, CA 94710
5  Ph: 404-590-1295
   dawson@dawsonmorton.com
6  jim@dawsonmorton.com

7  ATTORNEYS FOR PLAINTIFFS AND THE PROPOSED CLASS

8  Jennifer Schermerhorn (SBN 225070)
   Jennifer@sfcos.com
9  Laura Estrada (SBN 349896)
   lestrada@sfcos.com
10 101 E. Main St.
   Heber, CA 92249

11 ATTORNEYS FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ANTONIO RUBIO-LEON, et al., and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., and SMD LOGISTICS, INC.,<br><br>Defendants. | CIVIL ACT. NO.: 5:24-cv-3375-PCP<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**<br><br>RULE 23 CLASS<br><br>JURY TRIAL DEMANDED |

Counsel report that they have met and conferred regarding ADR on August 13, 2024 by zoom videocall and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in a private ADR Process with a mediator who has yet to be selected by the parties and/or as the Judge deems appropriate the parties will accept an order from this Court referring the case to ENE or a Settlement Conference.

- 1 -

1    The parties agree to hold an initial ADR session within 120 days of the initial Case
2 Management Conference or as soon thereafter as may be possible in accordance with the mediator's
3 schedule. Plaintiffs anticipate needing some initial class pay data prior to the ADR session which is
4 why Plaintiffs have sought 120 days prior to an ADR session.

5
DATED: August 14, 2024
6
                                                                                           *s/ D. Morton*
7                                                                                            DAWSON MORTON
                                                                                           ATTORNEY FOR PLAINTIFFS
8
DATED: August 14, 2024
9

10                                                                              By:  *s/ J. Schermerhorn*
                                                                                  JENNIFER SCHERMERHORN
11                                                                                    ATTORNEY FOR DEFENDANTS

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# **ORDER**

☐ It is so Ordered.

☐ It is so Ordered with the following modifications:

DATED: _____        By:_____

                                                 HONORABLE P. CASEY PITTS
                                                 UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have on August 14, 2024, electronically filed with the Clerk of the Court the foregoing JOINT STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS and all attachments. This filing will be served upon the Defendants in this action using the Court's CM/ECF system which will electronically notice:

> Jennifer Schermerhorn
> Jennifer@sfcos.com
> Laura Estrada
> lestrada@sfcos.com
> 101 E. Main St.
> Heber, CA 92249

ATTORNEYS FOR DEFENDANTS

s/ Dawson Morton___
Dawson Morton
