1  Jennifer Schermerhorn (SBN 225070)
   Jennifer@sfcos.com
2  Laura Estrada (SBN 349896)
   lestrada@sfcos.com
3  101 E. Main St.
   Heber, CA 92249
4

5  Attorneys for DEFENDANTS
   FRESH HARVEST, INC., FARM LABOR ASSOCIATION
6  GROWERS., INC. and SMD LOGISTICS, INC.

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11

| | |
|---|---|
| ANTONIO RUBIO-LEON, ANGEL DE JESUS ROCHA-RIVERSA, DIEGO MARTINEZ-JIMENEZ, GERARDO LEDESMA-DELGADO and others similarly situated,<br><br>      Plaintiffs,<br><br>  vs.<br><br>FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., and SMD LOGISTICS, INC.<br><br>      Defendants. | Case No.: 5:24-cv-03375-PCP<br><br>**NOTICE OF CHANGE IN COUNSEL AND WITHDRAWAL** |

   TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA, AND ALL PARTIES OF RECORD:

   PLEASE TAKE NOTICE that Laura Estrada (SBN 349896) hereby withdraws as attorney

for Defendants FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS,

INC., and SMD LOGISTICS, INC., collectively "Defendants". Defendants' sole remaining

//

1 | counsel is their in-house General Counsel, Jennifer M. Schermerhorn.

Dated:  September 6, 2024

                Respectfully Submitted,

                By    /s/ *Laura Estrada*
                        Laura Estrada

                        Attorneys for Defendants
                        FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., and SMD LOGISTICS, INC.
                        Email: lestrada@sfcos.com

# PROOF OF SERVICE

I am employed in the County of Imperial, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 101 E. Main Street, Heber, CA 92249.

On the date set forth below, I served a copy (copies) of the following document(s) entitled:

DEFENDANTS' NOTICE OF CHANGE IN COUNSEL AND WITHDRAWAL

To be served on the interested party(ies) or its/their attorney(s) of record in this action as follows:

*Attorney for Plaintiff:*

Dawson Morton

James Knoepp

Dawson Morton, Attorney at Law

1808 Sixth Street

Berkeley, CA 94710

| | |
|---|---|
| X | **BY ELECTRONIC FILING**, I served each of the above referenced documents by E-filing, in accordance with the rules governing the electronic filing of documents in the United States District Court for the Northern District of California, as to the following parties |
| X | **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |

Executed on September 06, 2024, at Heber, California.

By: _____/s/ *Jennifer M. Schermerhorn*_____

Case No. 5:24-cv-03375-PCP