# PROOF OF SERVICE

I am employed in the County of Imperial, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 101 E. Main Street, Heber, CA 92249.

On the date set forth below, I served a copy (copies) of the following document(s) entitled:

DEFENDANTS' NOTICE OF CHANGE IN COUNSEL AND WITHDRAWAL

To be served on the interested party(ies) or its/their attorney(s) of record in this action as follows:

*Attorney for Plaintiff:*

Dawson Morton

James Knoepp

Dawson Morton, Attorney at Law

1808 Sixth Street

Berkeley, CA 94710

| | |
|---|---|
| X | **BY ELECTRONIC FILING**, I served each of the above referenced documents by E-filing, in accordance with the rules governing the electronic filing of documents in the United States District Court for the Northern District of California, as to the following parties |
| X | **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |

Executed on September 06, 2024, at Heber, California.

By: _____/s/ *Jennifer M. Schermerhorn*_____

Case No. 5:24-cv-03375-PCP