Dawson Morton
Cal. SBN 320811
James Knoepp
S.C. Bar 102757, *Admitted Pro Hac Vice*
LAW OFFICES OF DAWSON MORTON
1808 Sixth St.
Berkeley, CA 94710
Ph: 404-590-1295
dawson@dawsonmorton.com
jim@dawsonmorton.com

Jennifer Schermerhorn (SBN 225070)
Scaroni Family of Companies
101 E. Main St.
Heber, CA 92249
Jennifer@sfcos.com

Attorneys for DEFENDANTS
FRESH HARVEST, INC., FARM LABOR ASSOCIATION GROWERS., INC. and SMD LOGISTICS, INC.

ATTORNEYS FOR PLAINTIFFS AND THE PROPOSED CLASS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ANTONIO RUBIO-LEON, et al., and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., and SMD LOGISTICS, INC.,<br><br>Defendants. | CIVIL ACT. NO.: 5:24-cv-3375-ELK<br><br>**JOINT STIPULATION TO CONTINUE PENDING DISCOVERY DEADLINE TO EXCHANGE INITIAL DISCLOSURES**<br><br>RULE 23 CLASS<br><br>JURY TRIAL DEMANDED |

TO THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 6-2, Plaintiffs and Defendants submit this Joint Stipulation to continue the pending discovery deadline for exchanging Initial Disclosures by 15 days from September 12, 2024, to September 27, 2024.

WHEREAS, this is the second extension requested by the parties;

- 1 -

WHEREAS, the Defendants' counsel needs more time as they just filed a notice of change in counsel because the assistant general counsel withdrew representation and is no longer employed by Defendants and the sole representative is their In House General Counsel, ECF 37.

WHEREAS the parties met and conferred with email exchanges on September 06 and September 10, 2024;

WHEREAS, the Court had previously ordered pursuant to the parties' joint stipulation September 12, 2024 as the date for exchanging initial disclosures, ECF 34;

WHEREAS, no Case Management Conference or hearing dates have been set and the parties desire a bit of additional time to prepare and exchange initial disclosures;

THE PARTIES HEREBY STIPULATE AND AGREE, through their respective counsel, that the initial disclosure date set by Initial Case Management Order be amended and the parties agree that they will exchange initial disclosures on or before September 27, 2024.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: September 11, 2024

By: */s Dawson Morton*
Dawson Morton
Attorneys for Plaintiffs

Dated: September 11, 2024            SCARONI FAMILY OF COMPANIES

By: */s Jennifer Schermerhorn*
Jennifer Schermerhorn
Attorneys for Defendants

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that Initial Disclosure Deadline previously set by stipulation is extended to September 27, 2024.

DATED: _____          By: _____
                                              HONORABLE JUDGE EUMI K. LEE
                                              JUDGE, U.S. DISTRICT COURT