Dawson Morton
Cal. SBN 320811
James Knoepp
S.C. Bar 102757, *Admitted Pro Hac Vice*
LAW OFFICES OF DAWSON MORTON
1808 Sixth St.
Berkeley, CA 94710
Ph: 404-590-1295
dawson@dawsonmorton.com
jim@dawsonmorton.com

ATTORNEYS FOR PLAINTIFFS AND THE PROPOSED CLASS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ANTONIO RUBIO-LEON, et al., and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., and SMD LOGISTICS, INC.,<br><br>Defendants. | CIVIL ACT. NO.: 5:24-cv-3375-EKL<br><br>DECLARATION OF DAWSON MORTON IN SUPPORT OF FILING CASE MANAGEMENT STATEMENT<br><br>RULE 23 CLASS<br><br>JURY TRIAL DEMANDED |

I, Dawson Morton, declare as follows:

1. I am counsel for Plaintiff in the above-captioned matter.

2. Plaintiffs' wrote Defendants' counsel about the joint statement on September 12, September 13, and the morning of September 16 in an effort to discuss any issues about the joint statement before it was due.

3. Defendants ultimately unilaterally filed a separate Case Management Statement after emailing Plaintiffs' counsel at 6:11 pm that "[t]o ensure accurate and timely compliance with Defendants CMS obligations, we have no alternative than to proceed with a separate CMS."

4. Accordingly, Plaintiffs have deleted Defendants' portion from the prior joint draft.

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct to the best of my belief and knowledge:

DATED: September 16, 2024

                                                   *s/ D. Morton*
                                                   DAWSON MORTON
                                                   ATTORNEY FOR PLAINTIFFS