JENNIFER M. SCHERMERHORN, SBN 225070
EMAIL: jennifer@sfcos.com
**SCARONI FAMILY OF COMPANIES**
101 EAST MAIN STREET
HEBER, CALIFORNIA 92249
TELEPHONE: (760) 592-2258

CHAD T. WISHCHUK, SBN 214779
EMAIL: cwishchuk@ftblaw.com
MARLENE C. NOWLIN, SBN 156457
EMAIL: mnowlin@ftblaw.com
**FINCH, THORNTON & BAIRD, LLP**
ATTORNEYS AT LAW
4747 EXECUTIVE DRIVE – SUITE 700
SAN DIEGO, CALIFORNIA 92121-3107
TELEPHONE: (858) 737-3100
FACSIMILE: (858) 737-3101

Attorneys for Defendants Fresh Harvest, Inc., Farm Labor Association For Growers, Inc., and SMD Logistics, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTONIO RUBIO-LEON, ANGEL DE JESUS ROCHA-RIVERA, DIEGO MARTINEZ-JIMENEZ, GERARDO LEDESMA-DELGADO and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., and SMD LOGISTICS, INC.,<br><br>Defendant. | CASE NO: 5:24-cv-03375-EKL<br><br>DECLARATION OF MARLENE C. NOWLIN, ESQ., IN SUPPORT OF DEFENDANTS FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., AND SMD LOGISTICS, INC.'S MOTION AND MOTION TO COMPEL ARBITRATION, DISMISS CLASS CLAIMS, DISMISS OR STAY PAGA REPRESENTATIVE CLAIMS, AND FOR AN IMMEDIATE STAY PENDING THE RULING ON THIS MOTION<br><br>Assigned to:<br>District Judge:<br>Hon. Eumi K. Lee, Courtroom 7<br>Magistrate Judge:<br>Hon. Nathanael M. Cousins, Courtroom 5<br><br>Date:      January 8, 2025<br>Time:      10:00 a.m.<br>Dept.:      Courtroom 7<br><br>Complaint Filed:   June 4, 2024<br>Trial Date:             Not Set |

I, Marlene C. Nowlin, declare as follows:

1.  I am an attorney admitted to practice before this court and all courts of the State of California and a partner in the law firm of Finch, Thornton & Baird, LLP, attorneys of record in this case for Defendants Fresh Harvest, Inc., Farm Labor Association for Growers, Inc., and SMD Logistics, Inc. ("Defendants").  I am one of the attorneys primarily responsible for representing Defendants in this action.  I make this declaration in support of Defendants' Motion To Compel Arbitration, Dismiss Class Claims, Dismiss Or Stay PAGA Representative Claims, and For An Immediate Stay Pending The Ruling On This Motion.  All facts stated here are true of my own knowledge unless otherwise stated, and if called as a witness, I could and would competently testify to them.

2.  I am bilingual in English and Spanish.  Earlier this month, I received copies of a Spanish language arbitration agreement listing plaintiffs Gerardo Ledesma-Delgado ("Delgado"), Angel De Jesus Rocha-Rivera ("Rivera"), Antonio Rubio-Leon ("Leon"), and Diego Martinez-Jimenez ("Jimenez") as signatories ("Arbitration Agreement") from co-defense counsel Jennifer M. Schermerhorn which I read.  True and correct copies of the Arbitration Agreement are attached to the concurrently filed declarations of Matt Scaroni and translator Jesús Rosa García's ("Translator") as Exhibits 1, 3, 5, and 7, respectively.

3.  On September 9, 2024, I spoke to plaintiff's counsel, Dawson Morton, by phone regarding Defendants' position that the Arbitration Agreement with an enforceable class action waiver was signed by plaintiffs and that plaintiffs should honor that agreement.  I asked Mr. Morton whether plaintiffs will arbitrate claims on an individual basis.  Mr. Morton acknowledged the existence of the Arbitration Agreement but stated plaintiffs will not agree to arbitration.

/ / / / /

FINCH, THORNTON & BAIRD, LLP
4747 Executive Drive - Suite 700
San Diego, CA 92121
(858) 737-3100

4. On September 16, 2024, my office filed a notice of association of counsel advising that my firm Finch, Thornton, & Baird, had associated in as defense counsel in this action. (See Docket Nos. # 40 and 41.)

