JENNIFER M. SCHERMERHORN, SBN 225070
EMAIL: jennifer@sfcos.com
**SCARONI FAMILY OF COMPANIES**
101 EAST MAIN STREET
HEBER, CALIFORNIA 92249
TELEPHONE: (760) 592-2258

CHAD T. WISHCHUK, SBN 214779
EMAIL: cwishchuk@ftblaw.com
MARLENE C. NOWLIN, SBN 156457
EMAIL: mnowlin@ftblaw.com
**FINCH, THORNTON & BAIRD, LLP**
ATTORNEYS AT LAW
4747 EXECUTIVE DRIVE – SUITE 700
SAN DIEGO, CALIFORNIA 92121-3107
TELEPHONE: (858) 737-3100
FACSIMILE: (858) 737-3101

Attorneys for Defendants Fresh Harvest, Inc., Farm Labor Association For Growers, Inc., and SMD Logistics, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTONIO RUBIO-LEON, ANGEL DE JESUS ROCHA-RIVERA, DIEGO MARTINEZ-JIMENEZ, GERARDO LEDESMA-DELGADO and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., and SMD LOGISTICS, INC.,<br><br>Defendant. | CASE NO: 5:24-cv-03375-EKL<br><br>DECLARATION OF JENNIFER M. SCHERMERHORN IN SUPPORT OF DEFENDANTS FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., AND SMD LOGISTICS, INC.'S MOTION TO COMPEL ARBITRATION, DISMISS CLASS CLAIMS, AND DISMISS OR STAY PAGA REPRESENTATIVE CLAIMS, AND FOR AN IMMEDIATE STAY PENDING THE RULING ON THIS MOTION<br><br>Assigned to:<br>District Judge:<br>Hon. Eumi K. Lee, Courtroom 7<br>Magistrate Judge:<br>Hon. Nathanael M. Cousins, Courtroom 5<br><br>Date:  January 8, 2025<br>Time: 10:00 a.m.<br>Dept.: Courtroom 7<br><br>Complaint Filed:   June 4, 2024<br>Trial Date:            Not Set |

FINCH, THORNTON & BAIRD, LLP
4747 Executive Drive - Suite 700
San Diego, CA 92121
(858) 737-3100

I, Jennifer M. Schermerhorn, declare as follows:

1. I am an attorney admitted to practice before this court and all courts of the State of California and an attorney of record in this case for Defendants Fresh Harvest, Inc. ("Fresh Harvest"), Farm Labor Association for Growers, Inc. ("FLAG"), and SMD Logistics, Inc. ("SMD") ("Defendants"). I am Vice President of Human Resources & General Counsel of Scaroni Family of Companies which includes FLAG, Fresh Harvest, and SMD. I am one of the attorneys primarily responsible for representing Defendants in this action I make this declaration in support of Defendants' Motion To Compel Arbitration, Dismiss Class Claims, And Dismiss Or Stay PAGA Representative Claims ("Motion"). I am a duly authorized custodian of the records and documents attached to this declaration and, unless otherwise stated, have obtained these records from Defendants' files. I am familiar with the manner and procedures by which the records and documents contained in Defendants' files are prepared and maintained. Those documents and records are prepared or maintained by Defendants' agents or employees in the performance of their regular business duties. Those documents and records are made either by persons with knowledge of the matters they record or from information supplied by persons with such knowledge. It is Defendants' regular business practice to maintain such documents and records in the normal course of its business. The documents attached to and referenced in this declaration are business records produced and maintained in this manner. The facts set forth in this declaration are based on my personal knowledge and on my review of Defendants' files, and if called as a witness, I could and would competently testify to them.

2. On April 5, 2024, I began the meet and confer process by sending plaintiffs' counsel, Dawson Morton, copies of the Arbitration Agreement signed by plaintiffs Antonio Rubio-Leon ("Leon"), Angel De Jesus Rocha-Rivera ("Rivera"), Diego Martinez-Jimenez ("Jimenez"), and Gerardo Ledesma-

Delgado ("Delgado") ("Arbitration Agreement") along with a letter requesting arbitration of plaintiffs' claims against Defendants on an individual basis, dismissal of putative class claims, and a stipulated stay of PAGA representative claims pending arbitration. Attached to this declaration as Exhibit 1 is a true and correct copy of my letter and enclosed Arbitration Agreement which I emailed to Mr. Morton on April 5, 2024.

