# EXHIBIT 2

9/23/24, 2:53 PM SFCOS Mail - In Re Demand for Arbitration | Rubio-Leon v. FLAG, et al.

Case 5:24-cv-03375-EKL Document 45-8 Filed 09/24/24 Page 2 of 2



Jennifer Schermerhorn <jennifer@sfcos.com>

## In Re Demand for Arbitration | Rubio-Leon v. FLAG, et al.

**Dawson Morton** <dawson@dawsonmorton.com>  Fri, Apr 26, 2024 at 10:47 AM
To: Jennifer Schermerhorn <jennifer@sfcos.com>

Hi Jennifer:

Thanks for your email. It seems we disagree on what constitutes a valid arbitration agreement.  The agreement you forwarded appears plainly invalid and unenforceable. I am happy to discuss it with you in the hopes that we might resolve claims without the expense of litigation.  However, I should note that my past experience with your employer suggests that they prefer to litigate disputes.

Also, just to keep you abreast, we plan to assert client employer liability as well.  I will copy you on the letter concerning claims pursuant to 2810.3.

You can reach me by email or at 404-590-1295 should you wish to discuss the matter further.

Dawson Morton
dawson@dawsonmorton.com
404-590-1295

[Quoted text hidden]

[Quoted text hidden]

<4 5 In Re Arbitration.pdf><ARBITRATION - ROCHA RIVERA, ANGEL DE JESUS (2).pdf><ARBITRATION-RUBIO LEON, ANTONIO.pdf>