# EXHIBIT 4

---------- Forwarded message ---------
From: **Jennifer Schermerhorn** <jennifer@sfcos.com>
Date: Mon, Sep 9, 2024, 7:16 PM
Subject: Rubio-Leon v. FLAG
To: Dawson Morton <dawson@dawsonmorton.com>

Hi Dawson, please find attached stipulation.

Thank you for your consideration.

All the best,

1  Dawson Morton
   Cal. SBN 320811
2  James Knoepp
   S.C. Bar 102757, *Admitted Pro Hac Vice*
3  LAW OFFICES OF DAWSON MORTON
   1808 Sixth St.
4  Berkeley, CA 94710
   Ph: 404-590-1295
5  dawson@dawsonmorton.com
6  jim@dawsonmorton.com

7  Jennifer Schermerhorn (SBN 225070)
   Scaroni Family of Companies
8  101 E. Main St.
   Heber, CA 92249
9  Jennifer@sfcos.com

10

11 Attorneys for DEFENDANTS
   FRESH HARVEST, INC., FARM LABOR ASSOCIATION
12 GROWERS., INC. and SMD LOGISTICS, INC.

13 ATTORNEYS FOR PLAINTIFFS AND THE PROPOSED CLASS

14
                    IN THE UNITED STATES DISTRICT COURT
15               FOR THE NORTHERN DISTRICT OF CALIFORNIA
                             SAN JOSE DIVISION
16

| 17 | ANTONIO RUBIO-LEON, et al., and others similarly situated, | ) | CIVIL ACT. NO.: 5:24-cv-3375-ELK |
|---|---|---|---|
| 18 | | ) ) | **JOINT STIPULATION TO continue pending** |
| 19 | Plaintiffs, | ) ) | **discovery DEADLINE TO EXCHANGE INITIAL DISCLOSURES** |
| 20 | vs. | ) ) | |
| 21 | | ) | RULE 23 CLASS |
| 22 | FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., and SMD LOGISTICS, INC., | ) ) ) | |
| 23 | | ) | |
| 24 | Defendants. | ) ) | |
| 25 | | ) ) | |
| 26 | | | |

27       TO THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

28

                                        1

Pursuant to Local Rule 6-2, Plaintiffs and Defendants submit this Joint Stipulation to continue the deadline for exchanging Initial Disclosures by from September 12, 2024, to October 1, 2024.

WHEREAS, the Court had previously ordered September 12, 2024 as the deadline for exchanging initial disclosures pursuant to the parties' joint stipulation, ECF 34.

WHEREAS, this is the second extension requested by the parties.

WHEREAS, no Case Management Conference or hearing dates have been set, the parties have not held their Rule 26(f) conference, and the parties have stipulated to an additional extension of time to prepare and exchange initial disclosures for the reasons listed below.

WHEREAS, on September 6, 2024, Defendants' assistant general counsel withdrew from this case and is no longer employed by Defendants.

WHEREAS, Defendants' In House General Counsel, Jennifer Schermerhorn, is now Defendants' sole representative, ECF 37.

WHEREAS, Ms. Schermerhorn is not fully recovered from recent surgery and is unable to complete initial disclosures by the September 12, 2024 deadline.

WHEREAS, Defendants are in the process of associating outside counsel, Finch, Thornton, & Baird, as defense counsel in this action.

WHEREAS, Defendants met and conferred with plaintiffs' counsel, Dawson Morton, regarding the above issues, the possibility of individual arbitration may be required, and that the class and PAGA representative action may be waived by plaintiffs.

WHEREAS considering the above issues, and without waiving defenses to arbitration and waiver of class and PAGA representative actions, the parties stipulate that the September 12, 2024 deadline for exchanging Initial Disclosures should be further extended approximately two weeks to October 1, 2024.

THEREFORE THE PARTIES HEREBY STIPULATE AND AGREE, through their respective

counsel, that the September 12, 2024 initial disclosure deadline is extended to October 1, 2024.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: September_06, 2024

By: _____
Dawson Morton

Attorneys for Plaintiffs

Dated: September 06, 2024         SCARONI FAMILY OF COMPANIES

By: _____
Jennifer Schermerhorn

Attorneys for Defendants

**[PROPOSED] ORDER**

Having read and considered the parties' Stipulation Continue Pending Discovery Deadline To Exchange Initial Disclosures, IT IS ORDERED that the Initial Disclosure Deadline is extended from September 12, 2024 to October 1, 2024.

DATED: _____     By: _____
                                        HONORABLE JUDGE EUMI K. LEE
                                        JUDGE, U.S. DISTRICT COURT