# EXHIBIT 5

---------- Forwarded message ---------
From: **Dawson Morton** <dawson@dawsonmorton.com>
Date: Tue, Sep 10, 2024 at 10:47 AM
Subject: Re: Rubio-Leon v. FLAG
To: Jennifer Schermerhorn <jennifer@sfcos.com>

Hi Jennifer:

I didn't know you'd recently had surgery— I'm happy to agree to additional time.  But this draft is full of representations that aren't true.  Who is writing these things?

We already had a 26f conference, I don't agree that "individual arbitration may be required;" I find the inclusion of these misstatements troubling.

I've edited your earlier draft that did not include the above "representations."

It proposes 15 days until Sept 27.

If this draft is agreeable you can file with my permission.


Dawson Morton
dawson@dawsonmorton.com
404-590-1295



On Sep 9, 2024, at 7:16 PM, Jennifer Schermerhorn <jennifer@sfcos.com> wrote:

Hi Dawson, please find attached stipulation.

Thank you for your consideration.

All the best,
<DRAFT - CLEAN - JT Stip EOT on Initial Disclosures (MCN).docx>

1  Dawson Morton
   Cal. SBN 320811
2  James Knoepp
   S.C. Bar 102757, *Admitted Pro Hac Vice*
3  LAW OFFICES OF DAWSON MORTON
   1808 Sixth St.
4  Berkeley, CA 94710
   Ph: 404-590-1295
5  dawson@dawsonmorton.com
   jim@dawsonmorton.com
6
   Jennifer Schermerhorn (SBN 225070)
7  Scaroni Family of Companies
   101 E. Main St.
8  Heber, CA 92249
   Jennifer@sfcos.com
9

10 Attorneys for DEFENDANTS
   FRESH HARVEST, INC., FARM LABOR ASSOCIATION
11 GROWERS., INC. and SMD LOGISTICS, INC.

12 ATTORNEYS FOR PLAINTIFFS AND THE PROPOSED CLASS

13                IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
14                        SAN JOSE DIVISION

| | |
|---|---|
| ANTONIO RUBIO-LEON, et al., and others similarly situated, | CIVIL ACT. NO.: 5:24-cv-3375-ELK |
| Plaintiffs, | **JOINT STIPULATION TO CONTINUE PENDING DISCOVERY DEADLINE TO EXCHANGE INITIAL DISCLOSURES** |
| vs. | |
| | RULE 23 CLASS |
| FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., and SMD LOGISTICS, INC., | JURY TRIAL DEMANDED |
| Defendants. | |

TO THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 6-2, Plaintiffs and Defendants submit this Joint Stipulation to continue the pending discovery deadline for exchanging Initial Disclosures by 15 days from September 12, 2024, to September 27, 2024.

WHEREAS, this is the second extension requested by the parties;

- 1 -

1    WHEREAS, the Defendants' counsel needs more time as they just filed a notice of change in
2    counsel because the assistant general counsel withdrew representation and is no longer employed by
3    Defendants and the sole representative is their In House General Counsel, ECF 37.

4    WHEREAS the parties met and conferred with email exchanges on September 06 and
5    September 10, 2024;

6    WHEREAS, the Court had previously ordered pursuant to the parties' joint stipulation
7    September 12, 2024 as the date for exchanging initial disclosures, ECF 34;

8    WHEREAS, no Case Management Conference or hearing dates have been set and the parties
9    desire a bit of additional time to prepare and exchange initial disclosures;

10
11   THE PARTIES HEREBY STIPULATE AND AGREE, through their respective counsel, that the
     initial disclosure date set by Initial Case Management Order be amended and the parties agree that
12   they will exchange initial disclosures on or before September 27, 2024.
13

14   IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

15   Dated: September_10, 2024
16

17                                                By:_____
                                                       Dawson Morton
18
                                                       Attorneys for Plaintiffs
19

20
21   Dated: September 10, 2024              SCARONI FAMILY OF COMPANIES
22

23                                                By:_____
                                                       Jennifer Schermerhorn
24
                                                       Attorneys for Defendants
25

26

27

28

- 2 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that Initial Disclosure Deadline previously set by stipulation is extended to September 27, 2024.

DATED: _____    By: _____
HONORABLE JUDGE EUMI K. LEE
JUDGE, U.S. DISTRICT COURT