# EXHIBIT 6

| | |
|---|---|
| **From:** | Jennifer Schermerhorn |
| **To:** | Dawson Morton |
| **Cc:** | Jim Knoepp; Chad T. Wishchuk; Marlene C. Nowlin; Ada Meraz |
| **Subject:** | Re: joint status report |
| **Date:** | Monday, September 16, 2024 12:28:45 PM |

Hi Dawson,

Thank you following up. My recuperation from my surgery has slowed me down more than I had expected. I am removing Juan as he is no longer with us. I am adding Chad and Marlene to our communication as they both just associated in as counsel because I am unable to manage all of the responsibilities and duties of my role as well as this litigation matter. Please include them in going forward. I understand that yes, we should be able to get this on file today as Marlene and Chad are working on this as we speak because my attentions and priorities are focused elsewhere for most of today.

I will let them coordinate the on this.

All the best,

*Jennifer M. Schermerhorn, Esq.*
VP of Human Resources & General Counsel
jennifer@sfcos.com
Mobile +1 (760) 909-1315
Work   +1 (760) 592-2258

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.


On Mon, Sep 16, 2024 at 12:02 PM Dawson Morton <dawson@dawsonmorton.com> wrote:
> Hi Jennifer
>
> I wanted to make sure you had seen this as its due to be filed today.
>
> Let me know if its a deadline you can't make as we should then submit a stipulation.
>
> Dawson Morton
> dawson@dawsonmorton.com
> 404-590-1295
>
>> On Sep 13, 2024, at 5:47 PM, Dawson Morton <dawson@dawsonmorton.com> wrote:
>>
>> Attached is Plaintiffs' draft of the joint status report.  I believe this needs to be filed on Monday.  Please let me know any modification or insertions you have on Monday morning.
>>
>> Thanks.

<26f report and CMC Statement.docx>

Dawson Morton
dawson@dawsonmorton.com
404-590-1295