JENNIFER M. SCHERMERHORN, SBN 225070
EMAIL: jennifer@sfcos.com
**SCARONI FAMILY OF COMPANIES**
101 EAST MAIN STREET
HEBER, CALIFORNIA 92249
TELEPHONE: (760) 592-2258

CHAD T. WISHCHUK, SBN 214779
EMAIL: cwishchuk@ftblaw.com
MARLENE C. NOWLIN, SBN 156457
EMAIL: mnowlin@ftblaw.com
**FINCH, THORNTON & BAIRD, LLP**
ATTORNEYS AT LAW
4747 EXECUTIVE DRIVE – SUITE 700
SAN DIEGO, CALIFORNIA 92121-3107
TELEPHONE: (858) 737-3100
FACSIMILE: (858) 737-3101

Attorneys for Defendants Fresh Harvest, Inc., Farm Labor Association For Growers, Inc., and SMD Logistics, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTONIO RUBIO-LEON, ANGEL DE JESUS ROCHA-RIVERA, DIEGO MARTINEZ-JIMENEZ, GERARDO LEDESMA-DELGADO and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., and SMD LOGISTICS, INC.,<br><br>Defendant. | CASE NO: 5:24-cv-03375-EKL<br><br>DECLARATION OF TRANSLATOR JESÚS ROSA GARCÍA/QES TRANSLATIONS IN SUPPORT OF DEFENDANTS FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., AND SMD LOGISTICS, INC.'S MOTION TO COMPEL ARBITRATION, DISMISS CLASS CLAIMS, AND DISMISS OR STAY PAGA REPRESENTATIVE CLAIMS, AND FOR AN IMMEDIATE STAY PENDING THE RULING ON THIS MOTION<br><br>Assigned to:<br>District Judge:<br>Hon. Eumi K. Lee, Courtroom 7<br>Magistrate Judge:<br>Hon. Nathanael M. Cousins, Courtroom 5<br><br>Date:     February 26, 2025<br>Time:    10:00 a.m.<br>Dept.:    Courtroom 7<br><br>Complaint Filed:   June 4, 2024<br>Trial Date:              Not Set |

I, Jesús Rosa García, declare as follows:

1. I am a court certified translator for QES Translations. All facts stated in this declaration are true of my own knowledge unless otherwise stated, and if called as a witness, I could and would competently testify to them.

2. I am fluent in both the English and Spanish languages. I regularly translate documents written in the Spanish language into the English language. I have worked as a translator for two years. My additional qualifications as a translator are as follows: Juris Doctor and Master of Laws (LL.M.) in ABA certified faculties in the United States, licensed attorney in the state of Massachusetts, over five years of professional experience developing and administering English and Spanish policies, procedures, and agreements.

3. I have been working with client Finch, Thornton, & Baird ("FTB") to translate documents relating to this case.

4. On September 21, 2024, I received a document from FTB titled "F.L.A.G. Politica de acuerda de Arbitraje de Empleo opcional," listing Gerardo Ledesma Delgado as a signatory ("Delgado Arbitration Agreement"), a true and correct copy of which is attached as Exhibit 1 to this declaration. I translated the Delgado Arbitration Agreement from the Spanish language into the English language. A true and correct copy of my English translation of the Delgado Arbitration Agreement is attached as Exhibit 2 to this declaration. Exhibit 2 to this declaration is a true, accurate, and complete English translation of the Delgado Arbitration Agreement to the best of my knowledge and abilities.

5. On September 21, 2024, I received a document from FTB titled, "F.L.A.G. Farm Labor Association for Growers, ACUERDO DE ARBITRAJE OPCIONAL," listing Angel de Jesús Rocha Rivera as a signatory ("Rivera Arbitration Agreement"), a true and correct copy of which is attached as Exhibit 3 to this declaration. I translated the Rivera Arbitration Agreement from the Spanish language into the English language. A true and correct copy of my

English translation of the Rivera Arbitration Agreement is attached as hereto as Exhibit 4.  Exhibit 4 to this declaration is a true, accurate, and complete English translation of the Rivera Arbitration Agreement to the best of my knowledge and abilities.

6. On September 21, 2024, I received the document from FTB titled, "F.L.A.G. Farm Labor Association for Growers, ACUERDO DE ARBITRAJE OPCIONAL," listing Antonio Rubio Leon as a signatory ("Leon Arbitration Agreement"), a true and correct copy of which is attached as Exhibit 5 to this declaration.  I translated the Leon Arbitration Agreement from the Spanish language into the English language.  A true and correct copy of my English translation of the Leon Arbitration Agreement is attached hereto.  Exhibit 6 to this declaration is a true, accurate, and complete English translation of the Leon Arbitration Agreement to the best of my knowledge and abilities.

7. On September 21, 2024, I received the document from FTB titled, "F.L.A.G. Farm Labor Association for Growers, ACUERDO DE ARBITRAJE OPCIONAL," listing Diego Martinez Jimenez as a signatory ("Jimenez Arbitration Agreement"), a true and correct copy of which is attached as Exhibit 7 to this declaration.  I translated the Jimenez Arbitration Agreement from the Spanish language into the English language.  A true and correct copy of my English translation of the Jimenez Arbitration Agreement is attached hereto as Exhibit 8. Exhibit 8 to this declaration is a true, accurate, and complete English translation of the Jimenez Arbitration Agreement to the best of my knowledge and abilities.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22 day of September 2024, at San Juan, Puerto Rico.

Jesús Rosa García

2695.003/3RT2911.axm

CASE NO: 5:24-cv-03375-EKL

FINCH, THORNTON & BAIRD, LLP
4747 Executive Drive - Suite 700
San Diego, CA 92121
(858) 737-3100