# EXHIBIT 1

# F.L.A.G

## Política de acuerdo de Arbitraje de Empleo opcional

**En general:** El Acuerdo de Arbitraje de la Compañía se establece en su totalidad en el Manual de la Compañía y también se proporciona a todos los empleados como un documento separado. Debe leer la póliza detenidamente y puede optar por aceptar los términos del acuerdo de arbitraje de empleo opcional. Este documento explica una serie de disposiciones del Acuerdo de arbitraje.

### Las pólizas detrás del Acuerdo de arbitraje de empleo opcional son las siguientes:

- Animar a los empleados a discutir, reportar e informar de inmediato a la Compañía sobre cualquier inquietud, problema, controversia y/o reclamo que surja de la relación laboral, de modo que puedan ser atendidos de inmediato;
- Establecer comunicación abierta y resolución informal de los problemas;
- Apoyar a una fuerza de trabajo comprometida e informada que acepta la diversidad y desalienta la adversidad;
- Para proteger los derechos individuales y crear un foro abierto para escuchar y abordar quejas y preocupaciones;
- Para eliminar cualquier renuencia a reportar problemas, peligros y/o conducta o preocupaciones de comportamiento,
- Promover el arbitraje rápido y la mediación, en lugar de un litigio, de los reclamos de los empleados que surjan de su relación laboral o la terminación del empleo.

### El Acuerdo de arbitraje de empleo opcional:

- Proporcionar una resolución más rápida de los reclamos de los empleados tales como discriminación laboral, acoso o represalias; cualquier reclamo presentado por el Empleado relacionado con los salarios y las condiciones de trabajo; el incumplimiento de un contrato laboral o pacto implícito de buena fe y trato justo; un despido injusto; o mala conducta (ya sea intencional o negligente) incluyendo la difamación, la falsificación, el fraude e imposición intencional de estrés emocional.
- Para verificar que el Empleado y la Compañía comprendan y acuerden que renuncian a su derecho a presentar dichos reclamos ante una corte, incluido el derecho a un juicio por un jurado, y para presentar demandas colectivas;
- Acordar que el procedimiento de arbitraje será conducido por un árbitro neutral de acuerdo con las Reglas Nacionales para la Resolución de Disputas de Empleo emitidas por la Asociación Americana de Arbitraje. La Compañía pagará los honorarios del árbitro por el procedimiento, así como los cargos por la transcripción de la audiencia.
- El árbitro neutral tendrá la autoridad para otorgar salarios atrasados, intereses y daños y perjuicios aplicables y honorarios de abogados, y todas las demás formas de reparación que puedan otorgarse como si el caso se hubiera litigado en un tribunal.
- El empleado continúa teniendo derecho a ser representado por un abogado de su propia elección, y a su propio costo;
- El árbitro emitirá una decisión por escrito y su decisión sólo podrá apelarse de acuerdo con la ley aplicable.

Cada una de las partes del Acuerdo de arbitraje de empleo opcional entiende que el Acuerdo de arbitraje de empleo opcional no cambia de ninguna manera la relación de empleo "a voluntad" entre las partes ni debe interpretarse en el sentido de que implica la existencia de un contrato de trabajo. El empleo "a voluntad" permanece en plena vigencia y efecto. Dicta que en cualquier momento, por cualquier motivo, con o sin causa, o con o sin notificación, el empleado o el empleador puede rescindir el empleo a su propia discreción.

Acuso recibo de este documento en la fecha que se indica a continuación.

