JENNIFER M. SCHERMERHORN, SBN 225070
EMAIL: jennifer@sfcos.com
**SCARONI FAMILY OF COMPANIES**
101 EAST MAIN STREET
HEBER, CALIFORNIA 92249
TELEPHONE: (760) 592-2258

CHAD T. WISHCHUK, SBN 214779
EMAIL: cwishchuk@ftblaw.com
MARLENE C. NOWLIN, SBN 156457
EMAIL: mnowlin@ftblaw.com
**FINCH, THORNTON & BAIRD, LLP**
ATTORNEYS AT LAW
4747 EXECUTIVE DRIVE – SUITE 700
SAN DIEGO, CALIFORNIA 92121-3107
TELEPHONE: (858) 737-3100
FACSIMILE: (858) 737-3101

Attorneys for Defendants Fresh Harvest, Inc., Farm Labor Association For Growers, Inc., and SMD Logistics, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTONIO RUBIO-LEON, ANGEL DE JESUS ROCHA-RIVERA, DIEGO MARTINEZ-JIMENEZ, GERARDO LEDESMA-DELGADO and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., and SMD LOGISTICS, INC.,<br><br>Defendant. | CASE NO: 5:24-cv-03375-EKL<br><br>DECLARATION OF MATT SCARONI IN SUPPORT OF DEFENDANTS FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., AND SMD LOGISTICS, INC.'S MOTION AND MOTION TO COMPEL ARBITRATION, DISMISS CLASS CLAIMS, AND DISMISS OR STAY PAGA REPRESENTATIVE CLAIMS, AND FOR AN IMMEDIATE STAY PENDING THE RULING ON THIS MOTION<br><br>Assigned to:<br>District Judge:<br>Hon. Eumi K. Lee, Courtroom 7<br>Magistrate Judge:<br>Hon. Nathanael M. Cousins, Courtroom 5<br><br>Date:  February 26, 2025<br>Time: 10:00 a.m.<br>Dept.: Courtroom 7<br><br>Complaint Filed: June 4, 2024<br>Trial Date: Not Set |

/ / / / /

I, Matt Scaroni, declare as follows:

1. I am the secretary of defendant Farm Labor Association for Growers, Inc. ("FLAG"), president and chief executive officer of defendant Fresh Harvest, Inc. ("Fresh Harvest"), and chief financial officer of defendant SMD Logistics, Inc. ("SMD"). I am a duly authorized custodian of the records and documents attached to this declaration and have obtained these records from FLAG and Fresh Harvests files. I am familiar with the manner and procedures by which the records and documents contained in FLAG, Fresh Harvest, and SMD's (collectively "Defendants") files are prepared and maintained. Those documents and records are prepared or maintained by Defendants' agents or employees in the performance of their regular business duties. Those documents and records are made either by persons with knowledge of the matters they record or from information supplied by persons with such knowledge. It is Defendants' regular business practice to maintain such documents and records in the normal course of its business. The documents attached to and referenced in this declaration are business records produced and maintained in this manner. The facts set forth in this declaration are based on my personal knowledge and on my review of Defendants' files.

2. In my capacity as an officer and custodian of records for Defendants, I have access to and control over Defendants' personnel files containing employee records, agreements, and other important signed personnel documents. I am familiar with and oversee the procedures for obtaining signed personnel documents from employees and maintaining such records in employee personnel files. Defendants maintain a separate personnel file for each employee.

3. FLAG is a provider of farm worker staffing services for a group of members consisting of fixed-site growers. Fresh Harvest is a farm labor contractor engaged in providing agricultural custom harvesting services in and around various fields including within California and Colorado. SMD is a

provider of farm-related logistics services. Defendants' principal place of business is in Monterey County, California, and they regularly perform work throughout California, Colorado, and Arizona. Defendants are affiliates and regularly use the telephone, electronic mail, and U.S. mail to communicate across state lines regarding their purchases, operations, and/or business including harvesting and farming operations, and the sale of agricultural products and goods.

4. Plaintiffs are former employees of FLAG and/or Fresh Harvest. Between April 2020 and May 2023, plaintiffs were hired by FLAG and/or Fresh Harvest as farm workers within California or Colorado. Plaintiff Gerardo Ledesma-Delgado ("Delgado") was hired by FLAG and Fresh Harvest on April 3, 2020. Plaintiff Antonio Rubio Leon ("Leon") was hired by FLAG and Fresh Harvest on September 12, 2022. Plaintiff Angel de Jesus Rocha-Rivera ("Rivera") was hired by FLAG on April 1, 2023. Plaintiff Diego Martinez-Jimenez ("Jimenez") was hired by Fresh Harvest on June 3, 2021. Jimenez was hired by FLAG on May 23, 2023. SMD never employed plaintiffs.

