**EXHIBIT 2**

# F.L.A.G

## Optional Arbitration Agreement Policy

**In general:** The Company's Optional Arbitration Agreement is set forth in its entirety in the Company Manual and is also attached to its manual, as a separate document. You must read this policy carefully and you may choose to accept the terms of the optional arbitration agreement. This document details a number of provisions in the Arbitration Agreement.

**The policies behind the Arbitration Agreement are:**

- Encourage employees to immediately discuss, report and inform to the Company any concerns, problems, disputes and/or claims arising out of the employment relationship, so that they can be addressed immediately;
- Establish open communication and informal problem resolution;
- Support a committed and informed workforce that embraces diversity and discourages adversity;
- Protect individual rights and create an open forum to hear and address complaints and concerns;
- Eliminate any reluctance to report problems, dangers and/or behaviors or behavioral concerns,
- Promote prompt arbitration and mediation, rather than litigation, of employee claims arising out of their employment relationship or termination of employment.

**The Arbitration Agreement shall:**

- Provide quicker resolution of employee claims, such as employment discrimination, harassment or retaliation; any claim brought by the employee regarding wages and working conditions; breach of employment contract or implicit agreement of good faith and fair treatment; unfair dismissal; or misconduct (whether intentional or negligent), including defamation, misrepresentation, fraud, and the imposition of emotional stress.
- Verify that the employee and the Company understand and agree that they waive their right to file such claims in court, including the right to a jury trial, and to file class actions;
- Agree that the arbitration proceeding will be conducted by a neutral arbitrator in accordance with the National Rules for the Resolution of Labor Disputes issued by the American Arbitration Association. The Company will pay the arbitrator's fees for the proceeding, as well as the fees for the hearing transcript.
- The neutral arbitrator will have the authority to award back wages, applicable interest and damages, and attorney's fees, just as if the case were litigated in court.
- The employee continues to have the right to be represented by a lawyer of his or her choice and at his or her own cost;
- The arbitrator shall issue a written decision and his decision may only be appealed in accordance with applicable law.

Each party to the Optional Arbitration Agreement understands that the Optional Arbitration Agreement does not change the employment relationship "at will" between the parties nor should it be construed as implying the existence of a contract of employment for a defined term. Employment "at will" remains in full force and effect. It provides that, at any time, for any reason, with or without cause, or with or without notice, the employee or employer may terminate employment at its own discretion.

I acknowledge receipt of this document on the written date below.

LEDESMA DELGADO GERARDO  H09745
Employee Name  Employee Number

[Signature]  03/28/2022
Employee Signature  Date

Tijuana, B.C., Mexico
Location at the time of signing

Revised Date 09/24/2021

# F.L.A.G

**OPTIONAL ARBITRATION AGREEMENT**

Any and all disputes, controversies or claims not settled in accordance with the foregoing procedures and arising out of or relating to this employment handbook, your employment or the termination of your employment may be settled by binding arbitration before an impartial arbitrator, unless otherwise prohibited by applicable law. This provision may apply to any and all such disputes, controversies or claims whether asserted individually by the employee against the Company and/or against any employee, officer, alleged agent, director or affiliate of the Company with regard to any matter arising out of your employment or the termination of your employment. These includes, but it is not limited to, any enforceability or breach of this employment handbook or any purported employment agreement, and/or any claim or controversy arising out of the relationship (or the nature of the relationship) or the commencement or termination of that relationship, including but not limited to, claims for violation of a state or federal statute and/or for breach of agreement, breach of an implied covenant of good faith and fair dealing, wrongful termination, or intentional infliction *of* emotional distress, defamation, breach of right of privacy, interference with advantageous or contractual relations, conspiracy or other tort claims of any kind. Claims for discrimination, harassment, and/or retaliation arising under Title VII of the Federal Civil Rights Act of 1964, as amended Section 42 U.S.C. sections 2000(e) et. seq. and the California Fair Employment and Housing Act, California Government Code sections 12940-12950, including, California Labor Code, and the Age Discrimination in Employment Act, 29 U.S.C. section 623, are subject to the provisions of this arbitration agreement.  This Arbitration Agreement applies to applicable claims that pre-exist or may pre-exist the date of this Agreement or amendment to this Agreement. The arbitration provisions of this Agreement shall provide the exclusive remedy and, by reading and signing this Agreement, each party (all the interested) waives any right they might have to seek redress in any other forum, including a trial by jury. Claims for workers' compensation insurance or unemployment compensation benefits are not covered by this agreement. Employees shall not be precluded from filing an administrative charge with an appropriate State or Federal administrative agency for the purpose, among others, satisfying any requirement of exhaustion of administrative remedies prior to invoking this mandatory process; to seek remedies that are not victim-specific; to otherwise permit an administrative agency to file its own lawsuit seeking statutory remedies not otherwise available in the arbitration proceeding or as otherwise required by law. Employees are expressly precluded from filing or participating in any joint, class, representative or collective claims addressing their wages, hours or other terms or conditions of their employment against the employer in any forum, whether arbitral or judicial except for claims under the PAGA Act of 2004.

