UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTONIO RUBIO-LEON, ANGEL DE JESUS ROCHA-RIVERA, DIEGO MARTINEZ-JIMENEZ, GERARDO LEDESMA-DELGADO and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., and SMD LOGISTICS, INC.,<br><br>Defendant. | CASE NO: 5:24-cv-03375-EKL<br><br>[PROPOSED] ORDER IN SUPPORT OF DEFENDANTS FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., AND SMD LOGISTICS, INC.'S MOTION AND MOTION TO COMPEL ARBITRATION, DISMISS CLASS CLAIMS, DISMISS OR STAY PAGA REPRESENTATIVE CLAIMS, AND FOR AN IMMEDIATE STAY PENDING THE RULING ON THIS MOTION<br><br>Assigned to:<br>District Judge:<br>Hon. Eumi K. Lee, Courtroom 7<br>Magistrate Judge:<br>Hon. Nathanael M. Cousins, Courtroom 5<br><br>Date: January 8, 2025<br>Time: 10:00 a.m.<br>Dept.: Courtroom 7<br><br>Complaint Filed: June 4, 2024<br>Trial Date: Not Set |

Defendants Fresh Harvest, Inc., Farm Labor Association For Growers, Inc., and SMD Logistics, Inc. ("Defendants") Motion To Compel Arbitration, Dismiss Class Claims, Dismiss Or Stay PAGA Representative Claims, and For

An Immediate Stay Pending The Ruling On This Motion ("Motion"), came regularly before this Court for hearing on February 26, 2024, at 10a.m. in Courtroom 7, the Honorable Eumi K. Lee, presiding. Finch, Thornton & Baird, LLP and Jennifer M. Schermerhorn appeared for Defendants. The Law Offices Of Dawson Morton appeared for Plaintiffs.

Based on the papers submitted, argument of counsel, and for good cause shown IT IS HEREBY ORDERED that:

1. Plaintiffs Antonio Rubio-Leon, Angel De Jesus Rocha-Rivera, Diego Martinez-Jimenez, and Gerardo Ledesma-Delgado ("Plaintiffs') must arbitrate all claims alleged in this action on an individual basis pursuant to the Federal Arbitration Act;

2. All putative class claims in this action are hereby dismissed;

3. All representative claims under the Private Attorney General Act ("PAGA") are hereby dismissed;

> [or: Plaintiffs must arbitrate all individual PAGA claims and all representative PAGA claims are hereby stayed, pending completion of Plaintiffs' arbitrations]; and

4. This case is stayed in its entirety pending the Court's final ruling on this Motion.

IT IS SO ORDERED.

DATED: _____, 2024          _____
                                    HON. EUMI K. LEE
                                    Judge of the United States District Court

2695.003/3RS9523.axm

FINCH, THORNTON & BAIRD, LLP
4747 Executive Drive - Suite 700
San Diego, CA 92121
(858) 737-3100

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that this document has been filed electronically on this 24th day of September 2024 and is available for viewing and downloading to the ECF registered counsel of record:

<u>Via Electronic Service/ECF:</u>

| | |
|---|---|
| Dawson Morton, Esq.<br>James Knoepp, Esq. (*Admitted Pro Hac Vice*)<br>Law Offices Of Dawson Morton<br>1808 Sixth Street<br>Berkeley, California 94710<br>Telephone:  (404) 590-1295<br>Emails:    dawson@dawsonmorton.com<br>              jim@dawsonmorton.com | ATTORNEYS FOR PLAINTIFFS ANTONIO RUBIO-LEON, ANGEL DE JESUS ROCHA-RIVERA, DIEGO MARTINEZ-JIMENEZ, AND GERARDO LEDESMA-DELGADO |
| Jennifer Schermerhorn, Esq.<br>Scaroni Family of Companies<br>101 E. Main Street<br>Heber, California 92249<br>Telephone:  (760) 909-1315<br>Email:    jennifer@sfcos.com | ATTORNEYS FOR DEFENDANTS FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., AND SMD LOGISTICS, INC. |

DATED:  September 24, 2024          Respectfully submitted,

FINCH, THORNTON & BAIRD, LLP

By:   */s/ Marlene C. Nowlin*
       CHAD T. WISHCHUK
       MARLENE C. NOWLIN
Attorneys for Defendants Fresh Harvest, Inc., Farm Labor Association For Growers, Inc., and SMD Logistics, Inc.
E-mail: mnowlin@ftblaw.com