# EXHIBIT 1

| | |
|---|---|
| **From:** | CRD EKL |
| **To:** | Marlene C. Nowlin |
| **Cc:** | Jim Knoepp; Ada Meraz; Chad T. Wishchuk; Jennifer Schermerhorn; Dawson Morton |
| **Subject:** | RE: Rubio-Leon et al v. Fresh Harvest, Inc., et al. - CASE NO: 5:24-cv-03375-EKL |
| **Date:** | Tuesday, September 24, 2024 12:13:38 PM |

Perfect.  Thanks.



**Laura Thomson**
Courtroom Deputy to the Honorable Eumi K. Lee
United States District Court for the Northern District of California
San Jose Division
280 South First Street, Rm 2112
San Jose, CA 95113
laura_thomson@cand.uscourts.gov
Direct Dial: (408) 535-5330

**From:** Marlene C. Nowlin <mnowlin@ftblaw.com>
**Sent:** Tuesday, September 24, 2024 12:03 PM
**To:** CRD EKL <EKLCRD@cand.uscourts.gov>
**Cc:** Jim Knoepp <jim@dawsonmorton.com>; Ada Meraz <ameraz@ftblaw.com>; Chad T. Wishchuk <cwishchuk@ftblaw.com>; Jennifer Schermerhorn <jennifer@sfcos.com>; Dawson Morton <dawson@dawsonmorton.com>
**Subject:** RE: Rubio-Leon et al v. Fresh Harvest, Inc., et al. - CASE NO: 5:24-cv-03375-EKL

**CAUTION - EXTERNAL:**

Mr. Morton is correct, the parties jointly agree to January 8, 2025 as the hearing date on Defendants' Motion.  We will file the Motion today with the January 8 hearing date.

Thank you for your assistance.

**Marlene C. Nowlin**   *Partner*

Finch, Thornton & Baird, LLP   Attorneys At Law
4747 Executive Drive, Suite 700  San Diego, CA 92121
**T** 858.737.3100   **F** 858.737.3101

ftblaw.com

CONFIDENTIALITY NOTICE: This email contains legally privileged and confidential information intended only for the individual or entity named within the message. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination or copying of this communication is prohibited. If this communication was received in error, please notify us by reply email and delete the original message.

**From:** Dawson Morton <dawson@dawsonmorton.com>
**Sent:** Tuesday, September 24, 2024 12:00 PM
**To:** CRD EKL <EKLCRD@cand.uscourts.gov>
**Cc:** Marlene C. Nowlin <mnowlin@ftblaw.com>; Jim Knoepp <jim@dawsonmorton.com>; Ada Meraz <ameraz@ftblaw.com>; Chad T. Wishchuk <cwishchuk@ftblaw.com>; Jennifer Schermerhorn <jennifer@sfcos.com>

**Subject:** Re: Rubio-Leon et al v. Fresh Harvest, Inc., et al. - CASE NO: 5:24-cv-03375-EKL

Thank you for offering the earlier date.  January 8 will work for Plaintiffs and Ms. Nowlin wrote me to say that it works for Defendants.

Dawson Morton
dawson@dawsonmorton.com
404-590-1295

On Sep 24, 2024, at 11:24 AM, CRD EKL <EKLCRD@cand.uscourts.gov> wrote:

Sorry – the court can't hear the motion on Oct. 23.  But, I can offer January 8, 2025, if that works for everyone.

