UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTONIO RUBIO-LEON, ANGEL DE JESUS ROCHA-RIVERA, DIEGO MARTINEZ-JIMENEZ, GERARDO LEDESMA-DELGADO and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., and SMD LOGISTICS, INC.,<br><br>Defendant. | CASE NO: 5:24-cv-03375-EKL<br><br>[PROPOSED] ORDER IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION SEEKING RELIEF FROM CASE MANAGEMENT AND DISCOVERY DEADLINES<br><br>Assigned to:<br>District Judge:<br>Hon. Eumi K. Lee, Courtroom 7<br>Magistrate Judge:<br>Hon. Nathanael M. Cousins, Courtroom 5<br><br>Complaint Filed:  June 4, 2024<br>Trial Date:           Not Set |

The Court, having considered Defendant's Administrative Motion Seeking Relief from Case Management and Discovery Deadlines, and for good cause appearing, ORDERS as follows:

(a) All discovery deadlines, including pending discovery, are stayed until 45 days after the Court's final ruling on the Motion to Compel Arbitration (Dkt. No. 45);

/ / / / /

/ / / / /

/ / / / /

1     (b) All dates and deadlines in the Court's Order Setting Initial Case
2  Management Conference and ADR Deadlines ("CMC Order") are hereby
3  continued to a date that is at least 45 days after the Court's final ruling on
4  Defendants' pending Motion to Compel Arbitration as follows:

5         (1)   The October 9, 2024 deadline for the parties to file a joint
6               status update that identifies the parties' mediator and proposes
7               a case schedule that complies with the court Standing Order
8               for Civil Cases is continued to _____ ___, 2025.

9         (2)   The October 23, 2024, Case Management Conference is
10              continued to _____ ___, 2025 at _____ _.m.  The
11              parties shall appeal by Zoom for the continues Case
12              Management Conference.

13        (3)   The February 20, 2025 deadline for the parties to hold an
14              ADR session with their chosen mediator is continued to
15              _____ ___, 2025.

16        (4)   Within seven (7) days after the initial ADR session, and no
17              later than _____ ___, 2025, the parties shall file, a
18              joint status report, confirming that the initial ADR session
19              was completed, stating the outcome of the session, and stating
20              the parties' proposals for further ADR efforts if the initial
21              ADR session was unsuccessful.

22  IT IS SO ORDERED.

23

24  DATED: _____, 2024           _____
25                                       HON. EUMI K. LEE
                                         Judge of the United States District Court
26

27

28  2695.003/3RV3937.axm

FINCH, THORNTON & BAIRD, LLP
4747 Executive Drive - Suite 700
San Diego, CA 92121
(858) 737-3100

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document has been filed electronically on this 4th day of October 2024 and is available for viewing and downloading to the ECF registered counsel of record:

<u>Via Electronic Service/ECF:</u>

| | |
|---|---|
| Dawson Morton, Esq.<br>James Knoepp, Esq. (*Admitted Pro Hac Vice*)<br>Law Offices Of Dawson Morton<br>1808 Sixth Street<br>Berkeley, California 94710<br>Telephone:  (404) 590-1295<br>Emails:     dawson@dawsonmorton.com<br>                  jim@dawsonmorton.com | ATTORNEYS FOR PLAINTIFFS ANTONIO RUBIO-LEON, ANGEL DE JESUS ROCHA-RIVERA, DIEGO MARTINEZ-JIMENEZ, AND GERARDO LEDESMA-DELGADO |
| Jennifer Schermerhorn, Esq.<br>Scaroni Family of Companies<br>101 E. Main Street<br>Heber, California 92249<br>Telephone:  (760) 909-1315<br>Email:       jennifer@sfcos.com | ATTORNEYS FOR DEFENDANTS FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., AND SMD LOGISTICS, INC. |

DATED:  October 4, 2024                        Respectfully submitted,

FINCH, THORNTON & BAIRD, LLP


By:    */s/ Marlene C. Nowlin*
          CHAD T. WISHCHUK
          MARLENE C. NOWLIN
Attorneys for Defendants Fresh Harvest, Inc., Farm Labor Association For Growers, Inc., and SMD Logistics, Inc.
E-mail: mnowlin@ftblaw.com