1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7   ANTONIO RUBIO-LEON, et al.,

Case No. 24-cv-03375-EKL

8          Plaintiffs,

9      v.

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' ADMINISTRATIVE MOTION**

10   FRESH HARVEST, INC., et al.,

Re: Dkt. No. 46

11          Defendants.

12

United States District Court
Northern District of California

13          On September 23, 2024, the Court issued an Order enforcing initial disclosure and ADR

14   deadlines because Defendants indicated that they would not comply with stipulations and court

15   orders setting those deadlines. ECF No. 44 at 1.[1]  The Court also set a case management

16   conference for October 23, 2024, and ordered that discovery shall proceed without prejudice to

17   Defendants bringing a motion to compel arbitration and to stay the case. *Id*.  On September 24,

18   2024, Defendants filed a Motion to Compel Arbitration and asked the Court to stay the case,

19   "including discovery and initial scheduling obligations," pending resolution of the Motion to

20   Compel Arbitration. ECF No. 45 at 21.  On October 4, 2024, Defendants filed an Administrative

21   Motion seeking a stay of discovery deadlines "until at least 45 days after the Court's final ruling

22   on the Motion to Compel Arbitration." ECF No. 46 at 2.

23          The Court expects counsel to cooperate and to resolve disputes without wasting judicial

24   and party resources.  Defendants should not file successive, urgent motions seeking the same

25   relief.  The parties should stipulate to reasonable courtesy extensions of discovery responses.[2]

26

27   [1] Defendants represent that they timely served initial disclosures.  ECF No. 46 at 3, 5.

28   [2] Defendants asked Plaintiffs to stipulate to even more relief than they seek in their motion to stay.  ECF No. 46-3 at 2.  It is unclear whether Plaintiffs offered any compromise. *Id.*

United States District Court
Northern District of California

1    The Court GRANTS Defendants' request for relief from the October 21, 2024 deadline to

2    respond to Plaintiffs' requests for production of documents.  *See* ECF No. 46 at 2.  Defendants

3    shall respond to the requests for production by December 6, 2024.  Furthermore, the deadline for

4    any other discovery responses that would be due before December 6, 2024 is automatically

5    extended to December 6, 2024.  This extension applies to discovery served by either Plaintiffs or

6    Defendants.  Defendants' Administrative Motion is DENIED in all other respects, and Plaintiffs

7    shall not respond to it.  Instead, Plaintiffs should focus their efforts on responding to the Motion to

8    Compel Arbitration.  Plaintiffs' opposition is due October 8, and Defendants' reply is due October

9    15.  Once briefing on the Motion to Compel Arbitration concludes, the Court will assess

10   Defendants' request to stay the action pending a ruling on the Motion to Compel Arbitration.

11

12       **IT IS SO ORDERED.**

13   Dated: October 4, 2024

14

15

16   Eumi K. Lee
     United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

2