*OMB Approval: 1205-0466*
*Expiration Date:* 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A
**U.S. Department of Labor**



---

### A. Job Offer Information

**1. Job Title \*** Haulers/Truck Drivers

| 2. Workers Needed \* | a. Total | b. H-2A Workers | **Period of Intended Employment** | |
|---|---|---|---|---|
| | 15 | 15 | **3. First Date \*** 11/1/2023 | **4. Last Date \*** 4/15/2024 |

**5.** Will this job generally require the worker to be on-call 24 hours a day and 7 days a week? \*
If "Yes", proceed to question 8.  If "No", complete questions 6 and 7 below.    ☐ Yes ☑ No

**6.** Anticipated days and hours of work per week *(an entry is required for each box below)* \*

| | | | | **7. Hourly Work Schedule \*** |
|---|---|---|---|---|
| 35 | **a. Total Hours** 6 | c. Monday 6 | e. Wednesday 6 | g. Friday | a. 6 : 00 ☑ AM ☐ PM |
| 0 | b. Sunday 6 | d. Tuesday 6 | f. Thursday 5 | h. Saturday | b. 12 : 30 ☐ AM ☑ PM |

**Temporary Agricultural Services and Wage Offer Information**

**8a. Job Duties** - Description of the specific services or labor to be performed. \*
*(Please begin response on this form and use Addendum C if additional space is needed.)*

See Addendum C

| 8b. Wage Offer \* | 8c. Per \* | 8d. Piece Rate Offer § | 8e. Piece Rate Units / Estimated Hourly Rate / Special Pay Information § |
|---|---|---|---|
| $ 24 . 92 | ☑ HOUR ☐ MONTH | $ 00 . 00 | Wage offer: $26.37/hr for work performed in CA. Additional wage information provided herein. |

**9.** Is a completed **Addendum A** providing additional information on the crops or agricultural activities to be performed and wage offers attached to this job offer? \*    ☑ Yes ☐ N/A

**10. Frequency of Pay: \*** ☑ Weekly ☐ Biweekly ☐ Other (specify): N/A

**11.** State all deduction(s) from pay and, if known, the amount(s). \*
*(Please begin response on this form and use Addendum C if additional space is needed.)*

See Addendum C

---

**Form ETA-790A**    **FOR DEPARTMENT OF LABOR USE ONLY**    Page 1 of 8

H-2A Case Number: H-300-23245-317822    Case Status: Full Certification    Determination Date: 09/28/2023    Validity Period: _____ to _____

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A
**U.S. Department of Labor**



---

**B. Minimum Job Qualifications/Requirements**

1. Education: minimum U.S. diploma/degree required. *
   ☒ None  ☐ High School/GED  ☐ Associate's  ☐ Bachelor's  ☐ Master's or higher  ☐ Other degree (JD, MD, etc.)

2. Work Experience: number of <u>months</u> required. * `2`   3. Training: number of <u>months</u> required. * `0`

4. Basic Job Requirements (check all that apply) §

| | |
|---|---|
| ☐ a. Certification/license requirements | ☒ f. Exposure to extreme temperatures |
| ☒ b. Driver requirements | ☐ g. Extensive pushing or pulling |
| ☐ c. Criminal background check | ☒ h. Extensive sitting or walking |
| ☒ d. Drug screen | ☒ i. Frequent stooping or bending over |
| ☒ e. Lifting requirement __80__ lbs. | ☒ j. Repetitive movements |

5a. Supervision: does this position supervise the work of other employees? *  ☐ Yes  ☒ No

5b. If "Yes" to question 5a, enter the number of employees worker will supervise. §

6. Additional Information Regarding Job Qualifications/Requirements. *
   *(Please begin response on this form and use Addendum C if additional space is needed. If no additional skills or requirements, enter "__NONE__" below)*
   See Addendum C

**C. Place of Employment Information**

1. Place of Employment Address/Location *
   FLAG - Heber worksites: 101 E. Main Street

| 2. City * | 3. State * | 4. Postal Code * | 5. County * |
|---|---|---|---|
| Heber | California | 92249 | Imperial |

6. Additional Place of Employment Information. *(If no additional information, enter "__NONE__" below)* *
   Hauling/truck driving and harvesting work will be performed in various fields in and around the Yuma Desert Growing Region, which extends into Imperial County, California and consists of one area of intended employment as defined in 20 CFR §655.103(b). Specifically, the hauling/truck driving and harvesting will be completed at the listed locations herein. FLAG is an association filing as a joint employer with the following employer-members: Organic Girl; Fresh Express Inc.; Taylor Farms.

7. Is a completed **Addendum B** providing additional information on the places of employment and/or agricultural businesses who will employ workers, or to whom the employer will be providing workers, attached to this job order? *   ☒ Yes  ☐ N/A

**D. Housing Information**

1. Housing Address/Location *
   Rio Santa Fe Apartments, 1600 W. 12th St.

| 2. City * | 3. State * | 4. Postal Code * | 5. County * |
|---|---|---|---|
| Yuma | Arizona | 85364 | Yuma |

6. Type of Housing *(check only one)* *
   ☒ Employer-provided (including mobile or range)   ☐ Rental or public

7. Total Units * `1`   8. Total Occupancy * `7`

9. Identify the entity that determined the housing met all applicable standards: *
   ☐ Local authority  ☒ SWA  ☐ Other State authority  ☐ Federal authority  ☐ Other (specify): _____

10. Additional Housing Information. *(If no additional information, enter "__NONE__" below)* *
    Equipped w/full kitchen.
    Directions to housing: Take S Avenue G to Fresno St in Somerton 7 min (5.5 mi), Take W Yucca St to your destination 2 min (0.3 mi)

11. Is a completed **Addendum B** providing additional information on housing that will be provided to workers attached to this job order? *   ☒ Yes  ☐ N/A

---

**Form ETA-790A**                    **FOR DEPARTMENT OF LABOR USE ONLY**                    Page 2 of 8

H-2A Case Number: H-300-23245-317822   Case Status: Full Certification   Determination Date: 09/28/2023   Validity Period: _____ to _____

*OMB Approval: 1205-0466*
*Expiration Date:* 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A
**U.S. Department of Labor**



### E. Provision of Meals

1. Describe <u>how</u> the employer will provide each worker with three meals per day or furnish free and convenient cooking and kitchen facilities. *
   *(Please begin response on this form and use Addendum C if additional space is needed.)*

The Employer will furnish free and convenient cooking and kitchen facilities at Rio Santa Fe Apartments and Palo Verde Apartments so workers may prepare their own meals. Kitchens, utilities and cooking and eating utensils will be provided at no cost to occupants of Employer-provided housing. Workers will purchase food at their own expense and prepare their own meals. The Employer will provide transportation to a grocery store once a week so workers have access to stores where they can purchase groceries and essentials. Kitchen and eating facilities will be shared with other workers occupying the Employer- provided housing facilities. No kitchen facilities or meals are provided to workers not occupying Employer-provided housing.

| 2. The employer: * | ☑ **WILL NOT** charge workers for meals. | | |
|---|---|---|---|
| | ☐ **WILL** charge each worker for meals at | $ _____ . _____ | per day, if meals are provided. |

### F. Transportation and Daily Subsistence

1. Describe the terms and arrangements for daily transportation the employer will provide to workers. *
   *(Please begin response on this form and use Addendum C if additional space is needed.)*

See Addendum C

2. Describe the terms and arrangements for providing workers with transportation (a) to the place of employment (*i.e.*, inbound) and (b) from the place of employment (*i.e.*, outbound). *
   *(Please begin response on this form and use Addendum C if additional space is needed.)*

Inbound: The employer will provide charter bus services to transport the workers to the place of employment from the place from which the worker has come to work for the employer. In instances, the employer will permit workers to select any means of transportation they choose and reimburse workers at no less than the most economical and reasonable common carrier transportation charges for the distances involved.

| 3. During the travel described in Item 2, the employer will pay for or reimburse daily meals by providing each worker * | a. no less than | $ 15 . 46 | per day * |
|---|---|---|---|
| | b. no more than | $ 59 . 00 | per day with receipts |

### G. Referral and Hiring Instructions

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A
**U.S. Department of Labor**



| 1. Explain _how_ prospective applicants may be considered for employment under this job order, including verifiable contact information for the employer (or the employer's authorized hiring representative), methods of contact, and the days and hours applicants will be considered for the job opportunity. *<br>_(Please begin response on this form and use Addendum C if additional space is needed.)_<br><br>See Addendum C |
|---|

| 2. Telephone Number to Apply *<br>+1 (760) 592-2256 | 3. Extension §<br>N/A | 4. Email Address to Apply *<br>flag@sfcos.com |
|---|---|---|
| 5. Website Address (URL) to Apply *<br>N/A | | |

## H.  Additional Material Terms and Conditions of the Job Offer

| 1. Is a completed **Addendum C** providing additional information about the material terms, conditions, and benefits (monetary and non-monetary) that will be provided by the employer attached to this job order? * | ☑ Yes  ☐ No |
|---|---|

## I.  Conditions of Employment and Assurances for H-2A Agricultural Clearance Orders

By virtue of my signature below, I **HEREBY CERTIFY** my knowledge of and compliance with applicable Federal, State, and local employment-related laws and regulations, including employment-related health and safety laws, and certify the following conditions of employment:

1. **JOB OPPORTUNITY**: Employer assures that the job opportunity identified in this clearance order (hereinafter also referred to as the "job order") is a full-time temporary position being placed with the SWA in connection with an _H-2A Application for Temporary Employment Certification_ for H-2A workers and this clearance order satisfies the requirements for agricultural clearance orders in 20 CFR part 653, subpart F and the requirements set forth in 20 CFR 655, subpart B.  This job opportunity offers U.S. workers no less than the same benefits, wages, and working conditions that the employer is offering, intends to offer, or will provide to H-2A workers and complies with the requirements at 20 CFR part 655, subpart B.  The job opportunity is open to any qualified U.S. worker regardless of race, color, national origin, age, sex, religion, handicap, or citizenship.

2. **NO STRIKE, LOCKOUT, OR WORK STOPPAGE**: Employer assures that this job opportunity, including all places of employment for which the employer is requesting temporary agricultural labor certification does not currently have workers on strike or being locked out in the course of a labor dispute.  20 CFR 655.135(b).

3. **HOUSING FOR WORKERS**:  Employer agrees to provide or secure housing for the H-2A workers and those workers in corresponding employment who are not reasonably able to return to their residence at the end of the work day.  That housing complies with the applicable local, State, and/or Federal standards and is sufficient to house the specified number of workers requested through the clearance system. The employer will provide the housing without charge to the worker.  Any charges for rental housing will be paid directly by the employer to the owner or operator of the housing.  If public accommodations or public housing are provided to workers, the employer agrees to pay all housing-related charges directly to the housing's management.  The employer agrees that charges in the form of deposits for bedding or other similar incidentals related to housing (e.g., utilities) must not be levied upon workers.  However, the employer may require workers to reimburse them for damage caused to housing by the individual worker(s) found to have been responsible for damage which is not the result of normal wear and tear related to habitation.  When it is the prevailing practice in the area of intended employment and the occupation to provide family housing, the employer agrees to provide family housing at no cost to workers with families who request it.  20 CFR 655.122(d), 653.501(c)(3)(vi).

   _Request for Conditional Access to Intrastate or Interstate Clearance System_:  Employer assures that the housing disclosed on this clearance order will be in full compliance with all applicable local, State, and/or Federal standards at least 20 calendar days before the housing is to be occupied. 20 CFR 653.502(a)(3).  The Certifying Officer will not certify the application until the employer provides evidence that housing has been inspected and approved or, in the case of rental or public accommodations, is otherwise in full compliance.

4. **WORKERS' COMPENSATION COVERAGE**:  Employer agrees to provide workers' compensation insurance coverage in compliance with State law covering injury and disease arising out of and in the course of the worker's employment.  If the type of employment for which the certification is sought is not covered by or is exempt from the State's workers' compensation law, the employer agrees to provide, at no cost to the worker, insurance covering injury and disease arising out of and in the course of the worker's employment that will provide benefits at least equal to those provided under the State workers' compensation law for comparable employment.  20 CFR 655.122(e).

5. **EMPLOYER-PROVIDED TOOLS AND EQUIPMENT**: Employer agrees to provide to the worker, without charge or deposit charge, all tools, supplies, and equipment required to perform the duties assigned.  20 CFR 655.122(f), .210(d), or .302(c).

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A
**U.S. Department of Labor**



6.  **MEALS**: Employer agrees to provide each worker with three meals a day or furnish free and convenient cooking and kitchen facilities to the workers that will enable the workers to prepare their own meals. Where the employer provides the meals, the job offer will state the charge, if any, to the worker for such meals. The amount of meal charges is governed by 20 CFR 655.173. 20 CFR 655.122(g). When a charge or deduction for the cost of meals would bring the worker's wage below the minimum wage set by the FLSA at 29 U.S.C. 206, the charge or deduction must meet the requirements of 29 U.S.C. 203(m) of the FLSA, including the recordkeeping requirements found at 29 CFR 516.27.

    For workers engaged in the herding or production of livestock on the range, the employer agrees to provide each worker, without charge or deposit charge, (1) either three sufficient meals a day, or free and convenient cooking facilities and adequate provision of food to enable the worker to prepare his own meals. To be sufficient or adequate, the meals or food provided must include a daily source of protein, vitamins, and minerals; and (2) adequate potable water, or water that can be easily rendered potable and the means to do so. 20 CFR 655.210(e).

7.  **TRANSPORTATION AND DAILY SUBSISTENCE**: Employer agrees to provide the following transportation and daily subsistence benefits to eligible workers.

    A.  *Transportation to Place of Employment (Inbound)*

        If the worker completes 50 percent of the work contract period, and the employer did not directly provide such transportation or subsistence or otherwise has not yet paid the worker for such transportation or subsistence costs, the employer agrees to reimburse the worker for reasonable costs incurred by the worker for transportation and daily subsistence from the place from which the worker came to work for the employer to the employer's place of employment, whether in the U.S. or abroad. The amount of the transportation payment must be no less (and is not required to be more) than the most economical and reasonable common carrier transportation charges for the distances involved. The amount the employer will pay for daily subsistence expenses are those amounts disclosed in this clearance order, which are at least as much as the employer would charge the worker for providing the worker with three meals a day during employment (if applicable), but in no event will be less than the amount permitted under 20 CFR 655.173(a). The employer understands that the Fair Labor Standards Act applies independently of the H-2A requirements and imposes obligations on employers regarding payment of wages. 20 CFR 655.122(h)(1).

    B.  *Transportation from Place of Employment (Outbound)*

        If the worker completes the work contract period, or is terminated without cause, and the worker has no immediate subsequent H-2A employment, the employer agrees to provide or pay for the worker's transportation and daily subsistence from the place of employment to the place from which the worker, disregarding intervening employment, departed to work for the employer. Return transportation will not be provided to workers who voluntarily abandon employment before the end of the work contract period, or who are terminated for cause, if the employer follows the notification requirements in 20 CFR 655.122(n).

        If the worker has contracted with a subsequent employer who has not agreed in such work contract to provide or pay for the worker's transportation and daily subsistence expenses from the employer's place of employment to such subsequent employer's place of employment, the employer must provide for such expenses. If the worker has contracted with a subsequent employer who has agreed in such work contract to provide or pay for the worker's transportation and daily subsistence expenses from the employer's place of employment to such subsequent employer's place of employment, the subsequent employer must provide or pay for such expenses.

        The employer is not relieved of its obligation to provide or pay for return transportation and subsistence if an H-2A worker is displaced as a result of the employer's compliance with the employer's obligation to hire U.S. workers who apply or are referred after the employer's date of need during the recruitment period set out in 20 CFR 655.135(d). 20 CFR 655.122(h)(2).

    C.  *Daily Transportation*

        Employer agrees to provide transportation between housing provided or secured by the employer and the employer's place(s) of employment at no cost to the worker. 20 CFR 655.122(h)(3).

    D.  *Compliance with Transportation Standards*

        Employer assures that all employer-provided transportation will comply with all applicable Federal, State, or local laws and regulations. Employer agrees to provide, at a minimum, the same transportation safety standards, driver licensure, and vehicle insurance as required under 29 U.S.C. 1841 and 29 CFR 500.104 or 500.105 and 29 CFR 500.120 to 500.128. If workers' compensation is used to cover transportation, in lieu of vehicle insurance, the employer will ensure that such workers' compensation covers all travel or that vehicle insurance exists to provide coverage for travel not covered by workers' compensation. Employer agrees to have property damage insurance. 20 CFR 655.122(h)(4).

8.  **THREE-FOURTHS GUARANTEE**: Employer agrees to offer the worker employment for a total number of work hours equal to at least three-fourths of the workdays of the total period beginning with the first workday after the arrival of the worker at the place of employment or the advertised contractual first date of need, whichever is later, and ending on the expiration date specified in the work contract or in its extensions, if any. 20 CFR 655.122(i).

    The employer may offer the worker more than the specified hours of work on a single workday. For purposes of meeting the three-fourths guarantee, the worker will not be required to work for more than the number of hours specified in the job order for a workday, or on the worker's Sabbath or Federal holidays. If, during the total work contract period, the employer affords the U.S. or H-2A worker less employment than that required under this guarantee, the employer will pay such worker the amount the worker would have earned had the worker, in fact, worked for the guaranteed number of days. An employer will not be considered to have met the work guarantee if the employer has merely offered work on three-fourths of the workdays if each workday did not consist of a full number of hours of work time as specified in the job order. All hours of work actually performed may be counted by the employer in calculating whether the period of guaranteed employment has been met. Any hours the worker fails to work, up to a maximum of the number of hours specified in the job order for a workday, when the worker has been offered an opportunity to work, and all hours of work actually performed (including voluntary work over 8 hours in a workday or on the worker's Sabbath or Federal holidays), may be counted by the employer in calculating whether the period of guaranteed employment has been met. 20 CFR 655.122(i).

    If the worker is paid on a piece rate basis, the employer agrees to use the worker's average hourly piece rate earnings or the required hourly wage rate, whichever is higher, to calculate the amount due under the three-fourths guarantee. 20 CFR 655.122(i).

H-2A Case Number: H-300-23245-317822          Case Status: Full Certification          Determination Date: 09/28/2023          Validity Period: _____ to _____

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A
**U.S. Department of Labor**



If the worker voluntarily abandons employment before the end of the period of employment set forth in the job order, or is terminated for cause, and the employer follows the notification requirements in 20 CFR 655.122(n), the worker is not entitled to the three-fourths guarantee. The employer is not liable for payment of the three-fourths guarantee to an H-2A worker whom the Department of Labor certifies is displaced due to the employer's requirement to hire qualified and available U.S. workers during the recruitment period set out in 20 CFR 655.135(d), which lasts until 50 percent of the period of the work contract has elapsed (50 percent rule).  20 CFR 655.122(i).

*Important Note*:  In circumstances where the work contract is terminated due to contract impossibility under 20 CFR 655.122(o), the three-fourths guarantee period ends on the date of determination.

9. **EARNINGS RECORDS**:  Employer agrees to keep accurate and adequate records with respect to the workers' earnings at the place or places of employment, or at one or more established central recordkeeping offices where such records are customarily maintained.  The records must include each worker's permanent address, and, when available, permanent email address, and phone number(s).  All records must be available for inspection and transcription by the Department of Labor or a duly authorized and designated representative, and by the worker and representatives designated by the worker as evidenced by appropriate documentation.  Where the records are maintained at a central recordkeeping office, other than in the place or places of employment, such records must be made available for inspection and copying within 72 hours following notice from the Department of Labor, or a duly authorized and designated representative, and by the worker and designated representatives.  The content of earnings records must meet all regulatory requirements and be retained by the employer for a period of not less than 3 years after the date of certification by the Department of Labor.  20 CFR 655.122(j).

10. **HOURS AND EARNINGS STATEMENTS**:  Employer agrees to furnish to the worker on or before each payday in one or more written statements the following information: (1) the worker's total earnings for the pay period; (2) the worker's hourly rate and/or piece rate of pay; (3) the hours of employment offered to the worker (showing offers in accordance with the three-fourths guarantee as determined in 20 CFR 655.122(i), separate from any hours offered over and above the guarantee); (4) the hours actually worked by the worker; (5) an itemization of all deductions made from the worker's wages; (6) if piece rates are used, the units produced daily; (7) beginning and ending dates of the pay period; and (8) the employer's name, address and FEIN.  20 CFR 655.122(k).

For workers engaged in the herding or production of livestock on the range, the employer is exempt from recording and furnishing the hours actually worked each day, the time the worker begins and ends each workday, as well as the nature and amount of work performed, but otherwise must comply with the earnings records and hours and earnings statement requirements set out in 20 CFR 655.122(j) and (k).  The employer agrees to keep daily records indicating whether the site of the employee's work was on the range or off the range.  If the employer prorates a worker's wage because of the worker's voluntary absence for personal reasons, it must also keep a record of the reason for the worker's absence.  20 CFR 655.210(f).

11. **RATES OF PAY**:  The employer agrees that it will offer, advertise in its recruitment, and pay at least the Adverse Effect Wage Rate (AEWR), a prevailing wage rate, the agreed-upon collective bargaining rate, the Federal minimum wage, or the State minimum wage, whichever is highest, for every hour or portion thereof worked during a pay period.  If the offered wage(s) disclosed in this clearance order is/are based on commission, bonuses, or other incentives, the employer guarantees the wage paid on a weekly, semi-monthly, or monthly basis will equal or exceed the AEWR, prevailing wage rate, Federal minimum wage, State minimum wage, or any agreed-upon collective bargaining rate, whichever is highest.  If the applicable AEWR or prevailing wage is adjusted during the contract period, and that new rate is higher than the highest of the AEWR, the prevailing wage, the collective bargaining rate, the Federal minimum wage, or the State minimum wage, the employer will increase the pay of all employees in the same occupation to the higher rate no later than the effective date of the adjustment.  If the new AEWR or prevailing wage is lower than the rate guaranteed on this job order, the employer will continue to pay at least the rate guaranteed on this job order.

If the worker is paid on a piece rate basis, the piece rate must be no less than the prevailing piece rate for the crop activity or agricultural activity and, if applicable, a distinct work task or tasks performed in that activity in the geographic area, if one has been issued.  At the end of the pay period, if the piece rate does not result in average hourly piece rate earnings during the pay period at least equal to the amount the worker would have earned had the worker been paid at the appropriate hourly rate, the employer agrees to supplement the worker's pay at that time so that the worker's earnings are at least as much as the worker would have earned during the pay period if the worker had instead been paid at the appropriate hourly wage rate for each hour worked.  20 CFR 655.120, 655.122(l).

For workers engaged in the herding or production of livestock on the range, the employer agrees to pay the worker at least the monthly AEWR, the agreed-upon collective bargaining wage, or the applicable minimum wage imposed by Federal or State law or judicial action, in effect at the time work is performed, whichever is highest, for every month of the job order period or portion thereof.  If the offered wage disclosed in this clearance order is based on commissions, bonuses, or other incentives, the employer guarantees that the wage paid will equal or exceed the monthly AEWR, the agreed-upon collective bargaining wage, or the applicable minimum wage imposed by Federal or State law or judicial action, whichever is highest, and will be paid to each worker free and clear without any unauthorized deductions.  The employer may prorate the wage for the initial and final pay periods of the job order period if its pay period does not match the beginning or ending dates of the job order.  The employer also may prorate the wage if an employee is voluntarily unavailable to work for personal reasons. 20 CFR 655.210(g).

