# FEDERAL DRUG TESTING CUSTODY AND CONTROL FORM

**Quest Diagnostics**
800-877-7484
www.questdiagnostics.com/mydrugtest

SPECIMEN ID NO. 51020178  5551420

LAB ACCESSION NO.

## STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE

**A. Employer Name, Address, I.D. No.**

**B. MRO Name, Address, Phone No. and Fax No.**

RICHARD WEINSTEIN DO
UNIVERSITY SVCS/LOTA ONLY
7900 BLACK LK PL STE A
PHILADELPHIA PA 19154
PH. 800-624-3784    FAX 215-545-6601

C. Donor SSN, Employee I.D., or CDL State and No. _____

D. Specify Testing Authority: ☐HHS  ☐NRC  Specify DOT Agency: ☑FMCSA  ☐FAA  ☐FRA  ☐FTA  ☐PHMSA  ☐USCG

E. Reason for Test: ☑Pre-employment ☐Random ☐Reasonable Suspicion/Cause ☐Post Accident ☐Return to Duty ☐Follow-up ☐Other (specify) _____

F. Drug Tests to be Performed: ☐THC, COC, PCP, OPI, AMP  ☐THC & COC Only  ☐Other (specify) _____

EMPLOYER _____ 67643N DOT DRUG PANEL

G. Collection Site Name: Pinnacle Health - King City
Address: 1100 Broadway St.
City, State and Zip: King City, CA 93930

Collection Site Code: _____
Collector Contact Info:
Phone _____
Fax _____
Other _____

## STEP 2: COMPLETED BY COLLECTOR (make remarks when appropriate)   ☑URINE   ☐ORAL FLUID

Collection: ☑Split ☐Single ☐None Provided, Enter Remark
URINE: Collector reads urine temperature within 4 minutes. Temperature between 90° and 100° F? ☑Yes ☐No, Enter Remark ☐Observed, Enter Remark
ORAL FLUID: Split Type: ☐Serial ☐Concurrent ☐Subdivided │ Each Device Within Expiration Date? ☐Yes ☐No ☐Volume Indicator(s) Observed
REMARKS:

## STEP 3: Collector affixes seal(s) to bottle(s) / tube(s). Collector dates seal(s). Donor initials seal(s). Donor completes STEP 5 on Copy 2 (MRO Copy)

## STEP 4: CHAIN OF CUSTODY - INITIATED BY COLLECTOR AND COMPLETED BY TEST FACILITY

I certify that the specimen given to me by the donor identified in the certification section on Copy 2 of this form was collected, labeled, sealed, and released to the Delivery Service noted in accordance with applicable Federal requirements.

X _____
Signature of Collector
(Print) Collector's Name (First, MI, Last)
Date (Mo./Day/Yr.)  4/21/23
Time of Collection  12:55 AM/PM

**SPECIMEN BOTTLE(S) /TUBE(S) RELEASED TO:**
☐ Quest Diagnostics Courier
☐ FedEx
☐ Other _____
Name of Delivery Service

## STEP 5: COMPLETED BY DONOR

I certify that I provided my specimen to the collector; that I have not adulterated it in any manner; each specimen bottle / tube used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X _Angel Rocha_
Signature of Donor

(PRINT) Donor's Name (First, MI, Last): Angel de Jesus Rocha Rivera

Date (Mo./Day/Yr.): 4/21/23

Email address: argelrivera34541@gmail.com
Daytime Phone No. (+52)6861122864    Evening Phone No. (+52)6861122864
Date of Birth: 01/05/1992

After the Medical Review Officer receives the test results for the specimen identified by this form, he/she may contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5). – DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

## STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER – PRIMARY SPECIMEN   ☐URINE   ☐ORAL FLUID

In accordance with applicable federal requirements, my verification is:
☐NEGATIVE   ☐POSITIVE for: _____
  ☐DILUTE
☐REFUSAL TO TEST because – check reason(s) below:
  ☐ADULTERATED (adulterant/reason): _____
  ☐SUBSTITUTED
  ☐OTHER _____
☐TEST CANCELLED
REMARKS: _____

X _____
Signature of Medical Review Officer
(PRINT) Medical Review Officer's Name (First, MI, Last)
Date (Mo./Day/Yr.)

## STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER – SPLIT SPECIMEN

In accordance with applicable federal requirements, my verification for split specimen (if tested) is:
☐RECONFIRMED for: _____
☐FAILED TO RECONFIRM for: _____
☐TEST CANCELLED
REMARKS: _____

X _____
Signature of Medical Review Officer
(PRINT) Medical Review Officer's Name (First, MI, Last)
Date (Mo./Day/Yr.)

COPY 5 - DONOR COPY