FARM LABOR ASSOCIA[TES] 
101 E. MAIN ST. 
HEBER CA 92249

ID: H14947  SSN: - -  Crew: 1410  Ck Dt: 11/21/2023
ARN:  EIN: 85-0635900  From: 11/13/2023  Thru: 11/19/2023

## DIRECT DEPOSIT

ANGEL DE JESUS ROCHA RIVERA
C CUAJIMALPA 555 FRACC XOCHICALI
MEXICALI, BAJA CALIFORNIA 21356

| Date | Type | Hours | Pieces | Rate | Prem Rate | Deductions | Earnings |
|---|---|---|---|---|---|---|---|
| 11/13/2023 | CA H2A Lunch Gratuity CA H2A Meal Grat | 1.00 | | 18.65 | | | 18.65 |
| 11/13/2023 | Fresh Harvest Truck Driver Labor CA H2A HOURLY | .75 | | 18.65 | | | 13.99 |
| 11/13/2023 | Hauling Commodity Labor H2A CA H2A HOURLY | 4.50 | | 18.65 | | | 83.93 |
| 11/13/2023 | Lunch/Breaks H2A CA H2A HOURLY | .50 | | 18.65 | | | 9.33 |
| 11/13/2023 | Move Material Labor H2A CA H2A HOURLY | 2.25 | | 18.65 | | | 41.96 |
| 11/13/2023 | Prep Finish / Labor H2A CA H2A HOURLY | 1.50 | | 18.65 | | | 27.98 |
| 11/13/2023 | Prep Finish /Labor H2A CA H2A HOURLY | .50 | | 18.65 | | | 9.33 |
| 11/13/2023 | Prep Finish /Labor H2A HOURS OFFERED | 13.50 | | | | | .00 |
| 11/13/2023 | Truck Driver -Stand By Time Labor H2A CA H2A HOURLY | 2.50 | | 18.65 | | | 46.63 |
| 11/15/2023 | CA H2A Lunch Gratuity CA H2A Meal Grat | 1.00 | | 18.65 | | | 18.65 |
| 11/15/2023 | Fresh Harvest Truck Driver Labor CA H2A HOURLY | .75 | | 18.65 | | | 13.99 |
| 11/15/2023 | Hauling Commodity Labor H2A CA H2A HOURLY | 5.50 | | 18.65 | | | 102.58 |
| 11/15/2023 | Lunch/Breaks H2A CA H2A HOURLY | .50 | | 18.65 | | | 9.33 |
| 11/15/2023 | Prep Finish / Labor H2A CA H2A HOURLY | 8.00 | | 18.65 | | | 149.20 |
| 11/15/2023 | Prep Finish /Labor H2A CA H2A HOURLY | 1.50 | | 18.65 | | | 27.98 |
| 11/15/2023 | Prep Finish /Labor H2A HOURS OFFERED | 17.50 | | | | | .00 |
| 11/15/2023 | Truck Driver -Stand By Time Labor H2A CA H2A HOURLY | .25 | | 18.65 | | | 4.66 |
| 11/16/2023 | CA H2A Lunch Gratuity CA H2A Meal Grat | 1.00 | | 18.65 | | | 18.65 |
| 11/16/2023 | Fresh Harvest Truck Driver Labor CA H2A HOURLY | .75 | | 18.65 | | | 13.99 |
| 11/16/2023 | Hauling Commodity Labor H2A CA H2A HOURLY | 7.25 | | 18.65 | | | 135.21 |
| 11/16/2023 | Lunch/Breaks H2A CA H2A HOURLY | .50 | | 18.65 | | | 9.33 |
| 11/16/2023 | Move Material Labor H2A CA H2A HOURLY | 3.25 | | 18.65 | | | 60.61 |
| 11/16/2023 | Prep Finish / Labor H2A CA H2A HOURLY | 1.00 | | 18.65 | | | 18.65 |
| 11/16/2023 | Prep Finish /Labor H2A CA H2A HOURLY | 1.25 | | 18.65 | | | 23.31 |
| 11/16/2023 | Prep Finish /Labor H2A HOURS OFFERED | 15.00 | | | | | .00 |
| 11/17/2023 | CA H2A Lunch Gratuity CA H2A Meal Grat | 1.00 | | 18.65 | | | 18.65 |
| 11/17/2023 | Fresh Harvest Truck Driver Labor CA H2A HOURLY | .50 | | 18.65 | | | 9.33 |
| 11/17/2023 | General (Trucking) Labor CA H2A HOURLY | 2.00 | | 18.65 | | | 37.30 |
| 11/17/2023 | Hauling Commodity Labor H2A CA H2A HOURLY | 4.50 | | 18.65 | | | 83.93 |
| 11/17/2023 | Lunch/Breaks H2A CA H2A HOURLY | .50 | | 18.65 | | | 9.33 |
| 11/17/2023 | Move Material Labor H2A CA H2A HOURLY | 5.00 | | 18.65 | | | 93.25 |
| 11/17/2023 | Move Material Labor H2A HOURS OFFERED | 17.00 | | | | | .00 |
| 11/17/2023 | Prep Finish / Labor H2A CA H2A HOURLY | 3.00 | | 18.65 | | | 55.95 |
| 11/17/2023 | Truck Driver -Stand By Time Labor H2A CA H2A HOURLY | .50 | | 18.65 | | | 9.33 |
| 11/18/2023 | CA H2A Lunch Gratuity CA H2A Meal Grat | 1.00 | | 18.65 | | | 18.65 |
| 11/18/2023 | Fresh Harvest Truck Driver Labor CA H2A HOURLY | .75 | | 18.65 | | | 13.99 |
| 11/18/2023 | General (Trucking) Labor CA H2A HOURLY | .50 | | 18.65 | | | 9.33 |

| | Vacation | Other | Sick | | | | | |
|---|---|---|---|---|---|---|---|---|
| Hrs Avail: | .000 | Hrs Avail: -1,175.500 | Hrs Avail: .000 | | | | | |

| | Hrs Wrkd | Gross | Other Pay | Fed W/H | Soc Sec | Medi | St W/H | St/Local | Other Ded | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|
| Period: | 70.50 | 1,408.14 | .00 | .00 | .00 | .00 | .00 | 11.83 | 112.00 | 1,284.31 |
| YTD: | 1,771.25 | 35,814.69 | .00 | .00 | .00 | .00 | .00 | 297.30 | | |