# H2A Employee Status Form
## Effective Date: 11/21/2023

| | | | |
|---|---|---|---|
| Company: | FRESH HARVEST, INC | Area: | SALINAS |
| Name | ANGEL DE JESUS ROCHA RIVERA | Contract: | 2023 FLAG SALINAS |
| Address: | C CUAJIMALPA 555 FRACC XOCHICALI | | |
| CityState: | MEXICALI | Classification: | TRUCK DRIVER |
| Zip Code: | 21356   Country: MEXICO | EmpID: | H14947 |
| Phone No.: | | DOH: 04/01/2023 | Gender: M |
| Pay Code: | Full Time | Type Employment: | Temporary |

**STATUS/CHANGE:** Separation - End Of Season

**EFFECTIVE DATE:** 11/21/2023

| | FROM | TO | CONTRACT: 2023 FLAG Salinas |
|---|---|---|---|
| Job Title | | | |
| Rate of Pay | | | |
| Shift/Hrs | | | Contract Period: 04/01/2023 to 11/15/2023 |
| Dates | | | Job Order No. |
| Location | | | Crop: TRUCK DRIVER |

**Remarks**
TERMINACIÓN POR FIN DE TEMPORADA, ULTIMO DÍA DE TRABAJO 11/20/2023, CUMPLIO CON EL 75 % DEL CONTRATO REQUERIDO.

Employee Period: 04/01/2023 to 11/15/2023
Base Salary: $18.65 HOUR (hora)

**SIGNED BY:**

| | | Date |
|---|---|---|
| Area Supervisor: | GARCIA, ROGELIO | |
| Foreman: | GARCIA, ROGELIO | |
| Sr. Vice President/COO: | RIDAURA, LETICIA | |
| Human Resources: | ROBLES, LETICIA | |
| H2A: | CHAVEZ, ERIKA | |
| Payroll: | MENDOZA, LILIANA | |

**AVISO:** Ud. debe salir del país inmediatamente en caso de terminación o termino de contrato, cual sea que ocurra primero.

Signature below confirms the receipt of above listed equipment.
*(Su firma confirma que recibio los articulos nombrados anteriormente.)*

Signature _____ Date _____
*(Firma)*

H2AWorkers.mdb: dqCurrentStatusForm

Printed: 11/20/2023 4:17:22 PM