Statement of Gerardo Ledesma-Delgado

I, Gerardo Ledesma Delgado, state that I am more than 18 years of age and that I am competent to testify regarding the matters stated here and that, under penalty of perjury of the laws of the United States, the following statements are true and correct, to the best of my knowledge and recollection.

1. I am from an area south-east of the city of Mexicali, in the state of Baja California, Mexico.
2. In 2020, 2021, and 2022, under the H-2A visa program, I worked in California as a commercial truck driver for the following companies: Fresh Harvest, SMD Logistics and Farm Labor Association of Growers.
3. Fresh Harvest has an associate company in a town called Bataquez which is close to where I live. Every season, before getting the chance to work in the United States with a visa, I first had to work for the associate company in Baja California, which is called Harvestek de Mexico. In 2020, 2021 and also 2022, I worked for Harvestek before going to the U.S. to work on a visa for Fresh Harvest or for Farm Labor Association of Growers.
4. I saw an advertisement for truck drivers on HarvesTek's homepage and I also saw one on Facebook. I have attached to with this statement, a copy of the advertisement they had on Facebook.
5. I did everything they made us do and that is how I became an employee of these companies. I was given a position as a truck driver for Harvestek and was later given the opportunity to have a position as a truck driver, driving to King City, CA.
6. My position was always as a truck driver. I held no other positions in these companies. I did not pick any vegetables nor did I plant anything. My job was to be a truck driver.
7. I drove a tractor-trailer. Attached to this declaration is a photo of the type of truck I drove.

8. My paystubs sometimes only reflected hourly labor, which was always as a driver, but they also reflect work as "General (Trucking) Labor", "Truck Driver" or as being "Hauling Commodity Labor".

9. When the season would come to an end, they would also give me a document explaining that work had run out. The document states my name, my employee number and the reason I left the job. The document also has a space for my job title- they wrote down "Truck Driver". I've attached the document they gave me in 2022.

    I, Gerardo Ledesma Delgado, state and swear under penalty of perjury of the laws of the United States, that the foregoing statements are true and correct.

    On this day __third__ day of October of 2024,

_____

Gerardo Ledesma-Delgado

**Declaración de Gerardo Ledesma-Delgado**

Yo, Gerardo Ledesma Delgado, declaro que tengo más de 18 años y que soy competente para testificar sobre los asuntos declarados aquí, y que, bajo la peña de perjurio de las leyes de los Estados Unidos de América, las siguientes declaraciones son verdaderas y correctas según mi mejor conocimiento y memoria.

1.  Yo soy de un area al sureste de la ciudad de Mexicali en el estado de Baja California, México.
2.  Trabajé como chofer de camiones de carga para las compañías Fresh Harvest, SMD Logistics, y Farm Labor Association de Growers en los años 2020, 2021 y 2022 en California bajo el programa de visa H-2A.
3.  Fresh Harvest tiene una compañía asociada en un pueblo que se llama Bataquez que es cerca del área donde vivo. Cada temporada, antes de tener la oportunidad de trabajar en los EE.UU. con visa tenia que trabajar primero para la compañía asociada en Baja California, que se llama HarvestTek de México. En 2020, 2021 y también en 2022 trabaje para HarvestTek antes de ir a los EE.UU. a trabajar con visa para Fresh Harvest o visa para Farm Labor Association de Growers.
4.  Vi un anuncio para puestos de chofer de camiones en el portón de HarvestTek y también vi uno en Facebook. Una copia del anuncio que hicieron en el Facebook va adjuntado a esta declaración.
5.  Hice las cosas que nos obligaron hacer y fue como llegaba a ser empleado de estas compañías. Me dieron trabajo de chofer de camión en HarvestTek y después me dieron oportunidad ir con puesto de chofer de camión hacia King City, California.
6.  Siempre tuve puesto de chofer de camión. No tenia otro puesto con estas compañías. No piscaba vegetales, ni plantaba. Mi trabajo era de ser chofer de camión.
7.  Maneje un tracto-camión. Una foto del tipo de camión que manejaba es adjuntada a esta declaración.
8.  Mis talones de cheque a veces solo mostraban trabajo por horas, que siempre fue trabajo de chofer, pero también muestra trabajo de "General (Trucking) Labor," "Truck Driver"

o de ser "Hauling Commodity Labor." Un ejemplo de los talones que yo recibí va adjuntado a esta declaración.

9. También cada fin de la temporada—me dieron un documento que explica que no había más trabajo. El documento dice mi nombre, mi numero de empleado, y la razón que salí de trabajo. También hay espacio en este documento por mi título o puesto—ellos pusieron "Truck Driver." El documento que me dieron en 2022 va adjuntado a esta declaración.

Yo, Gerardo Ledesma Delgado, declaro y juro bajo la peña de perjurio de las leyes de los Estados Unidos Norteamericanos que las declaraciones anteriores son verdaderas y correctas.

Este ___tercero__ día del octubre 2024,

_G.L.D_____
Gerardo Ledesma-Delgado

I, Carlos Radillo, do hereby state that I am a California State Court and Federal Court Certified Spanish language judicial interpreter and that I have truly and to the best of my ability translated the following documents which were provided to me digitally in Spanish:

Statement of Angel de Jesus Rocha
Translated Statement of Gerardo Ledesma-Delgado
Translated Statement of Antonio Rubio Leon
HarvesTek Advertisement

_____
Carlos Radillo on October 7, 2024