

# HARVESTTEK De México

## VACANTE PARA CHOFERES

Con licencia **Federal**, **Binacional** o de **Chofer** Vigente

### PARA TRABAJAR EN BAJA CALIFORNIA

**REQUISITOS**

- Licencia de manejo tipo B (binacional)
- Experiencia en carga y descarga de maquinaria pesada
- Experiencia en manejo de 5ta rueda.
- Acta de Nacimiento
- INE vigente
- CURP
- RFC. Constancia de situación fiscal (actual)
- Comprobante de Domicilio
- Número de IMSS
- Carta de no antecedentes penales
- Comprobante de trabajo de Chofer de tractocamión (carta de trabajo o recomendación)



TU PUERTA DE ENTRADA PARA TRABAJAR EN ESTADOS UNIDOS H-2A



(686)-247-5289     empleohtm@harvesttekmex.com