**1558047**

FRESH HARVEST INC
POST OFFICE BOX 1547
HEBER CA 92249
760-352-2364

C SIN NOMBRE SN EJ QUINTANA ROO
MEXICALI, BAJA CALIFORNIA 21820

Employee: GERARDO LEDESMA DELGADO
Id: 9745    SSN:  - -      Crew: 1409
I9 Expire Date: 11/15/2020    EIN: 86-0772971

Check: 1558047
Ck Dt: 11/05/2020
From: 10/26/2020   Thru: 11/01/2020

| Date | Type | Hours | Pieces | Rate | Deductions | Earnings |
|---|---|---|---|---|---|---|
| | FRESH EXPRESS, INC., PO BOX 80599, SALINAS, CA, 93912-0599 | | | | .00 | .00 |
| | TAYLOR FARMS RETAIL, 150 MAIN STREET SUITE 300, SALINAS, CA, 93901 | | | | | .00 |
| 10/29/2020 | Prep Finish / Labor H2A CA H2A Hourly | 2.75 | | 14.77 | | 40.62 |
| 10/29/2020 | Prep Finish /Labor H2A CA H2A Hourly | .25 | | 14.77 | | 3.69 |
| 10/29/2020 | Prep Finish /Labor H2A HOURS OFFERED | 11.00 | | | | .00 |
| 10/29/2020 | Sec. 226.7 Pay CA H2A Hourly | 1.00 | | 14.77 | | 14.77 |
| 10/29/2020 | Truck Driver -Stand By Time Labor H2A CA H2A Hourly | 1.00 | | 14.77 | | 14.77 |
| 10/31/2020 | General (Trucking) Labor CA H2A Hourly | 1.00 | | 14.77 | | 14.77 |
| 10/31/2020 | General (Trucking) Labor HOURS OFFERED | 11.00 | | | | .00 |
| 10/31/2020 | Hauling Commodity Labor H2A CA H2A Hourly | 4.75 | | 14.77 | | 70.16 |
| 10/31/2020 | InspectionPpwrkComplianceTrngSafety CA H2A Hourly | .75 | | 14.77 | | 11.08 |
| 10/31/2020 | Lunch/Breaks Labor CA H2A Hourly | .50 | | 14.77 | | 7.39 |
| 10/31/2020 | Prep Finish / Labor H2A CA H2A Hourly | 2.50 | | 14.77 | | 36.93 |
| 10/31/2020 | Prep Finish /Labor H2A CA H2A Hourly | .25 | | 14.77 | | 3.69 |
| 10/31/2020 | Sec. 226.7 Pay CA H2A Hourly | 1.00 | | 14.77 | | 14.77 |
| 10/31/2020 | Truck Driver -Stand By Time Labor H2A CA H2A Hourly | .25 | | 14.77 | | 3.69 |
| Totals: | | 38.00 | | | .00 | 236.33 |
| | Days | 5 | | | | |