# H2A Employee Status Form
### Effective Date: 11/30/2022

| | |
|---|---|
| Company: FARM LABOR ASSOCIATION FOR GRO | Area: SALINAS |
| Name: GERARDO LEDESMA DELGADO | Contract: 2022 FLAG SALINAS |
| Address: C SIN NOMBRE SN EJ QUINTANA ROO | H2A Cost Ctr: 3H2AFL2229 |
| CityState: MEXICALI | Classification: TRUCK DRIVER |
| Zip Code: 21820   Country: MEXICO | EmpID: H09745 |
| Phone No.: | DOH: 04/03/2020   Rehired 04/14/22   Gender: M |
| Pay Code: Full Time | Type Employment: Temporary |

**STATUS/CHANGE:**   EFFECTIVE DATE: 11/30/2022
Separation - End Of Season

|  | FROM | TO | CONTRACT: |
|---|---|---|---|
| Job Title | | | 2022 Flag Salinas |
| Rate of Pay | | | |
| Shift/Hrs | | | Contract Period: 04/01/2022 to 11/15/2022 |
| Dates | | | Job Order No. |
| Location | | | Crop: TRUCK DRIVER |

**Remarks**
TERMINACIÓN POR FIN DE TEMPORADA, ULTIMO DÍA DE TRABAJO 11/28/2022, CUMPLIO CON EL 75 % DEL CONTRATO REQUERIDO.

Employee Period: 04/01/2022 to 11/15/2022
Base Salary: $17.51   HOUR (hora)

**SIGNED BY:**

| | | Date |
|---|---|---|
| Area Supervisor: | RAMOS CURIEL, OSCAR ZACARIAS | |
| Foreman: | RAMOS CURIEL, OSCAR ZACARIAS | |
| Sr. Vice President/COO: | RIDAURA, LETICIA | |
| Human Resources: | ROBLES, LETICIA | |
| H2A: | CHAVEZ, ERIKA | |
| Payroll: | MENDOZA, LILIANA | |

**AVISO:** Ud. debe salir del país inmediatamente en caso de terminación o termino de contrato, cual sea que ocurra primero.

Signature below confirms the receipt of above listed equipment.
(Su firma confirma que recibio los articulos nombrados anteriormente.)

Signature (Firma)   Date