Statement of Antonio Rubio-Leon

I, Antonio Rubio-Leon, state that I am more than 18 years of age and that I am competent to testify regarding the matters stated here and that, under penalty of perjury of the laws of the United States, the following statements are true and correct, to the best of my knowledge and recollection.

1. I am from neighborhood in the western part of Mexicali, in the state of Baja California, Mexico.
2. I worked as a commercial truck driver for the following companies: Fresh Harvest, SMD Logistics and Farm Labor Association of Growers under the H-2A visa program. I worked in Colorado in 2022 and California in 2023.
3. Fresh Harvest has a hiring office in Mexicali, in the Colonia Catavina area, and an associate company in a town called Bataquez, east of Mexicali. Every season, before being able to work with a visa in the U.S., I first had to work for the associated company in Baja California, which is called HarvesTek de Mexico. I worked for HarvesTek in 2022 and also in 2023 before going to the U.S. to work with a visa for Fresh Harvest or to work with a visa for Farm Labor Association of Growers.
4. I worked as a truck driver for Harvestek and was later given the opportunity to g to Colorado and then to King City, California, as a truck driver.
5. They advertised for truck drivers- the advertisement they put up on Facebook is attached to this statement. I saw these advertisements and that's how I came to become an employee of these companies.
6. I drove a tractor-trailer. A photo of the type of truck I drove is attached to this statement.
7. Also, when there were layoffs at the end of the season- I was given a document that explained that work had run out. The document states the reason I left the job. There is also a space for my job title on this document- they put down "Truck Driver". I've attached the document they gave me to this statement.

I, Antonio Rubio-Leon, state and swear under penalty of perjury of the laws of the United States, that the foregoing statements are true and correct.

Date: __05 – 10 - 2024__

[signature]
_____

Antonio Rubio-Leon

## Declaración de Antonio Rubio-León

Yo, Antonio Rubio León, declaro que tengo más de 18 años y que soy competente para testificar sobre los asuntos declarados aquí, y que, bajo la peña de perjurio de las leyes de los Estados Unidos de América, las siguientes declaraciones son verdaderas y correctas según mi mejor conocimiento y memoria.

1. Yo soy de un barrio al oeste de la ciudad de Mexicali en el estado de Baja California, México.
2. Trabajé como chofer de camiones de carga por las compañías Fresh Harvest, SMD Logistics, y Farm Labor Association de Growers bajo el programa de visa H-2A. Trabajé en Colorado en el año 2022 y California en el año 2023.
3. Fresh Harvest tiene una oficina de contratación en Mexicali en el área de Colonia Cataviña y una compañía asociada en un pueblo al este de Mexicali que se llama Bataquez. Cada temporada, antes de tener la oportunidad de trabajar en los EE.UU. con visa tenia primero trabajar para la compañía asociada en Baja California, que se llama HarvestTek de México.  En 2022 y también en 2023 trabaje para HarvestTek antes de ir a los EE.UU. a trabajar con visa para Fresh Harvest o visa para Farm Labor Association de Growers.
4. Trabaje de chofer de camión en HarvestTek y después me dieron oportunidad ir con puesto de chofer de camión hacia Colorado y después hacia King City, California.
5. Ellos hicieron anuncios para choferes de camiones—el anuncio que hicieron en el Facebook va adjuntado a esta declaración. Yo vi este anuncio y fue como llegaba a ser empleado de estas compañías.
6. Maneje un tracto-camión.  Una foto del tipo de camión que manejaba es adjuntada a esta declaración.
7. También cuando fue despedida al final de la temporada—me dieron un documento que explica que no había más trabajo.  El documento dice la razón que salí de trabajo.  También hay espacio en este documento por mi título o puesto—ellos pusieron "Truck Driver." El documento que me dieron va adjuntado a esta declaración.

      Yo, Antonio Rubio-León, declaro y juro bajo la peña de perjurio de las leyes de los Estados Unidos Norteamericanos que las declaraciones anteriores son verdaderas y correctas.

Fecha: 05 - 10 - 2024 ,

*Antonio R.L*

Antonio Rubio-León

Doc ID: f674338b2bd7a41b40ce035fc8b9d67dc52f0564

I, Carlos Radillo, do hereby state that I am a California State Court and Federal Court Certified Spanish language judicial interpreter and that I have truly and to the best of my ability translated the following documents which were provided to me digitally in Spanish:

Statement of Angel de Jesus Rocha
Translated Statement of Gerardo Ledesma-Delgado
Translated Statement of Antonio Rubio Leon
HarvesTek Advertisement

Carlos Radillo on October 7, 2024