

# VACANTE PARA CHOFERES

Con licencia **Federal**, **Binacional** o de **Chofer** Vigente

## PARA TRABAJAR EN BAJA CALIFORNIA

### REQUISITOS

- Licencia de manejo tipo B (binacional)
- Experiencia en carga y descarga de maquinaria pesada
- Experiencia en manejo de 5ta rueda.
- Acta de Nacimiento
- INE vigente
- CURP
- RFC. Constancia de situación fiscal *(actual)*
- Comprobante de Domicilio
- Número de IMSS
- Carta de no antecedentes penales
- Comprobante de trabajo de Chofer de tractocamión *(carta de trabajo o recomendación)*



TU PUERTA DE ENTRADA PARA TRABAJAR EN ESTADOS UNIDOS H-2A



(686)-247-5289

empleohtm@harvesttekmex.com