[logo: HARVESTEK de Mexico]

**POSITIONS AVAILABLE FOR**

# DRIVERS

With a current Federal, Bi-national or Commercial driver's license
**FOR JOBS IN BAJA CALIFORNIA**

REQUIREMENTS

- Type B Driver's License (bi-national)
- Experience loading and unloading heavy machinery
- Experience driving a 5th wheel.

- Birth Certificate
- Current INE
- CURP
- RFC. Proof of current finances
- Proof of address

- IMSS Number
- Letter stating no criminal record
- Proof of employment as a tractor-trailer driver (letter of employment or of recommendation)

**YOUR DOORWAY**
TO WORKING IN THE
*UNITED STATES*
H-2A

(686)-247-5289                    empleohtm@harvesttekmex.com

I, Carlos Radillo, do hereby state that I am a California State Court and Federal Court Certified Spanish language judicial interpreter and that I have truly and to the best of my ability translated the following documents which were provided to me digitally in Spanish:

Statement of Angel de Jesus Rocha
Translated Statement of Gerardo Ledesma-Delgado
Translated Statement of Antonio Rubio Leon
HarvesTek Advertisement

Carlos Radillo on October 7, 2024