
T612
KING CITY