# H2A Employee Status Form
## Effective Date: 11/21/2023

**Company:** FARM LABOR ASSOCIATION FOR GRO  
**Name:** ANTONIO RUBIO LEON  
**Address:** AV OAXACA 116 POB BENITO JUAREZ  
**CityState:** MEXICALI  
**Zip Code:** 21900    **Country:** MEXICO  
**Phone No.:**

**Area:** SALINAS  
**Contract:** 2023 FLAG SALINAS  
**Classification:** TRUCK DRIVER  
**EmpID:** H14839  
**DOH:** 09/12/2022    **Rehired** 05/16/23    **Gender:** M

**Pay Code:** Full Time    **Type Employment:** Temporary

**STATUS/CHANGE:** Separation - End Of Season    **EFFECTIVE DATE:** 11/21/2023

|  | FROM | TO |
|---|---|---|
| Job Title |  |  |
| Rate of Pay |  |  |
| Shift/Hrs |  |  |
| Dates |  |  |
| Location |  |  |

**CONTRACT:** 2023 FLAG Salinas  
**Contract Period:** 04/01/2023 to 11/15/2023  
**Job Order No.:**  
**Crop:** TRUCK DRIVER  
**Employee Period:** 04/01/2023 to 11/15/2023  
**Base Salary:** $18.65 HOUR (hora)

**Remarks**  
TERMINACIÓN POR FIN DE TEMPORADA, ULTIMO DÍA DE TRABAJO 11/20/2023, CUMPLIO CON EL 75 % DEL CONTRATO REQUERIDO.

**SIGNED BY:**  
Area Supervisor: RAMOS CURIEL, OSCAR ZACARIAS    Date:  
Foreman: RAMOS CURIEL, OSCAR ZACARIAS    Date:  
Sr. Vice President/COO: RIDAURA, LETICIA    Date:  
Human Resources: ROBLES, LETICIA    Date:  
H2A: CHAVEZ, ERIKA    Date:  
Payroll: MENDOZA, LILIANA    Date:

**AVISO:** Ud. debe salir del país inmediatamente en caso de terminación o termino de contrato, cual sea que ocurra primero.

Signature below confirms the receipt of above listed equipment.  
(Su firma confirma que recibio los articulos nombrados anteriormente.)

**Signature** _____ Date:  
(Firma)

Printed: 11/20/2023 4:17:36 P