Dawson Morton
Cal. SBN 320811
James Knoepp
LAW OFFICES OF DAWSON MORTON
1808 Sixth St.
Berkeley, CA 94710
Ph: 404-590-1295
dawson@dawsonmorton.com
jim@dawsonmorton.com

ATTORNEYS FOR PLAINTIFFS AND THE PROPOSED CLASS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ANTONIO RUBIO-LEON, et al., and others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., and SMD LOGISTICS, INC.,<br><br>　　　　Defendants. | CIVIL ACT. NO.: 5:24-cv-3375-EKL<br><br>NOTICE OF FILING CORRECTED ENGLISH TRANSLATION<br><br>RULE 23 CLASS<br><br>JURY TRIAL DEMANDED |

　　　Plaintiffs hereby give notice of filing a corrected English translation of the Spanish-language declaration of Angel de Jesus Rocha-Rivera which was attached to Plaintiffs' Opposition to the Motion to Compel Arbitration as Exhibit C. ECF 45-3. In paragraph 9, the interpreter has changed "farmer" to "farm worker" and on the signature line the interpreter has inserted the date shown in the Spanish. Plaintiffs also re-attach the exhibits to this declaration and include with Exhibit 1 its translation which was previously omitted. The translation of Exhibit 1 was originally, erroneously, filed only as an attachment to the declaration of Antonio Rubio-Leon as ECF 48-17.

DATED: October 9, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　_s/ D. Morton_
　　　　　　　　　　　　　　　　　　　　　　　　　　　DAWSON MORTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　ATTORNEY FOR PLAINTIFFS