Statement of Angel de Jesus Rocha-Rivera

I, Angel de Jesus Rocha Rivera, state that I am more than 18 years of age and that I am competent to testify regarding the matters stated here and that, under penalty of perjury of the laws of the United States, the following statements are true and correct to the best of my knowledge and recollection.

1. I live in a neighborhood in southern Mexicali, a city in the state of Baja California, Mexico.
2. In 2023, under the H-2A visa program, I worked as a commercial truck driver for the following companies: Fresh Harvest, SMD Logistics and Farm Labor Association of Growers.
3. I heard about the opportunity to work across the border for these companies with a visa, through Facebook. They advertised for truck drivers (the advertisement which appeared on Facebook is attached to this statement). I saw the advertisement and that is how I came to become employed by these companies.
4. I called the number on the advertisement and was hired. I first had to do the paperwork to get a type of bi-national license. I also had to work for HarvesTek de Mexico (their associate company in Baja California). I first drove as a commercial trucker for Harvestek because it was a requirement to obtain a visa to travel to the U.S.
5. Fresh Harvest has a hiring office in Mexicali in the Colonia Catavina neighborhood and their associate company's main office is east of Mexicali, in a town called Ejido Monterrey Bataquez.
6. I worked as a truck driver for Harvestek and was later given the opportunity to travel to Salinas, California, as a truck driver there.
7. Since we had been truck drivers, when we got to California we had to take a drug test. I've attached to this statement a picture of the drug test form I filled out. We travelled to a lab in King City, California for the test.

8. My job was always as a truck driver. I never held any other position within these companies. My paystubs reflect work as "Fresh Harvest Truck Driver Labor", "Truck Driver" or things like "Move Material Labor" which was also a trucking job. I have attached one of my paystubs to this statement as an example.

9. I was not a farm worker working on the land- I did not harvest or plant any vegetables.

10. I drove a tractor-trailer. I have attached a photo of the truck I drove to this statement.

11. All drivers were given a vest to wear at work. People working in the fields were not given a vest. I still have my vest. I've attached a photo of my vest to this statement. The back of the vest, as can be seen in the photo, reads "Truck Driver SMD Logistics"

12. Also, when I was let go when the season ended- I was given a document which explains that there was no more work. The document states the reason I left the job. It states that the employer was Fresh Harvest, that I worked in the area of Salinas, and there is also a space in the document for my position- they wrote "Truck Driver". I have attached the document they gave me to this statement.

I, Angel de Jesus Rocha-Rivera, state under penalty of perjury of the laws of the United States, that the foregoing statements are true and correct.

On this day    5-10-2024   ,

_____
Angel de Jesus Rocha-Rivera

**Declaración de Ángel de Jesús Rocha-Rivera**

Yo, Ángel de Jesús Rocha Rivera, declaro que tengo más de 18 años y que soy competente para testificar sobre los asuntos declarados aquí, y que, bajo la peña de perjurio de las leyes de los Estados Unidos de América, las siguientes declaraciones son verdaderas y correctas según mi mejor conocimiento y memoria.

1. Yo vivo en un barrio al sur de la ciudad de Mexicali en el estado de Baja California, México.
2. Trabajé en 2023 como chofer de camiones de carga para las compañías Fresh Harvest, SMD Logistics, y Farm Labor Association de Growers en California bajo el programa de visa H-2A.
3. Yo escuché de la oportunidad ir a trabajar con estas compañías al otro lado de la frontera con visa por medio de Facebook. Ellos hicieron anuncios para choferes de camiones—el anuncio que hicieron en el Facebook va adjuntado a esta declaración. Yo vi el anuncio y fue como llegaba a ser empleado de estas compañías.
4. Llame al numero en el anuncio y me contrataron. Primero tuve que hacer varias tramites y conseguir un tipo de licencia binacional. También tuve que trabajar para su compañía asociada en Baja California que se llama HarvestTek de México. Fui primero chofer de camión de carga para HarvestTek porque eso fue el requisito para recibir la visa para ir a los EE.UU.
5. Fresh Harvest tiene una oficina de contratación en Mexicali en el área de Colonia Cataviña y la sed de la compañía asociada es en un pueblo al este de Mexicali que se llama Ejido Monterrey Bataquez.
6. Trabaje de chofer de camión en HarvestTek y después me dieron oportunidad ir con puesto de chofer de camión hacia Salinas, California.
7. A llegar en California, porque fuimos choferes, tuvimos que tomar una prueba de detección de drogas. Una foto del formulario de mi prueba de drogas que yo tome es adjuntada a esta declaración. Fuimos a un laboratorio en King City, California para tomar la prueba.

8. Siempre tuve puesto de chofer de camión. No tenia otro puesto con estas compañías. Mis talones de cheque mostraban trabajo de ser "Fresh Harvest Truck Driver Labor," "Truck Driver" o cosas como "Move Material Labor" que también fue trabajo de chofer. Un ejemplo de los talones que yo recibí va adjuntado a esta declaración.

9. No fui un campesino trabajando en la tierra—no cosechaba, ni plantaba vegetales.

10. Maneje un tracto-camión. Una foto del camión que manejaba es adjuntada a esta declaración.

11. Nos dieron a todos los choferes chalecos a llevar en el trabajo. No les dieron chalecos a los que trabajan en los files. Yo todavía tengo mi chaleco. Una foto del chaleco esta adjuntado a esta declaración. Por atrás del chaleco, como se vea en la foto, se dice "Truck Driver SMD Logistics."

12. También cuando fue despedida al final de la temporada—me dieron un documento que explica que no había más trabajo. El documento dice la razón que salí de trabajo. Dice que el patrón fue Fresh Harvest, que trabaje en el área de Salinas, y también hay espacio en este documento por mi título o puesto—ellos pusieron "Truck Driver." El documento que me dieron va adjuntado a esta declaración.

Yo, Ángel de Jesús Rocha-Rivera, declaro y juro bajo la peña de perjurio de las leyes de los Estados Unidos Norteamericanos que las declaraciones anteriores son verdaderas y correctas.

Este día  05 - 10 - 2024  ,

_____
Ángel de Jesús Rocha-Rivera

I, Carlos Radillo, do hereby state that I am a California State Court and Federal Court Certified Spanish language judicial interpreter and that I have truly and to the best of my ability translated the following documents which were provided to me digitally in Spanish:

Statement of Angel de Jesus Rocha
Translated Statement of Gerardo Ledesma-Delgado
Translated Statement of Antonio Rubio Leon
HarvesTek Advertisement

Carlos Radillo on October 9, 2024