

# HARVESTTEK De México

# VACANTE PARA

# CHOFERES

## Con licencia **Federal**, **Binacional** o de **Chofer** Vigente

# PARA TRABAJAR EN BAJA CALIFORNIA

## REQUISITOS

- Licencia de manejo tipo B (binacional)
- Experiencia en carga y descarga de maquinaria pesada
- Experiencia en manejo de 5ta rueda.

- Acta de Nacimiento
- INE vigente
- CURP
- RFC. Constancia de situación fiscal *(actual)*
- Comprobante de Domicilio

- Número de IMSS
- Carta de no antecedentes penales
- Comprobante de trabajo de Chofer de tractocamión *(carta de trabajo o recomendación)*



**TU PUERTA DE ENTRADA PARA TRABAJAR EN ESTADOS UNIDOS H-2A**



 (686)-247-5289        empleohtm@harvesttekmex.com

[logo: HARVESTEK de Mexico]

**POSITIONS AVAILABLE FOR**

# DRIVERS

With a current Federal, Bi-national or Commercial driver's license
**FOR JOBS IN BAJA CALIFORNIA**

REQUIREMENTS

- Type B Driver's License (bi-national)
- Experience loading and unloading heavy machinery
- Experience driving a 5th wheel.

- Birth Certificate
- Current INE
- CURP
- RFC. Proof of current finances
- Proof of address

- IMSS Number
- Letter stating no criminal record
- Proof of employment as a tractor-trailer driver (letter of employment or of recommendation)

**YOUR DOORWAY**
TO WORKING IN THE
*UNITED STATES*
*H-2A*

**(686)-247-5289**                    **empleohtm@harvesttekmex.com**

I, Carlos Radillo, do hereby state that I am a California State Court and Federal Court Certified Spanish language judicial interpreter and that I have truly and to the best of my ability translated the following documents which were provided to me digitally in Spanish:

Statement of Angel de Jesus Rocha
Translated Statement of Gerardo Ledesma-Delgado
Translated Statement of Antonio Rubio Leon
HarvesTek Advertisement

Carlos Radillo on October 7, 2024