# FEDERAL DRUG TESTING CUSTODY AND CONTROL FORM

**Quest Diagnostics**
800-877-7484
www.questdiagnostics.com/mydrugtest

SPECIMEN ID NO. 5551420
51020178

## STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE

LAB ACCESSION NO.

**A.** Employer Name, Address, I.D. No.
AZSU TRUCKS INC
1011 CAMINO DEL RIO S 200
SAN DIEGO CA 92108
PH: 760-452-2364   FAX: 760-897-2323

**B.** MRO Name, Address, Phone No. and Fax No.
RICHARD WEINSTEIN DO
UNIVERSITY SVCS/EGTA ONLY
7900 BLACK LK PL STE A
PHILADELPHIA PA 19154
PH: 800-624-3784   FAX: 215-543-6601

**C.** Donor SSN, Employee I.D., or CDL State and No. _____

**D.** Specify Testing Authority: ☐ HHS  ☐ NRC   Specify DOT Agency: ☒ FMCSA  ☐ FAA  ☐ FRA  ☐ FTA  ☐ PHMSA  ☐ USCG

**E.** Reason for Test: ☒ Pre-employment ☐ Random ☐ Reasonable Suspicion/Cause ☐ Post Accident ☐ Return to Duty ☐ Follow-up ☐ Other (specify) _____

**F.** Drug Tests to be Performed: ☐ THC, COC, PCP, OPI, AMP  ☐ THC & COC Only  ☐ Other (specify) _____
67643N DOT DRUG PANEL

EMPLOYER: AmeriQMed

**G.** Collection Site Name: Pinnacle Health - King City
Address: 1100 Broadway St.
City, State and Zip: King City, CA 93930
Collection Site Code: _____
Collector Contact Info:
Phone: 831-385-9006
Fax: 831-385-0001
Other: _____

## STEP 2: COMPLETED BY COLLECTOR (make remarks when appropriate)
☒ URINE   ☐ ORAL FLUID

Collection: ☒ Split ☐ Single ☐ None Provided, Enter Remark

URINE: Collector reads urine temperature within 4 minutes. Temperature between 90° and 100° F? ☒ Yes ☐ No, Enter Remark ☐ Observed, Enter Remark

ORAL FLUID: Split Type: ☐ Serial ☐ Concurrent ☐ Subdivided | Each Device Within Expiration Date? ☐ Yes ☐ No ☐ Volume Indicator(s) Observed

REMARKS: _____

**STEP 3:** Collector affixes seal(s) to bottle(s) / tube(s). Collector dates seal(s). Donor initials seal(s). Donor completes STEP 5 on Copy 2 (MRO Copy)

**STEP 4: CHAIN OF CUSTODY - INITIATED BY COLLECTOR AND COMPLETED BY TEST FACILITY**

I certify that the specimen given to me by the donor identified in the certification section on Copy 2 of this form was collected, labeled, sealed, and released to the Delivery Service noted in accordance with applicable Federal requirements.

X _____ Signature of Collector

(Print) Collector's Name (First, MI, Last) _____

Date (Mo./Day/Yr.) 4/21/23   Time of Collection 12:55 AM/PM

SPECIMEN BOTTLE(S) /TUBE(S) RELEASED TO:
☐ Quest Diagnostics Courier
☐ FedEx
☐ Other _____

Name of Delivery Service _____

## STEP 5: COMPLETED BY DONOR

I certify that I provided my specimen to the collector; that I have not adulterated it in any manner; each specimen bottle / tube used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X _Angel Rocha_   Signature of Donor

(PRINT) Donor's Name (First, MI, Last): Angel de Jesus Rocha Rivera

Date (Mo./Day/Yr.): 4/21/23

Email address: angelrivera34541@gmail.com

Daytime Phone No. (+52) 6861128664   Evening Phone No. (+52) 6861128664

Date of Birth: 01/05/1992

After the Medical Review Officer receives the test results for the specimen identified by this form, he/she may contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5). – DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

## STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER – PRIMARY SPECIMEN
☐ URINE   ☐ ORAL FLUID

In accordance with applicable federal requirements, my verification is:

☐ NEGATIVE   ☐ POSITIVE for: _____
  ☐ DILUTE
☐ REFUSAL TO TEST because – check reason(s) below:
  ☐ ADULTERATED (adulterant/reason): _____
  ☐ SUBSTITUTED
  ☐ OTHER
☐ TEST CANCELLED

REMARKS: _____

X _____ Signature of Medical Review Officer
(PRINT) Medical Review Officer's Name (First, MI, Last) _____
Date (Mo./Day/Yr.) _____

## STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER – SPLIT SPECIMEN

In accordance with applicable federal requirements, my verification for split specimen (if tested) is:

☐ RECONFIRMED for: _____
☐ FAILED TO RECONFIRM for: _____
☐ TEST CANCELLED

REMARKS: _____

X _____ Signature of Medical Review Officer
(PRINT) Medical Review Officer's Name (First, MI, Last) _____
Date (Mo./Day/Yr.) _____

**COPY 5 - DONOR COPY**