Dawson Morton
Cal. SBN 320811
James Knoepp
S.C. Bar 102757, *Admitted Pro Hac Vice*
LAW OFFICES OF DAWSON MORTON
1808 Sixth St.
Berkeley, CA 94710
Ph: 404-590-1295
dawson@dawsonmorton.com
jim@dawsonmorton.com

ATTORNEYS FOR PLAINTIFFS AND THE PROPOSED CLASS

JENNIFER M. SCHERMERHORN, SBN 225070
EMAIL: jennifer@sfcos.com
**SCARONI FAMILY OF COMPANIES**
101 EAST MAIN STREET
HEBER, CALIFORNIA 92249
TELEPHONE: (760) 592-2258

Co-Counsel
CHAD T. WISHCHUK, SBN 214779
EMAIL: cwishchuk@ftblaw.com
MARLENE C. NOWLIN, SBN 156457
EMAIL: mnowlin@ftblaw.com
**FINCH, THORNTON & BAIRD, LLP**
4747 EXECUTIVE DRIVE – SUITE 700
SAN DIEGO, CALIFORNIA 92121-3107
TELEPHONE: (858) 737-3100
FACSIMILE: (858) 737-3101

Attorneys for Defendants Fresh Harvest, Inc., Farm Labor Association For Growers, Inc., and SMD Logistics, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ANTONIO RUBIO-LEON, et al., and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., and SMD LOGISTICS, INC.,<br><br>Defendants. | CIVIL ACT. NO.: 5:24-cv-3375-EKL<br><br>JOINT STATUS UPDATE<br><br>RULE 23 CLASS<br><br>JURY TRIAL DEMANDED |

/ / / / /

Plaintiffs ANTONIO RUBIO-LEON, ANGEL DE JESUS ROCHA-RIVERA, DIEGO MARTINEZ-JIMENEZ, and GERARDO LEDESMA-DELGADO, and Defendants FRESH HARVEST, INC., SMD LOGISTICS, INC., and FARM LABOR ASSOCIATION FOR GROWERS, INC. ("Defendants"), by and through their Counsel, jointly submit this JOINT STATUS UPDATE.

## I. MEDIATOR SELECTION

The parties have corresponded about mediators since August. Defendants have indicated they are agreeable to Mark Rudy or Bonnie Sabraw. Plaintiffs are agreeable to either and believe Judge (Ret.) Sabraw will be easier to schedule by mid-February of 2025. The parties will confirm that a mediation date has been scheduled at the initial Case Management Conference.

## II. PROPOSED DEADLINES

The parties propose the following deadlines. These deadlines assume that there are no further discovery delays beyond the present stay in discovery through December 6, 2024 and are subject to the Court's ruling on Defendants' pending Motion To Compel Arbitration, Dismiss Class Claims, And Dismiss Or Stay PAGA Representative Claims, which is scheduled for hearing on January 8, 2025 ("Motion to Compel"). ECF 45 and 47. The outcome of the Motion to Compel Arbitration could alter this schedule. The deadlines would need to be adjusted to account for any further stay or other delay in the litigation.

| Case Stage | Deadline |
|---|---|
| Motions to Amend Pleadings | January 31, 2025 |
| Deadline to Complete ADR Session (ECF 44 at 2). | February 20, 2025 |
| Deadline to Report on ADR Session (ECF 44 at 2.) | February 27, 2025 |
| Mid-Discovery CMC Statement Due | April 30, 2025 |
| Final Case Management Conference | June 18, 2025 |
| Close of Fact Discovery | August 1, 2025 |

| Expert Discovery Close | December 1, 2025 ("No more than four (4) months after the close of fact discovery") |
|---|---|
| Final Briefing Completed on Summary Judgment, Class Certification and/or Daubert Motions | February 13, 2026 (final briefing) and March 13, 2026 (hearing) |

DATED: October 9, 2024

                                              *s/ D. Morton*
                                          DAWSON MORTON
                                          ATTORNEY FOR PLAINTIFFS

DATED: October 9, 2024                   Respectfully submitted,

                                     SCARONI FAMILY OF COMPANIES

                                     By:    s/ J. Schermerhorn
                                                JENNIFER M. SCHERMERHORN
                                   Attorneys for Defendants Fresh Harvest, Inc.,
                                   Farm Labor Association For Growers, Inc., and
                                   SMD Logistics, Inc.
                                   E-mail:jennifer@sfcos.com

DATED: October 9, 2024                   Respectfully submitted,

                                       FINCH, THORNTON & BAIRD, LLP

                                   By:    s/ M. Nowlin (*confirmed by email)*
                                                CHAD T. WISHCHUK
                                                MARLENE C. NOWLIN
                                   Attorneys for Defendants Fresh Harvest, Inc.,
                                   Farm Labor Association For Growers, Inc., and
                                   SMD Logistics, Inc.
                                   E-mail:cwishchuk@ftblaw.com