JENNIFER M. SCHERMERHORN, SBN 225070
EMAIL: jennifer@sfcos.com
**SCARONI FAMILY OF COMPANIES**
101 EAST MAIN STREET
HEBER, CALIFORNIA 92249
TELEPHONE: (760) 592-2258

CHAD T. WISHCHUK, SBN 214779
EMAIL: cwishchuk@ftblaw.com
MARLENE C. NOWLIN, SBN 156457
EMAIL: mnowlin@ftblaw.com
**FINCH, THORNTON & BAIRD, LLP**
ATTORNEYS AT LAW
4747 EXECUTIVE DRIVE – SUITE 700
SAN DIEGO, CALIFORNIA 92121-3107
TELEPHONE: (858) 737-3100
FACSIMILE: (858) 737-3101

Attorneys for Defendants Fresh Harvest, Inc., Farm Labor Association For Growers, Inc., and SMD Logistics, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTONIO RUBIO-LEON, ANGEL DE JESUS ROCHA-RIVERA, DIEGO MARTINEZ-JIMENEZ, GERARDO LEDESMA-DELGADO and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., and SMD LOGISTICS, INC.,<br><br>Defendant. | CASE NO: 5:24-cv-03375-EKL<br><br>DEFENDANTS' ADMINISTRATIVE REQUEST TO PERMIT DEFENSE COUNSEL MARLENE C. NOWLIN TO APPEAR VIA ZOOM ON NOVEMBER 13, 2024, FOR THE HEARING ON DEFENDANTS' MOTION TO COMPEL ARBITRATION<br><br>Assigned to:<br>District Judge:<br>Hon. Eumi K. Lee, Courtroom 7<br>Magistrate Judge:<br>Hon. Nathanael M. Cousins, Courtroom 5<br><br>Date:     November 13, 2024<br>Time:    3:00 p.m.<br>Dept.:    Courtroom 7<br><br>Complaint Filed:    June 4, 2024<br>Trial Date:              Not Set |

For health reasons, Defendants respectfully request that the Court permit defense counsel, Marlene C. Nowlin, to appear via Zoom on November 13, 2024, at 3:00 p.m. for the hearing on Defendants' Motion to Compel Arbitration,

Dismiss Class Claims, and Dismiss or Stay PAGA Representative Claims ("Motion to Compel Arbitration").  Plaintiffs' counsel do not oppose Ms. Nowlin's Zoom appearance on November 13.  The Court should grant this for the following reasons:

      1.    The hearing on Defendants' Motion to Compel Arbitration is set for Wednesday, November 13 at 3:00 p.m.

      2.    Co-Counsel for Defendants, Jennifer M. Schermerhorn, will appear in person on behalf of Defendants for the hearing on November 13.  However, Co-Counsel, Marlene C. Nowlin is experiencing flu-like symptoms which continue as of the filing of this motion.

      3.    Ms. Nowlin resides in Southern California, has an office in San Diego, and would need to travel by plane for the hearing on November 13.

      4.    On November 11, Ms. Nowlin advised plaintiffs' counsel of her symptoms and asked them to stipulate to Ms. Nowlin's Zoom appearance on November 13, 2024.  Plaintiffs' counsel responded they "still plan to attend the hearing in person, but do not object to Defendants' participation via Zoom."

      5.    Because Ms. Nowlin should not travel or appear in person due to her symptoms, and plaintiffs' counsel do not object to her appearance via Zoom, Defendants request that the Court permit Ms. Nowlin to appear remotely via Zoom at the November 13 hearing.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

FINCH, THORNTON & BAIRD, LLP
4747 Executive Drive - Suite 700
San Diego, CA 92121
(858) 737-3100

I

## CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court grant this Motion and enter an order permitting Ms. Nowlin to appear via Zoom for the hearing on Defendants' Motion to Compel Arbitration on November 13, 2024 at 3:00 p.m. A Proposed Order and declaration is submitted with this request.

DATED: November 11, 2024　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　FINCH, THORNTON & BAIRD, LLP

　　　　　　　　　　　　　　　　　　　　By:　*/s/ Marlene C. Nowlin*
　　　　　　　　　　　　　　　　　　　　　　　CHAD T. WISHCHUK
　　　　　　　　　　　　　　　　　　　　　　　MARLENE C. NOWLIN
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants Fresh Harvest, Inc., Farm Labor Association For Growers, Inc., and SMD Logistics, Inc.
　　　　　　　　　　　　　　　　　　　　E-mail: mnowlin@ftblaw.com

2695.003/3S18720.axm