JENNIFER M. SCHERMERHORN, SBN 225070
EMAIL: jennifer@sfcos.com
**SCARONI FAMILY OF COMPANIES**
101 EAST MAIN STREET
HEBER, CALIFORNIA 92249
TELEPHONE: (760) 592-2258

CHAD T. WISHCHUK, SBN 214779
EMAIL: cwishchuk@ftblaw.com
MARLENE C. NOWLIN, SBN 156457
EMAIL: mnowlin@ftblaw.com
**FINCH, THORNTON & BAIRD, LLP**
ATTORNEYS AT LAW
4747 EXECUTIVE DRIVE – SUITE 700
SAN DIEGO, CALIFORNIA 92121-3107
TELEPHONE: (858) 737-3100
FACSIMILE: (858) 737-3101

Attorneys for Defendants Fresh Harvest, Inc., Farm Labor Association For Growers, Inc., and SMD Logistics, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTONIO RUBIO-LEON, ANGEL DE JESUS ROCHA-RIVERA, DIEGO MARTINEZ-JIMENEZ, GERARDO LEDESMA-DELGADO and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., and SMD LOGISTICS, INC.,<br><br>Defendant. | CASE NO: 5:24-cv-03375-EKL<br><br>DECLARATION OF MARLENE C. NOWLIN IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE REQUEST TO PERMIT DEFENSE COUNSEL MARLENE C. NOWLIN TO APPEAR VIA ZOOM ON NOVEMBER 13, 2024, FOR THE HEARING ON DEFENDANTS' MOTION TO COMPEL ARBITRATION<br><br>Assigned to:<br>District Judge:<br>Hon. Eumi K. Lee, Courtroom 7<br>Magistrate Judge:<br>Hon. Nathanael M. Cousins, Courtroom 5<br><br>Date:  November 13, 2024<br>Time:  3:00 p.m.<br>Dept.:  Courtroom 7<br><br>Complaint Filed:  June 4, 2024<br>Trial Date:  Not Set |

/ / / / /

/ / / / /

5:24-cv-03375-EKL

I, Marlene C. Nowlin, declare as follows:

1. I am an attorney admitted to practice before this court and all courts of the State of California and a partner in the law firm of Finch, Thornton & Baird, LLP, attorneys of record in this case for Defendants Fresh Harvest, Inc., Farm Labor Association for Growers, Inc., and SMD Logistics, Inc. ("Defendants"). I am one of the attorneys primarily responsible for representing Defendants in this action. I make this declaration in support of Defendants' Administrative Request To Permit Defense Counsel Marlene C. Nowlin To Appear Via Zoom On November 13, 2024, For The Hearing On Defendants' Motion To Compel Arbitration ("Motion for Administrative Relief"). All facts stated here are true of my own knowledge unless otherwise stated, and if called as a witness, I could and would competently testify to them.

2. For the reasons stated in this declaration, I respectfully ask the Court to permit me to appear via Zoom on November 13, 2024, at 3:00 p.m. for the hearing on Defendants' Motion to Compel Arbitration, Dismiss Class Claims, and Dismiss or Stay PAGA Representative Claims ("Motion to Compel Arbitration"). As reflected in the attached email, plaintiffs' counsel do not oppose my request for a Zoom appearance on November 13.

2. The hearing on Defendants' Motion to Compel Arbitration is set for Wednesday, November 13, at 3:00 p.m.

3. Co-Counsel for Defendants, Jennifer M. Schermerhorn, intends to appear in person on behalf of Defendants for the hearing on November 13. However, late last week I began experiencing flu-like symptoms which continue as of the signing of this declaration.

4. I reside in Southern California, have an office in San Diego, and would need to travel by plane for the hearing on November 13.

5. I advised plaintiffs' counsel of my symptoms and asked them to stipulate to my Zoom appearance on November 13, 2024. Plaintiffs' counsel

FINCH, THORNTON &
BAIRD, LLP
4747 Executive
Drive - Suite 700
San Diego, CA 92121
(858) 737-3100

responded they "still plan to attend the hearing in person, but do not object to Defendants' participation via Zoom." Attached to this declaration as Exhibit 1 is a true and correct copy of plaintiffs' counsels' email indicating they do not object to Defendants' participation via Zoom for the hearing on the Motion to Compel Arbitration on November 13, 2024.

6. For each of the above reasons, I respectfully ask the Court to permit me to appear remotely via Zoom at the November 13 hearing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of October 2024, at San Diego, California.

/s/ Marlene C. Nowlin
MARLENE C. NOWLIN

2695.003/3S18727.axm

FINCH, THORNTON & BAIRD, LLP
4747 Executive Drive - Suite 700
San Diego, CA 92121
(858) 737-3100