# EXHIBIT 1

| | |
|---|---|
| **From:** | Dawson Morton |
| **To:** | Marlene C. Nowlin |
| **Cc:** | Ada Meraz; Jennifer Schermerhorn; Chad T. Wishchuk; Jim Knoepp |
| **Subject:** | Re: Confirming Reserved Mediation Date for Case Name: Rubio-Leon et al v. Fresh Harvest, Inc., et al. |
| **Date:** | Monday, November 11, 2024 11:11:00 AM |

Hi Marlene:

I'm sorry you are feeling ill. We still plan to appear in person, but we don't oppose you appearing remotely. You can put the following in your motion:

"I have contacted counsel for the Plaintiffs and they still plan to attend the hearing in person, but do not object to Defendants' participation via Zoom."

Dawson Morton
dawson@dawsonmorton.com
404-590-1295

> On Nov 11, 2024, at 9:39 AM, Marlene C. Nowlin <mnowlin@ftblaw.com> wrote:
>
> Hi Dawson:
>
> I'm experiencing flu-like symptoms and will ask the Court to allow me to appear via Zoom for the hearing on 11/13/24 at 3PM. Do you stipulate to my Zoom appearance? Let me know as soon as possible this morning so I can advise the Court.
>
> Thank you.
>
> **Marlene C. Nowlin**  *Partner*
>
> Finch, Thornton & Baird, LLP   Attorneys At Law
> 4747 Executive Drive, Suite 700  San Diego, CA 92121
> **T** 858.737.3100   **F** 858.737.3101
>
> ftblaw.com
>
> CONFIDENTIALITY NOTICE: This email contains legally privileged and confidential information intended only for the individual or entity named within the message. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination or copying of this communication is prohibited. If this communication was received in error, please notify us by reply email and delete the original message.