UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTONIO RUBIO-LEON, ANGEL DE JESUS ROCHA-RIVERA, DIEGO MARTINEZ-JIMENEZ, GERARDO LEDESMA-DELGADO and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., and SMD LOGISTICS, INC.,<br><br>Defendant. | CASE NO: 5:24-cv-03375-EKL<br><br>[~~PROPOSED~~] ORDER IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE REQUEST TO PERMIT DEFENSE COUNSEL MARLENE C. NOWLIN TO APPEAR VIA ZOOM ON NOVEMBER 13, 2024, FOR THE HEARING ON DEFENDANTS' MOTION TO COMPEL ARBITRATION<br><br>Assigned to:<br>District Judge:<br>Hon. Eumi K. Lee, Courtroom 7<br>Magistrate Judge:<br>Hon. Nathanael M. Cousins, Courtroom 5<br><br>Date:   November 13, 2024<br>Time:   3:00 p.m.<br>Dept.:   Courtroom 7<br><br>Complaint Filed:   June 4, 2024<br>Trial Date:   Not Set |

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

CASE NO: 5:24-cv-03375-EKL

1   Defendants Fresh Harvest, Inc., Farm Labor Association For Growers, Inc., and SMD Logistics, Inc. ("Defendants") Request to Permit Marlene C. Nowlin to Appear remotely at the November 13, 2024 hearing on Defendants' Motion To Compel Arbitration is GRANTED. Ms. Nowlin is permitted to appear remotely at the hearing via Zoom.

IT IS SO ORDERED.

DATED: ___November 12___, 2024        _____
HON. EUMI K. LEE
Judge of the United States District Court

2695.003/3S18749.axm

FINCH, THORNTON & BAIRD, LLP
4747 Executive Drive - Suite 700
San Diego, CA 92121
(858) 737-3100

2

CASE NO: 5:24-cv-03375-EKL