JENNIFER M. SCHERMERHORN, SBN 225070
EMAIL: jennifer@sfcos.com
**SCARONI FAMILY OF COMPANIES**
101 EAST MAIN STREET
HEBER, CALIFORNIA 92249
TELEPHONE: (760) 592-2258

CHAD T. WISHCHUK, SBN 214779
EMAIL: cwishchuk@ftblaw.com
MARLENE C. NOWLIN, SBN 156457
EMAIL: mnowlin@ftblaw.com
**FINCH, THORNTON & BAIRD, LLP**
ATTORNEYS AT LAW
4747 EXECUTIVE DRIVE – SUITE 700
SAN DIEGO, CALIFORNIA 92121-3107
TELEPHONE: (858) 737-3100
FACSIMILE: (858) 737-3101

Attorneys for Defendants Fresh Harvest, Inc., Farm Labor Association For Growers, Inc., and SMD Logistics, Inc.

Dawson Morton
Cal. SBN 320811
James Knoepp
S.C. Bar 102757, *Admitted Pro Hac Vice*
LAW OFFICES OF DAWSON MORTON
1808 Sixth St.
Berkeley, CA 94710
Ph: 404-590-1295
dawson@dawsonmorton.com
jim@dawsonmorton.com

Attorneys for Plaintiffs Antonio Rubio-Leon, Angel De Jesus Rocha-Rivera, Diego Martinez-Jimenez, Gerardo Ledesma-Delgado and others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTONIO RUBIO-LEON, ANGEL DE JESUS ROCHA-RIVERA, DIEGO MARTINEZ-JIMENEZ, GERARDO LEDESMA-DELGADO and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., and SMD LOGISTICS, INC.,<br><br>Defendants. | CASE NO: 5:24-cv-03375-EKL<br><br>JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES<br><br>Assigned to:<br>District Judge:<br>Hon. Eumi K. Lee, Courtroom 7<br>Magistrate Judge:<br>Hon. Nathanael M. Cousins, Courtroom 5<br><br>Complaint Filed:   June 4, 2024<br>Trial Date:        Not Set |

This Joint Stipulation is submitted by plaintiffs Antonio Rubio-Leon, Angel De Jesus Rocha-Rivera, Diego Martinez-Jimenez, and Gerardo Ledesma-Delgado (collectively "Plaintiffs") and Defendants Fresh Harvest, Inc., Farm Labor Association for Growers, Inc., and SMD Logistics, Inc. ("Defendants") (collectively the "Parties") by and through their attorneys, with reference to the following facts and recitals:

1. WHEREAS, pursuant to the Court's Order Granting In Part And Denying In Part Defendants' Administrative Motion ("Order"), the deadline for Defendants to respond to Plaintiffs' discovery is December 6, 2024 (Dkt No. 47);

2. WHEREAS, the Order encourages the Parties to cooperate and resolve disputes without wasting judicial and party resources by agreeing to reasonable courtesy extensions of discovery responses;

3. WHEREAS, the Court has not yet ruled on Defendants' Motion to Compel Arbitration, Dismiss Class Claims, and Dismiss or Stay PAGA Representative Claims ("Motion to Compel Arbitration")  (Dkt No. 45);

4. WHEREAS, the Parties have agreed and hereby request that the Court enter an order extending the current December 6, 2024 deadline for Defendant to respond to Plaintiffs' pending discovery to 14 days from the date the Court enters an order on Defendants' Motion to Compel Arbitration; and

/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /

FINCH, THORNTON & BAIRD, LLP
4747 Executive Drive - Suite 700
San Diego, CA 92121
(858) 737-3100

NOW THEREFORE, the Parties stipulate and Defendants move for an order extending the deadline for Defendant to respond to Plaintiffs' pending discovery from December 6, 2024 to 14 days from the date the Court enters an order on the pending Motion to Compel Arbitration.

IT IS SO STIPULATED.

