UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTONIO RUBIO-LEON, ANGEL DE JESUS ROCHA-RIVERA, DIEGO MARTINEZ-JIMENEZ, GERARDO LEDESMA-DELGADO and others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., and SMD LOGISTICS, INC.,<br><br>        Defendant. | CASE NO: 5:24-cv-03375-EKL<br><br>[~~PROPOSED~~] ORDER TO EXTEND DISCOVERY DEADLINES<br><br>Assigned to:<br>District Judge:<br>Hon. Eumi K. Lee, Courtroom 7<br>Magistrate Judge:<br>Hon. Nathanael M. Cousins, Courtroom 5<br><br>Complaint Filed:   June 4, 2024<br>Trial Date:        Not Set |

        PURSUANT TO THE PARTIES' JOINT STIPULATION TO EXTEND DISCOVERY DEADLINES, IT IS HEREBY ORDERED THAT:

        The deadline for Defendants to respond to Plaintiffs' pending discovery is extended from December 6, 2024 to 14 days from the date the Court enters an order on the pending Motion to Compel Arbitration

IT IS SO ORDERED.

DATED:  __December 3___, 2024        _____

                                      HON. EUMI K. LEE
                                      Judge of the United States District Court

2695.003/3S505656.jld

FINCH, THORNTON & BAIRD, LLP
4747 Executive Drive · Suite 700
San Diego, CA 92121
(858) 737-3100

4