1  Dawson Morton
   Cal. SBN 320811
2  James Knoepp
   S.C. Bar 102757, *Admitted Pro Hac Vice*
3  LAW OFFICES OF DAWSON MORTON
   1808 Sixth St.
4  Berkeley, CA 94710
   Ph: 404-590-1295
5  dawson@dawsonmorton.com
   jim@dawsonmorton.com

6

7  ATTORNEYS FOR PLAINTIFFS AND THE PROPOSED CLASS

   IN THE UNITED STATES DISTRICT COURT
8  FOR THE NORTHERN DISTRICT OF CALIFORNIA
   SAN JOSE DIVISION

9

10 ANTONIO RUBIO-LEON, et al., and others       ) CIVIL ACT. NO.: 5:24-cv-3375-EKL
   similarly situated,                          )
11                                              ) JOINT ADMINISTRATIVE MOTION TO
                   Plaintiffs,                  ) EXTEND MEDIATION DEADLINE
12       vs.                                    )
                                                )
13                                              )
   FRESH HARVEST, INC., FARM LABOR              )
14 ASSOCIATION FOR GROWERS, INC., and           )
   SMD LOGISTICS, INC.,                         )
15                                              )
                                                )
16                Defendants.                   )
                                                )
17                                              )

18

19       Pursuant to Local Rules 6-3 and 7-11, the parties move for an extension of the ADR

20 completion deadlines from February 20 to April 22, 2025 and the ADR reporting deadline from

21 February 27, 2025 until April 29, 2025. The office of the parties' selected mediator, Bonnie Sabraw,

22 advised that the next available mediation date is April 22, 2025 and that they will hold that date

23 until January 29, 2025.  The Court should grant this joint motion for each of the following reasons:

24       1.    The Court has not yet ruled on Defendants' Motion to Compel Arbitration, Dismiss

25             Class Claims, and Dismiss or Stay PAGA Representative Claims ("Motion to

26             Compel Arbitration") (ECF No. 45).

27

28

2.     Defendants' deadline to respond to Plaintiffs' discovery requests was extended by the Court to 14 days after the Court's decision on the Motion to Compel Arbitration. (ECF No. 57).

3.     Defendants' position is mediation: (a) will not be productive until after the Court decides the Motion to Compel Arbitration; and (b) could be rendered moot by the Court's ruling on the Motion to Compel Arbitration.

4.     Plaintiffs' position is that mediation will not be productive until after Defendants' respond to discovery which responses will not be provided until 14 days after the Court rules on the Motion to Compel Arbitration.

Accordingly, the parties seek to reset the presently scheduled mediation from February 20 to April 22, 2025, and reschedule the deadline for completion of ADR for that date. The deadline to report on ADR should be extended until April 29, 2025. As indicated above, mediation would proceed with the same mediator selected by the parties, retired Judge Bonnie Sabraw.

DATED: January 28, 2025

                                                     *s/ D. Morton*
                                                     DAWSON MORTON
                                                     ATTORNEY FOR PLAINTIFFS

DATED: January 28, 2025                      Respectfully submitted,

                                                     SCARONI FAMILY OF COMPANIES

                                                     By:    *s/ J. Schermerhorn*
                                                               JENNIFER M. SCHERMERHORN
                                                   Attorneys for Defendants Fresh Harvest, Inc.,
                                                   Farm Labor Association For Growers, Inc., and
                                                   SMD Logistics, Inc.
                                                   E-mail: jennifer@sfcos.com

DATED: January 28, 2025                      Respectfully submitted,

                                                     FINCH, THORNTON & BAIRD, LLP

                                                     By:    *s/ M. Nowlin*
                                                               CHAD T. WISHCHUK
                                                               MARLENE C. NOWLIN
                                                 Attorneys for Defendants Fresh Harvest, Inc.,
                                                 Farm Labor Association For Growers, Inc., and
                                                 SMD Logistics, Inc.

E-mail:cwishchuk@ftblaw.com