Dawson Morton
Cal. SBN 320811
James Knoepp
S.C. Bar 102757, *Admitted Pro Hac Vice*
LAW OFFICES OF DAWSON MORTON
1808 Sixth St.
Berkeley, CA 94710
Ph: 404-590-1295
dawson@dawsonmorton.com
jim@dawsonmorton.com

ATTORNEYS FOR PLAINTIFFS AND THE PROPOSED CLASS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ANTONIO RUBIO-LEON, et al., and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., and SMD LOGISTICS, INC.,<br><br>Defendants. | CIVIL ACT. NO.: 5:24-cv-3375-EKL<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND ADR DEADLINES |

**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND**

Pursuant to Civil Local Rule 6-2, the Court GRANTS the JOINT STIPULATION to Extend the deadline set in ECF 44 to engage in private ADR of this matter. The February 20, 2025 deadline is extended until April 22, 2025. And the ADR reporting deadline is extended from February 27, 2025 until April 29, 20225.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 29, 2025

_____
EUMI K. LEE
U.S. District Judge

- 1 -