Dawson Morton
Cal. SBN 320811
James Knoepp
S.C. Bar 102757, *Admitted Pro Hac Vice*
LAW OFFICES OF DAWSON MORTON
1808 Sixth St.
Berkeley, CA 94710
Ph: 404-590-1295
dawson@dawsonmorton.com
jim@dawsonmorton.com

ATTORNEYS FOR PLAINTIFFS AND THE PROPOSED CLASS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ANTONIO RUBIO-LEON, et al., and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., and SMD LOGISTICS, INC.,<br><br>Defendants. | CIVIL ACT. NO.: 5:24-cv-3375-EKL<br><br>SECOND JOINT ADMINISTRATIVE MOTION TO EXTEND MEDIATION DEADLINE |

Pursuant to Local Rules 6-3 and 7-11, the parties move for an extension of the ADR completion deadlines from April 22, 2025 to September 9, 2025 and the ADR reporting deadline from April 29, 2025 to September 16, 2025. The office of the parties' selected mediator, Hon. Bonnie Sabraw, advised that, due to a medical issue, the mediator must cancel the mediation set for April 22, 2025. The parties have agreed to reschedule the mediation for September 9, 2025 and have tentatively reserved the date with Mediator Sabraw. Additionally, the parties continue to await the Court's decision on Defendants' motion to compel mediation and for pre-mediation discovery responses from Defendants.

Accordingly, the Court should grant this joint motion for each of the following reasons:

1. The Court has not yet ruled on Defendants' Motion to Compel Arbitration, Dismiss Class Claims, and Dismiss or Stay PAGA Representative Claims ("Motion to Compel Arbitration") (ECF No. 45).

2. The parties agreed to mediate with the Hon. Bonnie Sabraw on April 22, 2024 and scheduled their mediation on that date.

3. Accordingly, pursuant to Civil Local Rule 6-2, the Court granted the parties' first Joint Stipulation to Extend the Deadline set in ECF 44 to engage in private ADR of this matter from February 20, 2025 to April 22, 2025 and the ADR reporting deadline from February 27, 2025 until April 29, 2025.  (ECF 58 and 59.)

4. For reasons outside the parties' control, the mediator cannot proceed on April 22, 2025.

5. The parties have agreed to reschedule the mediation to September 9, 2025 and have tentatively reserved that date with Mediator Sabraw, subject to the Court's approval.

For each of the above reasons, the parties jointly ask the Court to extend the deadline set in ECF 59 to engage in private ADR from April 22, 2025 to September 9, 2025 and the ADR reporting deadline from April 29, 2025 to September 16, 2025.

DATED: April 15, 2025

                           *s/ D. Morton*
                           DAWSON MORTON
                           ATTORNEY FOR PLAINTIFFS

/ / / / /

/ / / / /

/ / / / /

/ / / / /

DATED: April 15, 2025

Respectfully submitted,

SCARONI FAMILY OF COMPANIES

By: *s/ J. Schermerhorn*
JENNIFER M. SCHERMERHORN
Attorneys for Defendants Fresh Harvest, Inc., Farm Labor Association For Growers, Inc., and SMD Logistics, Inc.
Email: jennifer@sfcos.com

DATED: April 15, 2025

Respectfully submitted,

FINCH, THORNTON & BAIRD, LLP

By: s/ Marlene Nowlin
CHAD T. WISHCHUK
MARLENE C. NOWLIN
Attorneys for Defendants Fresh Harvest, Inc., Farm Labor Association For Growers, Inc., and SMD Logistics, Inc.
Email: cwishchuk@ftblaw.com