UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTONIO RUBIO-LEON, ANGEL DE JESUS ROCHA-RIVERA, DIEGO MARTINEZ-JIMENEZ, GERARDO LEDESMA-DELGADO and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., and SMD LOGISTICS, INC.,<br><br>    Defendant. | CASE NO: 5:24-cv-03375-EKL<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND MEDIATION DEADLINE<br><br>Assigned to:<br>District Judge:<br>Hon. Eumi K. Lee, Courtroom 7<br>Magistrate Judge:<br>Hon. Nathanael M. Cousins, Courtroom 5<br><br>Complaint Filed:  June 4, 2024<br>Trial Date:           Not Set |

PURSUANT TO THE PARTIES' JOINT STIPULATION TO EXTEND DISCOVERY DEADLINES, IT IS HEREBY ORDERED THAT:

Pursuant to Civil Local Rule 6-2, the Court GRANTS the joint stipulation to extend the deadline set in ECF 59 to engage in private ADR of this matter. The April 22, 2025 deadline is extended until September 9, 2025.  The ADR reporting deadline is extended from April 29, 2025 to September 16, 2025.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __April 16__, 2025          _____
                                                          HON. EUMI K. LEE
                                                          Judge of the United States District Court