JENNIFER M. SCHERMERHORN, SBN 225070
EMAIL: jennifer@sfcos.com
**SCARONI FAMILY OF COMPANIES**
101 EAST MAIN STREET
HEBER, CALIFORNIA 92249
TELEPHONE: (760) 592-2258

CHAD T. WISHCHUK, SBN 214779
EMAIL: cwishchuk@ftblaw.com
MARLENE C. NOWLIN, SBN 156457
EMAIL: mnowlin@ftblaw.com
**FINCH, THORNTON & BAIRD, LLP**
ATTORNEYS AT LAW
4747 EXECUTIVE DRIVE – SUITE 700
SAN DIEGO, CALIFORNIA 92121-3107
TELEPHONE: (858) 737-3100
FACSIMILE: (858) 737-3101

Attorneys for Defendants Fresh Harvest, Inc., Farm Labor Association For Growers, Inc., and SMD Logistics, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTONIO RUBIO-LEON, ANGEL DE JESUS ROCHA-RIVERA, DIEGO MARTINEZ-JIMENEZ, GERARDO LEDESMA-DELGADO and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., and SMD LOGISTICS, INC.,<br><br>Defendant. | CASE NO: 5:24-cv-03375-EKL<br><br>THIRD JOINT ADMINISTRATIVE MOTION TO EXTEND MEDIATION DEADLINE<br><br>Assigned to:<br>District Judge:<br>Hon. Eumi K. Lee, Courtroom 7<br>Magistrate Judge:<br>Hon. Nathanael M. Cousins, Courtroom 5<br><br>Complaint Filed:   June 4, 2024<br>Trial Date:             Not Set |

Pursuant to Local Rules 6-3 and 7-11, the parties move for an extension of the ADR completion deadlines from September 9, 2025 to December 18, 2025 and the ADR reporting deadline from September 16, 2025 until January 5, 2025. The Court should grant this joint motion for each of the following reasons:

/ / / / /

/ / / / /

1. The Court has not yet ruled on Defendants' Motion to Compel Arbitration, Dismiss Class Claims, and Dismiss or Stay PAGA Representative Claims ("Motion to Compel Arbitration") (ECF No. 45).

2. Defendants' deadline to respond to Plaintiffs' discovery requests was extended by the Court to 14 days after the Court's decision on the Motion to Compel Arbitration. (ECF No. 57).

3. Defendants' position is mediation: (a) will not be productive until after the Court decides the Motion to Compel Arbitration; and (b) could be rendered moot by the Court's ruling on the Motion to Compel Arbitration.

4. Plaintiffs' position is that mediation will not be productive unless Defendants produce payroll information. Defendants have stated that they will not produce such information until they respond to discovery for which responses were stayed until 14 days after the Court rules on the Motion to Compel Arbitration.

Accordingly, the parties seek to reset the presently scheduled mediation from September 9, 2025 to December 18, 2025, and reschedule the deadline for completion of ADR for that date. The deadline to report on ADR should be extended until January 5, 2025. As indicated above, mediation would proceed with the same mediator selected by the parties, retired Judge Bonnie Sabraw.

DATED: August 13, 2025

Respectfully submitted,

FINCH, THORNTON & BAIRD, LLP

By: /s/ Marlene C. Nowlin
CHAD T. WISHCHUK
MARLENE C. NOWLIN
Attorneys for Defendants Fresh Harvest, Inc., Farm Labor Association For Growers, Inc., and SMD Logistics, Inc.
E-mail:    mnowlin@ftblaw.com

| | | |
|---|---|---|
| 1 | DATED: August 13, 2025 | Respectfully submitted, |
| 2 | | SCARONI FAMILY OF COMPANIES |
| 4 | | By: */s/ Jennifer M. Schermerhorn*<br>JENNIFER M. SCHERMERHORN |
| 5 | | Attorneys for Defendants Fresh Harvest, Inc., Farm Labor Association For Growers, Inc., and SMD Logistics, Inc. |
| 6 | | E-mail:   jennifer@sfcos.com |
| 7 | DATED: August 13, 2025 | Respectfully submitted, |
| 8 | | LAW OFFICES OF DAWSON MORTON |
| 10 | | By: */s/ Dawson Morton*<br>DAWSON MORTON |
| 11 | | Attorneys for Plaintiffs Antonio Rubio-Leon, Angel De Jesus Rocharivera, Diego Martinez-Jimenez, and Gerardo Ledesma-Delgado |
| 13 | | Email:   dawson@dawsonmorton.com |

2695.003/3TF7497.axm

FINCH, THORNTON & BAIRD, LLP
4747 Executive Drive - Suite 700
San Diego, CA 92121
(858) 737-3100

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that this document has been filed electronically on this 13th day of August 2025 and is available for viewing and downloading to the ECF registered counsel of record:

<u>Via Electronic Service/ECF:</u>

| | |
|---|---|
| Dawson Morton, Esq.<br>James Knoepp, Esq. (*Admitted Pro Hac Vice*)<br>Law Offices Of Dawson Morton<br>1808 Sixth Street<br>Berkeley, California 94710<br>Telephone: (404) 590-1295<br>Emails: dawson@dawsonmorton.com<br>jim@dawsonmorton.com | ATTORNEYS FOR PLAINTIFFS ANTONIO RUBIO-LEON, ANGEL DE JESUS ROCHA-RIVERA, DIEGO MARTINEZ-JIMENEZ, AND GERARDO LEDESMA-DELGADO |
| Jennifer Schermerhorn, Esq.<br>Scaroni Family of Companies<br>101 E. Main Street<br>Heber, California 92249<br>Telephone: (760) 909-1315<br>Email: jennifer@sfcos.com | ATTORNEYS FOR DEFENDANTS FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., AND SMD LOGISTICS, INC. |

DATED: August 13, 2025

Respectfully submitted,

FINCH, THORNTON & BAIRD, LLP

By: <u>*/s/ Marlene C. Nowlin*</u>
    CHAD T. WISHCHUK
    MARLENE C. NOWLIN
Attorneys for Defendants Fresh Harvest, Inc., Farm Labor Association For Growers, Inc., and SMD Logistics, Inc.
E-mail: mnowlin@ftblaw.com