UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTONIO RUBIO-LEON, ANGEL DE JESUS ROCHA-RIVERA, DIEGO MARTINEZ-JIMENEZ, GERARDO LEDESMA-DELGADO and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., and SMD LOGISTICS, INC.,<br><br>    Defendant. | CASE NO: 5:24-cv-03375-EKL<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND ADR DEADLINES<br><br>Assigned to District Judge:<br>Hon. Eumi K. Lee, Courtroom 7<br>Magistrate Judge:<br>Hon. Nathanael M. Cousins, Courtroom 5<br><br>Complaint Filed:   June 4, 2024<br>Trial Date:              Not Set |

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND

Pursuant to Civil Local Rule 6-2, the Court GRANTS the JOINT STIPULATION to Extend the deadline set in ECF 44 to engage in private ADR of this matter. The September 9, 2025 deadline is extended until December 18, 2025 and the ADR reporting deadline is extended from September 16, 2025 until January 5, 2025.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: _____, 2025          _____

HON. EUMI K. LEE
Judge of the United States District Court

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document has been filed electronically on this 13th day of August 2025 and is available for viewing and downloading to the ECF registered counsel of record:

<u>Via Electronic Service/ECF:</u>

| | |
|---|---|
| Dawson Morton, Esq.<br>James Knoepp, Esq. (*Admitted Pro Hac Vice*)<br>Law Offices Of Dawson Morton<br>1808 Sixth Street<br>Berkeley, California 94710<br>Telephone: (404) 590-1295<br>Emails: dawson@dawsonmorton.com<br>jim@dawsonmorton.com | ATTORNEYS FOR PLAINTIFFS ANTONIO RUBIO-LEON, ANGEL DE JESUS ROCHA-RIVERA, DIEGO MARTINEZ-JIMENEZ, AND GERARDO LEDESMA-DELGADO |
| Jennifer Schermerhorn, Esq.<br>Scaroni Family of Companies<br>101 E. Main Street<br>Heber, California 92249<br>Telephone: (760) 909-1315<br>Email: jennifer@sfcos.com | ATTORNEYS FOR DEFENDANTS FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., AND SMD LOGISTICS, INC. |

DATED: August 13, 2025       Respectfully submitted,

FINCH, THORNTON & BAIRD, LLP

By:  <u>/s/ Marlene C. Nowlin</u>
     CHAD T. WISHCHUK
     MARLENE C. NOWLIN
Attorneys for Defendants Fresh Harvest, Inc., Farm Labor Association For Growers, Inc., and SMD Logistics, Inc.
E-mail: mnowlin@ftblaw.com