1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

| | |
|---|---|
| 11 ANTONIO RUBIO-LEON, ANGEL DE JESUS ROCHA-RIVERA, DIEGO MARTINEZ-JIMENEZ, GERARDO LEDESMA-DELGADO and others similarly situated, | CASE NO: 5:24-cv-03375-EKL [PROPOSED] ORDER GRANTING STIPULATION TO EXTEND ADR DEADLINES |

11 ANTONIO RUBIO-LEON, ANGEL
DE JESUS ROCHA-RIVERA,
12 DIEGO MARTINEZ-JIMENEZ,
GERARDO LEDESMA-DELGADO
13 and others similarly situated,

14        Plaintiff,

15 v.

16 FRESH HARVEST, INC., FARM
LABOR ASSOCIATION FOR
17 GROWERS, INC., and SMD
LOGISTICS, INC.,
18
        Defendant.
19

CASE NO: 5:24-cv-03375-EKL

[PROPOSED] ORDER GRANTING
STIPULATION TO EXTEND ADR
DEADLINES

Assigned to District Judge:
Hon. Eumi K. Lee, Courtroom 7
Magistrate Judge:
Hon. Nathanael M. Cousins, Courtroom 5

Complaint Filed:    June 4, 2024
Trial Date:         Not Set

20        [PROPOSED] ORDER GRANTING STIPULATION TO EXTEND

21        Pursuant to Civil Local Rule 6-2, the Court GRANTS the JOINT

22 STIPULATION to Extend the deadline set in ECF 44 to engage in private ADR

23 of this matter. The September 9, 2025 deadline is extended until December 18,

24 2025 and the ADR reporting deadline is extended from September 16, 2025 until

25 January 5, 2025.

26 PURSUANT TO STIPULATION, IT IS SO ORDERED.

27 DATE:  ___August 15___, 2025

28                                    _____
                                      HON. EUMI K. LEE
                                      Judge of the United States District Court