Dawson Morton
Cal. SBN 320811
James Knoepp
S.C. Bar 102757, *Admitted Pro Hac Vice*
LAW OFFICES OF DAWSON MORTON
1808 Sixth St.
Berkeley, CA 94710
Ph: 404-590-1295
dawson@dawsonmorton.com
jim@dawsonmorton.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ANTONIO RUBIO-LEON, et al., and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., and SMD LOGISTICS, INC.,<br><br>Defendants. | CIVIL ACT. NO.: 5:24-cv-3375-EKL<br><br>MOTION AND NOTICE OF MOTION TO LIFT ARBITRATION STAY OR, ALTERNATIVELY, ORDER ARBITRATIONS TO PROCEED BEFORE JAMS ADR<br><br>DECEMBER 9, 2026 AT 10:00 A.M. IN COURTROOM 7 |

/ / / / /

Plaintiffs ANTONIO RUBIO-LEON, ANGEL DE JESUS ROCHA-RIVERA, DIEGO MARTINEZ-JIMENEZ, and GERARDO LEDESMA-DELGADO and Fair Labor Standards Act Opt-in Plaintiffs JESUS MANUEL CEBALLOS-ESPINOZA, MANUEL SIGALA-DUARTE, AND FRANCISCO DIAZ-GARCIA move the Court to reopen this litigation and for a finding that Defendants in requesting that all filed arbitrations be dismissed have waived arbitration and are now "in default in proceeding with such arbitration" such that a stay can no longer be maintained. 9 U.S.C. § 3. Plaintiffs, in accordance with the Court's standing order, discussed this matter with Defendants by video link on August 11, 2026, in advance of filing this motion.

For the reasons set forth in Plaintiffs' attached memorandum of law, Plaintiffs ask that the Court find Defendants have waived arbitration or, alternatively, order the filed arbitrations to proceed before JAMS ADR.

DATED: August 25, 2026

*s/ D. Morton*
DAWSON MORTON
ATTORNEY FOR PLAINTIFFS