Dawson Morton
Cal. SBN 320811
James Knoepp
S.C. Bar 102757, *Admitted Pro Hac Vice*
LAW OFFICES OF DAWSON MORTON
1808 Sixth St.
Berkeley, CA 94710
Ph: 404-590-1295
dawson@dawsonmorton.com
jim@dawsonmorton.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ANTONIO RUBIO-LEON, et al., and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., and SMD LOGISTICS, INC.,<br><br>Defendants. | CIVIL ACT. NO.: 5:24-cv-3375-EKL<br><br>[PROPOSED] ORDER ON MOTION TO LIFT ARBITRATION STAY OR, ALTERNATIVELY, TO ORDER ARBITRATIONS TO PROCEED BEFORE JAMS ADR |

/ / / / /

Plaintiffs ANTONIO RUBIO-LEON, ANGEL DE JESUS ROCHA-RIVERA, DIEGO MARTINEZ-JIMENEZ, and GERARDO LEDESMA-DELGADO and Opt-in Plaintiffs JESUS MANUEL CEBALLOS-ESPINOZA, MANUEL SIGALA-DUARTE, AND FRANCISCO DIAZ-GARCIA have moved the Court to reopen this litigation following an arbitration stay. The Movants ask the Court to find that Defendants in requesting that all filed arbitrations be dismissed have waived arbitration. The Court hereby GRANTS Plaintiffs' motion and finds that Defendants are now "in default in proceeding with such arbitration" such that a stay can no longer be maintained. 9 U.S.C. § 3. The Court lifts the arbitration stay and directs the Clerk to return the case to the active docket and to set a scheduling conference.

HON. EUMI K. LEE
U.S. DISTRICT COURT JUDGE