# EXHIBIT A
# TO DECLARATION OF DAWSON MORTON

**From:** **Jim Knoepp** jim@dawsonmorton.com
**Subject:** Re: request for arbitration agreements
**Date:** November 7, 2025 at 12:18 PM
**To:** Dawson Morton dawson@dawsonmorton.com, Jennifer Schermerhorn jennifer@sfcos.com, Marlene C. Nowlin mnowlin@ftblaw.com

JK

Marlene—

I am again following up on the arbitration agreements we requested. I spoke with Jennifer yesterday and she said that I should speak with you—that your office was handling this while she was busy with other things related to visa petitions. I left you a message yesterday as well. Can you provide us a status update on the agreements and/or let me know a good time when we can talk?

Thanks.

Jim

---

**From:** Jim Knoepp <jim@dawsonmorton.com>
**Date:** Tuesday, November 4, 2025 at 1:54 PM
**To:** Dawson Morton <dawson@dawsonmorton.com>, Jennifer Schermerhorn <jennifer@sfcos.com>, "Marlene C. Nowlin" <mnowlin@ftblaw.com>
**Subject:** Re: request for arbitration agreements

Marlene and Jennifer—

I am writing to follow-up on our requests for copies of arbitration agreements for former putative class members in *Rubio-Leon, et al*. *v. Fresh Harvest, et al*. who our office represents. We asked for these agreements several weeks ago. Is there a reason you have not provided the agreements and not responded at all?

Is there a time when you are available today or tomorrow to discuss?

Thank you.

Jim Knoepp
jim@dawsonmorton.com
828-379-3169

---

**From:** Dawson Morton <dawson@dawsonmorton.com>
**Date:** Thursday, October 16, 2025 at 7:43 PM
**To:** Jennifer Schermerhorn <jennifer@sfcos.com>, "Marlene C. Nowlin" <mnowlin@ftblaw.com>
**Cc:** Jim Knoepp <jim@dawsonmorton.com>
**Subject:** Re: request for arbitration agreements

**Subject:** Re: request for arbitration agreements

Jennifer and Marlene:

We also represent Lorenzo Garcia-Orozco, Antonio Guerra-Felix, Samuel Rivera-Soto, and Martin Herrera-Lara. Please forward there arbitration agreements as well as those listed below— or let us know if they are not party to arbitration agreements.

Dawson Morton
dawson@dawsonmorton.com
404-590-1295

On Oct 14, 2025, at 3:27 PM, Dawson Morton <dawson@dawsonmorton.com> wrote:

Jennifer and Marlene:

I am writing regarding the Court's recent decision referring the claims to arbitration. We represent the following additional individuals: Juan Armando Garcia-Bravo, Jesus Manuel Ceballos-Espinoza, Manuel Sigala Duarte, Edgar Nava Jimenez, Francisco Diaz Garcia, Fernando Valerio Aldaco and Jhonathan Romo-Araujo. Please provide me copies of their arbitration agreements so that we may proceed to schedule their arbitrations. If any do not have arbitration agreements, please promptly advise me so we can proceed to vindicate their rights.

Dawson Morton
dawson@dawsonmorton.com
404-590-1295

**Subject:** arbitration demands - Fresh Harvest, Farm Labor Association for Growers, SMD Logistics
**Date:** Friday, October 17, 2025 at 8:21:16 PM Eastern Daylight Time
**From:** Dawson Morton
**To:** Jennifer Schermerhorn, Marlene C. Nowlin
**CC:** Jim Knoepp
**Attachments:** 5100003596_Arbitration Samuel Rivera Soto.pdf, ATT00001.htm, statement of claims Alfredo Rios Rodriguez.pdf, ATT00002.htm, 5100003597_Arbitration Martin Herrera.pdf, ATT00003.htm, 5100003599_Arbitration Jose Alfredo Rios.pdf, ATT00004.htm, statement of claims Martin Herrera.pdf, ATT00005.htm, statement of claims Samuel Rivera Soto.pdf, ATT00006.htm, 064 - Order compelling arbitration.pdf, ATT00007.htm

Jennifer and Marlene:

Attached are service copies of arbitration demands filed with Jams. These arbitration demands are for Samuel Rivera-Soto, Martin Herrera-Lara, and Jose Alfredo Rios Rodriguez.

Copies of their arbitration demands are attached along with the related court order.

Please forward me a copy of any arbitration agreement signed by Jose Alfredo Rios Rodriguez.

Dawson Morton
dawson@dawsonmorton.com
404-590-1295

**Subject:** arbitration demands - Fresh Harvest / Farm Labor Association for Growers / SMD
**Date:** Monday, October 20, 2025 at 9:37:54 PM Eastern Daylight Time
**From:** Dawson Morton
**To:** Jennifer Schermerhorn, Marlene C. Nowlin
**CC:** Jim Knoepp
**Attachments:** statement of claims David Pacheco.pdf, ATT00001.htm, 5100003607_Arbitration Antonio Rubio.pdf, ATT00002.htm, 5100003606_Arbitration David Pacheco.pdf, ATT00003.htm, statement of claims Antonio Rubio Leon.pdf, ATT00004.htm, 5100003602_Arbitration Carlos Cabrera.pdf, ATT00005.htm, statement of claims Carlos Cabrera.pdf, ATT00006.htm, 064 - Order compelling arbitration.pdf, ATT00007.htm, 045-19 - Exhibit 6 to translator declaration (English version of agreement Antonio Rubio).pdf, ATT00008.htm, 045-18 - Exhibit 5 to translator declaration (Spanish version of agreement Antonio Rubio).pdf, ATT00009.htm

Attached please find three additional arbitration demands for Antonio Rubio-Leon, David Pacheco-Gomez, and Carlos Cabrera-Castillo.

Please provide me the signed arbitration agreements for the later two as soon as possible or let me know if none exists.