# EXHIBIT B
# TO DECLARATION OF DAWSON MORTON

**From:** **Yvette Valadez** YValadez@jamsadr.com
**Subject:** Antonio Rubio Leon, et al. vs. Fresh Harvest, Inc., et al.
**Date:** October 28, 2025 at 12:21 PM
**To:** Dawson Morton dawson@dawsonmorton.com, jim@dawsonmorton.com
**Cc:** Geraldine Yulo GYulo@JAMSADR.com, mnowlin@ftblaw.com

YV

Thank you for submitting your Demands for Arbitration to JAMS.

We are creating files for your matter. Geri Yulo, Arbitration Practice Consultant, who is part of our Arbitration Demand Intake team, will be contacting you in the near future to discuss the next steps.

These cases will be administered utilizing JAMS Access. JAMS Access will allow you to upload and view case related documents, view and pay invoices, and view case calendar dates. If this is your first-time using JAMS Access, please register and create a new account at: https://access.jamsadr.com.

Should you have any questions in the meantime, please feel free to contact Geri directly at GYulo@jamsadr.com or 213-253-9711.

| | | |
|---|---|---|
| 5100003607 | Antonio Rubio Leon | Fresh Harvest, Inc. et al. |
| 5100003613 | Diego Martinez Jimenez | Fresh Harvest, Inc. et al. |
| 5100003614 | Angel Rocha Rivera | Fresh Harvest, Inc. et al. |

Best regards,

JAMS

**Yvette Valadez**
Arbitration Practice Coordinator
P: 714-937-8243
YValadez@jamsadr.com

*For complex mediation, the choice is simple. JAMS offers a respected panel of highly experienced mediators, who resolve even the most challenging disputes.* ***Learn more***.