# EXHIBIT D
# TO DECLARATION OF DAWSON MORTON

JAMS®

NOTICE TO ALL PARTIES November 13, 2025

RE: **Rubio Leon, Antonio vs Fresh Harvest, Inc., et al.**
Reference #: 5100003607

Dear Parties:

JAMS has received and reviewed the parties' correspondence regarding Respondent's objection to JAMS, Claimant's response thereto, and the accompanying documents. In light of the Parties' agreement and Respondent's objection, JAMS is unable to proceed with the administration of this case at this time. *See* JAMS Rule 5(a). Should a court order or the parties agree to proceed at JAMS, JAMS may then resume administration.

Accordingly, JAMS will close this file.

Sincerely,

Geri Yulo

Geraldine Yulo
Arbitration Practice Consultant
GYulo@jamsadr.com
Direct: 213-253-9711