# EXHIBIT E
# TO DECLARATION OF DAWSON MORTON

JAMS®

## REQUEST FOR MISSING ITEMS

NOTICE TO ALL PARTIES November 13, 2025

Re: **Ceballos Espinoza, Jesus vs Farm Labor Association for Growers, Inc.**
Reference #: 5100003574

Dear Parties:

Please be advised that JAMS has received a request for arbitration in the above-referenced matter. We are, however, missing the following item(s):

**____X____ A copy of the entire contract, including signature page, with the arbitration clause highlighted**

Please upload the requested item(s) on the JAMS Access portal. Upon receipt of the requested item(s) above, JAMS will review your submission.

Contact me at 213-253-9711 if you have questions.

Sincerely,
Geri Yulo
Geraldine Yulo
Arbitration Practice Consultant
GYulo@jamsadr.com