# EXHIBIT F
# TO DECLARATION OF DAWSON MORTON

JAMS®

# FINAL REQUEST FOR MISSING ITEMS

January 12, 2026

NOTICE TO ALL PARTIES

Re: Ceballos Espinoza, Jesus vs Farm Labor Association for Growers, Inc. - Reference #: 5100003574

Dear Parties:

We have requested for copy of the Contract/Arbitration Agreement which is required to proceed with the administration of this matter. As of today, it is not received. If the requested item is not received within 30 days, JAMS will close our file.

Please contact me if you have any questions.

Sincerely,

Geri Yulo

Geraldine Yulo
Arbitration Practice Consultant
GYulo@jamsadr.com