# EXHIBIT G
# TO DECLARATION OF DAWSON MORTON

# NOTICE OF CLOSING FILE

NOTICE TO ALL PARTIES February 12, 2026

RE: **Ceballos Espinoza, Jesus vs Farm Labor Association for Growers, Inc.**
Reference #: 5100003574

Dear Parties:

This letter is to confirm the above referenced matter is closed as of February 12, 2026.

Please contact me should you have any questions.

Sincerely,

Geri Yulo

Geraldine Yulo
Arbitration Practice Consultant
GYulo@jamsadr.com