JENNIFER M. SCHERMERHORN, SBN 225070
EMAIL: jennifer@sfcos.com
**SCARONI FAMILY OF COMPANIES**
101 EAST MAIN STREET
HEBER, CALIFORNIA 92249
TELEPHONE: (760) 592-2258

CHAD T. WISHCHUK, SBN 214779
EMAIL: cwishchuk@ftblaw.com
MARLENE C. NOWLIN, SBN 156457
EMAIL: mnowlin@ftblaw.com
ISABELLA H. CONSTANTINO, SBN365285
EMAIL: iconstantino@ftblaw.com
**FINCH, THORNTON & BAIRD, LLP**
ATTORNEYS AT LAW
4747 EXECUTIVE DRIVE – SUITE 700
SAN DIEGO, CALIFORNIA 92121-3107
TELEPHONE: (858) 737-3100

Attorneys for Defendants Fresh Harvest, Inc., Farm Labor Association For Growers, Inc., and SMD Logistics, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTONIO RUBIO-LEON, ANGEL DE JESUS ROCHA-RIVERA, DIEGO MARTINEZ-JIMENEZ, GERARDO LEDESMA-DELGADO and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., and SMD LOGISTICS, INC.,<br><br>Defendant. | CASE NO: 5:24-cv-03375-EKL<br><br>DECLARATION OF MARLENE C. NOWLIN IN SUPPORT OF DEFENDANTS FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., AND SMD LOGISTICS, INC.'S MOTION TO ENLARGE THE TIME FOR DEFENDANTS TO FILE RESPONSES TO MOTION TO LIFT ARBITRATION STAY OR, IN THE ALTERNATIVE, ORDER ARBITRATION TO PROCEED BEFORE JAMS ADR<br><br>Assigned to:<br>District Judge:<br>Hon. Eumi K. Lee, Courtroom 7<br>Magistrate Judge:<br>Hon. Nathanael M. Cousins, Courtroom 5<br><br>Hearing:<br>Time:<br>Dept.:<br><br>Complaint Filed: June 4, 2024<br>Trial Date: Not Set |

/ / / / /

I, Marlene C. Nowlin, declare as follows:

1. I am an attorney admitted to practice before this Court and all courts of the State of California and a partner in the law firm of Finch, Thornton & Baird, LLP, ("FTB") attorneys of record for defendant Defendants Fresh Harvest, Inc., Farm Labor Association For Growers, Inc., and SMD Logistics, Inc. (collectively "Defendants") I am the attorney at FTB primarily responsible for representing Defendants in this case.

2. I am familiar with the issues in the case. All facts stated here are true of my own knowledge unless otherwise stated, and if called as a witness, I could and would competently testify to them.

3. Pursuant to Local Rule 6-3(a), I make this declaration in support of the concurrently filed Motion to Enlarge Time for Defendants to File Responses to Motion to Lift Arbitration Stay or, in the Alternative, Order Arbitration to Proceed Before JAMS ADR ("Motion to Enlarge").

4. On August 21, 2026, I began experiencing severe pain that impairs my ability to work. My pain has been ongoing since August 21.

5. On August 25, 2026, I was notified that FTB co-counsel, Jennifer Schermerhorn, was simultaneously experiencing a medical emergency regarding her father which required her to immediately travel to West Virgina where he is located. I am informed that as of today, Ms. Schermerhorn remains in West Virginia with her father and is unavailable to work on this case. Ms. Schermerhorn is also Vice President of Human Resources & General Counsel of Scaroni Family of Companies which includes Defendants and FTB's primary client contact.

6. On the morning of August 25, 2026, I caused my assistant, Ada Meraz, to notify plaintiffs' counsel, Dawson Morton, that Jennifer Schermerhorn and I are unavailable due to medical emergencies and to request meet and confer

/ / / / /

availability the following week regarding arbitration issues which include Defendants' motion to appoint Hon. William V. Gallo, (Ret.).

7. I was informed that on the afternoon of August 25, 2026, Mr. Morton filed a Motion to Lift Arbitration Stay or, in the Alternative, Order Arbitration to Proceed Before JAMS ADR in this case ("Motion").

