JENNIFER M. SCHERMERHORN, SBN 225070
EMAIL: jennifer@sfcos.com
**SCARONI FAMILY OF COMPANIES**
101 EAST MAIN STREET
HEBER, CALIFORNIA 92249
TELEPHONE: (760) 592-2258

CHAD T. WISHCHUK, SBN 214779
EMAIL: cwishchuk@ftblaw.com
MARLENE C. NOWLIN, SBN 156457
EMAIL: mnowlin@ftblaw.com
ISABELLA H. CONSTANTINO, SBN365285
EMAIL: iconstantino@ftblaw.com
**FINCH, THORNTON & BAIRD, LLP**
ATTORNEYS AT LAW
4747 EXECUTIVE DRIVE – SUITE 700
SAN DIEGO, CALIFORNIA 92121-3107
TELEPHONE: (858) 737-3100

Attorneys for Defendants Fresh Harvest, Inc., Farm Labor Association For Growers, Inc., and SMD Logistics, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTONIO RUBIO-LEON, ANGEL DE JESUS ROCHA-RIVERA, DIEGO MARTINEZ-JIMENEZ, GERARDO LEDESMA-DELGADO and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., and SMD LOGISTICS, INC.,<br><br>Defendant. | CASE NO: 5:24-cv-03375-EKL<br><br>DECLARATION OF JENNIFER M. SCHERMERHORN IN SUPPORT OF DEFENDANTS FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., AND SMD LOGISTICS, INC.'S MOTION TO ENLARGE TIME FOR DEFENDANTS TO FILE RESPONSES TO MOTION TO LIFT ARBITRATION STAY OR, IN THE ALTERNATIVE, ORDER ARBITRATION TO PROCEED BEFORE JAMS ADR<br><br>Assigned to:<br>District Judge:<br>Hon. Eumi K. Lee, Courtroom 7<br>Magistrate Judge:<br>Hon. Nathanael M. Cousins, Courtroom 5<br><br>Hearing:<br>Time:<br>Dept.:<br><br>Complaint Filed: June 4, 2024<br>Trial Date: Not Set |

I, Jennifer M. Schermerhorn, declare as follows:

1. I am an attorney admitted to practice before this court and all courts of the State of California and an attorney of record in this case for Defendants Fresh Harvest, Inc. ("Fresh Harvest"), Farm Labor Association for Growers, Inc. ("FLAG"), and SMD Logistics, Inc. ("SMD") ("Defendants"). I am Vice President of Human Resources & General Counsel of Scaroni Family of Companies which includes FLAG, Fresh Harvest, and SMD. I am one of the attorneys primarily responsible for representing Defendants in this action.

2. I am familiar with the issues in the case. All facts stated here are true of my own knowledge unless otherwise stated, and if called as a witness, I could and would competently testify to them.

3. Pursuant to Local Rule 6-3(a), I make this declaration in support of the concurrently filed Motion To Enlarge Time for Defendants to file Responses to Motion to Lift Arbitration Stay or, in the Alternative, Order Arbitration to Proceed Before JAMS ADR ("Motion to Enlarge").

4. I am co-counsel in this case and the primary contact for Defendants' outside counsel, Finch, Thornton & Baird, LLP, ("FTB").

5. On August 18, 2026, I traveled to West Virgina due to my father's medical emergency. I remain in West Virginia due to my father's ongoing serious medical issues which require me to be present with him.

6. I am informed that on August 25, 2026, plaintiffs filed a Motion to Lift Arbitration Stay or, in the Alternative, Order Arbitration to Proceed Before JAMS ADR ("Motion") with a response deadline of September 8.

7. Due to my father's medical situation, Defendants are unable to present a full and accurate evidentiary record in opposition to the Motion or present countermotions such as a motion for appointment of Hon. William V. Gallo (Ret.) or other qualified individual as arbitrator in this case by the September 8 deadline.

FINCH, THORNTON & BAIRD, LLP
4747 Executive Drive - Suite 700
San Diego, CA 92121
(858) 737-3100

8. For the above reasons, Defendants will suffer severe, irreparable prejudice if forced to respond under the current compressed timeline while I am dealing with a significant family medical situation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of September 2026, at Charles Town, West Virgina.

/s/ *Jennifer M. Schermerhorn*
JENNIFER M. SCHERMERHORN

ATTESTATION OF CONCURRENCE IN FILING

In accordance with the Northern District of California Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the signatories who are listed on the signature page.

DATED: September 2, 2026

Respectfully submitted,

SCARONI FAMILY OF COMPANIES

By: */s/ Jennifer M. Schermerhorn*
JENNIFER M. SCHERMERHORN
Attorneys for Defendants Fresh Harvest, Inc., Farm Labor Association For Growers, Inc., and SMD Logistics, Inc.
Email: jennifer@sfcos.com

2695.003/3VG8533.axm

FINCH, THORNTON & BAIRD, LLP
4747 Executive Drive - Suite 700
San Diego, CA 92121
(858) 737-3100

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document has been filed electronically on this 2nd day of September 2026 and is available for viewing and downloading to the ECF registered counsel of record:

Via Electronic Service/ECF:

| | |
|---|---|
| Dawson Morton, Esq.<br>James Knoepp, Esq. (*Admitted Pro Hac Vice*)<br>Law Offices Of Dawson Morton<br>1808 Sixth Street<br>Berkeley, California 94710<br>Telephone: (404) 590-1295<br>Emails: dawson@dawsonmorton.com<br>jim@dawsonmorton.com | ATTORNEYS FOR PLAINTIFFS ANTONIO RUBIO-LEON, ANGEL DE JESUS ROCHA-RIVERA, DIEGO MARTINEZ-JIMENEZ, AND GERARDO LEDESMA-DELGADO |
| Jennifer Schermerhorn, Esq.<br>Scaroni Family of Companies<br>101 E. Main Street<br>Heber, California 92249<br>Telephone: (760) 909-1315<br>Email: jennifer@sfcos.com | ATTORNEYS FOR DEFENDANTS FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., AND SMD LOGISTICS, INC. |

DATED: September 2, 2026

Respectfully submitted,

FINCH, THORNTON & BAIRD, LLP

By: */s/ Isabella H. Constantino*
CHAD T. WISHCHUK
MARLENE C. NOWLIN
ISABELLA H. CONSTANTINO
Attorneys for Defendants Fresh Harvest, Inc., Farm Labor Association For Growers, Inc., and SMD Logistics, Inc.
Email: iconstantino@ftblaw.com