JENNIFER M. SCHERMERHORN, SBN 225070
EMAIL: jennifer@sfcos.com
**SCARONI FAMILY OF COMPANIES**
101 EAST MAIN STREET
HEBER, CALIFORNIA 92249
TELEPHONE: (760) 592-2258

CHAD T. WISHCHUK, SBN 214779
EMAIL: cwishchuk@ftblaw.com
MARLENE C. NOWLIN, SBN 156457
EMAIL: mnowlin@ftblaw.com
ISABELLA H. CONSTANTINO, SBN365285
EMAIL: iconstantino@ftblaw.com
**FINCH, THORNTON & BAIRD, LLP**
ATTORNEYS AT LAW
4747 EXECUTIVE DRIVE – SUITE 700
SAN DIEGO, CALIFORNIA 92121-3107
TELEPHONE: (858) 737-3100

Attorneys for Defendants Fresh Harvest, Inc., Farm Labor Association For Growers, Inc., and SMD Logistics, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTONIO RUBIO-LEON, ANGEL DE JESUS ROCHA-RIVERA, DIEGO MARTINEZ-JIMENEZ, GERARDO LEDESMA-DELGADO and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., and SMD LOGISTICS, INC.,<br><br>Defendant. | CASE NO: 5:24-cv-03375-EKL<br><br>DECLARATION OF ISABELLA H. CONSTANTINO IN SUPPORT OF DEFENDANTS FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., AND SMD LOGISTICS, INC.'S MOTION TO ENLARGE TIME FOR DEFENDANTS TO FILE RESPONSES TO MOTION TO LIFT ARBITRATION STAY OR, IN THE ALTERNATIVE, ORDER ARBITRATION TO PROCEED BEFORE JAMS ADR<br><br>Assigned to:<br>District Judge:<br>Hon. Eumi K. Lee, Courtroom 7<br>Magistrate Judge:<br>Hon. Nathanael M. Cousins, Courtroom 5<br><br>Hearing:<br>Time:<br>Dept.:<br><br>Complaint Filed: June 4, 2024<br>Trial Date: Not Set |

/ / / / /

I, Isabella H. Constantino, declare as follows:

1. I am an attorney admitted to practice before this Court and all courts of the State of California and an associate in the law firm of Finch, Thornton & Baird, LLP ("FTB"), attorneys of record for Defendants Fresh Harvest, Inc., Farm Labor Association For Growers, Inc., and SMD Logistics, Inc. ("Defendants"). I am one of the attorneys responsible for representing Defendants in this case.

2. Pursuant to Local Rule 6-3(a), I make this declaration regarding the concurrently filed Motion to Enlarge Time for Defendants to File Responses to Motion to Lift Arbitration Stay or, in the Alternative, Order Arbitration to Proceed Before JAMS ADR ("Motion").

3. I am familiar with the issues in the case and have reviewed the relevant Court filings and communications between opposing counsel and FTB referenced in this declaration. All facts stated in this declaration are true of my own knowledge unless otherwise stated, and if called as a witness, I could and would competently testify to them.

4. On September 16, 2025, the Court issued an Order Granting Motion to Compel Arbitration ("Order") (Dkt No. 64). The Order stays this action in its entirety until arbitration concludes. Arbitration has not occurred due to a deadlock between the parties regarding plaintiffs' and movants' unilateral selection of the JAMS as arbitration service. As I further describe below, the parties were in the process of resolving the deadlock over the last several weeks.

5. On August 25 at 10:41 a.m., my assistant Ada Meraz, notified opposing counsel, Dawson Morton, via email that lead defense counsel Marlene C. Nowlin and Jennifer Schermerhorn are unavailable due to medical emergencies and requested to meet and confer the following week regarding all arbitration issues, including motions. Attached to this declaration as Exhibit 1 is a true and correct copy of Ms. Meraz's email, notifying Mr. Morton of these facts.

6. Ms. Nowlin's and Ms. Schermerhorn's ongoing medical emergencies are further described in Ms. Nowlin's and Ms. Schermerhorn's concurrently filed declarations.

7. On August 25 at 4:41 p.m. Mr. Morton responded by stating "[s]orry to hear about the medical emergencies" and delaying meet and confer talks until September 8, 2026. Attached to this declaration as Exhibit 2 is a true and correct copy of Mr. Morton's email dated August 25, 2026.

8. On August 25 at 5:05 p.m., plaintiffs and movants filed a Motion To Lift Stay Or, In The Alternative, Order Arbitrations To Proceed Before JAMS ADR ("Motion"). (Dkt No. 66). Attached to this declaration as Exhibit 3 is a true and correct copy of an email generated by the CM/ECF system notifying Defendants of the filing.

9. Due to Ms. Nowlin's and Ms. Schermerhorn's ongoing medical issues, on August 28 at 12:17 p.m., I sent an email to counsel for plaintiffs and movants requesting an extension of 21 days for Defendants to respond to the Motion. Attached to this declaration as Exhibit 4 is a true and correct copy of my email dated August 28, 2026.

10. On August 28, at 4:08 p.m., Mr. Morton responded by stating plaintiffs and movants were "willing to consent to a 10-day extension." Attached to this declaration as Exhibit 5 is a true and correct copy of Mr. Morton's email dated August 28, 2026.

11. On August 31, at 5:59 p.m., I sent Mr. Morton a stipulation to the 10-day extension to be signed and filed with the court. On September 1, 2026, at 12:02 p.m., I sent a follow up email informing Mr. Morton if he did not send us a signed stipulation to file we would be forced to proceed with a motion seeking a 21-day enlargement. Mr. Morton responded on September 1, 2026 at 3:06 p.m., informing us he would not be able to provide the signed stipulation until the following day. Attached to this declaration as Exhibit 10 is a true and correct

FINCH, THORNTON & BAIRD, LLP
4747 Executive Drive - Suite 700
San Diego, CA 92121
(858) 737-3100

copy of these communications dated August 31, 2026, and September 1, 2026. As of the time of filing the Motion and this declaration, Mr. Morton has not commented on or approved the stipulation for filing.

