# EXHIBIT 3

**Ada Meraz**

| | |
|---|---|
| **From:** | ECF-CAND@cand.uscourts.gov |
| **Sent:** | Tuesday, August 25, 2026 5:05 PM |
| **To:** | efiling@cand.uscourts.gov |
| **Subject:** | Activity in Case 5:24-cv-03375-EKL Rubio-Leon et al v. Fresh Harvest, Inc., et al Motion to Lift Stay |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**California Northern District**

## Notice of Electronic Filing

The following transaction was entered by Morton, Dawson on 8/25/2026 at 5:04 PM and filed on 8/25/2026

| | |
|---|---|
| **Case Name:** | Rubio-Leon et al v. Fresh Harvest, Inc., et al |
| **Case Number:** | 5:24-cv-03375-EKL |
| **Filer:** | Gerardo Ledesma-Delgado<br>Diego Martinez-Jimenez<br>Angel de Jesus Rocha-Rivera<br>Antonio Rubio-Leon |

**WARNING: CASE CLOSED on 05/05/2026**

**Document Number:** 66

**Docket Text:**
**MOTION to Lift Stay *OR, IN THE ALTERNATIVE, ORDER ARBITRATIONS TO PROCEED BEFORE JAMS ADR* filed by Gerardo Ledesma-Delgado, Diego Martinez-Jimenez, Angel de Jesus Rocha-Rivera, Antonio Rubio-Leon. Motion Hearing set for 12/9/2026 10:00 AM in San Jose, Courtroom 7, 4th Floor before Judge Eumi K. Lee. Responses due by 9/8/2026. Replies due by 9/15/2026. (Attachments: # (1) Memorandum of Law, # (2) Proposed Order, # (3) Declaration Decl. of D. Morton, # (4) Exhibit Ex. A Emails requesting copies of arbitration agreements, # (5) Exhibit Ex. B Oct. 28, 2025 Email of Jams ADR, # (6) Exhibit Ex. C Oct 30, 2025 Email of M Nowlins, # (7) Exhibit Ex. D Notice by Jams ADR closing arbitration proceeding, # (8) Exhibit Ex. E Nov. 2025 request by JAMS ADR for Arbitration Agrmnts., # (9) Exhibit Ex. F Jan. 2026 Request for Copies of Arbitration Agrmnts by Jams ADR, # (10) Exhibit Ex. G Notice by Jams ADR closing arbitration of J. Ceballos-Espinoza)(Morton, Dawson) (Filed on 8/25/2026)**

**5:24-cv-03375-EKL Notice has been electronically mailed to:**

Chad Tighe Wishchuk cwishchuk@ftblaw.com, ameraz@ftblaw.com

Dawson McKinnon Morton dawson@dawsonmorton.com, dawson-morton-1012@ecf.pacerpro.com

