# EXHIBIT 5

**Ada Meraz**

| | |
|---|---|
| **From:** | Dawson Morton <dawson@dawsonmorton.com> |
| **Sent:** | Friday, August 28, 2026 4:08 PM |
| **To:** | Isabella H. Constantino |
| **Cc:** | Marlene C. Nowlin; Chad T. Wishchuk; Ada Meraz; Jennifer Schermerhorn; jim@dawsonmorton.com |
| **Subject:** | Re: Rubio-Leon v. Fresh Harvest 5:24-cv-3375 |

Hi Isabella— We are willing to consent to a 10 day extension.

Dawson Morton
dawson@dawsonmorton.com
404-590-1295

On Aug 28, 2026, at 12:17 PM, Isabella H. Constantino <iconstantino@ftblaw.com> wrote:

Dear Dawson:

On August 25 at 10:41 AM, we notified you that lead defense counsel are both unavailable due to medical emergencies. You proceeded to file plaintiff's motion that same day. The deadline to respond to plaintiff's motion is September 8. Given defense counsel's circumstances, please stipulate to an extension of 21 days to respond to plaintiffs' pending motion. Please let us know by 4PM today whether you will agree to this standard professional courtesy. If we do not receive your agreement by that time, we will notify the Court and request the extension.

Thanks.

**Isabella H. Constantino** *Attorney*

Finch, Thornton & Baird, LLP Attorneys At Law
4747 Executive Drive, Suite 700 San Diego, CA 92121
**T** 858.737.3100 **F** 858.737.3101

CONFIDENTIALITY NOTICE: This email contains legally privileged and confidential information intended only for the individual or entity named within the message. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination or copying of this communication is prohibited. If this communication was received in error, please notify us by reply email and delete the original message.