# EXHIBIT 10

**Ada Meraz**

**From:** Dawson Morton <dawson@dawsonmorton.com>
**Sent:** Tuesday, September 1, 2026 3:06 PM
**To:** Isabella H. Constantino
**Cc:** Marlene C. Nowlin; Chad T. Wishchuk; Ada Meraz; Jennifer Schermerhorn; jim@dawsonmorton.com
**Subject:** Re: Rubio-Leon v. Fresh Harvest 5:24-cv-3375

Hi Isabella:

You emailed it last night. I'm out of the office today. I can look at the stipulation tomorrow morning. If it was a rush you could have emailed it on Friday or some time before the close of business yesterday.

Dawson Morton

On Sep 1, 2026, at 12:02 PM, Isabella H. Constantino <iconstantino@ftblaw.com> wrote:

Hi Dawson:

We have not received a response regarding the stipulation we sent you yesterday. Unless the stipulation is signed and ready to be filed with the Court by 5:00 PM today, we will be forced to proceed with a motion seeking a 21-day enlargement of time for Defendants' response to the pending motion as we originally requested.

Please provide the signed stipulation by 5:00 PM today.

Thank you.

**Isabella H. Constantino** *Attorney*

Finch, Thornton & Baird, LLP Attorneys At Law
4747 Executive Drive, Suite 700 San Diego, CA 92121
**T** 858.737.3100 **F** 858.737.3101

CONFIDENTIALITY NOTICE: This email contains legally privileged and confidential information intended only for the individual or entity named within the message. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination or copying of this communication is prohibited. If this communication was received in error, please notify us by reply email and delete the original message.

---

**From:** Isabella H. Constantino
**Sent:** Monday, August 31, 2026 5:59 PM
**To:** 'Dawson Morton' <dawson@dawsonmorton.com>
**Cc:** Marlene C. Nowlin <mnowlin@ftblaw.com>; Chad T. Wishchuk <cwishchuk@ftblaw.com>; Ada Meraz <ameraz@ftblaw.com>; Jennifer Schermerhorn <jennifer@sfcos.com>; jim@dawsonmorton.com
**Subject:** RE: Rubio-Leon v. Fresh Harvest 5:24-cv-3375

Hi Dawson,

Attached is a stipulation to the 10-day extension of time for Defendants to respond to the Motion to Lift Arbitration Stay, or in the Alternative, Order Arbitration to Proceed Before JAMS ADR.

Do we have the authority to submit it to the court with your e-signature? We need your approval as soon as possible.

Thank you.

**Isabella H. Constantino** *Attorney*

Finch, Thornton & Baird, LLP Attorneys At Law
4747 Executive Drive, Suite 700 San Diego, CA 92121
**T** 858.737.3100 **F** 858.737.3101

CONFIDENTIALITY NOTICE: This email contains legally privileged and confidential information intended only for the individual or entity named within the message. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination or copying of this communication is prohibited. If this communication was received in error, please notify us by reply email and delete the original message.

---

**From:** Dawson Morton <dawson@dawsonmorton.com>
**Sent:** Friday, August 28, 2026 4:08 PM
**To:** Isabella H. Constantino <iconstantino@ftblaw.com>
**Cc:** Marlene C. Nowlin <mnowlin@ftblaw.com>; Chad T. Wishchuk <cwishchuk@ftblaw.com>; Ada Meraz <ameraz@ftblaw.com>; Jennifer Schermerhorn <jennifer@sfcos.com>; jim@dawsonmorton.com
**Subject:** Re: Rubio-Leon v. Fresh Harvest 5:24-cv-3375

Hi Isabella— We are willing to consent to a 10 day extension.

Dawson Morton
dawson@dawsonmorton.com
404-590-1295

> On Aug 28, 2026, at 12:17 PM, Isabella H. Constantino <iconstantino@ftblaw.com> wrote:
>
> Dear Dawson:
>
> On August 25 at 10:41 AM, we notified you that lead defense counsel are both unavailable due to medical emergencies. You proceeded to file plaintiff's motion that same day. The deadline to respond to plaintiff's motion is September 8. Given defense counsel's circumstances, please stipulate to an extension of 21 days to respond to plaintiffs' pending motion. Please let us know by 4PM today whether you will agree to this standard professional courtesy. If we do not receive your agreement by that time, we will notify the Court and request the extension.

Thanks.

**Isabella H. Constantino** *Attorney*

Finch, Thornton & Baird, LLP Attorneys At Law
4747 Executive Drive, Suite 700 San Diego, CA 92121
**T** 858.737.3100 **F** 858.737.3101

CONFIDENTIALITY NOTICE: This email contains legally privileged and confidential information intended only for the individual or entity named within the message. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination or copying of this communication is prohibited. If this communication was received in error, please notify us by reply email and delete the original message.