UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTONIO RUBIO-LEON, ANGEL DE JESUS ROCHA-RIVERA, DIEGO MARTINEZ-JIMENEZ, GERARDO LEDESMA-DELGADO and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., and SMD LOGISTICS, INC.,<br><br>Defendant. | CASE NO: 5:24-cv-03375-EKL<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., AND SMD LOGISTICS, INC.'S MOTION TO ENLARGE THE TIME FOR DEFENDANTS TO FILE RESPONSES TO MOTION TO LIFT ARBITRATION STAY, OR IN THE ALTERNATIVE, ORDER ARBITRATIONS TO PROCEED BEFORE JAMS ADR<br><br>Assigned to:<br>District Judge:<br>Hon. Eumi K. Lee, Courtroom 7<br>Magistrate Judge:<br>Hon. Nathanael M. Cousins, Courtroom 5<br><br>Complaint Filed: June 4, 2024<br>Trial Date: Not Set |

[PROPOSED] ORDER

Defendants Fresh Harvest, Inc., Farm Labor Association For Growers, Inc., and SMD Logistics, Inc. ("Defendants") Motion To Enlarge The Time For Defendants To File Responses To Motion To Lift Arbitration Stay, Or In The Alternative, Order Arbitrations To Proceed Before JAMS ADR is GRANTED.

IT IS THEREFORE ORDERED that the deadline for Defendants to file their

opposition to Plaintiffs' pending Motion to Lift Arbitration Stay, or in the Alternative, Order Arbitrations to Proceed Before JAMS ADR is hereby extended from September 8, 2026 to September 29, 2026.

IT IS SO ORDERED.

DATE: _____________, 2026

_________________________________
HON. EUMI K. LEE
Judge of the United States District Court

2695.003/3VH3876.axm

FINCH, THORNTON & BAIRD, LLP
4747 Executive Drive - Suite 700
San Diego, CA 92121
(858) 737-3100

CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document has been filed electronically on this 2nd day of September 2026 and is available for viewing and downloading to the ECF registered counsel of record:

Via Electronic Service/ECF:

| | |
|---|---|
| Dawson Morton, Esq.<br>James Knoepp, Esq. (*Admitted Pro Hac Vice*)<br>Law Offices Of Dawson Morton<br>1808 Sixth Street<br>Berkeley, California 94710<br>Telephone: (404) 590-1295<br>Emails: dawson@dawsonmorton.com<br>jim@dawsonmorton.com | ATTORNEYS FOR PLAINTIFFS ANTONIO RUBIO-LEON, ANGEL DE JESUS ROCHA-RIVERA, DIEGO MARTINEZ-JIMENEZ, AND GERARDO LEDESMA-DELGADO |
| Jennifer Schermerhorn, Esq.<br>Scaroni Family of Companies<br>101 E. Main Street<br>Heber, California 92249<br>Telephone: (760) 909-1315<br>Email: jennifer@sfcos.com | ATTORNEYS FOR DEFENDANTS FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., AND SMD LOGISTICS, INC. |

DATED: September 2, 2026

Respectfully submitted,

FINCH, THORNTON & BAIRD, LLP

By: */s/ Isabella H. Constantino*
CHAD T. WISHCHUK
MARLENE C. NOWLIN
ISABELLA H. CONSTANTINO
Attorneys for Defendants Fresh Harvest, Inc., Farm Labor Association For Growers, Inc., and SMD Logistics, Inc.
Email: iconstantino@ftblaw.com