5. On September 16, 2024, I continued to meet and confer with Mr. Dawson via email regarding the instant Motion and advised him in Defendants' Case Management Statement as follows:

> This case does not belong in this Court pursuant to valid and enforceable arbitration agreements containing class action waivers. Plaintiffs have acknowledged the existence of the arbitration agreements. Accordingly, Defendants will file a motion to compel arbitration, dismiss class claims, and stay this case in lieu of an amended and initial disclosures ("Motion to Compel Arbitration"). Defendants' Motion to Compel Arbitration will establish plaintiffs must be ordered to arbitration, class claims must be dismissed, and any remaining aspect of this case must be stayed. Defendants reserve their right to assert all additional defenses and arguments establishing this Court's lack of jurisdiction and plaintiffs' lack of factual and legal support for their claims pending the Court's ruling on the Motion to Compel Arbitration.

Attached to this declaration as Exhibits 1 and 2 are true and correct copies of my September 16, 2024 email to Mr. Morton and Defendants' Case Management Statement advising Mr. Morton of the above, respectively. (See Docket No. 42.)

6. On September 20, 2024, I, again, emailed Mr. Morton requesting that plaintiffs submit their claims to binding arbitration and dismiss class and representative action claims. Attached to this declaration as Exhibit 3 is a true and correct copy of my September 20, 2024 email to Mr. Morton.

7. On September 21, 2024, I provided copies of the Arbitration Agreement to translator Jesús Rosa García ("Translator") with instructions to translate the Arbitration Agreements into English. True and correct copies of the Arbitration Agreement I provided to the Translator are attached to the Matt Scaroni and Translator's concurrently filed declarations as Exhibits 1, 3, 5, and 7. True and correct copies of the certified English translations of the Arbitration

Agreements which I received from the Translator on September 22, 2024, are attached to Matt Scaroni and the Translator's concurrently filed declarations as Exhibits 2, 4, 6, and 8 ("Translations"). I reviewed the Translations and they accurately translate the Arbitration Agreement attached to the Matt Scaroni and the Translator's concurrently filed declarations as Exhibits 1, 3, 5, and 7.

8. On September 23, 2024, Mr. Morton responded to my September 20 email by stating plaintiffs disagree there is a valid and enforceable arbitration agreement. Attached to this declaration as Exhibit 4 is a true and correct copy of Mr. Morton's email which I received on September 23, 2024.

9. This Motion is necessary because, to date, plaintiffs have refused to honor their obligations under their Arbitration Agreement. No discovery has been completed yet in this case, and initial disclosures have not been exchanged.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of September 2024, at San Diego, California.

/s/ Marlene C. Nowlin
MARLENE C. NOWLIN

2695.003/3RS9448.axm

FINCH, THORNTON &
BAIRD, LLP
4747 Executive
Drive - Suite 700
San Diego, CA 92121
(858) 737-3100

4

CASE NO: 5:24-cv-03375-EKL

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document has been filed electronically on this 24th day of September 2024 and is available for viewing and downloading to the ECF registered counsel of record:

<u>Via Electronic Service/ECF:</u>

| | |
|---|---|
| Dawson Morton, Esq.<br>James Knoepp, Esq. (*Admitted Pro Hac Vice*)<br>Law Offices Of Dawson Morton<br>1808 Sixth Street<br>Berkeley, California 94710<br>Telephone:  (404) 590-1295<br>Emails:    dawson@dawsonmorton.com<br>           jim@dawsonmorton.com | ATTORNEYS FOR PLAINTIFFS ANTONIO RUBIO-LEON, ANGEL DE JESUS ROCHA-RIVERA, DIEGO MARTINEZ-JIMENEZ, AND GERARDO LEDESMA-DELGADO |
| Jennifer Schermerhorn, Esq.<br>Scaroni Family of Companies<br>101 E. Main Street<br>Heber, California 92249<br>Telephone:  (760) 909-1315<br>Email:     jennifer@sfcos.com | ATTORNEYS FOR DEFENDANTS FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., AND SMD LOGISTICS, INC. |

DATED:  September 24, 2024                Respectfully submitted,

FINCH, THORNTON & BAIRD, LLP


By:   */s/ Marlene C. Nowlin*
      CHAD T. WISHCHUK
      MARLENE C. NOWLIN
Attorneys for Defendants Fresh Harvest, Inc., Farm Labor Association For Growers, Inc., and SMD Logistics, Inc.
E-mail: mnowlin@ftblaw.com