3. On April 26, 2024, Mr. Morton responded to my April 5, 2024 letter indicating the Arbitration Agreement appears invalid and unenforceable. To date, Mr. Morton has not provided an explanation or basis for his position. Attached to this declaration as Exhibit 2 is a true and correct copy of Mr. Morton's email I received on April 26, 2024.

4. Defendants were not served with the complaint in this action until July 31, 2024, the date they received plaintiffs' First Amended Complaint ("FAC"). A true and correct copy of the FAC is attached to this declaration as Exhibit 3 (See Docket No. 15.)

5. Thereafter, I experienced a medical condition that required major surgery. I am not yet fully recovered from my recent surgery. On September 6, 2024, Defendants' assistant general counsel withdrew from this case. (See Docket No. 37.) These medical and staffing issues impacted Defendants' ability to comply with deadlines in this case. Therefore, I engaged in meet and confer efforts with Mr. Morton regarding extensions of deadlines during which I reiterated Defendants' position that individual arbitration is required and that the class and PAGA representative action is waived by plaintiffs. An example of my continued meet and confer efforts is attached as Exhibit 4 hereto which is a true and correct copy of my email and enclosed Stipulation to Continue Pending Discovery Deadline to Exchange Initial Disclosures which I emailed to Mr. Morton on September 9, 2024.

/ / / / /

6. On September 10, 2024, Mr. Morton responded to my September 9, 2024 email by stating he does not agree to individual arbitration in this case. Attached to this declaration as Exhibit 5 is a true and correct copy of Mr. Morton's email I received on September 10, 2024.

7. On September 16, 2024, my office associated outside counsel, Chad T. Wishchuk and Marlene C. Nowlin of Finch, Thornton, & Baird, as co-defense counsel in this case. (See Docket Nos. 40 and 41.) Attached to this declaration as Exhibit 6 is a true and correct copy of my email to Mr. Morton which I sent on September 16, 2024, notifying him of Defendants' association of counsel.

8. To date, plaintiffs have failed and refused to honor their obligations under the Arbitration Agreement. No discovery has been completed yet in this case, and initial disclosures have not been exchanged.

9. I reviewed the concurrently filed declarations of Matt Scaroni and translator, Jesús Rosa García ("Translator"). True and correct copies of the Arbitration Agreement signed by plaintiffs in Spanish which I provided to co-defense counsel, Marlene C. Nowlin, are attached to the Scaroni and Translator declarations, as Exhibits 1, 3, 5, and 7.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of September 2024, at Sacramento, California.

/s/ *Jennifer M. Schermerhorn*
JENNIFER M. SCHERMERHORN

FINCH, THORNTON & BAIRD, LLP
4747 Executive Drive - Suite 700
San Diego, CA 92121
(858) 737-3100

2695.003/3RS9499.axm

4

CASE NO: 5:24-cv-03375-EKL

CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document has been filed electronically on this 24th day of September 2024 and is available for viewing and downloading to the ECF registered counsel of record:

Via Electronic Service/ECF:

| | |
|---|---|
| Dawson Morton, Esq.<br>James Knoepp, Esq. (*Admitted Pro Hac Vice*)<br>Law Offices Of Dawson Morton<br>1808 Sixth Street<br>Berkeley, California 94710<br>Telephone:  (404) 590-1295<br>Emails:     dawson@dawsonmorton.com<br>                 jim@dawsonmorton.com | ATTORNEYS FOR PLAINTIFFS ANTONIO RUBIO-LEON, ANGEL DE JESUS ROCHA-RIVERA, DIEGO MARTINEZ-JIMENEZ, AND GERARDO LEDESMA-DELGADO |
| Jennifer Schermerhorn, Esq.<br>Scaroni Family of Companies<br>101 E. Main Street<br>Heber, California 92249<br>Telephone:  (760) 909-1315<br>Email:      jennifer@sfcos.com | ATTORNEYS FOR DEFENDANTS FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., AND SMD LOGISTICS, INC. |

DATED:  September 24, 2024          Respectfully submitted,

FINCH, THORNTON & BAIRD, LLP


By:   */s/ Marlene C. Nowlin*
        CHAD T. WISHCHUK
        MARLENE C. NOWLIN
Attorneys for Defendants Fresh Harvest, Inc., Farm Labor Association For Growers, Inc., and SMD Logistics, Inc.
E-mail: mnowlin@ftblaw.com