LEDESMA DELGADO GERARDO

**Nombre del Empleado**

*Gerardo Ledesma Delgado*

**Employee Signature/Firma del Empleado**

TIJUANA BC MEXICO

**Locación al momento de firmar**

H09745

**Número de Empleado**

03 / 28 / 2022

**Fecha**

Revised Date 9/24/2021

# F.L.A.G

## OPCIONAL ACUERDO DEL ARBITRAJE DEL EMPLEO

Todo y cada uno litigio, controversia o reclamación que no está resuelto con arreglo a los procedimientos precedentes y que surge de o refiere a este manual de empleo, su empleo o la terminación de su empleo puede ser resuelto mediante arbitraje vinculante ante un árbitro imparcial, salvo cuando la ley aplicable lo prohíbe. Esta estipulación se aplicará a todos y cada unos de aquellos litigios, controversias o reclamaciones sean dirigidos a la Empresa y/o a cualquier empleado, oficial, directivo, representante, presunto agente, director o afiliado de la Empresa con respecto a cualquier asunto pendiente de su empleo o de la terminación de su empleo. Esto incluye, pero no se limita a, cualquier aplicabilidad o incumplimiento de este manual de empleo o cualquier contrato/acuerdo pretendido de empleo, y/o cualquier controversia o reclamación que se surge de la relación (o de la naturaleza de la relación) o del comienzo o de la terminación de la relación, lo que incluye, pero no se limita a, reclamaciones a la violación de un estatuto o estatal o federal y/o a violación de contrato, violación de un contrato/pacto implícito de buena fe y negocios honrados, despido improcedente, o la imposición intencional *de* sufrimiento emocional, angustia, difamación, violación del derecho de la privacidad, intromisión con relaciones ventajosas o relaciones contractuales, conspiración u otras reclamaciones agravias de cualquier clase. Reclamaciones de la discriminación, el acoso o hostigamiento, y/o las represalias que aparecen bajo el Titulo VII de la Ley de Derechos Civiles de 1964, como se modifica Sección 42 U.S.C. secciones 2000(e) et.seq. y el Acto de Empleo Justo y Vivienda de California, secciones 12940-12950 del Código del Gobierno de California, inclusive, EL Código de Labor, y la Ley de Discriminación por Edad en el Empleo, 29 U.S.C. sección 623, están sujetos a las estipulaciones de este acuerdo de arbitraje. Este Acuerdo de Arbitraje aplica a los reclamos que existen antes o puede existir antes de la fecha de este Acuerdo o la enmienda de este Manual del Empleado. Las estipulaciones de arbitraje de este Contrato ofrecerán el único y exclusivo recurso leyendo y firmando este acuerdo y cada parte (todos los interesados) renuncia cualquier derecho que él/ella/ello podría tener para exigir reparación en cualquier otro foro, incluido proceso con jurado. Este acuerdo no cubre las reparaciones del seguro de compensación al trabajador o de los subsidios por incapacidad laboral. Los empleados no están impedidos de presentar cargos administrativos con una agencia administrativa apropiada del Estado o del Federal con el fin de, entre otras cosas, cumplir requisito cualquiera del agotamiento de recursos administrativos con anterioridad a la invocación de este proceso obligatorio, pedir recursos que no son específicos de una víctima particular, o permitir la presentación del pleito legal por parte de una agencia administrativa que busca recursos estatutarios que no fueran disponibles durante el proceso del arbitraje. Los empleados están prohibidos expresamente de archivar cualquier reclamo junto, por clase, representativo, o colectivo tocante sus sueldos, horas u otras términos y condiciones de sus trabajo en contra el empleador en cualquier tribunal, si arbitraje o judicial, con excepción de reclamos archivados bajo el Acto de 2004 de los Abogados Privados Generales.

Tal arbitraje será conducido en acordancia con las reglas de la asociación de arbitraje o servicio con quien el árbitro está seleccionado (Asociación Americana de Arbitraje, JAMS, ARS, o lo demás) y será gobernado por el Acto de Arbitraje Federal [ 9 U.S. C Sección 2, et. al.]. Si el empleo existe en California, el Código de Procedimiento Civil Secciones 1280, et. seq. Tendrá dominio de tal arbitraje al afirmar que la ley de California no es contradictoria o no tiene más preferencia que la ley Federal aplicable.