5. During their employment, plaintiffs were provided and signed an Optional Arbitration Agreement and Optional Arbitration Agreement Policy in Spanish (collectively the "Arbitration Agreement"). The Arbitration Agreement was not a condition of employment and was purely voluntary for each plaintiff. True and correct copies of the Arbitration Agreement signed by Delgado, Rivera, Leon, and Jimenez in Spanish are attached to this declaration as Exhibits 1, 3, 5, and 7, respectively. I too signed each Arbitration Agreement.

6. On September 22, 2024, Defendants' counsel, Marlene C. Nowlin, provided me certified translations of the Arbitration Agreement which are attached hereto and to the declaration of translator Jesús Rosa García as Exhibits 2, 4, 6, and 8 (the "Translations".) I reviewed the Translations and they accurately reflect my understanding of the Arbitration Agreement signed by

FINCH, THORNTON &
BAIRD, LLP
4747 Executive
Drive - Suite 700
San Diego, CA 92121
(858) 737-3100

3

CASE NO: 5:24-cv-03375-EKL

plaintiffs.

7. The Arbitration Agreement states as follows:

> Any and all disputes, controversies or claims not settled in accordance with the foregoing procedures and arising out of or relating to this employment handbook, your employment or the termination of your employment may be settled by binding arbitration before an impartial arbitrator, unless otherwise prohibited by applicable law. This provision may apply to any and all such disputes, controversies or claims whether asserted individually by the employee against the Company and/or against any employee, officer, alleged agent, director or affiliate of the Company with regard to any matter arising out of your employment or the termination of your employment. . . .
>
> The arbitration provisions of this Agreement shall provide the exclusive remedy and, by reading and signing this Agreement, each party expressly waives any right they might have to seek redress in any other forum, including a trial by jury. . . .

8. The Arbitration Agreement also includes provisions such as:

> Such arbitration shall be conducted in accordance with the rules of the arbitration association or service from which the arbitrator is selected (e.g., American Arbitration Association, JAMS, ARS, etc.) and will be governed by the Federal Arbitration Act [9 U.S.C. Section 2, et. al.] . . . .
>
> In the event that one or more of the provisions contained herein should for any reason be held to be unlawful or unenforceable, such unlawfulness or unenforceability shall not affect any other provision, and the procedures set forth herein shall be construed as if such unenforceable or unlawful provision had not been contained herein. . . .
>
> Employees are expressly precluded from filing or participating in any joint, class, representative or collective claims addressing their wages, hours or other terms or conditions of their employment against the employer in any forum, whether arbitral or judicial. This waiver includes PAGA claims to the extent permitted by law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of September 2024, at Heber, California.

MATT SCARONI

2695.003/3RS9569.axm

FINCH, THORNTON & BAIRD, LLP
4747 Executive Drive - Suite 700
San Diego, CA 92121
(858) 737-3100

4

CASE NO: 5:24-cv-03375-EKL

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that this document has been filed electronically on this 24th day of September 2024 and is available for viewing and downloading to the ECF registered counsel of record:

<u>Via Electronic Service/ECF:</u>

| | |
|---|---|
| Dawson Morton, Esq.<br>James Knoepp, Esq. (*Admitted Pro Hac Vice*)<br>Law Offices Of Dawson Morton<br>1808 Sixth Street<br>Berkeley, California 94710<br>Telephone:  (404) 590-1295<br>Emails:       dawson@dawsonmorton.com<br>                    jim@dawsonmorton.com | ATTORNEYS FOR PLAINTIFFS ANTONIO RUBIO-LEON, ANGEL DE JESUS ROCHA-RIVERA, DIEGO MARTINEZ-JIMENEZ, AND GERARDO LEDESMA-DELGADO |
| Jennifer Schermerhorn, Esq.<br>Scaroni Family of Companies<br>101 E. Main Street<br>Heber, California 92249<br>Telephone:  (760) 909-1315<br>Email:       jennifer@sfcos.com | ATTORNEYS FOR DEFENDANTS FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., AND SMD LOGISTICS, INC. |

DATED:  September 24, 2024

Respectfully submitted,

FINCH, THORNTON & BAIRD, LLP

By:   */s/ Marlene C. Nowlin*
        CHAD T. WISHCHUK
        MARLENE C. NOWLIN
Attorneys for Defendants Fresh Harvest, Inc., Farm Labor Association For Growers, Inc., and SMD Logistics, Inc.
E-mail: mnowlin@ftblaw.com