Such arbitration shall be conducted in accordance with the rules of the arbitration association or service from which the arbitrator is selected (e.g., American Arbitration Association, JAMS, ARS, etc.) and will be governed by the Federal Arbitration Act [9 U.S.C. Section 2, et. al.]  If the employment exists in California, California Code of Civil Procedure Sections 1280, et seq. will govern such arbitration to the extent that California law is not contradictory or pre-empted by applicable Federal law.

The arbitrator shall be selected from a list of seven arbitrators provided by the National Office of the Federal Mediation and Conciliation Service.  The parties shall take turns to eliminate the names that are on the list, the first party to begin eliminating names from the list shall be chosen by tossing a coin. The arbitration shall be held in a location to be mutually agreed upon by the parties. In the absence of agreement, the arbitrator shall determine the location.

The arbitrator shall provide either party with sufficient time and access to witnesses, documentation, and records of the parties in order to conduct adequate discovery prior to initiation of the proceeding.

Any claim which either party has against the other party which could be submitted for resolution pursuant to this paragraph must be presented in writing by the claiming party to the other in accordance with applicable State or Federal statutes of limitation.

In the event either party contends that the other party's actions are causing injury for which monetary damages would be inadequate, it may seek an injunctive order by submitting to the National Office of the Federal Mediation and Conciliation Service in San Francisco a declaration under penalty of perjury setting forth the facts giving rise to its claim. Said declaration shall be served upon the other party personally or by Express Mail, Federal Express, or other comparable service, return receipt requested. If the parties are not able to agree upon a neutral arbitrator within 10 days, the Federal Mediation and Conciliation Service is authorized to select a neutral arbitrator who shall hold a hearing within 10 days of his/her selection.

Original Date: 01/01/1984
Revised: 09/24/2021

When resolving any matter, the arbitrator shall apply all applicable federal, state and local statutory and common law, which is applicable to the dispute. If the employment is in California, the arbitration shall be conducted pursuant to the

California Code of Civil Procedure's arbitration rules, commencing at Section 1280, and the California Rules of Evidence shall apply. The arbitrator shall have the exclusive authority to resolve any dispute relating to the interpretation, applicability, enforceability or formation of the Employee Handbook and this provision.

The parties shall not be preempted from requesting all the necessary resources, including compensation for damages and attorney's fees, to which they would be entitled if the matter would have been submitted to trial.

The Company shall pay the cost of the neutral arbitrator and of a transcript of any arbitration proceeding. Each party shall bear the expense of any witnesses it calls.

Any decision and award or order of the arbitrator shall be in writing and shall be final and binding between the parties as to all claims, which were or could have been raised in connection with the dispute to the fullest extent permitted by law. The arbitrator's decision shall be final and subject to judicial review only as provided by the California Arbitration Act for employment in California (Code of Civil Procedure Section 1285, et. seq.).

If any litigation is necessary to enforce the terms of this Arbitration Agreement, or if any legal action, even though prohibited, is brought with regard to this Employment Handbook, the prevailing party shall be entitled to reasonable attorneys' fees in addition to any other relief to which it may be entitled.

In the event that one or more of the provisions contained herein should for any reason be held to be unlawful or unenforceable, such unlawfulness or unenforceability shall not affect any other provision, and the procedures set forth herein shall be construed as if such unenforceable or unlawful provision had not been contained herein.

I have read, understand and agree to the terms of this Agreement.

| **Employee:** | | **Employer:** |
|---|---|---|
| Name: | LEDESMA DELGADO GERARDO | Name and Title: |
| Signature:: | [Signature] | Signature: |
| Date: | 03/28/2022 | Date: |

Tijuana, B.C. Mexico
Location at the time of signing

10/20/2020

# Certificate of Accuracy

This is to certify that the attached translation, from **Spanish (Mexican Dialect)** to **English**, is an accurate translation of the document:

Rivera Translated Arbitration agreement 3RQ9764; Jimenez Translated Arbitration agreement 3RR1519; Leon Translated Arbitration agreement 3RR1534 & Delgado Translated Arbitration agreement 3RR1534

I, **Jesús Rosa**, declare under penalty of perjury that I understand the **English** language and the **Spanish** language and that, to the best of my knowledge and belief, the statements in the **English** language in the attached translation have the same meanings as the **Spanish** statements in the language in the original document, a copy of which I have examined.

Signature: *Jesús Rosa*

This document was acknowledged before me on the **22** day of **September**, **2024**.



Notary Public

Elyxedy Fernandez
Notary Public, State of New York
Commission No.: 01FE6353937
Qualified in Bronx County
Commission Expires: 02/26/2025

QUALITY TRANSLATIONS