<image001.jpg>

**Laura Thomson**
Courtroom Deputy to the Honorable Eumi K. Lee
United States District Court for the Northern District of California
San Jose Division
280 South First Street, Rm 2112
San Jose, CA 95113
laura_thomson@cand.uscourts.gov
Direct Dial: (408) 535-5330

---

**From:** Marlene C. Nowlin <mnowlin@ftblaw.com>
**Sent:** Tuesday, September 24, 2024 11:00 AM
**To:** CRD EKL <EKLCRD@cand.uscourts.gov>
**Cc:** Jim Knoepp <jim@dawsonmorton.com>; Ada Meraz <ameraz@ftblaw.com>; Chad T. Wishchuk <cwishchuk@ftblaw.com>; Jennifer Schermerhorn <jennifer@sfcos.com>; Dawson Morton <dawson@dawsonmorton.com>
**Subject:** RE: Rubio-Leon et al v. Fresh Harvest, Inc., et al. - CASE NO: 5:24-cv-03375-EKL

**CAUTION - EXTERNAL:**

Hi Laura:

We are amenable to an October 23, 2024 hearing date as proposed by Mr. Dawson <u>if the Court's calendar allows it</u>.  We will file the Motion with the February 26, 2025 reserved hearing date unless you indicate prior to the filing that the October 23 hearing date works for the

Court.

Thank you.

**Marlene C. Nowlin**  *Partner*

Finch, Thornton & Baird, LLP   Attorneys At Law
4747 Executive Drive, Suite 700  San Diego, CA 92121
**T** 858.737.3100   **F** 858.737.3101

ftblaw.com

CONFIDENTIALITY NOTICE: This email contains legally privileged and confidential information intended only for the individual or entity named within the message. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination or copying of this communication is prohibited. If this communication was received in error, please notify us by reply email and delete the original message.

---

**From:** Dawson Morton <dawson@dawsonmorton.com>
**Sent:** Tuesday, September 24, 2024 10:46 AM
**To:** Marlene C. Nowlin <mnowlin@ftblaw.com>; eklcrd@cand.uscourts.gov
**Cc:** Jim Knoepp <jim@dawsonmorton.com>; Ada Meraz <ameraz@ftblaw.com>; Chad T. Wishchuk <cwishchuk@ftblaw.com>; Jennifer Schermerhorn <jennifer@sfcos.com>
**Subject:** Re: Rubio-Leon et al v. Fresh Harvest, Inc., et al. - CASE NO: 5:24-cv-03375-EKL

Dear Ms. Thomson:

The representations below by Ms. Nowlin are misleading.  Ms. Nowlin wrote Plaintiffs' counsel yesterday and was informed I was out of the office.  She sent the email below before I was back in the office today. There was no conferring about the February 26th date.

Plaintiffs believe the Defendants' motion should be heard more quickly as to not delay other matters already scheduled in this proceeding and would ask it be heard on October 23rd— the same date as the presently scheduled CMC in this matter. ECF 44. I realize that date is 6 days shy of the 35 days required by LR 7-2.  Plaintiffs are willing to file their opposition six days earlier to account for that difference.


Dawson Morton
dawson@dawsonmorton.com
404-590-1295


> On Sep 24, 2024, at 8:56 AM, Marlene C. Nowlin <mnowlin@ftblaw.com> wrote:
>
> Hi Laura:
>
> My office represents Defendants in the above case.  As I just explained to you,

Defendants are filing the motion described below today.  We contacted opposing counsel twice regarding hearing dates for the motion and have not received any objection to February 26, 2024 as the hearing date.  Please reserve <u>February 26, 2024 at 10:00 AM</u> as the hearing date for the following motion:

DEFENDANTS FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., AND SMD LOGISTICS, INC.'S MOTION TO COMPEL ARBITRATION, DISMISS CLASS CLAIMS, AND DISMISS OR STAY PAGA REPRESENTATIVE CLAIMS, AND FOR IMMEDIATE STAY PENDING THE RULING ON THE MOTION

Thank you.

**Marlene C. Nowlin**   *Partner*

Finch, Thornton & Baird, LLP   Attorneys At Law
4747 Executive Drive, Suite 700  San Diego, CA 92121
**T** 858.737.3100   **F** 858.737.3101

ftblaw.com

CONFIDENTIALITY NOTICE: This email contains legally privileged and confidential information intended only for the individual or entity named within the message. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination or copying of this communication is prohibited. If this communication was received in error, please notify us by reply email and delete the original message.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.