12. **FREQUENCY OF PAY:**  Employer agrees to pay workers when due based on the frequency disclosed in this clearance order. 20 CFR 655.122(m).

13. **ABANDONMENT OF EMPLOYMENT OR TERMINATION FOR CAUSE**:  If a worker voluntarily abandons employment before the end of the contract period, or is terminated for cause, the employer is not responsible for providing or paying for the subsequent transportation and subsistence expenses of that worker, and that worker is not entitled to the three-fourths guarantee, if the employer notifies the U.S. Department of Labor and, if applicable, the Department of Homeland Security, in writing or by any other method specified by the Department of Labor or the Department of Homeland Security in the *Federal Register*, not later than 2 working days after the abandonment or termination occurs.  A worker will be deemed to have abandoned the work contract after the worker fails to show up for work at the regularly scheduled time for 5 consecutive work days without the consent of the employer.  20 CFR 655.122(n).

14. **CONTRACT IMPOSSIBILITY**:  The work contract may be terminated before the end date of work specified in the work contract if the services of the workers are no longer required for reasons beyond the control of the employer due to fire, weather, or other Act of God that makes fulfillment of the contract impossible, as determined by the Department of Labor.  In the event that the work contract is terminated, the employer agrees to fulfill the three-fourths guarantee for the time that has elapsed from the start date of work specified in the work contract to the date of termination.  The employer also agrees that it will make efforts to transfer the worker to other comparable employment acceptable

**Form ETA-790A**
H-2A Case Number:  H-300-23245-317822

**FOR DEPARTMENT OF LABOR USE ONLY**
Case Status:  Full Certification          Determination Date:  09/28/2023          Validity Period: _____ to _____

Page 6 of 8

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A
**U.S. Department of Labor**



to the worker and consistent with existing immigration laws.  In situations where a transfer is not affected, the employer agrees to return the worker at the employer's expense to the place from which the worker, disregarding intervening employment, came to work for the employer, or transport the worker to his/her next certified H-2A employer, whichever the worker prefers.  The employer will also reimburse the worker the full amount of any deductions made by the employer from the worker's pay for transportation and subsistence expenses to the place of employment.  The employer will also pay the worker for any transportation and subsistence expenses incurred by the worker to that employer's place of employment.  The amounts the employer will pay for subsistence expenses per day are those amounts disclosed in this clearance order.  The amount of the transportation payment must not be less (and is not required to be more) than the most economical and reasonable common carrier transportation charges for the distances involved.  20 CFR 655.122(o).

The employer is not required to pay for transportation and daily subsistence from the place of employment to a subsequent employer's place of employment if the worker has contracted with a subsequent employer who has agreed to provide or pay for the worker's transportation and subsistence expenses from the present employer's place of employment to the subsequent employer's place of employment.  20 CFR 655.122(h)(2).

15. **DEDUCTIONS FROM WORKER'S PAY**:  Employer agrees to make all deductions from the worker's paycheck required by law.  This job offer discloses all deductions not required by law which the employer will make from the worker's paycheck and all such deductions are reasonable, in accordance with 20 CFR 655.122(p) and 29 CFR part 531.  The wage requirements of 20 CFR 655.120 will not be met where undisclosed or unauthorized deductions, rebates, or refunds reduce the wage payment made to the employee below the minimum amounts required under 20 CFR part 655, subpart B, or where the employer fails to receive such amounts free and clear because the employee kicks back directly or indirectly to the employer or to another person for the employer's benefit the whole or part of the wage delivered to the employee.  20 CFR 655.122(p).

16. **DISCLOSURE OF WORK CONTRACT**:  Employer agrees to provide a copy of the work contract to an H-2A worker no later than the time at which the worker applies for the visa, or to a worker in corresponding employment no later than on the day work commences.  For an H-2A worker coming to the employer from another H-2A employer or who does not require a visa for entry to the United States, the employer agrees to provide a copy of the work contract no later than the time an offer of employment is made to the H-2A worker.  A copy of the work contract will be provided to each worker in a language understood by the worker, as necessary or reasonable.  In the absence of a separate, written work contract entered into between the employer and the worker, the work contract at minimum will be the terms of this clearance order, including all Addenda, the certified *H-2A Application for Temporary Employment Certification* and any obligations required under 8 U.S.C. 1188, 29 CFR part 501, or 20 CFR part 655, subpart B.  20 CFR 655.122(q).

17. **ADDITIONAL ASSURANCES FOR CLEARANCE ORDERS**:

    A.  Employer agrees to provide to workers referred through the clearance system the number of hours of work disclosed in this clearance order for the week beginning with the anticipated first date of need, unless the employer has amended the first date of need at least 10 business days before the original first date of need by so notifying the Order-Holding Office (OHO) in writing (*e.g.*, email notification).  The employer understands that it is the responsibility of the SWA to make a record of all notifications and attempt to inform referred workers of the amended first date of need expeditiously.  20 CFR 653.501(c)(3)(i).

    If there is a change to the anticipated first date of need, and the employer fails to notify the OHO at least 10 business days before the original first date of need, the employer agrees that it will pay eligible workers referred through the clearance system the specified rate of pay disclosed in this clearance order for the first week starting with the originally anticipated first date of need or will provide alternative work if such alternative work is stated on the clearance order.  20 CFR 653.501(c)(5).

    B.  Employer agrees that no extension of employment beyond the period of employment specified in the clearance order will relieve it from paying the wages already earned, or if specified in the clearance order as a term of employment, providing transportation from the place of employment, as described in paragraph 7.B above.  20 CFR 653.501(c)(3)(ii).

    C.  Employer assures that all working conditions comply with applicable Federal and State minimum wage, child labor, social security, health and safety, farm labor contractor registration, and other employment-related laws.  20 CFR 653.501(c)(3)(iii).

    D.  Employer agrees to expeditiously notify the OHO or SWA by emailing and telephoning immediately upon learning that a crop is maturing earlier or later, or that weather conditions, over-recruitment, or other factors have changed the terms and conditions of employment.  20 CFR 653.501(c)(3)(iv).

    E.  If acting as a farm labor contractor (FLC) or farm labor contractor employee (FLCE) on this clearance order, the employer assures that it has a valid Federal FLC certificate or Federal FLCE identification card and when appropriate, any required State FLC certificate.  20 CFR 653.501(c)(3)(v).

    F.  Employer assures that outreach workers will have reasonable access to the workers in the conduct of outreach activities pursuant to 20 CFR 653.107.  20 CFR 653.501(c)(3)(vii).

*I declare under penalty of perjury that I have read and reviewed this clearance order, including every page of this Form ETA-790A and all supporting addendums, and that to the best of my knowledge, the information contained therein is true and accurate.  This clearance order describes the actual terms and conditions of the employment being offered by me and contains all the material terms and conditions of the job.  20 CFR 653.501(c)(3)(viii).  I understand that to knowingly furnish materially false information in the preparation of this form and/or any supplement thereto or to aid, abet, or counsel another to do so is a federal offense punishable by fines, imprisonment, or both.  18 U.S.C. §§ 2, 1001.*

| 1.  Last (family) name *<br>Scaroni | 2.  First (given) name *<br>Steve | 3.  Middle initial *§* |
|---|---|---|
| 4.  Title *<br>President | | |

**Form ETA-790A**                     **FOR DEPARTMENT OF LABOR USE ONLY**                          Page 7 of 8

H-2A Case Number: H-300-23245-317822     Case Status: Full Certification     Determination Date: 09/28/2023     Validity Period: _____ to _____

*OMB Approval: 1205-0466*
*Expiration Date:* 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A
**U.S. Department of Labor**



| 5.  Signature  (or digital signature) * | | 6.  Date signed * |
|---|---|---|
| Digital Signature Verified and Retained By | *Certifying Officer* | 9/15/2023 |

**For Public Burden Statement, see the Instructions for Form ETA-790/790A.**

**Form ETA-790A**                    **FOR DEPARTMENT OF LABOR USE ONLY**                    Page 8 of 8

H-2A Case Number: H-300-23245-317822        Case Status: Full Certification        Determination Date: 09/28/2023        Validity Period: _____ to _____

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum A
**U.S. Department of Labor**



**A.9. Additional Crop or Agricultural Activities and Wage Offer Information**

| Crop ID | Crop or Agricultural Activity | Wage Offer | Per | Piece Rate Units / Estimated Hourly Rate / Special Pay Information |
|---|---|---|---|---|
| 1 | Haulers/truck drivers | $ 24 . 92 | Hour | Employer will pay the hourly rate of $24.92 per hour for work performed in Arizona and $26.37 per hour for work performed in California.  Higher wage rates may apply during contract period based on market conditions and/or crop/job activity, but no less than $24.92 per hour for work performed in Arizona and $26.37 per hour for work performed in California. |
| 2 | Vegetable/Harvest Workers, Thinning, Weeding, Crop cleaning, Transplanting,  Machine Operator, | $ 24 . 92 | Hour | Employer will pay the hourly rate of $24.92 per hour for work performed in Arizona and $26.37 per hour for work performed in California.  Higher wage rates may apply during contract period based on market conditions and/or crop/job activity, but no less than $24.92 per hour for work performed in Arizona and $26.37 per hour for work performed in California. |
| 3 | General Labor, Fork Lift Driver, Reyna (Bin Filler), Chalequero (Safety Vest Man), Tractor Driver, | $ 24 . 92 | Hour | Employer will pay the hourly rate of $24.92 per hour for work performed in Arizona and $26.37 per hour for work performed in California.  Higher wage rates may apply during contract period based on market conditions and/or crop/job activity, but no less than $24.92 per hour for work performed in Arizona and $26.37 per hour for work performed in California. |
| 4 | Citrus Work, Prepare freshly harvested crop for shipment, Gen Farm Labor/Gen Ranch Maintenance, | $ 24 . 92 | Hour | Employer will pay the hourly rate of $24.92 per hour for work performed in Arizona and $26.37 per hour for work performed in California.  Higher wage rates may apply during contract period based on market conditions and/or crop/job activity, but no less than $24.92 per hour for work performed in Arizona and $26.37 per hour for work performed in California. |
| 5 | Farm & Harvest Equipment Cleaner, Farm & Harvest Equipment Repairer/Maintenance, Irrigators | $ 24 . 92 | Hour | Employer will pay the hourly rate of $24.92 per hour for work performed in Arizona and $26.37 per hour for work performed in California.  Higher wage rates may apply during contract period based on market conditions and/or crop/job activity, but no less than $24.92 per hour for work performed in Arizona and $26.37 per hour for work performed in California. |
| 6 | Crops / Leafy Crops / Leafy Greens: Romaine, Romaine Hearts, Salanova Lettuce, Green Leaf, Red Leaf | $ 24 . 92 | Hour | Employer will pay the hourly rate of $24.92 per hour for work performed in Arizona and $26.37 per hour for work performed in California.  Higher wage rates may apply during contract period based on market conditions and/or crop/job activity, but no less than $24.92 per hour for work performed in Arizona and $26.37 per hour for work performed in California. |
| 7 | Butter, Spring Mix, Spinach, Iceberg Lettuce, Broccoli, Broccolette, | $ 24 . 92 | Hour | Employer will pay the hourly rate of $24.92 per hour for work performed in Arizona and $26.37 per hour for work performed in California.  Higher wage rates may apply during contract period based on market conditions and/or crop/job activity, but no less than $24.92 per hour for work performed in Arizona and $26.37 per hour for work performed in California. |
| 8 | Stalk and Crown Cauliflower, Cabbage, Celery, Frisee, Bok Choy, Nappa, Radicchio, Kale, Peas, Beets, | $ 24 . 92 | Hour | Employer will pay the hourly rate of $24.92 per hour for work performed in Arizona and $26.37 per hour for work performed in California.  Higher wage rates may apply during contract period based on market conditions and/or crop/job activity, but no less than $24.92 per hour for work performed in Arizona and $26.37 per hour for work performed in California. |
| 9 | Chard, Cilantro, Collards, Fennel, Leeks, Onion, Butternut, Green Acorn, Zucchini, Bell Peppers, | $ 24 . 92 | Hour | Employer will pay the hourly rate of $24.92 per hour for work performed in Arizona and $26.37 per hour for work performed in California.  Higher wage rates may apply during contract period based on market conditions and/or crop/job activity, but no less than $24.92 per hour for work performed in Arizona and $26.37 per hour for work performed in California. |
| 10 | Egg Plant, Brussel Sprouts, Melons, Artichoke, Tomato, Corn, Garlic, Dates, | $ 24 . 92 | Hour | Employer will pay the hourly rate of $24.92 per hour for work performed in Arizona and $26.37 per hour for work performed in California.  Higher wage rates may apply during contract period based on market conditions and/or crop/job activity, but no less than $24.92 per hour for work performed in Arizona and $26.37 per hour for work performed in California. |

**For Public Burden Statement, see the Instructions for Form ETA-790/790A.**

Page A.1 of A.2

**Form ETA-790A Addendum A**                    **FOR DEPARTMENT OF LABOR USE ONLY**                    Page A.1 of A.1

H-2A Case Number: H-300-23245-317822        Case Status: Full Certification        Determination Date: 09/28/2023        Validity Period: _____ to _____

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum A
**U.S. Department of Labor**



### A.9. Additional Crop or Agricultural Activities and Wage Offer Information

| Crop ID | Crop or Agricultural Activity | Wage Offer | Per | Piece Rate Units / Estimated Hourly Rate / Special Pay Information |
|---|---|---|---|---|
| 11 | Citrus (Lemon, Orange, Mandarins, Tangerines), row crop (hay/straw/alfalfa) | $ 24 . 92 | Hour | Employer will pay the hourly rate of $24.92 per hour for work performed in Arizona and $26.37 per hour for work performed in California.  Higher wage rates may apply during contract period based on market conditions and/or crop/job activity, but no less than $24.92 per hour for work performed in Arizona and $26.37 per hour for work performed in California. |
|  |  | $ ___ . ___ |  |  |
|  |  | $ ___ . ___ |  |  |
|  |  | $ ___ . ___ |  |  |
|  |  | $ ___ . ___ |  |  |
|  |  | $ ___ . ___ |  |  |
|  |  | $ ___ . ___ |  |  |
|  |  | $ ___ . ___ |  |  |
|  |  | $ ___ . ___ |  |  |
|  |  | $ ___ . ___ |  |  |

**For Public Burden Statement, see the Instructions for Form ETA-790/790A.**

Form ETA-790A Addendum A                    **FOR DEPARTMENT OF LABOR USE ONLY**                    Page A.1 of A.1

H-2A Case Number: H-300-23245-317822          Case Status: Full Certification          Determination Date: 09/28/2023          Validity Period: _____ to _____

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum B
**U.S. Department of Labor**



## C. Additional Place of Employment Information

| 1. Name of Agricultural Business § | 2. Place of Employment * | 3. Additional Place of Employment Information § | 4. Begin Date § | 5. End Date § | 6. Total Workers § |
|---|---|---|---|---|---|
| ORGANIC GIRL RANCHES (employer-member): 700's Ranch | County 7th St & Colorado River Yuma, Arizona YUMA | | 11/1/2023 | 4/15/2024 | 2 |
| ORGANIC GIRL RANCHES (employer-member): Acacia 10 East/Acacia 10 West | Fawcett Road # Bowker Rd Calexico , California IMPERIAL | | 11/1/2023 | 4/15/2024 | 2 |
| ORGANIC GIRL RANCHES (employer-member): Acacia 1-5 | Bowkwer Rd & E Jasper Rd Calexico , California IMPERIAL | | 11/1/2023 | 4/15/2024 | 2 |
| ORGANIC GIRL RANCHES (employer-member): Acacia 1-6A | Meadows Rd & E Jasper Road El Centro , California IMPERIAL | | 11/1/2023 | 4/15/2024 | 2 |
| ORGANIC GIRL RANCHES (employer-member): Alamitos 6-35 N & S | Bowker Rd & E Jasper Rd Calexico , California IMPERIAL | | 11/1/2023 | 4/15/2024 | 2 |
| ORGANIC GIRL RANCHES (employer-member): All American 23 | Highway 98 & Hwy 7 Holtville , California IMPERIAL | | 11/1/2023 | 4/15/2024 | 2 |
| ORGANIC GIRL RANCHES (employer-member): Ash 128 | Bowker Rd & E Ross Rd Holtville , California IMPERIAL | | 11/1/2023 | 4/15/2024 | 2 |
| ORGANIC GIRL RANCHES(empl-member):Ash23,Ash 16C East Ash 16C WEST | Barbara Worth Rd, E Jasper Rd & Hwy 98 El Centro , California IMPERIAL | | 11/1/2023 | 4/15/2024 | 2 |
| ORGANIC GIRL RANCHES (employer-member): Best 51 | Old Hwy 111 Brawley , California IMPERIAL | | 11/1/2023 | 4/15/2024 | 2 |
| ORGANIC GIRL RANCHES (employer-member): Birch 1a & Birch 1 | Bowker Rd & Anza Rd Calexico , California IMPERIAL | | 11/1/2023 | 4/15/2024 | 2 |

## D. Additional Housing Information

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum B
**U.S. Department of Labor**



## C. Additional Place of Employment Information

| 1. Name of Agricultural Business § | 2. Place of Employment * | 3. Additional Place of Employment Information § | 4. Begin Date § | 5. End Date § | 6. Total Workers § |
|---|---|---|---|---|---|
| ORGANIC GIRL RANCHES (employer-member): Briar 1, Briar 2 | Bowker Rd & Anza Rd Calexico , California IMPERIAL | | 11/1/2023 | 4/15/2024 | 2 |
| ORGANIC GIRL RANCHES (employer-member): Briar 3 East & West | Bowker Rd & Anza Rd Calexico , California IMPERIAL | | 11/1/2023 | 4/15/2024 | 2 |
| ORGANIC GIRL RANCHES (employer-member): Briar 5 | Bowker Rd & E Birch St Calexico , California IMPERIAL | | 11/1/2023 | 4/15/2024 | 2 |
| ORGANIC GIRL RANCHES (employer-member): Bruce Church Loop Ranch | 6315 E. Bruce Church Loop Yuma , Arizona YUMA | | 11/1/2023 | 4/15/2024 | 2 |
| ORGANIC GIRL RANCHES (employer-member): Church Organic Ranch | El Centro Ave & El Prado RV Park Yuma, Arizona YUMA | | 11/1/2023 | 4/15/2024 | 2 |
| ORGANIC GIRL RANCHES (employer-member): Cullison Ranch | County 9th St & Ave 29E Welton , Arizona YUMA | | 11/1/2023 | 4/15/2024 | 2 |
| ORGANIC GIRL RANCHES (employer-member): D West 39 | W Young Rd & Sperry Rd Calipatria , California IMPERIAL | | 11/1/2023 | 4/15/2024 | 2 |
| ORGANIC GIRL RANCHES (employer-member): Dogwood 14 | S Dogwood Rd El Centro , California IMPERIAL | | 11/1/2023 | 4/15/2024 | 2 |
| ORGANIC GIRL RANCHES (employer-member): Dogwood 15 | S Dogwood Rd & W McCabe Rd El Centro , California IMPERIAL | | 11/1/2023 | 4/15/2024 | 2 |
| ORGANIC GIRL RANCHES (employer-member): Dogwood 17 | W McCabe Rd & Corfman Rd El Centro , California IMPERIAL | | 11/1/2023 | 4/15/2024 | 2 |

**D. Additional Housing Information**

6

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum B
**U.S. Department of Labor**



## C. Additional Place of Employment Information

| 1. Name of Agricultural Business § | 2. Place of Employment * | 3. Additional Place of Employment Information § | 4. Begin Date § | 5. End Date § | 6. Total Workers § |
|---|---|---|---|---|---|
| ORGANIC GIRL RANCHES (employer-member): Dogwood 43A | W McCabe Rd & S Dogwood Rd El Centro , California IMPERIAL | | 11/1/2023 | 4/15/2024 | 2 |
| ORGANIC GIRL RANCHES (employer-member): Dogwood 56 | S Dogwood Rd & Cruickshank Rd El Centro , California IMPERIAL | | 11/1/2023 | 4/15/2024 | 2 |
| ORGANIC GIRL RANCHES (employer-member): Elder 71 | Low Rd & West Ross Rd El Centro , California IMPERIAL | | 11/1/2023 | 4/15/2024 | 2 |
| ORGANIC GIRL RANCHES (employer-member): Evergreen 16 | Austin Rd & Interstate 8 Westbound El Centro , California IMPERIAL | | 11/1/2023 | 4/15/2024 | 2 |
| ORGANIC GIRL RANCHES (employer-member): Gila Monster Ranch | County 6th St & Ave 9E Yuma, Arizona YUMA | | 11/1/2023 | 4/15/2024 | 2 |
| ORGANIC GIRL RANCHES (employer-member): Lotus 5a | Austin Rd & West Ross Rd El Centro , California IMPERIAL | | 11/1/2023 | 4/15/2024 | 2 |
| ORGANIC GIRL RANCHES (employer-member): Maple B | Irving Rd & Jones Rd Brawley , California IMPERIAL | | 11/1/2023 | 4/15/2024 | 3 |
| ORGANIC GIRL RANCHES (employer-member): Mesa 3-82 | Verde School Rd & Miller Rd Holtville , California IMPERIAL | | 11/1/2023 | 4/15/2024 | 2 |
| ORGANIC GIRL RANCHES (employer-member): Moss 2 | Green Rd & Teacker Rd El Centro , California IMPERIAL | | 11/1/2023 | 4/15/2024 | 2 |
| ORGANIC GIRL RANCHES (employer-member): Moxon | County 15th St & Avenue H Yuma , Arizona YUMA | | 11/1/2023 | 4/15/2024 | 2 |

## D. Additional Housing Information

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum B
**U.S. Department of Labor**