DATED: December 3, 2024

Respectfully submitted,

FINCH, THORNTON & BAIRD, LLP

By: */s/ Marlene C. Nowlin*
CHAD T. WISHCHUK
MARLENE C. NOWLIN
Attorneys for Defendants Fresh Harvest, Inc., Farm Labor Association For Growers, Inc., and SMD Logistics, Inc.
E-mail:   mnowlin@ftblaw.com

DATED: December 3, 2024

Respectfully submitted,

SCARONI FAMILY OF COMPANIES

By: */s/ Jennifer M. Schermerhorn*
JENNIFER M. SCHERMERHORN
Attorneys for Defendants Fresh Harvest, Inc., Farm Labor Association For Growers, Inc., and SMD Logistics, Inc.
E-mail:   jennifer@sfcos.com

DATED: December 3, 2024

Respectfully submitted,

LAW OFFICES OF DAWSON MORTON

By: */s/ Dawson Morton*
DAWSON MORTON
Attorneys for Plaintiffs Antonio Rubio-Leon, Angel De Jesus Rocharivera, Diego Martinez-Jimenez, and Gerardo Ledesma-Delgado
Email:   dawson@dawsonmorton.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTONIO RUBIO-LEON, ANGEL DE JESUS ROCHA-RIVERA, DIEGO MARTINEZ-JIMENEZ, GERARDO LEDESMA-DELGADO and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., and SMD LOGISTICS, INC.,<br><br>Defendant. | CASE NO: 5:24-cv-03375-EKL<br><br>[PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES<br><br>Assigned to:<br>District Judge:<br>Hon. Eumi K. Lee, Courtroom 7<br>Magistrate Judge:<br>Hon. Nathanael M. Cousins, Courtroom 5<br><br>Complaint Filed:   June 4, 2024<br>Trial Date:          Not Set |

PURSUANT TO THE PARTIES' JOINT STIPULATION TO EXTEND DISCOVERY DEADLINES, IT IS HEREBY ORDERED THAT:

The deadline for Defendants to respond to Plaintiffs' pending discovery is extended from December 6, 2024 to 14 days from the date the Court enters an order on the pending Motion to Compel Arbitration

IT IS SO ORDERED.

DATED: _____, 2024      _____

HON. EUMI K. LEE
Judge of the United States District Court

2695.003/3S505656.jld

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document has been filed electronically on this 3rd day of December 2024 and is available for viewing and downloading to the ECF registered counsel of record:

<u>Via Electronic Service/ECF:</u>

| | |
|---|---|
| Dawson Morton, Esq.<br>James Knoepp, Esq. (*Admitted Pro Hac Vice*)<br>Law Offices Of Dawson Morton<br>1808 Sixth Street<br>Berkeley, California 94710<br>Telephone:  (404) 590-1295<br>Emails:   dawson@dawsonmorton.com<br>          jim@dawsonmorton.com | ATTORNEYS FOR PLAINTIFFS ANTONIO RUBIO-LEON, ANGEL DE JESUS ROCHA-RIVERA, DIEGO MARTINEZ-JIMENEZ, AND GERARDO LEDESMA-DELGADO |
| Jennifer Schermerhorn, Esq.<br>Scaroni Family of Companies<br>101 E. Main Street<br>Heber, California 92249<br>Telephone:  (760) 909-1315<br>Email:   jennifer@sfcos.com | ATTORNEYS FOR DEFENDANTS FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., AND SMD LOGISTICS, INC. |

DATED:  December 3, 2024                Respectfully submitted,

FINCH, THORNTON & BAIRD, LLP


By:   */s/ Marlene C. Nowlin*
      CHAD T. WISHCHUK
      MARLENE C. NOWLIN
Attorneys for Defendants Fresh Harvest, Inc., Farm Labor Association For Growers, Inc., and SMD Logistics, Inc.
E-mail:   mnowlin@ftblaw.com