8. On August 27, I was diagnosed with a condition that causes severe pain and continues to impair my ability to work. As of today, I have been unable to confer with Ms. Schermerhorn regarding this case.

9. Due to the above circumstances, on August 28, 2026, I caused FTB associate, Isabella H. Constantino, to contact plaintiffs' counsel and request a 21-day extension of the September 8 deadline to respond to the Motion. I was informed that Mr. Morton agreed to a 10-day extension; however, he has not yet commented on or authorized the filing of the stipulation proposed by my office on August 31.

10. The Motion to find arbitration waived raises a dispositive dispute which involves the loss of Defendants' core contractual right to arbitration. Here, the Motion requires a dense, fact-specific inquiry into the totality of circumstances and behavior of the parties. The Motion, however, excludes material facts and communications between opposing counsel and me from October 2025 and January 2026 regarding Defendants' meet and confer efforts to select an arbitrator, including Defendants' efforts to use Judge Gallo as arbitrator.

11. The Motion also excludes material facts and communications between opposing counsel and me from August 7, 2026 and August 25, 2026, which show that the parties had reengaged in meet and confer efforts regarding mediation and resolution of arbitration issues, including Defendants' motion to appoint Judge Gallo as arbitrator.

12. Facts and communications excluded from the Motion directly contradict the claim of waiver. Due to Ms. Schermerhorn's and my

FINCH, THORNTON & BAIRD, LLP
4747 Executive Drive - Suite 700
San Diego, CA 92121
(858) 737-3100

circumstances, however, we are unable to present a full and accurate evidentiary record in opposition to the Motion or prepare countermotions such as a motion to appoint an arbitrator by the September 8 deadline. My office requires additional time and capacity to locate and compile all omitted communications and relevant documents and properly brief the Court on all issues raised in the Motion.

13. For the above reasons, Defendants will suffer severe, irreparable prejudice if forced to respond under the current compressed timeline while I am experiencing a medical condition that impairs my ability to work and Ms. Schermerhorn is dealing with a significant family medical situation.

14. Given my and Ms. Schermerhorn's circumstances, the 21-day extension stated in the Motion to Enlarge is reasonable and will assist defense counsel in presenting a full and accurate evidentiary record to counter Plaintiff's waiver arguments and present countermotions, including a motion requesting appointment of Judge Gallo.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of September 2026, at San Diego, California.

*/s/ Marlene C. Nowlin*
MARLENE C. NOWLIN

2695.003/3VG521.axm

FINCH, THORNTON & BAIRD, LLP
4747 Executive Drive - Suite 700
San Diego, CA 92121
(858) 737-3100

CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document has been filed electronically on this 2nd day of September 2026 and is available for viewing and downloading to the ECF registered counsel of record:

Via Electronic Service/ECF:

| | |
|---|---|
| Dawson Morton, Esq.<br>James Knoepp, Esq. (*Admitted Pro Hac Vice*)<br>Law Offices Of Dawson Morton<br>1808 Sixth Street<br>Berkeley, California 94710<br>Telephone: (404) 590-1295<br>Emails: dawson@dawsonmorton.com<br>jim@dawsonmorton.com | ATTORNEYS FOR PLAINTIFFS ANTONIO RUBIO-LEON, ANGEL DE JESUS ROCHA-RIVERA, DIEGO MARTINEZ-JIMENEZ, AND GERARDO LEDESMA-DELGADO |
| Jennifer Schermerhorn, Esq.<br>Scaroni Family of Companies<br>101 E. Main Street<br>Heber, California 92249<br>Telephone: (760) 909-1315<br>Email: jennifer@sfcos.com | ATTORNEYS FOR DEFENDANTS FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., AND SMD LOGISTICS, INC. |

DATED: September 2, 2026

Respectfully submitted,

FINCH, THORNTON & BAIRD, LLP

By: */s/ Isabella H. Constantino*
CHAD T. WISHCHUK
MARLENE C. NOWLIN
ISABELLA H. CONSTANTINO
Attorneys for Defendants Fresh Harvest, Inc., Farm Labor Association For Growers, Inc., and SMD Logistics, Inc.
Email: iconstantino@ftblaw.com