12. I have reviewed the Motion and it attempts to raise a dispositive dispute which involves the loss of Defendants' core contractual right to arbitration. Accordingly, the Motion requires a dense, fact-specific inquiry into the totality of circumstances and behavior of the parties. Based on my review of the Motion, Court filings, and communications between counsel, the Motion excludes material facts and communications regarding Defendants' attempts to select an arbitrator between October and January 2025. Attached to this declaration as Exhibits 6 and 8 are true and correct copies of examples of excluded communications in December 2025 and January 2026 reflecting that my office proposed arbitrators, including the Hon. William V. Gallo, Ret.

13. The Motion does not disclose the fact that my office received no response to our January email requesting Judge Gallo for 7 months. Counsel for plaintiffs and movants waited until August 7, 2026, to contact us following our January request to arbitrate before Judge Gallo. Attached to this declaration as Exhibit 7 is a true and correct copy of Mr. Morton's excluded email dated August 7, 2026. Exhibit 7 is the first communication defense counsel received from plaintiffs and movants since early January 2026.

14. The Motion also excludes material facts and communications between the parties from August 7, 2026 and August 25, 2026, which show that, just prior to Ms. Nowlin's and Ms. Schermerhorn's medical issues, the parties had reengaged in meet and confer efforts regarding mediation and resolution of arbitration issues, including meet and confer regarding Defendants' motion to appoint Judge Gallo as arbitrator. Attached to this declaration as Exhibit 9 is a true and correct copy of communications between my office and Mr. Morton regarding mediation and arbitration issues dated August 20, 2026.

FINCH, THORNTON & BAIRD, LLP
4747 Executive Drive - Suite 700
San Diego, CA 92121
(858) 737-3100

15. Defense counsel requires adequate time and capacity to unearth and compile all relevant omitted communications and properly brief the Court.

16. For each of the above reasons, Defendants will suffer severe, irreparable prejudice if forced to respond under the current compressed timeline while Ms. Nowlin and Ms. Schermerhorn are experiencing medical issues that impair their ability to work.

17. Given the above circumstances, the 21-day extension is reasonable and will assist defense counsel in adequately presenting a full and accurate evidentiary record to counter the waiver arguments in the Motion and present a countermotion requesting appointment of Judge Gallo or other qualified arbitrator in this case.

18. Pursuant to Local Rule 6-2(a)(2) and my review of FTB's files in this case, the following previous modifications of time have been granted in this case, whether by stipulation or Court order:

a. Extension of deadline to file motion to strike answer from September 3, 2024 to October 14, 2024 on August 30, 2024 (Dkt No. 36).

b. Extension to continue pending discovery deadline to exchange initial disclosures from September 12, 2024 to September 27, 2024 on September 11, 2024 (Dkt No. 39).

c. Extension of discovery deadlines from December 6, 2024 to 14 days from the date the Court entered an order on the Motion to Compel Arbitration, which resulted in the deadline being extended to September 30, 2025, on December 3, 2024 (Dkt No. 57).

d. Extension of ADR deadline from February 20, 2025 to April 22, 2025 on January 29, 2025 (Dkt No. 59).

/ / / / /

FINCH, THORNTON & BAIRD, LLP
4747 Executive Drive - Suite 700
San Diego, CA 92121
(858) 737-3100

e. Extension of mediation deadline from April 22, 2025 to September 9, 2025 on April 16, 2025 (Dkt No. 61).

f. Extension of ADR deadline from September 16, 2025 to January 5, 2025 on August 15, 2025 (Dkt No. 63).

19. This case is currently stayed. Therefore, the requested time modification would not have an effect on the schedule for this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of September 2026, at San Diego, California.

*/s/ Isabella H. Constantino*
ISABELLA H. CONSTANTINO

2695.003/3VH3667.axm

FINCH, THORNTON & BAIRD, LLP
4747 Executive Drive - Suite 700
San Diego, CA 92121
(858) 737-3100

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document has been filed electronically on this 2nd day of September 2026 and is available for viewing and downloading to the ECF registered counsel of record:

Via Electronic Service/ECF:

| | |
|---|---|
| Dawson Morton, Esq.<br>James Knoepp, Esq. (*Admitted Pro Hac Vice*)<br>Law Offices Of Dawson Morton<br>1808 Sixth Street<br>Berkeley, California 94710<br>Telephone: (404) 590-1295<br>Emails: dawson@dawsonmorton.com<br>jim@dawsonmorton.com | ATTORNEYS FOR PLAINTIFFS ANTONIO RUBIO-LEON, ANGEL DE JESUS ROCHA-RIVERA, DIEGO MARTINEZ-JIMENEZ, AND GERARDO LEDESMA-DELGADO |
| Jennifer Schermerhorn, Esq.<br>Scaroni Family of Companies<br>101 E. Main Street<br>Heber, California 92249<br>Telephone: (760) 909-1315<br>Email: jennifer@sfcos.com | ATTORNEYS FOR DEFENDANTS FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., AND SMD LOGISTICS, INC. |

DATED: September 2, 2026

Respectfully submitted,

FINCH, THORNTON & BAIRD, LLP

By: */s/ Isabella H. Constantino*
CHAD T. WISHCHUK
MARLENE C. NOWLIN
ISABELLA H. CONSTANTINO
Attorneys for Defendants Fresh Harvest, Inc., Farm Labor Association For Growers, Inc., and SMD Logistics, Inc.
Email: iconstantino@ftblaw.com