James Knoepp jim@dawsonmorton.com, jknoepp@recap.email

Jennifer Michelle Schermerhorn jennifer@sfcos.com

Marlene Camacho Nowlin mnowlin@ftblaw.com, ameraz@ftblaw.com

**5:24-cv-03375-EKL Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\notice of motion to find arbitration waived V.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=8/25/2026] [FileNumber=23920298-0]
[5b08d6a52496d44d909cde7d1f22331694d1c32f6b447dad75525e084bff281810a8
24905e0f08f2ec7821bf1af9ff4fd1f79a88661589dbbedb923f41c13746]]
**Document description:** Memorandum of Law
**Original filename:**C:\fakepath\brief to find arbitration waived VIII.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=8/25/2026] [FileNumber=23920298-1]
[5d12d68b8d17b47892e95874387a82c4b3a645d5ed391ea3e9e3b8d9a2a6e4643990
d2da94299625416ec6ac22ddbb688e574290a71566ce03828a63e47d5932]]
**Document description:**Proposed Order
**Original filename:**C:\fakepath\proposed order on motion to find arbitration waived VI.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=8/25/2026] [FileNumber=23920298-2]
[66359d34d522146837c2419a10c79c45ec4b638ce3b5a1a48679927dcbf147f89c96
92d3c60a844f1f8329975c51f9ef53201487738689bf1f64775a2f14ed7c]]
**Document description:**Declaration Decl. of D. Morton
**Original filename:**C:\fakepath\declaration of D Morton for exhibits IV a.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=8/25/2026] [FileNumber=23920298-3]
[67c5de9d103b3bd4d65e71b6d6c0d083b59c2602beda3e866280d40f6bee83996f7d
9cf869aafda540976f92602566a4c087ec1812b91859d8f650b03b5d9795]]
**Document description:**Exhibit Ex. A Emails requesting copies of arbitration agreements
**Original filename:**C:\fakepath\Exhibit A to Declaration a.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=8/25/2026] [FileNumber=23920298-4]
[a6fa295fa48215ac47c42d017d6fc95fdb2cc9a3d212df39cbff09f48723bb1cfccf
efa9d2453adb8db7cd1258f937a84ae34f09b056be268bb7cc5f93cd13f6]]
**Document description:**Exhibit Ex. B Oct. 28, 2025 Email of Jams ADR

**Original filename:**C:\fakepath\Exhibit B to Declaration a.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=8/25/2026] [FileNumber=23920298-5]
[6cf0e5708eff6119437a9ca83c24d335a91a63a50a17f7214c62fd1043a7c03e1602
0759651e9528adf4271da9f1623c494be709a72020ea42f0d9a60330c300]]
**Document description:**Exhibit Ex. C Oct 30, 2025 Email of M Nowlins
**Original filename:**C:\fakepath\Exhibit C to Declaration a.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=8/25/2026] [FileNumber=23920298-6]
[8a46d4faa39b97eab3659beb649a43590bc66a5a4488dd65f18fa004963791604fc9
31d71e003c8e81a4e48ddb6d5a57e9616ec66da5333d973c88320d5c0775]]
**Document description:**Exhibit Ex. D Notice by Jams ADR closing arbitration proceeding
**Original filename:**C:\fakepath\Exhibit D to Declaration a.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=8/25/2026] [FileNumber=23920298-7]
[611d84fa410d3454aabf5c61924acc14b5bec9738686a055a51dc0bf04f7ed84b9a3
cf2be78537d40dce6dc72e6b5c2cdea67a90682ac5e66326643ecd62ba0c]]
**Document description:**Exhibit Ex. E Nov. 2025 request by JAMS ADR for Arbitration Agrmnts.
**Original filename:**C:\fakepath\Exhibit E to Declaration a.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=8/25/2026] [FileNumber=23920298-8]
[24b9be6fcce996b8e6d03b0160ab1efe664fb49583917a90ea83c8d6f2db4e782eb9
681dc1ace1d74ca567efedb1fdb22e12668453680c926027f89f084b020f]]
**Document description:**Exhibit Ex. F Jan. 2026 Request for Copies of Arbitration Agrmnts by Jams ADR
**Original filename:**C:\fakepath\Exhibit F to Declaration a.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=8/25/2026] [FileNumber=23920298-9]
[64808741332762377a21d32a15d5107281eab95e3dd3ac256718b877fdf763e63af0
5c09aa4bf4a2a69a7c31fb5e27e6a17ceadda54c1c8ff04971f234333be2]]
**Document description:**Exhibit Ex. G Notice by Jams ADR closing arbitration of J. Ceballos-Espinoza
**Original filename:**C:\fakepath\Exhibit G to Declaration a.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=8/25/2026] [FileNumber=23920298-10
] [73cddf2412397a2f7e21e4463d3797f49aef240279682ebcc16bbee3fcdba925eae
2394f6b59a2dadbe6f0541e92b812bc4ae6c51e3f82afbfaa23fe964e800f]]