El árbitro será seleccionado de una lista de siete árbitros suministrada por la Oficina del Servicio Federal de Mediación y Conciliación. Las partes se alternarán para eliminar los nombres que aparecen en la lista; la parte que es la primera en turno será determinada por el lanzamiento de una moneda al aire. El arbitraje tendrá lugar en una ubicación decidida de mutuo acuerdo entre las partes. A falta de un acuerdo, el árbitro determinará el lugar.

A las dos partes el árbitro proporcionará tiempo suficiente, acceso a los testigos, acceso a la documentación y acceso a los registros de las partes para aportar exhibición adecuada con anterioridad al comienzo del proceso.

Cualquier reclamación de una parte contra la otra que podría ser presentada como resolución de conformidad a este párrafo debe ser presentada de manera escrita por el reclamante a la otra parte en conformidad con las leyes aplicables Estatales y Federales de estatuas de limitación.

En caso de que una de las partes afirme que las acciones de la otra están causando perjuicio para el cual la indemnización por daños y perjuicios sería insuficiente, la parte puede solicitar medidas cautelares mediante una presentación al Servicio Federal de Mediación y Conciliación en San Francisco de una declaración, bajo sanción por perjurio, describiendo los hechos que hicieron surgir su reclamación. Dicha declaración será entregada a la otra parte personalmente, por correo exprés, por FedEx (Federal Express), o por un servicio comparable, se solicita acuse de recibo. Si las partes no pueden ponerse de acuerdo sobre el árbitro dentro de diez (10) días, el Servicio Federal de Mediación y Conciliación tiene autorización para seleccionar un arbitraje imparcial el cual dirige una vista dentro de diez (10) días de ser seleccionado.

Al resolver cualquier cuestión legal, el árbitro aplicará todas las leyes federales y estatales y todos los derechos legislados y jurisprudenciales que se pueden aplicar al litigio. El Arbitraje se dirigirá en conformidad con las reglas del

Original Date: 01/01/1984
Revised 09/24/2021

Código de Procedimiento Civil, comprendiendo la Sección 1280, y El Código de Procedimientos Probatorios de California se aplicará. El árbitro tendrá la única autoridad para resolver cualquier litigio relacionado a la interpretación, pertinencia, aplicación o creación sobre el manual del empleado y esta estipulación.

Las partes no estarán obstaculizadas de pedir todos los recursos pertinentes, incluidos indemnizaciones por daños y perjuicios y los honorarios y gastos de abogados, los cuales estarían disponibles si el asunto hubiera sido litigado a juicio.

La Empresa pagará las costas del árbitro imparcial y de una transcripción de todo el proceso de arbitraje. Cada parte se hará cargo de los costes de sus propios testigos.

Cualquier decisión y concesión o orden del árbitro será escrita y será definitiva y obligatoria entre las partes involucradas en las reclamaciones, las cuales fueron planteadas o pudieron haber sido planteadas en relación con la disputa en toda la extensión de la ley. La decisión del árbitro será la última decisión y solamente estará sujeto a la revisión judicial como indica el Acto de Arbitraje de California (Código de Procedimiento Civil, Sección 1285, et. seq.).

Si sea necesario cualquier litigio para hacer cumplir a las condiciones de este Acuerdo de Arbitraje, o si cualquier acción legal, aunque sea prohibida, se surja con respecto a este Acuerdo de Arbitraje, la parte predominante tendrá derecho a pago razonable para los abogados y a cualquier otra compensación a la que puede tener derecho.

En caso de que sean ilícitas o no ejecutables una o más que una de las estipulaciones contenidas en esta, esta ilegitimidad o incapacidad de ser ejecutable no afectará cualquier otra estipulación, y los procedimientos presentados aquí dentro serán interpretados como nunca existió en este documento la estipulación ilícita.

Yo he leído y entiendo todo lo anterior y acepto las condiciones de este Acuerdo.

**Empleado:**

Nombre: LEDESMA DELGADO GERARDO

Firma: GERARDO Ledesma

Fecha: 03/28/2022

TIJUANA BC MEXICO
Locación al momento de firmar

**Empleador:**

Nombre y Título: _____

Firma: [signature]

Fecha: _____

10/20/2020