## C. Additional Place of Employment Information

| 1. Name of Agricultural Business § | 2. Place of Employment * | 3. Additional Place of Employment Information § | 4. Begin Date § | 5. End Date § | 6. Total Workers § |
|---|---|---|---|---|---|
| ORGANIC GIRL RANCHES (employer-member): Mullen 1 | Irving Road & Dickerman Rd Brawley , California IMPERIAL | | 11/1/2023 | 4/15/2024 | 2 |
| ORGANIC GIRL RANCHES (employer-member): N-22 | W Shrimpf Rd & Simpson Rd Calipatria , California IMPERIAL | | 11/1/2023 | 4/15/2024 | 2 |
| ORGANIC GIRL RANCHES (employer-member): Organic Ranch | 10th St Flanagan Yuma , Arizona YUMA | | 11/1/2023 | 4/15/2024 | 2 |
| TAYLOR FARMS (employer-member): Acacia 27 | E McCabe Rd & Bowker Rd Holtville , California IMPERIAL | | 11/1/2023 | 4/15/2024 | 3 |
| TAYLOR FARMS (employer-member): Acacia 29 North | E Chick Rd & Bowker Rd Holtville , California IMPERIAL | | 11/1/2023 | 4/15/2024 | 3 |
| TAYLOR FARMS (employer-member): Acacia 29 South | E Chick Rd & Bowker Rd Holtville , California IMPERIAL | | 11/1/2023 | 4/15/2024 | 3 |
| TAYLOR FARMS (employer-member): Acacia 84 | Meloland Road & Alamo Road El Centro , California IMPERIAL | | 11/1/2023 | 4/15/2024 | 3 |
| TAYLOR FARMS (employer-member): Acacia 85 | Meloland Road & Alamo Road El Centro , California IMPERIAL | | 11/1/2023 | 4/15/2024 | 3 |
| TAYLOR FARMS (employer-member): Acacia 91 & 91A | Cruickshank Rd & Old Hwy 111 El Centro , California IMPERIAL | | 11/1/2023 | 4/15/2024 | 3 |
| TAYLOR FARMS (employer-member): Alder 22 North | Pitzer Rd & Fawcett Rd Heber , California IMPERIAL | | 11/1/2023 | 4/15/2024 | 3 |

## D. Additional Housing Information

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum B
**U.S. Department of Labor**



## C. Additional Place of Employment Information

| 1. Name of Agricultural Business § | 2. Place of Employment * | 3. Additional Place of Employment Information § | 4. Begin Date § | 5. End Date § | 6. Total Workers § |
|---|---|---|---|---|---|
| TAYLOR FARMS (employer-member): Alder 22 South | Pitzer Rd & Fawcett Rd<br>Heber , California<br>IMPERIAL | | 11/1/2023 | 4/15/2024 | 3 |
| TAYLOR FARMS (employer-member): Alder 70 Ranch | E Gillete St & Hwy 111<br>El Centro , California<br>IMPERIAL | | 11/1/2023 | 4/15/2024 | 3 |
| TAYLOR FARMS (employer-member): Ash 173 | Evan Hewes Hwy & Anderholt<br>Holtville , California<br>IMPERIAL | | 11/1/2023 | 4/15/2024 | 3 |
| TAYLOR FARMS (employer-member): Ash 177 | Evan Hewes Hwy & Anderholt<br>Holtville , California<br>IMPERIAL | | 11/1/2023 | 4/15/2024 | 3 |
| TAYLOR FARMS (employer-member): Ash 182 East | Ross Avenue & Barbara Worth<br>Holtville , California<br>IMPERIAL | | 11/1/2023 | 4/15/2024 | 3 |
| TAYLOR FARMS (employer-member): Ash 182 West | Ross Avenue & Barbara Worth<br>Holtville , California<br>IMPERIAL | | 11/1/2023 | 4/15/2024 | 3 |
| TAYLOR FARMS (employer-member): Ash 211 | Meloland Road & Alamo Road<br>El Centro , California<br>IMPERIAL | | 11/1/2023 | 4/15/2024 | 3 |
| TAYLOR FARMS (employer-member): Ash 212 North | Meloland Road & Alamo Road<br>El Centro , California<br>IMPERIAL | | 11/1/2023 | 4/15/2024 | 3 |
| TAYLOR FARMS (employer-member): Ash 212 South | Meloland Road & Alamo Road<br>El Centro , California<br>IMPERIAL | | 11/1/2023 | 4/15/2024 | 3 |
| TAYLOR FARMS (employer-member): Broise 111-132 | County 9th St & Ave 29E<br>Yuma , Arizona<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |

## D. Additional Housing Information

H-2A Case Number: H-300-23245-317822     Case Status: Full Certification     Determination Date: 09/28/2023     Validity Period: _____ to _____

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum B
**U.S. Department of Labor**



## C. Additional Place of Employment Information

| 1. Name of Agricultural Business § | 2. Place of Employment * | 3. Additional Place of Employment Information § | 4. Begin Date § | 5. End Date § | 6. Total Workers § |
|---|---|---|---|---|---|
| TAYLOR FARMS (employer-member): CM6 | La Brucherie Road<br>El Centro , California<br>IMPERIAL | | 11/1/2023 | 4/15/2024 | 3 |
| TAYLOR FARMS(employer-member): Curtis Ranch | Co. 15th St & Ave F<br>Yuma , Arizona<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| TAYLOR FARMS (employer-member): Dahlia 20A & 21 | La Brucherie Road & McCabe Rd<br>El Centro , California<br>IMPERIAL | | 11/1/2023 | 4/15/2024 | 3 |
| TAYLOR FARMS (employer-member): Dahlia 25 South | S Labrucherie Rd & Nuffer Rd<br>El Centro , California<br>IMPERIAL | | 11/1/2023 | 4/15/2024 | 3 |
| TAYLOR FARMS (employer-member): Date 3 | Wahl Rd & Clark Rd<br>El Centro , California<br>IMPERIAL | | 11/1/2023 | 4/15/2024 | 3 |
| TAYLOR FARMS (employer-member): Diwan 2 | E Co. 2nd Street & Avenue 47E<br>Yuma , Arizona<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| TAYLOR FARMS (employer-member): Diwan 6 | E. Co. 2nd Street & Avenue 47E<br>Yuma , Arizona<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| TAYLOR FARMS (employer-member): Diwan 7 | E. Co. 2nd Street & Avenue 47E<br>Yuma , Arizona<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| TAYLOR FARMS (employer-member): Dogwood 34 North | Dogwood Rd & Hwy 86<br>El Centro , California<br>IMPERIAL | | 11/1/2023 | 4/15/2024 | 3 |
| TAYLOR FARMS (employer-member): Dogwood 34 South | Dogwood Rd & Hwy 86<br>El Centro , California<br>IMPERIAL | | 11/1/2023 | 4/15/2024 | 3 |

## D. Additional Housing Information

**Form ETA-790A Addendum B**     **FOR DEPARTMENT OF LABOR USE ONLY**     Page B.6 of B.37

H-2A Case Number: H-300-23245-317822     Case Status: Full Certification     Determination Date: 09/28/2023     Validity Period: _____ to _____

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum B
**U.S. Department of Labor**



## C. Additional Place of Employment Information

| 1. Name of Agricultural Business § | 2. Place of Employment * | 3. Additional Place of Employment Information § | 4. Begin Date § | 5. End Date § | 6. Total Workers § |
|---|---|---|---|---|---|
| TAYLOR FARMS (employer-member): Dogwood 7 | Heber Rd & Corfman Rd El Centro , California IMPERIAL | | 11/1/2023 | 4/15/2024 | 3 |
| TAYLOR FARMS (employer-member): Dogwood F1, F2, F3, F4 | Pitzer Rd & Fawcett Rd Heber , California IMPERIAL | | 11/1/2023 | 4/15/2024 | 3 |
| TAYLOR FARMS (employer-member): Elder 5A | Austin Rd & Interstate 8 El Centro , California IMPERIAL | | 11/1/2023 | 4/15/2024 | 3 |
| TAYLOR FARMS (employer-member): Ever 14, 14A, 13B | Austin Rd & Interstate 8 El Centro , California IMPERIAL | | 11/1/2023 | 4/15/2024 | 3 |
| TAYLOR FARMS (employer-member): Evergreen 14 | West McCabe Rd & South Labrucherie El Centro , California IMPERIAL | | 11/1/2023 | 4/15/2024 | 3 |
| TAYLOR FARMS (employer-member): Joe Heger-Elder Ranch 14 & 12 | Forrester Rd& McCabe Rd El Centro , California IMPERIAL | | 11/1/2023 | 4/15/2024 | 3 |
| TAYLOR FARMS (employer-member): Joe Heger-Elder Ranch 27, 27A, | Broker Rd & Forrester Rd El Centro , California IMPERIAL | 27C, 31, 26 West, 26 East, 8, 8A, | 11/1/2023 | 4/15/2024 | 3 |
| TAYLOR FARMS (employer-member): Linton | Co. 15th St & Ave E Yuma , Arizona YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| TAYLOR FARMS (employer-member): Orchird 5 | Hart Rd & Poore Rd Holtville , California IMPERIAL | | 11/1/2023 | 4/15/2024 | 3 |
| TAYLOR FARMS (employer-member): Pampas 28 | Ferguson Rd & Holt Ave Holtville , California IMPERIAL | | 11/1/2023 | 4/15/2024 | 3 |

## D. Additional Housing Information

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum B
**U.S. Department of Labor**



## C. Additional Place of Employment Information

| 1. Name of Agricultural Business § | 2. Place of Employment * | 3. Additional Place of Employment Information § | 4. Begin Date § | 5. End Date § | 6. Total Workers § |
|---|---|---|---|---|---|
| TAYLOR FARMS (employer-member): Pear 22 | Hwy 115 & Snyder Rd<br>Holtville , California<br>IMPERIAL | | 11/2/2023 | 4/15/2024 | 3 |
| TAYLOR FARMS (employer-member): Rockwood 122 | Hwy 111 & Hwy 78<br>Brawley , California<br>IMPERIAL | | 11/1/2023 | 4/15/2024 | 3 |
| TAYLOR FARMS (employer-member): South Alamo 51 | Mets Rd & King Rd<br>Holtville , California<br>IMPERIAL | | 11/1/2023 | 4/15/2024 | 3 |
| TAYLOR FARMS (employer-member): Triangle 17 -21 | Avenue 46E & Co. 2nd Street<br>Yuma , Arizona<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| TAYLOR FARMS (employer-member): Wisteria 73 | Wisteria 73<br>El Centro , California<br>IMPERIAL | | 11/1/2023 | 4/15/2024 | 3 |
| FRESH EXPRESS (employer-member): 100S Ranch | Ave 7E & County 2nd<br>Yuma, Arizona<br>YUMA | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): 12th St Harris | Fortuna & County 12th<br>Yuma , Arizona<br>YUMA | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): 13th St harris Ranch | County 13th Hwy 95  Ave B<br>Yuma , Arizona<br>YUMA | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): 200S & 300S Ranch | Ave 7E & County 2nd<br>Yuma, Arizona<br>YUMA | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): 20th St Yowell | County 20th, Ave I<br>Gadsden , Arizona<br>YUMA | | 11/1/2023 | 4/15/2024 | 8 |

## D. Additional Housing Information

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum B
**U.S. Department of Labor**



## C. Additional Place of Employment Information

| 1. Name of Agricultural Business § | 2. Place of Employment * | 3. Additional Place of Employment Information § | 4. Begin Date § | 5. End Date § | 6. Total Workers § |
|---|---|---|---|---|---|
| FRESH EXPRESS (employer-member): 4E Ranch | Ave 4E<br>Yuma, Arizona<br>YUMA | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): 500S Ranch | Ave 7E & County 6th St<br>Yuma, Arizona<br>YUMA | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): 600S West | County 6th & Ave 7E<br>Yuma, Arizona<br>YUMA | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): 600S/Dole/Ferguson/Thomas | County 6th & Ave 7E<br>Yuma, Arizona<br>YUMA | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): 800S Ranch | Ave 5E & HWY 95<br>Yuma, Arizona<br>YUMA | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): Acacia 84 | James Rd & Meloland Rd<br>El Centro , California<br>IMPERIAL | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): Acacia 85 | James Rd & Meloland Rd<br>El Centro , California<br>IMPERIAL | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): Alder 82 | Chick Rd & Pitzer Rd<br>El Centro , California<br>IMPERIAL | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): Ash 14 West, Ash 14 East, Ash 8-11 | Hwy 98 & Anderholt Rd<br>Holtville , California<br>IMPERIAL | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): Ash 211 | James Rd & Meloland Rd<br>El Centro , California<br>IMPERIAL | | 11/1/2023 | 4/15/2024 | 8 |

## D. Additional Housing Information

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum B
**U.S. Department of Labor**



## C. Additional Place of Employment Information

| 1. Name of Agricultural Business § | 2. Place of Employment * | 3. Additional Place of Employment Information § | 4. Begin Date § | 5. End Date § | 6. Total Workers § |
|---|---|---|---|---|---|
| FRESH EXPRESS (employer-member): Ash 212 North | James Rd & Meloland Rd
El Centro , California
IMPERIAL | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): Ash 212 South | James Rd & Meloland Rd
El Centro , California
IMPERIAL | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): Bard #1 | Levee RD & Ross Rd
Bard , California
IMPERIAL | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): Bard #2 | Indian Rd & Coley Rd
Bard , California
IMPERIAL | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): Blohm & Bar Diamond | Ave H & County 17th St
Yuma , Arizona
YUMA | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): Bob Garvin | Dome Valley-West of County 21E & South of County 8th St
Yuma , Arizona
YUMA | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): Boelts Ranch | County 9th St & Ave 29E
Welton , Arizona
YUMA | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): Bruce Church Loop Ranch | 6315 East Bruce Church Loop
Yuma , Arizona
YUMA | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): Cates | Dome Valley, South of County 9th St & County Ave 21E
Yuma , Arizona
YUMA | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): Citrus | Dome Valley, North of County 9th St & West of Ave 20E
Yuma , Arizona
YUMA | | 11/1/2023 | 4/15/2024 | 8 |

## D. Additional Housing Information

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum B
**U.S. Department of Labor**



## C. Additional Place of Employment Information

| 1. Name of Agricultural Business § | 2. Place of Employment * | 3. Additional Place of Employment Information § | 4. Begin Date § | 5. End Date § | 6. Total Workers § |
|---|---|---|---|---|---|
| FRESH EXPRESS (employer-member): Conrey Ranch | County 17th St & Ave J & County 18th St Gadsden , Arizona YUMA | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): Cullison Ranch | Ave 29E & County 9th St Welton , Arizona YUMA | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): Darling Ranch | County 12 1/2 & Ave G Yuma , Arizona YUMA | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): Dole | County 9th St & Ave F Yuma , Arizona YUMA | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): Donley Ranch | Levee Rd and County 8th St Yuma, Arizona YUMA | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): Dunn | Ave 9E & Hwy 95 Yuma , Arizona YUMA | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): East Grout Senior | East Dome Valley, South of County 10th St & East of Ave 23E Yuma , Arizona YUMA | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): East Moore | Dome Valley, North of County 9th St & East of Ave 22 1/2E Yuma , Arizona YUMA | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): Federal | Dome Valley, South of County 8 1/2 & West of Ave 21E Yuma , Arizona YUMA | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): Foreman Ranch | Ave H & Co. 13th St Yuma , Arizona YUMA | | 11/1/2023 | 4/15/2024 | 8 |

## D. Additional Housing Information

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum B
**U.S. Department of Labor**



## C. Additional Place of Employment Information

| 1. Name of Agricultural Business § | 2. Place of Employment * | 3. Additional Place of Employment Information § | 4. Begin Date § | 5. End Date § | 6. Total Workers § |
|---|---|---|---|---|---|
| FRESH EXPRESS (employer-member): Gila Valley | Pacific Ave<br>Yuma , Arizona<br>YUMA | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): Grout | Ave B & County 14th St<br>Yuma , Arizona<br>YUMA | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): Grover Ranch | Ave 32 E &County St<br>Welton , Arizona<br>YUMA | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): Hancock Home | Dome Valley, North of County 7 1/2 & East of Ave 20E<br>Yuma , Arizona<br>YUMA | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): Hemlock 58 | Verde School Rd<br>Calexico, California<br>IMPERIAL | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): Hulse Ranch | Ave 10E & Hwy 95<br>Yuma , Arizona<br>YUMA | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): Ikeda | Hwy 95 & County 5th St<br>Yuma , Arizona<br>YUMA | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): Lat  8-227 | Interstae 8 & Miller Rd<br>Holtville , California<br>IMPERIAL | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): Lat 11-275 | Snyder Rd & Nelson Rd<br>Holtville , California<br>IMPERIAL | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): Lat 12-282 | Nelson Pit Road & Miller Road<br>Holtville , California<br>IMPERIAL | | 11/1/2023 | 4/15/2024 | 8 |

## D. Additional Housing Information

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum B
**U.S. Department of Labor**



## C. Additional Place of Employment Information

| 1. Name of Agricultural Business § | 2. Place of Employment * | 3. Additional Place of Employment Information § | 4. Begin Date § | 5. End Date § | 6. Total Workers § |
|---|---|---|---|---|---|
| FRESH EXPRESS (employer-member): Mesquite West | South  of County 9th St & East County Ave 22E<br>Yuma , Arizona<br>YUMA | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): Meyer Ranch | Ave 33E<br>Welton , Arizona<br>YUMA | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): Morganson | NW Quadrant of County 9th St & County Ave 23E<br>Yuma , Arizona<br>YUMA | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): Pacific Ranch | Pacific Ave & Levee Rd<br>Yuma, Arizona<br>YUMA | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): Pear 22 | Hwy 115 & Snyder Rd<br>Holtville , California<br>IMPERIAL | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): Peterson Ranch | County 6th 1/2 St & County 7th St<br>Welton , Arizona<br>YUMA | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): R15 # 5,6,8,12,14,15 | County 6th St & South Ave 37 1/2 E<br>Roll , Arizona<br>YUMA | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): R18 #59 & #60 | E. County 6th St & S Ave 34 E<br>Roll , Arizona<br>YUMA | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): R31 #1-4 | S Ave 47E & E Co. 4th St<br>Roll , Arizona<br>YUMA | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): R31 #3 | S Ave 47E & E Co. 4th St<br>Roll , Arizona<br>YUMA | | 11/1/2023 | 4/15/2024 | 8 |

## D. Additional Housing Information

**Form ETA-790A Addendum B**      **FOR DEPARTMENT OF LABOR USE ONLY**      Page B.13 of B.3

H-2A Case Number: H-300-23245-317822      Case Status: Full Certification      Determination Date: 09/28/2023      Validity Period: _____ to _____

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum B
**U.S. Department of Labor**



## C. Additional Place of Employment Information

| 1. Name of Agricultural Business § | 2. Place of Employment * | 3. Additional Place of Employment Information § | 4. Begin Date § | 5. End Date § | 6. Total Workers § |
|---|---|---|---|---|---|
| FRESH EXPRESS (employer-member): R31 #45 & #46 | S Ave 41E & E Co. 4th St Roll , Arizona YUMA | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): R35 e & W | County 4th St & Ave 39E Roll , Arizona YUMA | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): R6 #6 & #7 | South Ave 41 E and E County 4th St Roll , Arizona YUMA | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): Sassman | Dome Valley, South of County 10 &  East of County Ave 24E Yuma , Arizona YUMA | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): Shawver | County 15th St & Ave B Yuma , Arizona YUMA | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): Snyder Ranch | County 6th St & County 6th St Yuma , Arizona YUMA | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): South Alamo 51 | Mc Cabe Rd & Orchard Rd Holtville , California IMPERIAL | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): Sun Valley Ranches (Cameron) | Hwy 95 & Ave 3E Yuma , Arizona YUMA | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): Thompson Ranch | Ave 5E & HWY 95 Yuma, Arizona YUMA | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): Watt Ranch | Hwy 95 & County 20th St Yuma , Arizona YUMA | | 11/1/2023 | 4/15/2024 | 8 |

## D. Additional Housing Information

**FOR DEPARTMENT OF LABOR USE ONLY**
H-2A Case Number: H-300-23245-317822       Case Status: Full Certification       Determination Date: 09/28/2023       Validity Period: _____ to _____

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum B
**U.S. Department of Labor**



## C. Additional Place of Employment Information

| 1. Name of Agricultural Business § | 2. Place of Employment * | 3. Additional Place of Employment Information § | 4. Begin Date § | 5. End Date § | 6. Total Workers § |
|---|---|---|---|---|---|
| FRESH EXPRESS (employer-member): West Grout Senior | East Dome Valley, South of County 10th St & West of Ave 23E Yuma , Arizona YUMA | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): Yowell Ranch | Hwy 95 & Ave I 1/4 mile Gadsden , Arizona YUMA | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): Yuma #1 | W 8th St & Ave B & W County 15th St S Yuma , Arizona YUMA | | 11/1/2023 | 4/15/2024 | 8 |
| FRESH EXPRESS (employer-member): Yuma #2 | W. County 16th St. & S. Avenue D & W County 21st ST S Somerton , Arizona YUMA | | 11/1/2023 | 4/15/2024 | 8 |
| Taylor Farms: 100S Ranch | Ave 7E & County 2nd Yuma, Arizona 85365 YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: 12th St Harris | Fortuna & County 12th Yuma, Arizona 85365 YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: 13th St harris Ranch | County 13th Hwy 95 Ave B YUMA, Arizona 85365 YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: 200S & 300S Ranch | Ave 7E & County 2nd Yuma, Arizona 85365 YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: 20th St Yowell | County 20th, Ave I Gasden, Arizona 85336 YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: 4E Ranch | Ave 4E Yuma, Arizona 85365 YUMA | | 11/1/2023 | 4/15/2024 | 3 |

## D. Additional Housing Information

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum B
**U.S. Department of Labor**



## C. Additional Place of Employment Information

| 1. Name of Agricultural Business § | 2. Place of Employment * | 3. Additional Place of Employment Information § | 4. Begin Date § | 5. End Date § | 6. Total Workers § |
|---|---|---|---|---|---|
| Taylor Farms: 500 Ranch | Ave 7E & Co 7th St<br>Gila Valle, Arizona 85337<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: 600's East, 600S West | County 6th & Ave 7E<br>Yuma, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: 700's Organic | Ave 5E & HWY 95<br>Yuma, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: 700's Ranch | County 7th St & Colorado River<br>Yuma, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: 800S Ranch | Ave 5E & HWY 95<br>Yuma, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Abbott, Acacia | E Chick Rd & Bowker Rd<br>Holtville, California 92250<br>IMPERIAL | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Acacia 99 (EBF) | Cruickshank Rd & Old Hwy 111<br>El Centro, California 92243<br>IMPERIAL | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Adkinson 1-4 Ranch | Evan Hewes Hwy & Anderholt<br>Holtville, California 92250<br>IMPERIAL | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Adkinson 5- 7 Ranch | Ross Avenue & Barbara Worth<br>Holtville, California 92250<br>IMPERIAL | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: All American, All American 23 | Highway 98 & Hwy 7<br>Holtville, California 92250<br>IMPERIAL | | 11/1/2023 | 4/15/2024 | 3 |

## D. Additional Housing Information

**Form ETA-790A Addendum B**  **FOR DEPARTMENT OF LABOR USE ONLY**  Page B.16 of B.3

H-2A Case Number: H-300-23245-317822   Case Status: Full Certification   Determination Date: 09/28/2023   Validity Period: _____ to _____

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum B
**U.S. Department of Labor**



## C. Additional Place of Employment Information

| 1. Name of Agricultural Business § | 2. Place of Employment * | 3. Additional Place of Employment Information § | 4. Begin Date § | 5. End Date § | 6. Total Workers § |
|---|---|---|---|---|---|
| Taylor Farms: Bar Diamond Ranch | Co 18th St & Ave G Somerton, Arizona 85350 YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Bates Ranch, Baxter, BCF 400 Blocks, BCF 500 Blocks, BCF 600 Blocks, | Ave 7E & Co 5th St Yuma, Arizona 85365 YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: BIA # 115, BIA # 120, BIA # 127, BIA # 128 | County 14th & Ave F Somerton, Arizona 85350 YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: BIA #110 | 1St Ave & Hwy 80 Winterhaven, California 92283 IMPERIAL | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: BIA #114 | San Pascual Road Winterhaven, California 92283 IMPERIAL | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: BIA #132 | Arnold Road & Baseline Rd Winterhaven, California 92283 IMPERIAL | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: BIA #140, BIA #154, BIA #170 & BIA #171, BIA #173, BIA #190 | Co 14th st & Somerton Ave YUMA, Arizona 85365 YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: BIIA #168 | Baseline Road Winterhaven, California 92283 IMPERIAL | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Birdhouse | County 14th & Ave F Somerton, Arizona 85350 YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Blaisedale Ranch, Blanca Ranch, Blohm Ranch | County 14th & Ave F Yuma, Arizona 85365 YUMA | | 11/1/2023 | 4/15/2024 | 3 |

## D. Additional Housing Information

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum B
**U.S. Department of Labor**



## C. Additional Place of Employment Information

| 1. Name of Agricultural Business § | 2. Place of Employment * | 3. Additional Place of Employment Information § | 4. Begin Date § | 5. End Date § | 6. Total Workers § |
|---|---|---|---|---|---|
| Taylor Farms: Bodie, Boelts Ranch | County 9th St & Ave 29E<br>Wellton, Arizona 85356<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Box Car Ranch | Co 18th St & Ave H<br>Yuma, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Brosie 101- 104, Brosie 105- 110 | County 10th St & Ave 29E<br>Wellton, Arizona 85356<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Brosie 111- 132, Brosie 124W, Brosie 125, Brosie 132- 134, Brown | County 9th St & Ave 29E<br>Wellton, Arizona 85356<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Burkes | E County 2dn St & S Ave 45 E<br>Yuma, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Cal-Wright Ranch | Co 6th St & Ave 19E<br>Yuma, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Cascabel | S Ave 40E & Railroad Tracks<br>Tacna, Arizona 85356<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Cates | Dome Valley, South of County 9th St & County Ave 21E<br>Yuma, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Chavez | Avenue F & County 9yh Street<br>Yuma, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Chell Ranch | S Co 12th St, 1/2 Mi W Co Ave C<br>Yuma, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |

## D. Additional Housing Information

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum B
**U.S. Department of Labor**



## C. Additional Place of Employment Information

| 1. Name of Agricultural Business § | 2. Place of Employment * | 3. Additional Place of Employment Information § | 4. Begin Date § | 5. End Date § | 6. Total Workers § |
|---|---|---|---|---|---|
| Taylor Farms: Cherico Ranch | Co 6th St & Ave 19E<br>Yuma, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Chesler | N Co 6th St & E County Ave 18E<br>Dome, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Church Organic Ranch | El Centro Ave & El Prado RV Park<br>YUMA, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Circle K | N Co 6th St & E County Ave 18E<br>Dome, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Citrus | Dome Valley, North of County 9th St & West of Ave 20E<br>Yuma, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Clark Ranch, Clayton | E County 2dn St & S Ave 45 E<br>Yuma, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Cole | Heyser Road & Field Road<br>Imperial, California 92251<br>IMPERIAL | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Coolye Ranch | County 17th St & Avenue H<br>Yuma, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Cooper | Avenue F & County 9yh Street<br>YUMA, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Coyote | S Co 12th St, 1/2 Mi W Co Ave C<br>Yuma, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |

## D. Additional Housing Information

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum B
**U.S. Department of Labor**



## C. Additional Place of Employment Information

| 1. Name of Agricultural Business § | 2. Place of Employment * | 3. Additional Place of Employment Information § | 4. Begin Date § | 5. End Date § | 6. Total Workers § |
|---|---|---|---|---|---|
| Taylor Farms: Cullision 70 | Co 6th St & Ave 19E<br>Yuma, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Cullision Ranch | N Co 6th St & E County Ave 18E<br>DOME, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Cullison 32 Organic | County 9th St & Ave 29E<br>Wellton, Arizona 85356<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Cullison Organic | Ave 29E & County 9th St<br>Wellton, Arizona 85356<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Curtis Ranch | Co. 15th St & Ave F<br>Yuma, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Darling Ranch | County 12 1/2 & Ave G<br>Yuma, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Davis | Calle Agua Salada & County 8th Street<br>Yuma, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Desert Highland Ranch (DHR), Diablo Ranch, Dillard | Ave 35E & County 6th Street<br>Yuma, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Diller West | S Ave 38E & Mohawk Canal Rd<br>Tacna, Arizona 85356<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: District Ranch | Co 16th & S Ave D<br>Yuma, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |

## D. Additional Housing Information

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum B
**U.S. Department of Labor**



## C. Additional Place of Employment Information

| 1. Name of Agricultural Business § | 2. Place of Employment * | 3. Additional Place of Employment Information § | 4. Begin Date § | 5. End Date § | 6. Total Workers § |
|---|---|---|---|---|---|
| Taylor Farms: Dogwood 56 | S Dogwood Rd & Cruickshank Rd El Centro, California 92243 IMPERIAL | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Dole | County 9th St & Ave F Yuma, Arizona 85365 YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Douglass Ranch | Levee Rd and County 8th St Yuma, Arizona 85365 YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Dunn 80 | Ave 9E & Hwy 95 Yuma, Arizona 85365 YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Dunn 910, 911, 930, 932, 941, Dunn 912, 934, Dunn Ranch | Ave 9E & Co 8 1/2 Yuma, Arizona 85365 YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: DVF 63 | East Dome Valley, South of County 10th St & East of Ave 23E Yuma, Arizona 85365 YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: East Anderson | Dome Valley, North of County 9th St & East of Ave 22 1/2E Yuma, Arizona 85365 YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: East Diller, East Rice Ranch, Easterday, EHL 7- 184 | Ave 18th E & Co 14th St Yuma, Arizona 85365 YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: East Otondo | East Dome Valley, South of County 10th St & East of Ave 23E Yuma, Arizona 85365 YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: El Rio | Ave 29E & Gila River Levee Wellton, Arizona 85356 YUMA | | 11/1/2023 | 4/15/2024 | 3 |

## D. Additional Housing Information



OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum B
**U.S. Department of Labor**

## C. Additional Place of Employment Information

| 1. Name of Agricultural Business § | 2. Place of Employment * | 3. Additional Place of Employment Information § | 4. Begin Date § | 5. End Date § | 6. Total Workers § |
|---|---|---|---|---|---|
| Taylor Farms: Elder 40, Elder 46, Elder 49 South, Elder 57, 59, 60, 61 | Austin Rd & Interstate 8 El Centro, California 92243 IMPERIAL | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Elder 62C, Elder 69, Elm 17, Elm 3, Embree 21 | Low Rd & West Ross Rd El Centro, California 92243 IMPERIAL | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Eucalyptus 50, Eucalyptus 65, Eucalyptus 67A East, Eucalyptus 69A, | Forrester & Nichols Rd El Centro, California 92243 IMPERIAL | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Eucalyptus 82, 82A, Eucalyptus 83 | Forrester & Nichols Rd El Centro, California 92243 IMPERIAL | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Face | York Rd & Leathers Rd Bard, California 92222 IMPERIAL | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Fairview Ranch | S Co 8th St & W Somerton Ave Yuma, Arizona 85365 YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Ferguson | Co 6th St & Ave 7E Gila Valley, Arizona 85337 YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Foreman Ranch | Ave H & Co. 13th St Yuma, Arizona 85365 YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Fortuna Ranch | W Co Ave G & S Co 15th St Yuma, Arizona 85365 YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Fresh Innovations | Laguna Dam Rd & Co 6th St Yuma, Arizona 85365 YUMA | | 11/1/2023 | 4/15/2024 | 3 |

## D. Additional Housing Information

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum B
**U.S. Department of Labor**



## C. Additional Place of Employment Information

| 1. Name of Agricultural Business § | 2. Place of Employment * | 3. Additional Place of Employment Information § | 4. Begin Date § | 5. End Date § | 6. Total Workers § |
|---|---|---|---|---|---|
| Taylor Farms: Gila Monster | Co 6th St & Ave 8E<br>Gila Valley, Arizona 85337<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Gray | Co 10th St & AveD<br>Yuma, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Grout Holdings Ranch | Co 14th st & Somerton Ave<br>Yuma, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Grout Ranch | Bounded W by Co Ave 25E, 1/4 Mi N Hwy 80<br>Wellton, Arizona 85356<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Grout-Robertson Ranch | W Co 25E; N olf Hwy 80<br>Wellton, Arizona 85356<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Grover 29, Grover Home Ranch, Grover Ranch | Ave 32 E &County St<br>Wellton, Arizona 85356<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Gwyn | Co 14th st & Somerton Ave<br>Yuma, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Hankins 1-12 | Co 7 1/2 & Ave 20E<br>Yuma, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Hankins 13 - 14 | Dome Valley, North of County 7 1/2 & East of Ave 20E<br>Yuma, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Hankins 15 | Co 7 1/2 & Ave 20E<br>Yuma, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |

## D. Additional Housing Information

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum B
**U.S. Department of Labor**



## C. Additional Place of Employment Information

| 1. Name of Agricultural Business § | 2. Place of Employment * | 3. Additional Place of Employment Information § | 4. Begin Date § | 5. End Date § | 6. Total Workers § |
|---|---|---|---|---|---|
| Taylor Farms: Harp, Harper | Co 13th St<br>Yuma, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Harvey Ranch | Co 9th St & Somerton Ave<br>YUMA, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Hemlock 58 | Verde School Rd<br>calexico, California 92231<br>IMPERIAL | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Hemlock Ranch 7 | Bonds Corner Rd & Interstate 8<br>Holtville, California 92250<br>IMPERIAL | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Hicks Ranch | Ave 10E & Hwy 95<br>Yuma, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Higby Ranch, Hillside, Home Place, | Ave D & County 14th St<br>Yuma, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Hunter Ranch, Ikeda Ranch, Irwin, James Home | Hwy 95 & County 5th St<br>Yuma, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Jayces | Co 9th St & Ave D<br>Yuma, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Jim George Ranch 14, Jimmy Ranch | Co. 15th St & Ave E<br>Yuma, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Keene, Kelly, Kelly 5- 22 Ranch | Hwy 95 & County 5th St<br>Yuma, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |

## D. Additional Housing Information

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum B
**U.S. Department of Labor**



## C. Additional Place of Employment Information

| 1. Name of Agricultural Business § | 2. Place of Employment * | 3. Additional Place of Employment Information § | 4. Begin Date § | 5. End Date § | 6. Total Workers § |
|---|---|---|---|---|---|
| Taylor Farms: Kerley, Larry Boyd Ranch, Loma Vista 01 | Co 14th St & Ave B Yuma, Arizona 85365 YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Lorden | Ave 4E & Hwy 95 Yuma, Arizona 85365 YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Lotten Ranch | Co 13th St & Ave D Yuma, Arizona 85365 YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Lucille | Ave E & County 14th St Yuma, Arizona 85365 YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Mason Ranch | County 15th St & Avenue H Yuma, Arizona 85365 YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: McDonald 503 | Mc Connell Road & Cruickshank Rd El Centro, California 92243 IMPERIAL | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: McVey 87 | Co 6th St & Ave 19E Yuma, Arizona 85365 YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Middle Rice Ranch | Co 11th St & Ave C Yuma, Arizona 85365 YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Molina | Ave E & County 14th St Yuma, Arizona 85365 YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Mountain, N Boelts | County 15th St & Avenue H Yuma, Arizona 85365 YUMA | | 11/1/2023 | 4/15/2024 | 3 |

## D. Additional Housing Information

**Form ETA-790A Addendum B**   **FOR DEPARTMENT OF LABOR USE ONLY**   Page B.25 of B.3

H-2A Case Number: H-300-23245-317822   Case Status: Full Certification   Determination Date: 09/28/2023   Validity Period: _____ to _____

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum B
**U.S. Department of Labor**



## C. Additional Place of Employment Information

| 1. Name of Agricultural Business § | 2. Place of Employment * | 3. Additional Place of Employment Information § | 4. Begin Date § | 5. End Date § | 6. Total Workers § |
|---|---|---|---|---|---|
| Taylor Farms: New Farm Ranch | Co 9th St & Ave 21E<br>Yuma, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: North Fletcher | NW Quadrant of County 9th St & County Ave 23E<br>Yuma, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: North Thacker | Green Rd & Teacker Rd<br>El Centro, California 92243<br>IMPERIAL | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: North Wilson | Ave 30E & Co 7th St<br>Wellton, California 85356<br>IMPERIAL | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Oasis 3, 3A, Oasis Ranch 2, Oasis Ranch 4, Oat Ranch 1, 3 | Highline & Keystone Rd<br>Holtville, California 92250<br>IMPERIAL | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Occident Ranch 5, Occident Ranch 6, Occident Ranch 7, Ogram #18 | Co 12th St & Fortuna Road<br>Yuma, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Oleander Ranch | East Highline Canal and Streiby Rd<br>Brawley, California 92244<br>IMPERIAL | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Orient Ranch 4 | 10th St Flanagan<br>Yuma, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Otondo 37- 45, Otondo 64, 65 | Ave 32E & E Co 6 1/2 St<br>Yuma, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Otondo Ranch 1-19, Otondo Ranch 46- 63, Otondo Shop | Co 9th St & Ave 30E<br>Wellton, Arizona 85356<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |

## D. Additional Housing Information

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum B
**U.S. Department of Labor**



**C. Additional Place of Employment Information**

| 1. Name of Agricultural Business § | 2. Place of Employment * | 3. Additional Place of Employment Information § | 4. Begin Date § | 5. End Date § | 6. Total Workers § |
|---|---|---|---|---|---|
| Taylor Farms: Pacific, Patricia Ranch, Pena 100 | Ave 32E & E Co 6 1/2 St Yuma, Arizona 85365 YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Pear Ranch 68 | Pacific Ave & Levee Rd YUMA, Arizona 85365 YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Perricone Ranch | Pacific Ave & Levee Rd Yuma, Arizona 85365 YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Pomelo 33, Pomelo Ranch 3A, Pratt Home | S Ave 41E & E Co. 4th St Roll, Arizona 85347 YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Provenzano Home | Co 10th St & Ave 23 E Yuma, Arizona 85365 YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Ramsey | Co 15th St & Ave D Yuma, Arizona 85365 YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Ranch 3 | Quick Rd & Indian Rock Rd Winterheaven, California 92283 IMPERIAL | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Ranch 5 | Ave G & Ave H Yuma, Arizona 85365 YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Rancho Caf | County 17th & Ave F Somerton, Arizona 85350 YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Rava Ranch | Ave 17 E & Co 5th St YUMA, Arizona 85365 YUMA | | 11/1/2023 | 4/15/2024 | 3 |

**D. Additional Housing Information**

Form ETA-790A Addendum B      FOR DEPARTMENT OF LABOR USE ONLY      Page B.27 of B.3

H-2A Case Number: H-300-23245-317822     Case Status: Full Certification     Determination Date: 09/28/2023     Validity Period: _____ to _____

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum B
**U.S. Department of Labor**



## C. Additional Place of Employment Information

| 1. Name of Agricultural Business § | 2. Place of Employment * | 3. Additional Place of Employment Information § | 4. Begin Date § | 5. End Date § | 6. Total Workers § |
|---|---|---|---|---|---|
| Taylor Farms: Reed 1-8 | 4th Ave & County 22nd St<br>San Luis, Arizona 85349<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Rice | Co 19th & Hwy 95<br>Yuma, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Rio Norte | E Co 7 1/2 st & S Ave 30E<br>Asher, Arizona 85366<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Rivera | S Ave 51E & E Co 3rd St<br>YUMA, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Robbins Ranch | Co 4th St & Ave 38E<br>YUMA, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Ruby | E. Co 5th St & Ave 4SE<br>Tacna, Arizona 85356<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Sandia Ranch 3 | Co 7th St & Ave 20E<br>Yuma, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Sherrill (1-32) | Co 12th St & Ave C<br>YUMA, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Sherrill (33-45, 63-70), Sherrill (46-62) | Co 15th St & Ave D<br>Somerton, Arizona 85350<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Shop North | N Co 6th St & E Ave 37E<br>Wellton, Arizona 85356<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |

## D. Additional Housing Information

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum B
**U.S. Department of Labor**



## C. Additional Place of Employment Information

| 1. Name of Agricultural Business § | 2. Place of Employment * | 3. Additional Place of Employment Information § | 4. Begin Date § | 5. End Date § | 6. Total Workers § |
|---|---|---|---|---|---|
| Taylor Farms: Simons Ranch 4 | W Co 17th st & S Ave D<br>Yuma, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Snyder (Eagle Creek), South Alamo 107, South Alamo 108, South ~~Alamo 111, South Alamo 112~~ | County 6th St & County 6th St<br>Yuma, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: South Alamo 112, South Alamo 43 | Co. 4th St- Co. 6th St & Ave 43E- Avenue 41E<br>Yuma, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: South Alamo 44A | Co 8 1/2 & Ave 20E<br>Yuma, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: South Alamo 57 | Mc Cabe Rd & Orchard Rd<br>Holtville, California 92250<br>IMPERIAL | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: South Alamo 57A | S Ave 47E & E County 2nd St<br>Yuma, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: South Alamo 59 North & South | E County 2dn St & S Ave 45 E<br>Yuma, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: South Boelts, South Fletcher, South Hartman, South Phillips | County 6th St & County 6th St<br>Yuma, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: South Walls Ranch | Co. 4th St- Co. 6th St & Ave 43E- Avenue 41E<br>Yuma, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: South Wilson | County 6th St & County 6th St<br>Yuma, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |

## D. Additional Housing Information

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum B
**U.S. Department of Labor**



## C. Additional Place of Employment Information

| 1. Name of Agricultural Business § | 2. Place of Employment * | 3. Additional Place of Employment Information § | 4. Begin Date § | 5. End Date § | 6. Total Workers § |
|---|---|---|---|---|---|
| Taylor Farms: State | Co 9th St & Ave 22E<br>Yuma, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: State Lease Ranch | S City 32nd St & 1/4 Mi E Co Ave B<br>Yuma, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Stefella | Hwy 95 & Ave G<br>YUMA, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Stephens Ranch | S City 32nd St & 1/4 Mi E Co Ave B<br>Yuma, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Sun Valley Ranches (Cameron) | Hwy 95 & Pacific Avenue/Avenue 4E<br>Yuma, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Tacna Ranch #64, Tevis Ranch | Conty 5th St & Ave 39 E<br>Tacna, Arizona 85356<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Thompson Ranch | Ave 5E & HWY 95<br>Yuma, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Tooth Acre | 1/2 mi S Co 9th St & W Ave E<br>Yuma, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Trent | Hwy 95 & Ave G<br>Yuma, Arizona 85365<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Triskee Ranch, Truck Stop | Conty 5th St & Ave 39 E<br>Tacna, Arizona 85356<br>YUMA | | 11/1/2023 | 4/15/2024 | 3 |

## D. Additional Housing Information

**Form ETA-790A Addendum B**　　　　**FOR DEPARTMENT OF LABOR USE ONLY**　　　　Page B.30 of B.3

H-2A Case Number: H-300-23245-317822　　　Case Status: Full Certification　　　Determination Date: 09/28/2023　　　Validity Period: _____ to _____

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum B
**U.S. Department of Labor**



## C. Additional Place of Employment Information

| 1. Name of Agricultural Business § | 2. Place of Employment * | 3. Additional Place of Employment Information § | 4. Begin Date § | 5. End Date § | 6. Total Workers § |
|---|---|---|---|---|---|
| Taylor Farms: U of A | Somerton Ave & Ave E Yuma, Arizona 85365 YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Vanderslice Ranch | Hwy 95 & Co 15 1/2 Yuma, Arizona 85365 YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Vista Verde | A Ave 34E & E Co 5th St YUMA, Arizona 85365 YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Ware | Hwy 95 & County 20th St Yuma, Arizona 85365 YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Watt | Hwy 80 & 1st Ave Yuma, Arizona 85365 YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Weerts Ranch | A Ave 34E & E Co 5th St Yuma, Arizona 85365 YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: West Provenzano | Co 14th St & Ave H YUMA, Arizona 85365 YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: West Rice Ranch | Ave 3E & Hwy 95 Yuma, Arizona 85365 YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Wisteria 123 | Pacific Ave & 16 St/ Hwy 95 Yuma, Arizona 85365 YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Wisteria 124 West, 124 East | Ave 7 E & Hwy 95 Yuma, Arizona 85365 YUMA | | 11/1/2023 | 4/15/2024 | 3 |

## D. Additional Housing Information

Form ETA-790A Addendum B                    FOR DEPARTMENT OF LABOR USE ONLY                    Page B.31 of B.3

H-2A Case Number: H-300-23245-317822        Case Status: Full Certification        Determination Date: 09/28/2023        Validity Period: _____ to _____

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum B
**U.S. Department of Labor**



## C. Additional Place of Employment Information

| 1. Name of Agricultural Business § | 2. Place of Employment * | 3. Additional Place of Employment Information § | 4. Begin Date § | 5. End Date § | 6. Total Workers § |
|---|---|---|---|---|---|
| Taylor Farms: Woodhouse, Yates Ranch | Co Ave G & Co 11th st Yuma, Arizona 85365 YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Taylor Farms: Yowell Ranch | Hwy 95 & Ave I 1/4 mile Gasden, Arizona 85336 YUMA | | 11/1/2023 | 4/15/2024 | 3 |
| Visionary Vegetables: Angelo | Co 13th Street/Ave C Yuma, Arizona 85364 YUMA | 12 | 11/1/2023 | 4/15/2024 | 2 |
| Visionary Vegetables: Back Marney | Co 15th Street/Ave E Somerton, Arizona 85350 YUMA | 8 | 11/1/2023 | 4/15/2024 | 2 |
| Visionary Vegetables: Balance | Co 12th Street/Ave C Yuma, Arizona 85364 YUMA | 85 | 11/1/2023 | 4/15/2024 | 2 |
| Visionary Vegetables: Batch Plant | Co 21st Street/Highway 95 San Luis, Arizona 85349 YUMA | 74 | 11/1/2023 | 4/15/2024 | 2 |
| Visionary Vegetables: Beaman | Co 7th Street/Ave D Yuma, Arizona 85364 YUMA | 66 | 11/1/2023 | 4/15/2024 | 2 |
| Visionary Vegetables: Big Bend | Co 14th Street/Ave C Yuma, Arizona 85364 YUMA | 26 | 11/1/2023 | 4/15/2024 | 2 |
| Visionary Vegetables: Bill Thacker Home | Co 8th Street/Ave C Yuma, Arizona 85364 YUMA | 54 | 11/1/2023 | 4/15/2024 | 2 |
| Visionary Vegetables: Brown | Co 7th Street/Ave D Yuma, Arizona 85364 YUMA | 65 | 11/1/2023 | 4/15/2024 | 2 |

## D. Additional Housing Information

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum B
**U.S. Department of Labor**



## C. Additional Place of Employment Information

| 1. Name of Agricultural Business § | 2. Place of Employment * | 3. Additional Place of Employment Information § | 4. Begin Date § | 5. End Date § | 6. Total Workers § |
|---|---|---|---|---|---|
| Visionary Vegetables: Cocopah | Co 7th street/Ave E Yuma, Arizona 85364 YUMA | 86 | 11/1/2023 | 4/15/2024 | 2 |
| Visionary Vegetables: Curry Brown | Co 22nd Street/W Main Canal Rd San Luis, Arizona 85349 YUMA | 91 | 11/1/2023 | 4/15/2024 | 2 |
| Visionary Vegetables: Doc | Co 11th Street/Ave D Yuma, Arizona 85364 YUMA | 93 | 11/1/2023 | 4/15/2024 | 2 |
| Visionary Vegetables: East Cocopah | Co 18th Street/Ave D Yuma, Arizona 85364 YUMA | 111 | 11/1/2023 | 4/15/2024 | 2 |
| Visionary Vegetables: Embree | Co 7th Street/Ave D Yuma, Arizona 85364 YUMA | 21 | 11/1/2023 | 4/15/2024 | 2 |
| Visionary Vegetables: Emrick | Co 8th Street/2E Yuma, Arizona 85364 YUMA | 89 | 11/1/2023 | 4/15/2024 | 2 |
| Visionary Vegetables: H&M | Co 15th Street/Ave F Yuma, Arizona 85364 YUMA | 2 | 11/1/2023 | 4/15/2024 | 2 |
| Visionary Vegetables: Haddler | Co 8th Street/Ave C Yuma, Arizona 85364 YUMA | 11 | 11/1/2023 | 4/15/2024 | 2 |
| Visionary Vegetables: Harrell, Jim George | Co 7th Street/Ave D Yuma, Arizona 85364 YUMA | 14, 114 | 11/1/2023 | 4/15/2024 | 2 |
| Visionary Vegetables: McVey | Co 8th Street/2E Yuma, Arizona 85364 YUMA | 87 | 11/1/2023 | 4/15/2024 | 2 |

## D. Additional Housing Information

**Form ETA-790A Addendum B**  **FOR DEPARTMENT OF LABOR USE ONLY**  Page B.33 of B.3

H-2A Case Number: H-300-23245-317822   Case Status: Full Certification   Determination Date: 09/28/2023   Validity Period: _____ to _____

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum B
**U.S. Department of Labor**



## C. Additional Place of Employment Information

| 1. Name of Agricultural Business § | 2. Place of Employment * | 3. Additional Place of Employment Information § | 4. Begin Date § | 5. End Date § | 6. Total Workers § |
|---|---|---|---|---|---|
| Visionary Vegetables: Mitchell | Co 8th Street/Ave D<br>Yuma, Arizona 85364<br>YUMA | 13 | 11/1/2023 | 4/15/2024 | 2 |
| Visionary Vegetables: Morton | Co 16th Street/Ave D<br>Yuma, Arizona 85364<br>YUMA | 7 | 11/1/2023 | 4/15/2024 | 2 |
| Visionary Vegetables: Moss | Co 14th Street/Somerton Ave<br>Somerton, Arizona 85350<br>YUMA | 27 | 11/1/2023 | 4/15/2024 | 2 |
| Visionary Vegetables: Newberry | Co 15th Street/Ave D<br>Yuma, Arizona 85364<br>YUMA | 1 | 11/1/2023 | 4/15/2024 | 2 |
| Visionary Vegetables: Newman | Co 13th Street/Ave H<br>Yuma, Arizona 85364<br>YUMA | 25 | 11/1/2023 | 4/15/2024 | 2 |
| Visionary Vegetables: Ogram | Co 12th Street/Ave E<br>Yuma, Arizona 85364<br>YUMA | 18 | 11/1/2023 | 4/15/2024 | 2 |
| Visionary Vegetables: Penn | Co 18th Street/Ave D<br>Somerton, Arizona 85350<br>YUMA | 42 | 11/1/2023 | 4/15/2024 | 2 |
| Visionary Vegetables: Posie | Co 15th Street/Ave E<br>Somerton, Arizona 85350<br>YUMA | 29 | 11/1/2023 | 4/15/2024 | 2 |
| Visionary Vegetables: Ranch 5 | Co 16th Street/Ave E<br>Somerton, Arizona 85350<br>YUMA | 5 | 11/1/2023 | 4/15/2024 | 2 |
| Visionary Vegetables: Riggle Home | Co 13th Street/Ave G<br>Yuma, Arizona 85364<br>YUMA | 33 | 11/1/2023 | 4/15/2024 | 2 |

## D. Additional Housing Information

**Form ETA-790A Addendum B**     **FOR DEPARTMENT OF LABOR USE ONLY**     Page B.34 of B.3

H-2A Case Number: H-300-23245-317822     Case Status: Full Certification     Determination Date: 09/28/2023     Validity Period: _____ to _____

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum B
**U.S. Department of Labor**



## C. Additional Place of Employment Information

| 1. Name of Agricultural Business § | 2. Place of Employment * | 3. Additional Place of Employment Information § | 4. Begin Date § | 5. End Date § | 6. Total Workers § |
|---|---|---|---|---|---|
| Visionary Vegetables: Sandia | Co 12th Street/Somerton Ave<br>Somerton, Arizona 85350<br>YUMA | 3 | 11/1/2023 | 4/15/2024 | 2 |
| Visionary Vegetables: Simons | Co 10th Street/Ave G<br>Yuma, Arizona 85364<br>YUMA | 4 | 11/1/2023 | 4/15/2024 | 2 |
| Visionary Vegetables: Thacker | Co 15th Street/Somerton Ave<br>Somerton, Arizona 85350<br>YUMA | 28 | 11/1/2023 | 4/15/2024 | 2 |
| Visionary Vegetables: Vasquez | Co 7th Street/Ave C<br>Yuma, Arizona 85364<br>YUMA | 9 | 11/1/2023 | 4/15/2024 | 2 |
| Visionary Vegetables: West Riggle | Co 14th Street/Ave H<br>Somerton, Arizona 85350<br>YUMA | 56 | 11/1/2023 | 4/15/2024 | 2 |
| Visionary Vegetables: Dome Valley Farm | Co 4th Street-Co 7th Street/17 E<br>Yuma, Arizona 85364<br>YUMA | 63 | 11/1/2023 | 4/15/2024 | 2 |
| Visionary Vegetables: 14th St Hayden | Co 14th ST/Ave D<br>Yuma, Arizona 85364<br>YUMA | 44 | 11/1/2023 | 4/15/2024 | 2 |
| Visionary Vegetables: Anireddy | E Co 5th St/S Ave 36 E<br>Roll, Arizona 85366<br>YUMA | 512 | 11/1/2023 | 4/15/2024 | 2 |
| Visionary Vegetables: Barkley | Co 14th St/Ave E<br>Somerton, Arizona 85350<br>YUMA | 35 | 11/1/2023 | 4/15/2024 | 2 |
| Visionary Vegetables: Beck | Co 17th/Ave H<br>Somerton, Arizona 85350<br>YUMA | 52 | 11/1/2023 | 4/15/2024 | 2 |

## D. Additional Housing Information

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum B
**U.S. Department of Labor**



## C. Additional Place of Employment Information

| 1. Name of Agricultural Business § | 2. Place of Employment * | 3. Additional Place of Employment Information § | 4. Begin Date § | 5. End Date § | 6. Total Workers § |
|---|---|---|---|---|---|
| Visionary Vegetables: East Webb | Co 12th St/Highway 95 Yuma, Arizona 85364 YUMA | 49 | 11/1/2023 | 4/15/2024 | 2 |
| Visionary Vegetables: Hill Ranch | Co 16th St/Ave E Yuma, Arizona 85364 YUMA | 513 | 11/1/2023 | 4/15/2024 | 2 |
| Visionary Vegetables: Lyreedale 103, Lyreedale 104 | E Co 5th St/S Ave 37 E Roll, Arizona 85366 YUMA | 511, 511 | 11/1/2023 | 4/15/2024 | 2 |
| Visionary Vegetables: Morgan | Co 17th St/Ave H Somerton, Arizona 85350 YUMA | 53 | 11/1/2023 | 4/15/2024 | 2 |
| Visionary Vegetables: R-1 | E Co 4th St/S Ave 39 E Roll, Arizona 85366 YUMA | 601 | 11/1/2023 | 4/15/2024 | 2 |
| Visionary Vegetables: R-2 | E Co 4th St/S Ave 38 E Roll, Arizona 85366 YUMA | 602 | 11/1/2023 | 4/15/2024 | 2 |
| Visionary Vegetables: R-3 | E Co 4th St/S Ave 37 E Roll, Arizona 85366 YUMA | 603 | 11/1/2023 | 4/15/2024 | 2 |
| Visionary Vegetables: White | Co 17th St/Ave H Somerton, Arizona 85350 YUMA | 55 | 11/1/2023 | 4/15/2024 | 2 |
| Visionary Vegetables: Williams Home | Co 14th ST/Ave D Yuma, Arizona 85364 YUMA | 45 | 11/1/2023 | 4/15/2024 | 2 |
|  |  |  |  |  |  |

## D. Additional Housing Information



*OMB Approval: 1205-0466*
*Expiration Date:* 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum B
**U.S. Department of Labor**

| 1. Type of Housing * | 2. Physical Location * | 3. Additional Housing Information § | 4. Total Units * | 5. Total Occupancy * | 6. Inspection Entity * |
|---|---|---|---|---|---|
| ☑ Employer-provided<br><br>❑ Rental or public accommodations | Palo Verde Apartments, 485 S. 15th Avenue Yuma, Arizona 85364 YUMA | Equipped w/full kitchen.<br>Directions to housing: via I-8 E: Take I-8 E, I-8BL and W 1st St to S 15th Ave in Yuma 4 min (2.2 mi); Turn left onto S 15th Ave; Destination will be on the left 58 sec (0.2 mi) | 1 | 8 | ❑ Local authority<br>☑ SWA<br>❑ Other State authority<br>❑ Federal authority<br>❑ Other<br>_____ |
| ❑ Employer-provided<br><br>❑ Rental or public accommodations | | | | | ❑ Local authority<br>❑ SWA<br>❑ Other State authority<br>❑ Federal authority<br>❑ Other<br>_____ |
| ❑ Employer-provided<br><br>❑ Rental or public accommodations | | | | | ❑ Local authority<br>❑ SWA<br>❑ Other State authority<br>❑ Federal authority<br>❑ Other<br>_____ |
| ❑ Employer-provided<br><br>❑ Rental or public accommodations | | | | | ❑ Local authority<br>❑ SWA<br>❑ Other State authority<br>❑ Federal authority<br>❑ Other<br>_____ |
| ❑ Employer-provided<br><br>❑ Rental or public accommodations | | | | | ❑ Local authority<br>❑ SWA<br>❑ Other State authority<br>❑ Federal authority<br>❑ Other<br>_____ |

**For Public Burden Statement, see the Instructions for Form ETA-790/790A.**

**Form ETA-790A Addendum B**      **FOR DEPARTMENT OF LABOR USE ONLY**      Page B.37 of B.3'

H-2A Case Number: H-300-23245-317822     Case Status: Full Certification     Determination Date: 09/28/2023     Validity Period: _____ to _____

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum C
**U.S. Department of Labor**



## H. Additional Material Terms and Conditions of the Job Offer

*a. Job Offer Information 1*

| 1. Section/Item Number * | A.8a | 2. Name of Section or Category of Material Term or Condition * | Job Duties |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

H-2A and corresponding domestic workers must be available to perform each of the following job activities in connection with the harvesting and farming operations:

HAULER/TRUCK DRIVER SPECIFICATIONS:

Haulers/truck drivers deliver harvested perishable crops packed and loaded in bins and cartons. The hauling/truck driving activities are performed directly in connection with and as an integral part of the harvest and farming operations.   The hauling/truck driving activities are not a separate job. Truck driving activities constitute less than 10% of the total duties performed.  Truck driving activities are regulated by the U.S. Department of Transportation Code of Federal Regulation, Title 49 sections 395.1-395.13, Hours of Service of Drivers, and are therefore exempt from overtime.  Vegetable haulers/truck drivers must be available to perform each of the crop activities described in this job order and will perform various activities throughout the work week.

The essential work activity involves moving a highly perishable agricultural crop (vegetables) directly from the farmer's fields to the processing plant, the locations of which are all detailed in the attached schedule. The vegetable haulers/truck drivers are required to complete each step of the haul, as part of necessary field-to processing facility activities for the vegetable crop harvest. Vegetable haulers/truck drivers must be physically and mentally healthy. Each worker is expected to operate hauling vehicles efficiently and safely through all types of routes. Workers must be able to operate tractors, trailers, semi trailers, and have adequate knowledge to make minor adjustments or repairs to these vehicles. Must have a CDL or equivalent license, pass a required drivers license background check, and mandated drug and alcohol test. Drivers must have and maintain a suitable driving record, and be insured by the employer's insurance company.

1. Employee may drive Class 8 over the road Commercial trucks with a GVW (Gross Vehicle Weight) capacity of 80,000 GVW
2. In connection with the harvest and farming operations, employee picks up loaded trailers filled with bins in the fields and transports/hauls to the plant's refrigeration storage site -cooling facility (initial point of distribution).
3. In order to drive trucks, Employees must possess valid authorized commercial drivers' license (foreign or state issued) and must be able to pass DOT (Department of Transportation) -recognized medical exam.

All employees in this position (H-2A as well as corresponding domestic workers), will be given the opportunity to obtain a commercial driver's license (CDL) on a voluntary basis. The CDL is not a pre-hire job requirement. No job applicant will be denied an employment opportunity due to a lack of a CDL at the time of application and/or hiring. Further, no worker (H-2A or corresponding domestic worker) will be terminated for failure to obtain a CDL.

*b. Job Offer Information 2*

| 1. Section/Item Number * | A.11 | 2. Name of Section or Category of Material Term or Condition * | Deductions from Pay |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

The following deductions will be made from the worker's pay:  FICA (if applicable); federal income tax withholding (if applicable); state and/or local tax withholding (if applicable); re-issue check policy: after the first loss, mutilation or expiration of a worker's check, the employer will charge $25 dlls of processing fee for every check that is lost, mutilated or expired, regardless of the amount of the check, for any reason other than the employer's responsibility; The employer will not deduct from the wage or require any reimbursement from an employee for any cash shortage, breakage, or loss of equipment, unless it can be shown that such shortage, breakage, or loss is caused by a dishonest or willful act, or by the gross negligence of the employee; medical insurance payments, if applicable; cash advances, if applicable; and deductions expressly authorized by the worker in writing (if any).

**For Public Burden Statement, see the Instructions for Form ETA-790/790A.**

Form ETA-790A Addendum C                    FOR DEPARTMENT OF LABOR USE ONLY                                   Page C.1 of C.20

H-2A Case Number: H-300-23245-317822 ___   Case Status: Full Certification ___   Determination Date: 09/28/2023 ___   Validity Period: ___ to ___

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum C
**U.S. Department of Labor**



## H. Additional Material Terms and Conditions of the Job Offer

*c. Job Offer Information 3*

| 1. Section/Item Number * | B.6 | 2. Name of Section or Category of Material Term or Condition * | Additional Information Regarding Job Qualifications/Requirements |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

2-months experience harvesting crops to avoid crop damage and personal injury. Written verification of experience is required. Workers must stand, sit, crouch, bend, reach, lift and carry items weighing up to 50-80 pounds in the course of performing required activities. Workers must be able to listen, understand, and follow instructions of company supervisors and managers.

The company's Employment Arbitration Agreement is set forth in this Clearance Order outlining the procedures to follow in raising concerns to seek their prompt resolution with an option to arbitrate unresolved matters.

*d. Job Offer Information 4*

| 1. Section/Item Number * | G.1 | 2. Name of Section or Category of Material Term or Condition * | Referral and Hiring Instructions |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

Applicants should thoroughly familiarize themselves with the job specifications and the terms and conditions of employment in this Clearance Order before contacting the employer or seeking a referral. Only workers meeting all the qualifications for Employment, who are able, willing and qualified to perform the work, with or without reasonable accommodations, who are eligible for employment in the United States, and who will be available at the time and place needed, should contact or be referred to the employer.

Walk-in applicants whose pre-employment paperwork was completed at the time of hire must have a valid identity document when they report to work. No worker will be considered to have completed the hiring process, nor be permitted to start work, and/or occupy employer-provided housing, without completing (the pertinent sections of) an I-9 Form and presenting required documentation of identity and employment eligibility within the legally required time frames. Although the job holding office is not required to verify employment authorization documentation, the Employer requests that the Employment Service staff apprise applicants that they will be required to provide documentary proof of work authorization to the Employer.

Walk-in applications will be accepted at:

Address: 17815 South Highway 95, Somerton, AZ 85352
Phone number: (760) 592-2256

FLAG Referral Contact: Erika Chavez and Salome Ramirez
Email address: flag@sfcos.com

Contact hours are Monday thru Friday between 8:30 a.m. and 12:30 p.m. and 2:00 p.m. to 4:30 p.m. (Regular Business Hours), except on federal holidays. The employer will interview applicants by phone and in-person by appointment. Gate or walk-in traffic during Regular Business Hours may request an application and schedule an appointment for a phone or in person interview. Telephone or in-person interviews will be at no cost to workers. Applicants, State Workforce Agency Personnel, Walk-ins, Gate Hires, etc. may call for an interview during Regular Business Hours or call for an application and submit the completed application to FLAG, c/o Erika Chavez, 17815 South Highway 95, Somerton, AZ 85352, Phone number: (760) 592-2256. If a Job Service Office will be referring several applicants at the same time, it is requested that the employer be advised in advance so that sufficient time may be allowed to schedule interviews. Applicants will be interviewed in person or by telephone and job offers will be extended to qualified, eligible applicants. All referrals from State Workforce Agencies must be sent to the employer by telephone or email and must include referral contact name, phone number, and email address if an email address is available.

Applicants and referrals will not be considered to have applied until a properly completed and signed application is provided to the employer indicating that the worker has received a copy in writing of the Migrant and Seasonal Agricultural Worker employment disclosures (or Contract containing disclosures) required by law.

**For Public Burden Statement, see the Instructions for Form ETA-790/790A.**

H-2A Case Number: H-300-23245-317822    Case Status: Full Certification    Determination Date: 09/28/2023    Validity Period: _____ to _____

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum C
**U.S. Department of Labor**



**H. Additional Material Terms and Conditions of the Job Offer**

*e. Job Offer Information 5*

| 1. Section/Item Number * | F.1 | 2. Name of Section or Category of Material Term or Condition * | Daily Transportation |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

Employer will offer transportation at no cost to workers occupying employer-provided housing to the work site and return on a daily basis.  Employer may, at its discretion, also offer transportation at no cost to workers who commute to work on a daily basis and workers who elect not to occupy the employer-provided housing from one or more pre-designated / centralized pick up points (i.e., housing site(s)) to and from the daily work site.  The use of this transportation is voluntary.

*f. Job Offer Information 6*

| 1. Section/Item Number * | F.2 | 2. Name of Section or Category of Material Term or Condition * | Inbound/Outbound Transportation - Inbound/Outbound Transportation (cont'd) |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

Outbound: The employer will provide transportation by means of charter buses from the place of employment to the place from which the worker departed.

Throughout this contract, for purposes of inbound and outbound transportation and subsistence reimbursement, for H-2A workers, the place from which the worker came to work for the Employer is the designated places of recruitment: Mexicali, San Luis Rio Colorado, Zamora, Veracruz, Oaxaca, Guerrero, Guasave, San Quintin, Mexico.  For U.S. workers who reside outside a reasonable commute distance, the place of recruitment is where the applicant applied for and interviewed for the H-2A job opportunity.

The following provisions pertaining to provision or reimbursement for inbound and outbound transportation and subsistence apply only to persons recruited from outside normal commuting distance.

Notwithstanding the language in the preceding paragraph (i.e. reimbursement of inbound transportation and subsistence and visa costs at the 50% mark), the employer will reimburse inbound transportation and subsistence and visa costs before the end of the first week, if required by law.

If a sufficient number of able, willing qualified and eligible workers are available in a single facility at the same time to come to work for the Company from a location beyond normal commuting distance, the Company may arrange transportation and subsistence at the most economical rate attainable for such workers.  Such transportation will be at the workers' expense.  The cost of inbound transportation and subsistence will be reimbursed as set forth in this Clearance Order.

**For Public Burden Statement, see the Instructions for Form ETA-790/790A.**

Form ETA-790A Addendum C      **FOR DEPARTMENT OF LABOR USE ONLY**      Page C.3 of C.20

H-2A Case Number: H-300-23245-317822    Case Status: Full Certification    Determination Date: 09/28/2023    Validity Period: _____ to _____

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum C
**U.S. Department of Labor**



## H. Additional Material Terms and Conditions of the Job Offer

*g. Job Offer Information 7*

| 1. Section/Item Number * | F.1 | 2. Name of Section or Category of Material Term or Condition * | Daily Transportation - Daily Transportation (cont'd) |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

The Employer may utilize the services of a carpool/van service using Calvans, in which vouchers will be provided to the workers who choose to use this voluntary service. Workers who choose to utilize the vanpool will not be charged for such use.  No worker will be required, as a condition of employment, to utilize any of the transportation offered by the employer.  Such voluntary transportation will include buses, vans, and carpooling using CalVans and will be in accordance with applicable laws and regulations.  Such voluntary transportation will include buses and vans and will be in accordance with applicable laws and regulations.  In this case, the Employer will use 1 bus to transport its workers.  The bus has a seating capacity for 40-44 passengers. Workers are free to provide their own transportation to and from the daily work site.

*h. Job Offer Information 8*

| 1. Section/Item Number * | B.6 | 2. Name of Section or Category of Material Term or Condition * | Job Requirements - Job Requirements(1) |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

Cannot be color blind due to the need to distinguish colors of the product.  Must be able to use shears, clippers and other agricultural tools (i.e., hand saw (can be powered by gas)); no smoking, illegal drugs, alcohol, or weapons of any sort in the housing or work fields.  Proficiency in English or Spanish is required for training and safety purposes.  Work is performed outdoors in open fields and can involve exposure to sun, wind, mud, dust, heat, cold and other elements of the normal field environment.  Temperatures can range from 20 degrees F to over 100 degrees F during the period of employment.  Workers should come prepared with appropriate clothing and footwear for the work and working conditions described.

This work may entail exposure to plant pollens, insects and noxious plants, and to fields and plant materials which have been treated with insect and/or disease control sprays.  The employer will comply with all worker protection standards and re-entry restrictions applicable to pesticides and other chemicals used in the fields.  Workers are also required to comply with all applicable worker protection standards and re-entry times.

General Specifications: Daily individual and/or crew work assignments will be made by, and at the sole discretion of, the employer as the needs of the business operation dictate.   Workers must perform the assigned work and may not switch work assignments without specific authorization of a company supervisor.  Workers must be willing, able, available, and qualified to perform the job duties described herein, with reasonable accommodations.  Specifically, workers will be expected to perform any and all of the listed tasks assigned to the worker in a professional and efficient manner while maintaining the work pace of the crew.  All work must be performed in a manner that exhibits Generally Accepted Practices (GAP) and the utmost in food safety at all times.

Instructions and general supervision will be provided by a designated crew leader or company supervisor.  However, workers are expected to perform their duties in a timely and proficient manner and to maintain production and quality standards without close direct supervision.  This is a very demanding and competitive business in which quality inspections and good agricultural practices must be rigorously adhered to.  Sloppy, inconsistent, or improper work will not be tolerated.  All workers will be evaluated by their supervisor(s) after seven days of actual harvesting with respect to factors such as ability to maintain sufficient pace, to correctly identify the crop for harvesting and similar factors.  Workers whose job performance is sloppy, inconsistent, inefficient, or improper may be terminated for cause.

**For Public Burden Statement, see the Instructions for Form ETA-790/790A.**

Form ETA-790A Addendum C       **FOR DEPARTMENT OF LABOR USE ONLY**       Page C.4 of C.20

H-2A Case Number: H-300-23245-317822    Case Status: Full Certification    Determination Date: 09/28/2023    Validity Period: _____ to _____

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum C
**U.S. Department of Labor**



## H. Additional Material Terms and Conditions of the Job Offer

*i. Job Offer Information 9*

| 1. Section/Item Number * | B.6 | 2. Name of Section or Category of Material Term or Condition * | Job Requirements - Job Requirements(2) |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

All safety rules and instructions must be meticulously observed throughout the workday.  All FLAG rules and policies must be followed, to the extent that they do not conflict with the provisions of this Clearance Order and/or the U.S. Department of Labor's H-2A regulations.  All Food Safety rules must be adhered to, including the wearing of, but not limited to, hairnets, beard nets, plastic gloves, aprons, sleeves.  A copy of the applicable rules and policies will be provided to each worker on or before the first day of work, which includes a Dispute Resolution Agreement/Arbitration Agreement (provided herein) outlining procedures to follow in raising concerns to seek their prompt resolution with an option to arbitrate unresolved matters.  Failure to comply with the Company policies and/or meet expectations will result in the applications of disciplinary procedures, up to and including termination.

No persons conducting activities prohibited by law are permitted on company premises or in housing.  No visitors are allowed, without written request by employee to the designated H-2A housing manager, requests for visitors may be denied for no cause.  No members of the opposite sex may be in housing rooms at any times.  Visitors are not permitted to remain in the housing overnight.  Importantly, no non-working children may be present at or adjacent to the work site or left in vehicles at or adjacent to the work site or in Company provided housing during the workday.  Workers arriving to work with non-working children or other non-workers will be sent home.

Workers may not report for work, enter the work site, or perform services while under the influence of or having used alcohol or any illegal controlled substance.  The possession or use of illegal drugs or any alcohol on any work site, housing site or property of the employer is prohibited and will be cause for termination and/or suspension.  Workers must not report for work, or perform services, while under the influence of, or impaired by, prescription drugs, medications or other substances that may in any way adversely affect their alertness, coordination, reaction response or safety. The Company may require the worker to submit to a drug/alcohol test, at the employer's expense, upon the occurrence of a reportable accident, or upon reasonable suspicion, or if the employee's name is randomly drawn in conjunction with the Company's Substance Abuse Policy (e.g., for employees in safety sensitive positions such as forklift and tractor drivers).  The company may conduct laboratory exams or any other means of testing or medical evaluations when situations occur during the course of job that require it.  The medical exam will be conducted by a designated physician and/or laboratory selected by the employer.  All costs associated with the medical evaluation will be paid by the employer. Smoking is not permitted inside the farm.

*j. Job Offer Information 10*

| 1. Section/Item Number * | B.6 | 2. Name of Section or Category of Material Term or Condition * | Job Requirements - Job Requirements(3) |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

Workers may not use or possess alcohol, drugs, cannabis (marihuana), or pornographic materials in the employer housing areas and transportation vehicles. Employees and/or employees' belongings may be subject to inspection by the employer.  Inspections or searches for prohibited materials (including but not limited to illegal narcotics, illegal firearms, illegal paraphernalia drug used for drug use) that may be used may be conducted by an independent security service or by Company personnel. Inspections or searches for prohibited materials may be conducted on a regular basis at locations that include Company provided transportation, employee housing, and in the fields.  Because even a routine search might result in the discovery of an employee's personal possessions, all employees are encouraged to refrain from bringing into the workplace, housing, or employer-provided transportation any item of personal property that they do not wish to reveal to the Company.  Employees who refuse to cooperate during an inspection or search will not be forcibly detained or searched. They will be informed, however, that the Company will base any disciplinary decision on the information that is available, including their refusal to consent to the search as well as the information that gave rise to the reasonable suspicion that the employees were in possession of prohibited materials, if applicable, and that their failure or refusal to cooperate could deprive the Company of information that clear them of suspicion.

With the exception of activities involved in labor organization under the NLRA or other applicable laws, authorized persons or invited guests must announce their presence on the premises upon request – check in / check out with the H-2A housing supervisor on site.

The employment described in this Clearance Order is not covered by a collective bargaining agreement.  The terms of this Clearance Order, and accompanying documents, will govern the employment, including provisions for discipline, discharge and grievances.

Tools and equipment: Tools and equipment include knives, hairnets, beard nets, plastic gloves, aprons, sleeves if needed to perform the job.  The reasonable repair and or replacement cost of tools or equipment may be deducted from the worker's paycheck for willful damage or loss of such tools or equipment.  The employer will not make any deduction from the wage or require any reimbursement from an employee for any cash shortage, breakage, or loss of equipment, unless it can be shown that such shortage, breakage, or loss is caused by a dishonest or willful act, or by the gross negligence of the employee.

**For Public Burden Statement, see the Instructions for Form ETA-790/790A.**

Form ETA-790A Addendum C      FOR DEPARTMENT OF LABOR USE ONLY      Page C.5 of C.20

H-2A Case Number: H-300-23245-317822      Case Status: Full Certification      Determination Date: 09/28/2023      Validity Period: _____ to _____

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum C
**U.S. Department of Labor**



## H. Additional Material Terms and Conditions of the Job Offer

*k. Job Offer Information 11*

| 1. Section/Item Number * | B.6 | 2. Name of Section or Category of Material Term or Condition * | Job Requirements - Job Requirements(4) |
|---|---|---|---|

**3. Details of Material Term or Condition (*up to 3,500 characters*) ***

Training and Production Standards: Training will be provided in the field by foreman during the first week of an employee's work. Workers will be provided a 3-day training or break-in period after which they must demonstrate the ability to perform the job duties defined herein.  Workers must reach production standards by the fifth day of work, including the 3-day training period. Because the average picking rate of a worker varies throughout the season based on weather, fruit/vegetable quantity, size, and variety, and other factors, there is no constant minimum number of cartons or totes that are required to be picked throughout the season.

However, the employer has determined to the best of its ability the following minimum production standard: each worker must keep up with 70% of the crew average for their crew for each work day.  The daily output for a given crew may vary according to crop, field site, and time that work is performed, but in the past, the per-worker output has averages between:

Commodity Production Standard
Romaine Hearts 6 - 8 Cartons per hour
Romaine/Mix 9 - 13.5 Cartons per hour
Celery 5 - 8.6 Cartons per hour
Iceberg6 - 7.96 Cartons per hour
Spring Mix,Green/
Red Leaf, Butter,
Spring Mix 9-13.5 Cartons per hour
Cabbage 7-8 Cartons per hour
Salanova lettuce 10- 11 cartons per hour
Spinach 15 -16 cartons per hour
Broccoli/Broccolette 7 - 8 cartons per hour
Cauliflower 9-10 cartons per hour
Frissee 10- 11 cartons per hour
Bok Choy 10 -11 cartons per hour
Napa 10-11 cartons per hour
Radicchio 7- 8 cartons per hour

Therefore, workers will be expected to pick a minimum number of cartons per hour which is determined by comparing a worker's hourly productivity to other workers assigned to the same commodity, crop variety, field site and location within a field site and at the time that work is performed. Employer will review workers' productivity on a daily basis. If workers fail to keep up with 70% of their crew's average for the day, workers may be offered alternative jobs involving other job duties included in this job order, if available, or, after notice, workers may be terminated for cause.

*l. Job Offer Information 12*

| 1. Section/Item Number * | B.6 | 2. Name of Section or Category of Material Term or Condition * | Job Requirements - Job Requirements(5) |
|---|---|---|---|

**3. Details of Material Term or Condition (*up to 3,500 characters*) ***

TERMINATIONS: The employer may terminate the worker with notification to the Employment Service if the worker: (a) refuses without justified cause to perform work for which the worker was recruited and hired or refuses to follow written housing rules (attached herewith); (b) commits serious acts of misconduct; or (c) malingers or otherwise refuses to work in accordance with direction or is otherwise obviously unqualified to perform the job; (d) is physically able but does not demonstrate the willingness to perform the work necessary or is unable to perform at the same level of production as other workers performing the same task; (e) other job-related reasons; and (f) reasons for termination as specified on Exhibit "A" – Company Regulations attached.  Three unexcused absences by the worker will be considered a job-related reason for worker termination.  Workers who become ill or injured for non-work related reasons and are unable to perform essential functions of the job will be released for cause.

COMPANY REGULATIONS–Grounds for Discharge or Disciplinary Action

General:  The employer may terminate the worker with notifications to the State Workforce Agency (SWA) if the worker: (a) refuses without justified cause to perform work for which the worker was recruited and hired or refuses to follow written housing rules (attached herewith); (b) commits serious acts of misconduct; or (c) malingers or otherwise refuses to work in accordance with direction or is otherwise obviously unqualified to perform the job; (d) is physically able but does not demonstrate the willingness to perform the work necessary or is unable to perform at the same level of production as other workers performing the same task; (e) or other job-related reasons.  Three unexcused absences by the worker will be considered a job-related reason for worker termination.

1. Excessive absenteeism or tardiness.
a. If you know that you will be absent from work the following day, inform your foreman and give him the reason why you will not be reporting for work.  Any reasonable absence will be considered an excused absence.  An employee with three unexcused absences will be subject to discharge.
b. If you know that you will be late the following day, inform your foreman in advance.  If you have trouble getting to work in the morning, call the Company office and ask them to inform your foreman.  Being late for work on more than three days without giving prior notice or calling in will be considered grounds for dismissal.
2. Failure to meet performance standards:  Workers are expected to keep pace with their crew after the fifth day of employment.
3. Unauthorized use of machinery or equipment.
4. Unsafe or careless use of machinery or equipment.
5. Repeat damage to machinery or equipment.
6. Being under the influence of alcohol or illegal drugs.
7. Gambling, horseplay, fighting or deliberately injuring another employee on the job.
8. Disregard of safety rules.
9. Stealing company or employee property.
10. Possessing firearms or illegal weapons.
11. Leaving the work site without informing the foreman.
12. Bringing unauthorized people into the work area.
13. Solicitation of money or merchandise at the worksite without the permission of management.
14. Taking product without permission of foreman.
15. Willfully damaging Company or employee property.  Workers will be charged for willful damage or loss to such tools or equipment.

**For Public Burden Statement, see the Instructions for Form ETA-790/790A.**

**Form ETA-790A Addendum C**                    **FOR DEPARTMENT OF LABOR USE ONLY**                                                    Page C.6 of C.20

H-2A Case Number: H-300-23245-317822              Case Status: Full Certification        Determination Date: 09/28/2023        Validity Period: _____ to _____

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum C
**U.S. Department of Labor**



**H. Additional Material Terms and Conditions of the Job Offer**

*m. Job Offer Information 13*

| 1. Section/Item Number * | B.6 | 2. Name of Section or Category of Material Term or Condition * | Job Requirements - Job Requirements(6) |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

16. Providing false information on the employment application.
17. Sleeping on the job
18. Possession of pornography in company housing, transportation or job site
19. Possession of alcoholic beverages, cannabis (marihuana) or illegal substances in company housing, transportation or job site.

REQUIRED DEPARTURE: H-2A workers must depart the United States at the completion of the work contract period.   If registration upon departure is required, employer will notify such H-2A workers of the required departure registration and the place and manner of such registration.

*n. Job Offer Information 14*

| 1. Section/Item Number * | B.6 | 2. Name of Section or Category of Material Term or Condition * | Job Requirements - Availability of COVID-19 Vaccine |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

During the course of the contract period, COVID-19 vaccines may become available by government agencies such as the Department of Public Health and/or third party health clinics and will be offered to H-2A and corresponding domestic workers strictly on a voluntary basis.  The employer is not responsible for obtaining the vaccine. All employees, H-2A as well as corresponding domestic workers, will be given the opportunity to get vaccinated when it becomes available and on a voluntary basis.  No worker will be required, as a condition of employment, to get the COVID-19 vaccine; it is not a pre-hire job requirement.  No job applicant will be denied an employment opportunity if they do not choose to get vaccinated during the application and/or hiring process.   Further, no worker (H-2A or corresponding domestic worker) will be terminated for failure to get vaccinated.  There is no charge for the COVID-19 vaccine.

**For Public Burden Statement, see the Instructions for Form ETA-790/790A.**

OMB Approval: 1205-0466
Expiration Date: 11/30/2025



H-2A Agricultural Clearance Order
Form ETA-790A Addendum C
**U.S. Department of Labor**

**H. Additional Material Terms and Conditions of the Job Offer**

*o. Job Offer Information 15*

| 1. Section/Item Number * | B.6 | 2. Name of Section or Category of Material Term or Condition * | Job Requirements - Family Housing |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

Family housing: As provided by regulation, housing is to be provided to families who request it and only if it is the prevailing practice in the area of intended employment.  It is not the practice in Yuma County, AZ and Imperial County, CA to provide family housing.

Workers may be reached at the following address and phone number:

ADDRESS: 17815 South Highway 95, Somerton, AZ 85352
PHONE: (760) 592-2256

Mail intended for workers should be addressed to the worker at the housing address above.  In case of emergency only, workers occupying employer-provided housing may be contacted by calling the telephone number above.

*p. Job Offer Information 16*

| 1. Section/Item Number * | B.6 | 2. Name of Section or Category of Material Term or Condition * | Job Requirements - EMPLOYMENT ARBITRATION AGREEMENT(1) |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *
ARBITRATION AGREEMENT

Any and all disputes, controversies or claims not settled in accordance with the foregoing procedures and arising out of or relating to this employment handbook, your employment or the termination of your employment may be settled by binding arbitration before an impartial arbitrator, unless otherwise prohibited by applicable law. This provision may apply to any and all such disputes, controversies or claims whether asserted individually by the employee against the Company and/or against any employee, officer, alleged agent, director or affiliate of the Company with regard to any matter arising out of your employment or the termination of your employment (pre-hire through post-termination), including, but not limited to, any enforceability or breach of this employment handbook or any purported employment agreement, and/or any claim or controversy arising out of the relationship (or the nature of the relationship) or the commencement or termination of that relationship, including but not limited to, claims for violation of a state or federal statute and/or for breach of covenant, breach of an implied covenant of good faith and fair dealing, wrongful termination, breach of contract, or intentional infliction of emotional distress, defamation, breach of right of privacy, interference with advantageous or contractual relations, conspiracy or other tort claims of any kind. Claims for discrimination, harassment, and/or retaliation arising under Title VII of the Federal Civil Rights Act of 1964, as amended Section 42 U.S.C. sections 2000(e) et. seq. and the California Fair Employment and Housing Act, California Government Code sections 12940-12950, inclusive, California Labor Code, and the Age Discrimination in Employment Act, 29 U.S.C. section 623, are subject to the provisions of this arbitration procedure. Notwithstanding the foregoing, nothing in this Agreement shall prohibit an Employee alleging conduct constituting a sexual harassment dispute or a sexual assault dispute, or the named representative of a class or in a collective action alleging such conduct, from electing to engage in arbitration or electing to file a case under Federal, Tribal or State law that relates to the sexual assault and sexual harassment claims.  This Agreement to arbitrate applies to applicable claims that pre-exist or may pre-exist the date of this Agreement or amendment to this Agreement. The arbitration provisions of this Agreement shall provide the exclusive remedy and, by reading and signing this Agreement, each party expressly waives any right they might have to seek redress in any other forum, including a trial by jury. Claims for workers' compensation insurance or unemployment compensation benefits are not covered by this procedure. Employee shall not be precluded from filing an administrative charge with an appropriate State or Federal administrative agency for the purpose, among others, satisfying any requirement of exhaustion of administrative remedies prior to invoking this mandatory process; to seek remedies that are not victim-specific; to otherwise permit an administrative agency to file its own lawsuit seeking statutory remedies not otherwise available in the arbitration proceeding or as otherwise required by law.

**For Public Burden Statement, see the Instructions for Form ETA-790/790A.**

**Form ETA-790A Addendum C**               **FOR DEPARTMENT OF LABOR USE ONLY**                          Page C.8 of C.20

H-2A Case Number: H-300-23245-317822          Case Status: Full Certification          Determination Date: 09/28/2023          Validity Period: _____ to _____

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum C
**U.S. Department of Labor**



## H. Additional Material Terms and Conditions of the Job Offer

*q. Job Offer Information 17*

| 1. Section/Item Number * | B.6 | 2. Name of Section or Category of Material Term or Condition * | Job Requirements - EMPLOYMENT ARBITRATION AGREEMENT(2) |
|---|---|---|---|

**3. Details of Material Term or Condition** (*up to 3,500 characters*) *

Employees are expressly precluded from filing or participating in any joint, class, representative or collective claims addressing their wages, hours or other terms or conditions of their employment against the employer in any forum, whether arbitral or judicial. This waiver includes PAGA claims to the extent permitted by law.

Such arbitration shall be conducted in accordance with the rules of the arbitration association or service from which the arbitrator is selected (e.g., American Arbitration Association, JAMS, ARS, etc.) and will be governed by the Federal Arbitration Act [9 U.S.C. Section 2, et seq.]  If the employment exists in California, California Code of Civil procedure Sections 1280, et seq. will also govern such arbitration to the extent that California is not contradictory to or pre-empted by applicable Federal law.

The arbitration shall be held in a location to be mutually agreed upon by the parties. In the absence of agreement, the arbitrator shall determine the location.

The arbitrator shall provide either party with sufficient time and access to witnesses, documentation, and records of the parties in order to conduct adequate discovery prior to initiation of the proceeding.

Any claim which either party has against the other party which could be submitted for resolution pursuant to this paragraph must be presented in writing by the claiming party to the other in accordance with applicable State or Federal statutes of limitation.

In the event either party contends that the other party's actions are causing injury for which monetary damages would be inadequate, it may seek an injunctive order by submitting to the Office of the Federal Mediation and Conciliation Service in San Francisco a declaration under penalty of perjury setting forth the facts giving rise to its claim. Said declaration shall be served upon the other party personally or by Express Mail, Federal Express, or other comparable service, return receipt requested. If the parties are not able to agree upon a neutral arbitrator within 10 days, the Federal Mediation and Conciliation Service is authorized to select a neutral arbitrator who shall hold a hearing within 10 days of his/her selection.

The burden of proof shall at all times be upon the party seeking relief. In determining any matter, the arbitrator shall apply all applicable federal, state and local statutory and common law, which is applicable to the dispute. The arbitration shall be conducted pursuant to the California Code of Civil Procedure's arbitration rules, commencing at Section 1280, and the California Rules of Evidence shall apply. The arbitrator shall have the exclusive authority to resolve any dispute relating to the interpretation, applicability enforceability or formation of the Employee Handbook and this provision.

The parties shall not be precluded from seeking all available remedies that would otherwise be available had the matter been litigated in court, including punitive damages and reasonable attorney's fees.

*r. Job Offer Information 18*

| 1. Section/Item Number * | B.6 | 2. Name of Section or Category of Material Term or Condition * | Job Requirements - EMPLOYMENT ARBITRATION AGREEMENT(3) |
|---|---|---|---|

**3. Details of Material Term or Condition** (*up to 3,500 characters*) *

The Company shall pay the cost of the neutral arbitrator and of a transcript of any arbitration proceeding. Upon Employee's completion of all filing requirements necessary to initiate an arbitration, the arbitrator shall provide an invoice due no less than thirty (30) days for any fees and costs. Each party shall bear the expense of any witnesses it calls.

Any decision and award or order of the arbitrator shall be in writing and shall be final and binding between the parties as to all claims, which were or could have been raised in connection with the dispute to the fullest extent permitted by law. The arbitrator's decision shall be final and subject to judicial review only as provided by the California Arbitration Act (Code of Civil Procedure Section 1285, et. seq.).

If any litigation is necessary to enforce the terms of this Arbitration Agreement, or if any legal action, even though prohibited, is brought with regard to this Employment Handbook, the prevailing party shall be entitled to reasonable attorneys' fees in addition to any other relief to which it may be entitled.

In the event that one or more of the provisions contained herein should for any reason be held to be unlawful or unenforceable, such unlawfulness or unenforceability shall not affect any other provision, and the procedures set forth herein shall be construed as if such unenforceable or unlawful provision had not been contained herein.

I have read, understand and agree to the terms of this Agreement.

Dated:_____ Dated:_____
By: Employer Representative    By: Signature Employee

Matt Scaroni, President
Employer Printed Name, TitleEmployee Printed Name
Location of Employee at time of signing

**For Public Burden Statement, see the Instructions for Form ETA-790/790A.**

Form ETA-790A Addendum C | FOR DEPARTMENT OF LABOR USE ONLY | Page C.9 of C.20

H-2A Case Number: H-300-23245-317822     Case Status: Full Certification     Determination Date: 09/28/2023     Validity Period: _____ to _____

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum C
**U.S. Department of Labor**



## H. Additional Material Terms and Conditions of the Job Offer

*s. Job Offer Information 19*

| 1. Section/Item Number * | B.6 | 2. Name of Section or Category of Material Term or Condition * | Job Requirements - POLICY ON COMPANY ARBITRATION AGREEMENT(1) |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

POLICY ON COMPANY ARBITRATION AGREEMENT

In General: The Company's Arbitration Agreement is fully set forth within the Company Handbook and it is also attached to the back of your handbook, as a separate document, acknowledging that you understand and agree to the terms of the Arbitration Agreement. This document explains a number of provisions in the Arbitration Agreement which is required as a condition of employment for all employees.

The policies behind the Arbitration Agreement are to:
• Encourage employees to discuss, report, and promptly report to the Company any concerns, issues, controversies, and/or claims which arise from the employment relationship, so that they may be immediately addressed;
• Establish open communication and informal problem resolution;
• Support an engaged, informed workforce that embraces diversity and discourages adversity;
• To protect individual rights and create an open forum for hearing and addressing complaints and concerns;
• To eliminate any reluctance to report issues, hazards, and/or conduct or behavior concerns,
• To promote prompt arbitration and mediation, as opposed to litigation, of employee claims arising out of their employment relationship or termination of employment.

The Arbitration Agreement will:
• Provide a quicker resolution of employee claims such as, employment discrimination, harassment or retaliation; any claims brought by the Employee related to wages and working conditions; breach of employment contract or the implied covenant of good faith and fair dealing; wrongful discharge; or misconduct (whether intentional or negligent) including defamation, misrepresentation, fraud, and infliction of emotional stress.
• To verify that the Employee and the Company understand and agree that they are waiving their right to bring such claims in a court, including the right to a trial by jury, and to file class action claims;
• Agree that the arbitration proceeding shall be conducted by a neutral arbitrator in accordance with the National Rules for the Resolution of Employment Disputes issued by the American Arbitration Association. The Company will pay the arbitrator's fee for the proceeding, as well as charges for a transcript of the hearing.
• The neutral arbitrator shall have the authority to award back wages, interest and applicable damages and attorney's fees, the same as if the case were litigated in court.
• The employee continues to have the right to be represented by an attorney of his/her own choice, and at their own cost;
• The arbitrator will issue a written decision and his/her decision can only be appealed in accordance with applicable law.

*t. Job Offer Information 20*

| 1. Section/Item Number * | B.6 | 2. Name of Section or Category of Material Term or Condition * | Job Requirements - POLICY ON COMPANY ARBITRATION AGREEMENT(2) |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

Each party to the Arbitration Agreement understands that the Arbitration Agreement in no way does not change the "at-will" employment relationship between the parties nor should it be interpreted to imply the existence of a contract of employment. The "at-will" employment remains in full force and effect. It dictates that at anytime, for any reason, with or without cause, or with or without notice, either the employee or employer may terminate the employment at their own discretion.

I acknowledge receipt of this document on the date below written.

_____
Employee Name & Employee ID

_____
Employee Signature & Date

_____
Location at time of signing

**For Public Burden Statement, see the Instructions for Form ETA-790/790A.**

**Form ETA-790A Addendum C**                    **FOR DEPARTMENT OF LABOR USE ONLY**                                        Page C.10 of C.2

H-2A Case Number: H-300-23245-317822    Case Status: Full Certification    Determination Date: 09/28/2023    Validity Period: _____ to _____

OMB Approval: 1205-0466
Expiration Date: 11/30/2025



H-2A Agricultural Clearance Order
Form ETA-790A Addendum C
**U.S. Department of Labor**

## H. Additional Material Terms and Conditions of the Job Offer

*u. Job Offer Information 21*

| 1. Section/Item Number * | B.6 | 2. Name of Section or Category of Material Term or Condition * | Job Requirements - Additional Pay Information |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

Employer will pay the hourly rate of $24.92 per hour for work performed in Arizona and $26.37 per hour for work performed in California.  Higher wage rates may apply during contract period based on market conditions and/or crop/job activity, but no less than $24.92 per hour for work performed in Arizona and $26.37 per hour for work performed in California.  Employer assures that the required wage rate will be paid during the entire period of the work contract and at the time that work is performed.

If the prevailing wage or AEWR (hourly or piece rate) increases during the contract period, the employer will pay any higher rate after written notice is received from the Department of Labor.  Notice can be in the form of a written letter or publication in the Federal Register.

Bonus: A discretionary bonus may apply.

Overtime for Truck Drivers only: Truck drivers' hours are regulated by the U.S. Department of Transportation Code of Federal Regulation, Title 49 section 395.1 to 395.13, Hours of Service of Drivers, and are therefore exempt from the overtime provisions.

Overtime and Benefits: The employer will abide by the required Federal or applicable State laws when paying overtime and benefits to employees performing the listed activities herein.

First Work Week Guarantee: For the purposes of this guarantee, a workday shall mean 6 hours per day Monday through Friday and 5 hours on Saturday, and shall exclude Sunday and Federal holidays. The hourly rate applicable to the first work week guarantee is $24.92/hr. (All workers begin work in Arizona.)

3/4 Guarantee: The hourly rate for purposes of the 3/4 guarantee is $24.92/hr.  (All workers begin work in Arizona.)

*v. Job Offer Information 22*

| 1. Section/Item Number * | B.6 | 2. Name of Section or Category of Material Term or Condition * | Job Requirements - Anticipated days and hours of work per week |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

The normal work week is 6 hours per day, Monday through Friday and 5 hours on Saturday (35 hours per week). Work on Saturday is required.  Workers may be requested to work on Sundays or Federal Holidays depending on the conditions of the fields, weather, and maturity of the crop.  Overtime may be requested. The employer will abide by the required Federal or applicable State laws when paying overtime and benefits to employees performing the listed activities herein.  However, Employer does not require overtime or work on Sunday and Federal Holidays.

This is regular, full-time work for a temporary period of time requiring the worker to be available for work on a daily basis.  This is not "day work".  Excessive tardiness and/or absences will not be tolerated and will result in disciplinary action, in accordance to FLAG's policies in its handbook.

The normal work hours are 6:00 a.m. to 12:30 p.m., but workers may be requested to start earlier or later depending on the time of year, hours of daylight, weather, and production requirements.  Workers are notified of any change in the start time.

All employees not occupying employer-provided housing must provide the employer with contact information before the worker commences employment.  This contact information may be used to notify the worker not to report work due to inclement weather or when work is not available or to notify the workers of any change in the worker's daily schedule, or for any other reason.

**For Public Burden Statement, see the Instructions for Form ETA-790/790A.**

Form ETA-790A Addendum C                    **FOR DEPARTMENT OF LABOR USE ONLY**                    Page C.11 of C.2

H-2A Case Number: H-300-23245-317822        Case Status: Full Certification        Determination Date: 09/28/2023        Validity Period: _____ to _____

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum C
**U.S. Department of Labor**



## H. Additional Material Terms and Conditions of the Job Offer

*w. Job Offer Information 23*

| 1. Section/Item Number * | B.6 | 2. Name of Section or Category of Material Term or Condition * | Job Requirements - Employer Information |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

Farm Labor Association for Growers, Inc. (also referred to herein as "FLAG" "Employer" or "Company") is headquartered in Heber, California (101 East Main Street, P.O. Box 104, Heber, CA 92249), Phone: (760) 592-2256.  The employer's local Arizona office is located at 17815 South Highway 95, Somerton, AZ 85352, Phone: (760) 592-2256. The employer has designated the office in Somerton, Arizona as the Application site.

FLAG is an association filing as a joint employer with the following employer-members: Organic Girl; Fresh Express Inc.; Taylor Farms Retail

*x. Job Offer Information 24*

| 1. Section/Item Number * | A.8a | 2. Name of Section or Category of Material Term or Condition * | Job Duties - Job duties(1) |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

Vegetable/Harvest Workers, Thinning, Weeding, Crop cleaning, Transplanting, Machine Operator, General Labor, Fork Lift Driver, Reyna (Bin Filler), Chalequero (Safety Vest Man), Tractor Driver, Citrus Work, Prepare freshly harvested crop for shipment, General Farm Labor / General Ranch Maintenance, Farm & Harvest Equipment Cleaner, Farm & Harvest Equipment Repairer/Maintenance, Irrigators.

Crops / Leafy Crops / Leafy Greens: Romaine, Romaine Hearts, Salanova Lettuce, Green Leaf, Red Leaf , Butter, Spring Mix, Spinach, Iceberg Lettuce, Broccoli, Broccolette, Stalk and Crown Cauliflower, Cabbage, Celery, Frisee, Bok Choy, Nappa, Radicchio, Kale, Peas, Beets, Chard, Cilantro, Collards, Fennel, Leeks, Onion, Butternut, Green Acorn, Zucchini, Bell Peppers, Egg Plant, Brussel Sprouts, Melons, Artichoke, Tomato, Corn, Garlic, Dates, Citrus (Lemon, Orange, Mandarins, Tangerines), row crop (hay/straw/alfalfa)

Clean and Core Head Lettuce: Lettuce harvest workers will work as a member of a harvest crew and perform the following tasks: thinning, cleaning, general labor, and lettuce harvesting by walking in assigned furrows behind a harvesting machine platform or harvesting machine, selecting size and quality of lettuce to be harvested as specified by supervisor. Bends and grasps selected lettuce and cuts it from the roots using a harvesting knife. Trims outer leaves from the head and cores it with the coring knife. Employee inspects the head lettuce for defects. Employee places head lettuce onto the belt. The process is repeated. The cored lettuce is then carried down the belt to be dropped in a bin where employees inspect quality, core, remove loose leaves, and sort bin to capacity. Bins are constructed and sorted directly in the trailer on a pallet. Bins may weight up to 50 lbs empty. Pallets may weight up to 95 lbs empty, but are carried by two people.  Prepare freshly harvested crop for shipment.  Employee discards lettuce that does not meet specified quality standards. Place trimmed lettuce meeting quality standards as directed by supervisor.

CFR) Romaine Carton, Romaine Top and Tail and Mixed Leaf Carton: Field worker harvests romaine, mixed leaf, and head lettuce, thinning, cleaning and general labor. Employee cuts, bags, packs, and loads fresh romaine, head, and mixed leaf in the field. Cutting is done by walking in uneven furrows behind a harvesting platform machine or belt. Under the direction of the field supervisor, employee determines size and quality of the product to be harvested. Then, using a harvesting hand knife and bending at the waist, the employee cuts the head from the roots and trims the outer leaves from the head to prepare it to be placed into a carton or tote. Cutter places the product on a table for the packer to either or combination of tie, spot wash, wrap, seal, and place into a carton/tote, or top and place in wash bucket then dump into belt. The cartons or totes for the product are constructed by unfolding and bending the material as designed to form a box. Carton is labeled and marked as required. The process is repeated. The cartons, totes, or bins are then stacked onto pallets on the deck of the harvester or trailer. Prepare freshly harvested crop for shipment.  Cartons or totes with product can weigh up to 50 lbs. Empty pallets can weigh up to 95 lbs but are carried by two persons.

**For Public Burden Statement, see the Instructions for Form ETA-790/790A.**

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum C
**U.S. Department of Labor**



## H. Additional Material Terms and Conditions of the Job Offer

*y. Job Offer Information 25*

| 1. Section/Item Number * | A.8a | 2. Name of Section or Category of Material Term or Condition * | Job Duties - Job duties(2) |
|---|---|---|---|

**3. Details of Material Term or Condition** (*up to 3,500 characters*) *

Wrap and Naked Iceberg Lettuce Specifications:
Cutter and Bagger, Taper and Packer, Boxer/Closer/Tagger, Loader, thinning, cleaning, general labor. Prepare freshly harvested crop for shipment.

Wrap and Naked Iceberg Lettuce: Field worker to harvest iceberg lettuce and process it for wrap or naked orders. Manual cutting is done by walking in uneven furrows behind a harvest machine with tables. Under the direction of the field supervisors, the worker then determines the size and quality of the iceberg lettuce to be harvested and using a harvesting knife, the employee bends at the waist and cuts the head from its roots. Employee then trims the outer leaves from the head. Employee inspects the head lettuce for defects and, if it is a wrap order, wraps it by placing it in a bag, or if it is a naked order, leaves it naked. If it is a wrap order, the employee carries a packet of bags around the waist to wrap the heads.

Wrap:
If is a wrap order, the employee places the wrapped head onto a table. Then a second worker, taper/packer, picks up the bag, spins it, tapes it, and then proceeds to pack it by size.
Naked:

If it is a naked order, the employee places the naked head onto a table. The packer will pack the heads, placing a large bag inside the box to protect the 24 heads. The process is repeated. Once the box is full, the closer/box maker will close the boxes and place them either on a machine or a trailer. Boxes may weight from 30-60 lbs and the box will be loaded by a loader onto a pallet that may weight up to 95 lbs empty, but is carried by two persons.

Romaine Lettuce Hearts Specifications:
Cutter, Bagger/Water Sprayer, Sealer, Packer, Boxer/Closer/Tagger, Loader, thinning, cleaning, general labor. Prepare freshly harvested crop for shipment.

Romaine Hearts Lettuce: Field worker to harvest romaine heart lettuce. Manual cutting is done by walking in uneven furrows behind a harvesting machine. Under the direction of the field supervisors, the worker then determines the size and weight of the Romaine Heart lettuce to be harvested and using a harvesting knife, the employee bends at the waist and cuts the head from its roots. Employee then trims the outer leaves from the head and cores it until desired size or weight is reached depending on the label. Employee inspects the head lettuce for defects. Employee places romaine heart lettuce onto table. A second worker water sprays it and packs it into a cone by size. The cone has a bag where the romaine lettuce is packed by size. Cone size ranges from 1 to 6 heads. Prepare freshly harvested crop for shipment.

*z. Job Offer Information 26*

| 1. Section/Item Number * | A.8a | 2. Name of Section or Category of Material Term or Condition * | Job Duties - Job duties(3) |
|---|---|---|---|

**3. Details of Material Term or Condition** (*up to 3,500 characters*) *

Bagged:
If is a bagged order then the employee places the bagged head onto a second table where a third worker, sealer/packer grabs the bag and seals it using a sealing machine for approximately 3 seconds. Once the bag is sealed, it is packed into a box. The quantity of bags in the box varies depending on the label. A fourth worker receives the box and puts a sticker per bag before closing it. After that it is placed in a belt/roll and is transported onto a trailer. There is a fifth worker, a box maker, who only makes boxes, puts a sticker on each box, and runs it through the roll. Prepare freshly harvested crop for shipment.

Naked:
If it is a naked order then the employee places the naked head onto a table where a second worker places the naked product inside a box or tote. Sometimes the box/tote has a liner where all the heads fit (24-60 count). After that it is placed in a belt/roll and it is transported onto a trailer. The process is repeated. Boxes may weight from 20-60 lbs and the box will be loaded by a loader onto a pallet that may weight up to 95 lbs empty, but is carried by two persons. Prepare freshly harvested crop for shipment.

Celery, Bok Choi, Baby Bok Choi, Fennel, Brussel Sprouts: Specifications:

Cutter, Bagger/Water Sprayer, Packer, Boxer/Closer/Tagger, Loader, thinning, cleaning, general labor

Celery, Boy Choi, Baby Bok Choi, Fennel, Brussel Sprouts: Field worker to harvest celery, bok choi and fennel. Manual cutting is done by walking in uneven furrows behind a harvesting machine. Under the direction of the field supervisors, the worker then determines the size and weight of the crop to be harvested and, using a harvesting knife with an attachment, bends at the waist, cuts the head from its roots, and cuts the tip off to the required size and weight, depending on the label. Employee inspects the crop for defects. Employee inspects crop onto table. A second worker water sprays it, re-trims it (cuts top or bottom off) if necessary, and packs it in a bag, depending on the label. The process is repeated. Prepare freshly harvested crop for shipment. Boxes may weight from 20-60 lbs and the box will be loaded by a loader onto a pallet that may weight up to 95 lbs empty, but is carried by two persons.

Green/Red/Lacinato Kale, Gold/Red Beets, Green/Red/Rainbow Chard, Collards, Leeks, Curley/Italian Parsley: Specifications: Cutter, Bagger/Water Sprayer, Packer, Boxer/Closer/Tagger, Loader, thinning, cleaning, general labor

Worker grasps product with both arms and ties it up in bunches. A second worker picks up product and packs it in boxes and bins of different sizes. Machine or ground. Prepare freshly harvested crop for shipment.

**For Public Burden Statement, see the Instructions for Form ETA-790/790A.**

**Form ETA-790A Addendum C**      **FOR DEPARTMENT OF LABOR USE ONLY**      Page C.13 of C.2

H-2A Case Number: H-300-23245-317822    Case Status: Full Certification    Determination Date: 09/28/2023    Validity Period: _____ to _____

*OMB Approval: 1205-0466*
*Expiration Date:* 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum C
**U.S. Department of Labor**



## H. Additional Material Terms and Conditions of the Job Offer

*. Job Offer Information 27*

| 1. Section/Item Number * | A.8a | 2. Name of Section or Category of Material Term or Condition * | Job Duties - Job duties(4) |
|---|---|---|---|

**3. Details of Material Term or Condition** *(up to 3,500 characters)* *

Cilantro: Specifications: Cutter, Bagger/Water Sprayer, Packer, Boxer/Closer/Tagger, Loader, thinning, cleaning, general labor
Field worker to perform the following duties: Worker cuts product with a knife and ties it in bunches. A second worker picks the bunch up and packs it in boxes and bins of different sizes. Prepare freshly harvested crop for shipment.

Artichoke:
Under the direction of the Field Supervisor, workers enter the field to be harvested. They carry a bag on their back and harvesting knife on their hand. They use this knife to harvest product by size as they walk through the furrows on an uneven field. The workers repeatedly bend at their waist and cut the product by cutting it at the bottom. Then using their other hand they place the product inside the bag. Once the bag fills up (approximately 20 lbs), the worker walks out the field and dumps the product on an table. A second worker sorts the product and places into a bin or a box depending the order. The box then is transported on to a trailer where it is palatalized by type. Cycle repeats. Prepare freshly harvested crop for shipment.

Bell pepper: This job requires the employee to work in an open field, following behind the bell pepper harvesting belt and picking matured, ripened bell peppers by placing them in a bucket and then dumping the peppers onto the harvesting belt. Harvesting bell peppers is a process in which the bell pepper is picked from the vine, leaving the stem attached. Employee must ensure that the picked bell peppers are fully matured and ripened. Employee must be able to pick bell peppers; lift a plastic bucket; separate, lift and grasp; safely walk on uneven ground in different parts of the field to perform the work. Prepare freshly harvested crop for shipment.

Yellow/ White / Green Onion
This job requires the employee to top onion in an open field on hands and knees with company-provided shears. Topping onion is a process by which the onion bulb roots and stems are cut off with shears, and the bulbs are placed in a bucket and then dumped into a bin for processing. Employee must handle onion bulbs with caution to avoid damage. Employee will need to ensure minimal amount of dirt; roots and trash is placed in bucket. Employee must be able to handle pulled onion on hands and knees; separate, pull, grasp, cut, clip, and lift buckets to the bin; safely walk on uneven ground in different part of the field to perform the work. Prepare freshly harvested crop for shipment.

Butternut Squash, Spaghetti Squash, Zucchini, Eggplant: Specifications: Cutter, Bagger/Water Sprayer, Packer, Boxer/Closer/Tagger, Loader, thinning, cleaning, general labor
Field worker to perform the following duties: Worker cuts product with a harvesting knife and packs product in different assigned sizes cartons and bins. Manual cutting is done by walking in uneven furrows. Under the direction of the field supervisors, the worker then determines the size and weight of the crop to be harvested. Prepare freshly harvested crop for shipment.

*. Job Offer Information 28*

| 1. Section/Item Number * | A.8a | 2. Name of Section or Category of Material Term or Condition * | Job Duties - Job duties(5) |
|---|---|---|---|

**3. Details of Material Term or Condition** *(up to 3,500 characters)* *

Pumpkin Ground Harvest:
Field worker to harvest pumpkins. Under the direction of the field supervisor, the worker walks in uneven furrows. Using a harvesting knife and bending at the waist, the employee cuts the pumpkin from the stem and places it in a different furrow on the ground where it will be left sitting for about 3 to 4 days until it is ready to be harvested. Once pumpkin is ready, the employee, under the direction of the field supervisor, walks in uneven furrows, determines size and quality of the pumpkin, picks the pumpkin using his hands, and places it into a bin. Cycle repeats. Prepare freshly harvested crop for shipment.

Pumpkin Machine Harvest:
Field worker to harvest pumpkins. Under the direction of the field supervisor, the worker walks in uneven furrows. Using a harvesting knife and bending at the waist, the employee cuts the pumpkin from the stem and places it in a different furrow on the ground where it will be left sitting for about 3 to 4 days until it is ready to be harvested. Once pumpkin is ready, the employee, under the direction of the field supervisor, walks behind a harvest machine in uneven furrows, selects the pumpkins of the right size and quality, picks the pumpkin using his hands, and places it on top of the machine's platform where a second worker packs it into a box. Box weight range is from 20 to 50 lbs. Once a box is complete, it is transferred to a trailer where it is stacked by a loader. It is then is taken out of the field and the new box is ready. Cycle repeats. Prepare freshly harvested crop for shipment.

Pea harvest: Workers will perform pea harvest. To avoid damaging the stem, workers use one hand to hold the pea vine and the other hand to pull off the pea pods. Vines can be brittle, so workers steady the vines with one hand while picking with the other. Prepare freshly harvested crop for shipment.

Transplant:
Field workers to perform the following duties: Field workers work on the transplanting machine platform and/or walk in uneven furrows behind a transplanting machine. As the machine moves, the workers working on the machine platform manually load trays of product into the transplanting machine to be inserted automatically by the machine into the soil. As the machine moves forward, under the direction of the field supervisor, the workers walking behind the machine in uneven furrows carry trays of product. As the field workers walk, they look for gaps not filled in by the transplanting machine. If there are gaps or if the product is not transplanted  correctly by the machine, the field worker manually grabs the product from the tray, bends at the waist, and inserts it (plants it) in the bed (on soil).

Crop cleaning:
Workers walk in uneven furrows. Under the direction of the field supervisor, field workers look for weeds around crops and in between lines of product seeds and uses a hoe to clean out unwanted weeds. The worker cleans the lot for any unwanted leaves on the beds and seed lines and takes it out of the field as instructed by field supervisor.

Thinning:
Workers walk in uneven furrows. Under the direction of the field supervisor, field workers look for the specified gap between seeds, and using a long-handled hoe thins out any excess crop/seeds and/or weed on the seedline and leaves the desired product and gap on the field. The worker cleans the lot for any unwanted weed on the beds and seed lines and takes it out of the field as instructed by field supervisor.

**For Public Burden Statement, see the Instructions for Form ETA-790/790A.**

---

**Form ETA-790A Addendum C**          **FOR DEPARTMENT OF LABOR USE ONLY**                    Page C.14 of C.2

H-2A Case Number: H-300-23245-317822     Case Status: Full Certification     Determination Date: 09/28/2023     Validity Period: _____ to _____

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum C
**U.S. Department of Labor**



## H. Additional Material Terms and Conditions of the Job Offer

. Job Offer Information 29

| 1. Section/Item Number * | A.8a | 2. Name of Section or Category of Material Term or Condition * | Job Duties - Job duties(6) |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

Crop cleaning by hand:
Workers walk in uneven furrows. Under the direction of the field supervisor, field workers look for weeds around crop and in between product seedlings and have to bend and/or be on their knees to manually clean out unwanted weeds. The worker manually cleans the lot for any unwanted weed on the beds and seedlings and takes it out of the field as instructed by field supervisor.

Conveyor Belt Machine for Cabbage/ Automated Coring, Picking and cleaning of Cabbage, thinning, cleaning, general labor
Field worker to harvest Cabbage without core in preparation for value added processing. Cutting is done by walking in uneven furrows behind a Belt Machine. Under the direction of the field supervisors, employees determine size and quality of cabbage to be harvested. Using a harvesting knife and bending at the waist, the employee cuts the head from the roots and trims the outer leaves from the cabbage head, places it on a table where a second employee removes the core with an automated core extraction machine. Holds it with both hands and places the core part of the cabbage towards the core extraction machine and by pushing the cabbage against the machine, the core is removed, this is done repeatedly until the core is completely removed. Employee inspects the cabbage for defects. Employee places cabbage head on belt. The process is repeated. The cabbage, with no core, is then carried down the belt to be dropped in bins where employees inspect for quality, remove loose leaves and sorts bins to capacity. Bins are constructed and ordered directly over pallets on the trailers. The bins may weight up to 50 lbs. The pallets may weight up to 95 lbs empty, but are carried between two persons.  Prepare freshly harvested crop for shipment.

Specific to Naked Cabbage: Field worker to harvest cabbage. Manual cutting is done by walking in uneven furrows behind a harvest machine with tables. Under the direction of the field supervisors, the worker then determines the size and quality of the cabbage to be harvested and using a harvesting knife, the employee bends at the waist and cuts the head from its roots.  Employee then trims the outer leaves from the head. Employee inspects the cabbage head for defects if naked then the employee places the naked head onto a table. Pack size varies depending on the order. A large bag called a liner may be used inside the box, as requested by customer. The process is repeated. Once the box is full, the closer/box maker will close the boxes and place them either on a machine or a trailer. Boxes may weight from 30-60 lbs and the box will be loaded by a loader onto a pallet that may weight up to 95 lbs empty, but is carried by two persons.

. Job Offer Information 30

| 1. Section/Item Number * | A.8a | 2. Name of Section or Category of Material Term or Condition * | Job Duties - Job duties(7) |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

Salanova Whole Head and Cored Specifications:
Cutter, Packer, Boxer/Closer/Tagger, Loader, thinning, cleaning, general labor.

Ground Crew
Naked Salanova: Field worker to harvest Salanova. Manual cutting is done by walking in uneven furrows pulling a ski, made of PVC tube, which transports one or two totes each time (plastic container) with an approximate weight of 25 lbs (including ski and tote). Under the direction of the supervisors, the workers determine the size and quality of the product. Can be harvested as a whole or without core. Using a harvesting knife, the employee bends at the waist and cuts the Salanova head from the roots. The employee then cuts the excess leaves off the head and places product inside a tote, which has been pre-assembled with a plastic bag in the inside, making sure the product is free of defects and has no core, when necessary. This is done repeatedly until tote is full. It is then loaded and transported by hand to the trailer where water is added, the bag is then closed and loaded on top of a wooden or plastic stage. The washing process on the closed and loaded trailer is carried out by one or two persons on top of the trailer. Once it is loaded in pallets, it is tagged indicating: product and type of cut. This product is worked the same way at all times in different bins such as solid totes, pre-assembled totes, or cartons which are called mini bins. The weight of these containers when full varies from 18 lbs to a maximum of 35 lbs. Prepare freshly harvested crop for shipment.

Green / Red Leaf & Butter
Cutter, Bagger/Water Sprayer, Sealer, Packer, Boxer/Closer/Tagger, Loader, Safety Vest Man.

Green/Red Leaf & Butter: Field worker to harvest G/R Leaf & Butter. Manual cutting is done by walking in uneven furrows behind a harvesting machine. Under the direction of the field supervisors, the worker then determines the size and weight of the G/R Leaf to be harvested and using a harvesting knife, the employee bends at the waist and cuts the head from its roots. Employee then trims the outer leaves from the head and cores it until desired size or weight is reached depending on the label. Employee inspects the G/R Leaf for defects. Employee places G/R Leaf onto table. A second worker sprays it with water and packs it into a cone depending on the size. The cone has a bag where the G/R Leaf is packed depending its size. Prepare freshly harvested crop for shipment.

Naked:
If it is a naked order then the employee places the G/R Leaf onto a table where a second worker places the naked product inside a box or tote, sometimes the box/tote has a liner where all the heads fit from 24-60 count. After that it is placed in a belt/roll and it is transported onto a trailer. The process is repeated. Boxes may weight from 20-60 lbs and the box will be loaded by a loader onto a pallet that may weight up to 95 lbs empty, but is carried by two persons.

**For Public Burden Statement, see the Instructions for Form ETA-790/790A.**

Form ETA-790A Addendum C     **FOR DEPARTMENT OF LABOR USE ONLY**     Page C.15 of C.2

H-2A Case Number: H-300-23245-317822    Case Status: Full Certification    Determination Date: 09/28/2023    Validity Period: _____ to _____

*OMB Approval:* 1205-0466
*Expiration Date:* 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum C
**U.S. Department of Labor**



---

## H. Additional Material Terms and Conditions of the Job Offer

*. Job Offer Information 31*

| 1. Section/Item Number * | A.8a | 2. Name of Section or Category of Material Term or Condition * | Job Duties - Job duties(8) |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

Spinach, Frisee & Spring Mix Specifications:
Machine Harvest
Positions: Sprinklers, Quality/Checker, Machine Operator, Box Maker, Tractor Driver, Loader, Packers, thinning, cleaning, general labor.  Under the direction of the supervisors, a field worker walks in uneven furrows in front of the machine cleaning (cleaning out) beds to ensure quality of product. Field workers (Packers) fill up totes with product on top of a harvesting machine, product is moved to a trailer and it is then transported out the field. Process is repeated. Prepare freshly harvested crop for shipment.

Cauliflower Specifications:
Cleaning, Thinning, General Labor, Cutter, Tying, Taper/Bagger, Packer, Box Maker, Loader, Tractor Driver, Machine Driver

Cauliflower: Field worker to harvest cauliflower. Manual cutting is done by walking in uneven furrows behind a harvesting machine. Under the direction of the field supervisors, the worker then determines the size and weight of the cauliflower head to be harvested and using a harvesting knife, the employee bends at the waist, cuts the head from its roots and cuts the sides of the cauliflower head into a crown shape. Product is placed on a table where it is sprayed with a chlorine solution. Employee inspects the cauliflower for defects. A second worker packs it in a bag and then into a box depending on the label. It can also be packed naked in totes for processing. Product in then moved loaded into a trailer by a loader. Cycle repeats. Prepare freshly harvested crop for shipment.

Cauliflower Tying: Field worker to tie cauliflower crop. Manual tying is done by walking in uneven furrows. Under the direction of the field supervisor, the worker places rubber bands in a piece of wire. Once wire has enough rubber bands, worker ties it around his waist. The worker uses special rubber bands and ties the cauliflower leaves to cover the cauliflower head one by one until they are all covered. Cycle repeats.

Broccoli /Broccolette Specifications:
Breaking broccolette, cleaning, thinning, cutter, packer, box maker, loader

Broccoli: Field worker to harvest broccoli. Manual cutting is done by walking in uneven furrows behind a harvesting machine. Under the direction of the field supervisors, the worker then determines the size and weight of the broccoli head to be harvested and using a harvesting knife, the employee bends at the waist, cuts the head from its roots and cuts the sides of the broccoli head into a crown shape. Product is placed on a table where an employee inspects the broccoli for defects. A second worker packs it into a box. Depending on the label, sometimes it is bunched and packed with a rubber band. It may also be packed naked in totes for processing. Product is then moved and loaded into a trailer. Cycle repeats. Prepare freshly harvested crop for shipment.

---

*. Job Offer Information 32*

| 1. Section/Item Number * | A.8a | 2. Name of Section or Category of Material Term or Condition * | Job Duties - Job duties(9) |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

Citrus: Under the direction of the field supervisor, the worker picks up a ladder using his arms and leans it against the citrus tree. The worker carries with him an empty sack around his neck and upper body to place the product he/she is harvesting. The worker also holds a pair of clippers in his/her hand to clip fruit (there is no manual handling / pulling of the citrus fruit as this will severely damage the crop). Climbing up the ladder, the worker grabs the product, clips it and places it in the sack. Full sacks weigh between 50 and 80 lbs. Once the sack is full, the workers descend the ladder and walk for approximately 5-30 feet and dump the sack into a bin. The bins are loaded by forklift on a truck and delivered to the packing facility. Prepare freshly harvested crop for shipment. The cycle is repeated until the end of the shift.

Workers will perform a variety of duties related to the production of row crops (hay/straw, alfalfa):

Hay/straw
•Clip and mow hay fields.
•Use equipment to rake and bale hay.
•Pick up bales and place on wagons or trucks.
•Place bales in on-farm sheds and barns for storage.
•Clean and prepare fields for next crop.
•Cultivate and seed fields for next crop.
•Move rolled hay with equipment to storage or shipping locations.

Alfalfa
•Fill planters with seed from bags by hand.
•Use equipment to plant seeds.
•Load and unload seed bags from trucks.
•Transport harvested crops to other on-farm locations for storage.
•Clean and prepare equipment and tools.
•Prepare fields for next crop.

Alternative Work: This could include workers preparing barns, preparing land for planting, draining fields, maintenance of tools and equipment, and other work that is directly related to growing crops and activities for which the worker was hired.  Such work will be offered when climate or crop conditions preclude working in the primary activities listed above.

The job may entail riding ATVs or UTVs periodically for 1) crop hauling/transporting purposes and rapid means of on-farm transportation between repair/maintenance shop and ranch/worksites; 2) The close proximity of worksites to housing allows for workers to quickly arrive at requested worksite without the need to travel on public roads; and, 3) Some portions of ranch for irrigation purposes are inaccessible with a conventional motor vehicle and only an ATV or UTV is suitable to access to tight confined or muddy areas.

---

**For Public Burden Statement, see the Instructions for Form ETA-790/790A.**

---

**Form ETA-790A Addendum C**                        **FOR DEPARTMENT OF LABOR USE ONLY**                        Page C.16 of C.2

H-2A Case Number: H-300-23245-317822        Case Status: Full Certification        Determination Date: 09/28/2023        Validity Period: _____ to _____

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum C
**U.S. Department of Labor**



## H. Additional Material Terms and Conditions of the Job Offer

*. Job Offer Information 33*

| 1. Section/Item Number * | A.8a | 2. Name of Section or Category of Material Term or Condition * | Job Duties - Job duties(10) |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

Irrigation: Field worker to perform the following duties:

Irrigation Flood: Workers walk on uneven furrows. Using a shovel, workers shape and/or remove soil gates within the furrow to give access or obstruct water flow in field. Workers have to manually connect plastic pipes that connect the water source line into the field. These pipes weigh approximately 5lb, are 5ft in length, and 2" in width.

Pre-Irrigation: Workers walk on wet uneven furrows and across beds. Field workers move within the field looking for any non-working or clogged sprinklers. Under the direction of the field supervisor, workers make sure sprinklers aren't clogged or have any pipe disconnected. Pre-irrigation is used to water down soil and prepare the field prior to planting.

Irrigation: Workers walk on uneven furrows. Field workers pick and/or lay sprinklers and irrigation pipes. Employees are grouped in groups of 3 workers. One worker drives the tractor, and the other two walk behind a tractor and a trailer that carries aluminum pipes. Under the direction of the field supervisor, the worker grabs the pipes and sprinklers and by bending at the waist they have to manually unload and/or load pipes into the furrow to set the field up for irrigation following transplanting.

Break/move pipes: Workers walk on uneven furrows. Field workers pick and/or lay sprinklers and irrigation pipes. After a transplanted field is watered down, workers have to move and/or break irrigation pipe lines. Under the direction of the field supervisor, field workers have to move and carry the aluminum pipes and sprinklers from one furrow into the next as needed to water down the field evenly. Aluminum pipes and sprinklers weigh approximately 50 lbs, 30ft in length, 2  in width.

Farm and Harvest Equipment Repair - Inspection of parts of tractors and other farm and harvest equipment. Removal of parts. Lubrication, reconditioning, coating ,or replacement of parts on tractor and other farm and harvest equipment. Use of basic hand tools. Clean and polish of equipment. Adjustment or replacement of components. Work performed solely on agriculture property parcels.

Farm and Harvest Equipment Cleaner - Washing of farm and harvest equipment with water. Removal of dirt and debris from farm and harvest equipment. Application of soap and chlorine to farm and harvest equipment for proper disinfection and removal of potentially harmful microbes. Filling of fuel of for harvest and farm equipment. Work performed solely on agriculture property parcels.

*. Job Offer Information 34*

| 1. Section/Item Number * | A.8a | 2. Name of Section or Category of Material Term or Condition * | Job Duties - Job duties(11) |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

FORKLIFT DRIVER SPECIFICATIONS:
Sits down on the forklift and performs the following:

1. Moves knobs on the machine to move loads (bins or pallets) from one trailer to another in fields
2. Loads and unloads from trailer empty containers and containers full of product in fields
3. Required basic knowledge of driving a forklift, must pass a forklift safety training (provided by the employer) and demonstrate ability to operate forklift in a safe manner.

CHALEQUERO (SAFETY VEST MAN):
75% of the time performs the duties of the jobs mentioned above. Replaces workers on bathroom breaks and supervises safety during machine and tractor turns getting off the field or coming back to start new row/furrow

CIF.C/FR:
TRACTOR DRIVER SPECIFICATIONS:
1. Transfers water from Reefer to tractor and from tractor to Machine. Mixes chlorine with water.
2. Builds bins on top of a platform, transports trailer from the lot the yard and tarp loads.
3. Drives tractor as bins are filled up.

MACHINE DRIVERS:
1. Rinses Machine before, during, and after shift.
2. Inspects the Machine before, during, and after shift.
3. Drives the Machine.
4. Opens and Closes the Machine
5. Takes extension in and out and loads the machine on transporting dolly.

REYNA (BIN FILLER):
Builds bins on top of a platform, places liner in quality assurance. Makes sure bins are filled correctly. Closes the liner and tarps loads.

WRAP/HEARTS/MIXED:
TRACTOR DRIVER SPECIFICATIONS:
1. Places pallets on platform and loads boxes.
2. Transports trailer from the lot the yard and tarp loads.
3. Places V-boards and ties loads.

MACHINE DRIVERS:

**For Public Burden Statement, see the Instructions for Form ETA-790/790A.**

**Form ETA-790A Addendum C**     **FOR DEPARTMENT OF LABOR USE ONLY**     Page C.17 of C.2

H-2A Case Number: H-300-23245-317822     Case Status: Full Certification     Determination Date: 09/28/2023     Validity Period: _____ to _____

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum C
**U.S. Department of Labor**



## H. Additional Material Terms and Conditions of the Job Offer

. Job Offer Information 35

| 1. Section/Item Number * | A.8a | 2. Name of Section or Category of Material Term or Condition * | Job Duties - Job duties(12) |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

General Ranch Maintenance / General Farm Labor includes, but is not limited to, on the farm road maintenance and dust control to farm roadways by means of farm equipment.

•Record information about crops, such as pesticide use, yields, or costs.
•Direct and monitor the work of casual and seasonal help during planting and harvesting.
•Participate in the inspection, grading, sorting, storage, and post-harvest treatment of crops.
•Harvest plants, and transplant or pot and label them.
•Repair and maintain farm vehicles, implements, and mechanical equipment.
•Harvest fruits and vegetables by hand.
•Inform farmers or farm managers of crop progress.
•Identify plants, pests, and weeds to determine the selection and application of pesticides and fertilizers.
•Operate tractors, tractor-drawn machinery, and self-propelled machinery to plow, harrow and fertilize soil, or to plant, cultivate, spray and harvest crops.
•Clean work areas, and maintain grounds and landscaping.
•Feel plants' leaves and note their coloring to detect the presence of insects or disease.
•Dig, cut, and transplant seedlings, cuttings, trees, and shrubs.
•Record information about plants and plant growth.
•Maintain inventory, ordering materials as required.
•Dig, rake, and screen soil, filling cold frames and hot beds in preparation for planting.
•Inspect plants and bud ties to assess quality.
•Trap and destroy pests, such as moles, gophers, and mice, using pesticides.
•Move containerized shrubs, plants, and trees, using wheelbarrows or tractors.
•Haul and spread topsoil, fertilizer, peat moss, and other materials to condition soil, using wheelbarrows or carts and shovels.
•Repair farm buildings, fences, and other structures.
•Plant, spray, weed (long-handled hoe), fertilize, water, and prune plants, shrubs, and trees, using gardening tools.
•Examine and inspect containers, materials, or products to ensure that product quality and packing specifications are met.
•Measure, weigh, and count products and materials.
•Record product, packaging, and order information on specified forms and records.
•Seal containers or materials, using glues, fasteners, nails, and hand tools.
•Assemble, line, and pad cartons, crates, and containers, using hand tools.
•Obtain, move, and sort products, materials, containers, and orders, using hand tools.
•Mark and label containers, container tags, or products, using marking tools.
•Clean containers, materials, supplies, or work areas, using cleaning solutions and hand tools.
•Remove completed or defective products or materials, placing them on moving equipment, such as conveyors, or in specified areas, such as loading docks.
•Place or pour products or materials into containers, using hand tools and equipment, or fill containers from spouts or chutes.

. Job Offer Information 36

| 1. Section/Item Number * | A.8a | 2. Name of Section or Category of Material Term or Condition * | Job Duties - Job duties(13) |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

•Mix specified materials or chemicals, and dump solutions, powders, or seeds into planter or sprayer machinery.
•Spray fertilizer or pesticide solutions to control insects, fungus and weed growth, and diseases, using hand sprayers.
•Observe and listen to machinery operation to detect equipment malfunctions.
•Manipulate controls to set, activate, and adjust mechanisms on machinery.
•Operate or tend equipment used in agricultural production, such as tractors, combines, and irrigation equipment.
•Adjust, repair, and service farm machinery and notify supervisors when machinery malfunctions.
•Attach farm implements such as plows, discs, sprayers, or harvesters to tractors, using bolts and hand tools.
•Load hoppers, containers, or conveyors to feed machines with products, using forklifts, transfer augers, suction gates, shovels, or pitchforks.
•Direct and monitor the activities of work crews engaged in planting, weeding, or harvesting activities.
•Operate towed machines such as seed drills or manure spreaders to plant, fertilize, dust, and spray crops.
•Weigh crop-filled containers, and record weights and other identifying information.
•Walk beside or ride on planting machines while inserting plants in planter mechanisms at specified intervals.
•Drive trucks to haul crops, supplies, tools, or farm workers.
•Guide products on conveyors to regulate flow through machines, and to discard diseased or rotten products.
•Position boxes or attach bags at discharge ends of machinery to catch products, removing and closing full containers.
•Irrigate soil, using portable pipes or ditch systems, and maintain ditches or pipes and pumps.

Reasonable Accommodations Statement:  To accomplish this job successfully, an individual must be able to perform, with or without reasonable accommodation, each essential function satisfactorily. Reasonable accommodations may be made to enable qualified individuals with disabilities to perform the essential functions.

Please note this job description is not designed to cover or contain a comprehensive listing of activities, duties or responsibilities that are required of the employee for this job. Duties, responsibilities and activities may change at any time with or without notice.

**For Public Burden Statement, see the Instructions for Form ETA-790/790A.**

**Form ETA-790A Addendum C**         **FOR DEPARTMENT OF LABOR USE ONLY**                                    Page C.18 of C.2

H-2A Case Number: H-300-23245-317822          Case Status: Full Certification          Determination Date: 09/28/2023          Validity Period: _____ to _____

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum C
**U.S. Department of Labor**



## H. Additional Material Terms and Conditions of the Job Offer

. Job Offer Information 37

| 1. Section/Item Number * | E.1 | 2. Name of Section or Category of Material Term or Condition * | Meal Provision - Additional Housing Information(1) |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

The employer will offer housing, bedding (mattresses, blankets, sheets, pillows and pillow cases), storage for personal belongings, and utilities at no cost to workers recruited from beyond normal commuting distances who are unable to return to their place of residence on a daily basis.

FLAG will provide bunk beds for all housing rented; beds per room are based on 50 square feet per person per room per code (bathroom and kitchen not included in square feet calculation). All rooms are provided with solid wood doors, screened windows and first aide kits.

Employer-provided housing will be clean and in compliance with applicable housing standards when made available for occupancy, and will be maintained in compliance with applicable standards during the period of occupancy. Workers occupying employer-provided housing will be responsible for maintaining their living areas in a neat, clean manner and in compliance with the employer's "Housing Rules", a copy of which will be provided to each worker on or before the first day of work. Specifically, workers must maintain housing in the same conditions as provided by the employer at the time of initial occupancy (i.e., beds may be moved closer together; mattresses may not be moved onto the floor). The housing unit will be inspected at least once per week by a housing supervisor or a company representative to ensure  it is kept clean and in good conditions.

Workers eligible for employer-provided housing may elect to provide their own housing at the worker's expense. Such election must be in writing. Workers eligible for employer-provided housing who elect to provide their own housing may withdraw such election at any time during the period of employment, and upon doing so will be provided housing by the employer as set forth in this Clearance Order. A worker who elects to provide his or her own housing and subsequently withdraws such election may not again elect to provide his or her own housing during the same employment season.

The employer assumes no responsibility whatsoever for housing arranged by workers on their own. The employer will not provide a housing allowance or assistance to workers eligible for employer-provided housing who elect to provide their own housing. Workers who elect to provide their own housing will not be offered or provided transportation from their elected housing to pre-designated pick-up points (i.e., workers will not be picked up at their elected housing by the employer). Such workers may decide to provide their own transportation to and from the worksite. They may also decide to provide their own transportation to and from their own housing to the pre-designated pick-up points in order to ride free bus transportation to and from the pre-designated pick-up points to the fields where they will be working.

Housing is offered to workers only. No housing will be provided to non-workers. Female workers will be offered housing with bedroom and bathroom facilities shared only with other female workers. Common areas of the housing may be shared with male workers.

No tenancy in employer-provided housing is created by the offer of employer-provided housing. The employer retains possession and control of the housing premises at all time. Workers housed under the terms of this Clearance Order shall vacate the housing promptly upon termination of employment.

. Job Offer Information 38

| 1. Section/Item Number * | E.1 | 2. Name of Section or Category of Material Term or Condition * | Meal Provision - Additional Housing Information(2) |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

Reasonable repair costs of damage other than that cause by normal wear and tear will be deducted from the earnings of workers found to have been responsible for willful or negligent damage to housing or furnishings.  The employer will not make any deduction from the wage or require any reimbursement from an employee for any cash shortage, breakage, or loss of equipment, unless it can be shown that such shortage, breakage, or loss is caused by a dishonest or willful act, or by the gross negligence of the employee.

**For Public Burden Statement, see the Instructions for Form ETA-790/790A.**

Form ETA-790A Addendum C

**FOR DEPARTMENT OF LABOR USE ONLY**

Page C.19 of C.2

H-2A Case Number: H-300-23245-317822         Case Status: Full Certification         Determination Date: 09/28/2023         Validity Period: _____ to _____

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum C
**U.S. Department of Labor**



**H. Additional Material Terms and Conditions of the Job Offer**

. Job Offer Information 39

| 1. Section/Item Number * | A.11 | 2. Name of Section or Category of Material Term or Condition * | Pay Deductions - Pay Deductions |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

No deductions except those required or permitted by law will be made which bring the worker's earnings for any pay period below the applicable statutory federal or state minimum wage.

. Job Offer Information 40

| 1. Section/Item Number * | | 2. Name of Section or Category of Material Term or Condition * | |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

**For Public Burden Statement, see the Instructions for Form ETA-790/790A.**

**Form ETA-790A Addendum C**     **FOR DEPARTMENT OF LABOR USE ONLY**     Page C.20 of C.2

H-2A Case Number: H-300-23245-317822     Case Status: Full Certification     Determination Date: 09/28/2023     Validity Period: _____ to _____