Dawson Morton
Cal. SBN 320811
James Knoepp
*Admitted Pro Hac Vice*
LAW OFFICES OF DAWSON MORTON
1808 Sixth St.
Berkeley, CA 94710
Ph: 404-590-1295
dawson@dawsonmorton.com
jim@dawsonmorton.com

ATTORNEYS FOR PLAINTIFFS AND THE PROPOSED CLASS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ANTONIO RUBIO-LEON, et al., and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., and SMD LOGISTICS, INC.,<br><br>Defendants. | CIVIL ACT. NO.: 5:24-cv-3375-PCP<br><br>RESPONSE TO ADMINISTRATIVE MOTION AND AGREEMENT TO 10-DAY EXTENSION FOR DEFENDANTS' TO FILE OPPOSITION BRIEF |

Defendants filed an administrative motion for a 21-day extension after refusing to accept Plaintiffs' edits to a proposed stipulation for a 10-day extension. ECF No. 68. Defendants' filing misstates the parties' communications and makes inappropriate and misplaced allegations. Defendants have repeatedly sought to avoid Plaintiffs' recent filing, including through numerous communications with the courtroom deputy asking that the December hearing date be canceled after Defendants first agreed to it. *See* ECF No. 67. Only after the push to cancel the hearing date was unsuccessful did Defendants request an extension to respond. Plaintiffs' counsel agreed to a 10-day extension the same day. Defendants' counsel sent a proposed stipulation on the night of August 31st. Plaintiffs' counsel was out-of-the-office on September 1st and wrote Defendants' counsel indicating they would respond the next morning. Plaintiffs' counsel then responded to Defendants' counsel at

9:44 a.m. on September 2nd with proposed edits to the draft stipulation. Defendants ignored that email in which Plaintiffs sought to remove unrelated statements from a joint stipulation to extend. Defendants' filing claims these were "sharp practices" but Plaintiffs simply sought to limit the stipulation to the fact of the extension.

Plaintiffs remain amenable to and have agreed to a 10-day extension for Defendants' counsel to respond to Plaintiffs' motion (providing a response deadline of September 18, 2026). Defendants' counsel is also part of a large firm that filed a five-page motion for extension, with 14 exhibits, rather than accept revisions to a simple stipulation to extend. Four attorneys have appeared for Defendants and Defendants do not appear to lack for available counsel. However, should Defendants' counsel continue to be unavailable due to medical conditions, Plaintiffs would agree to further extensions.

DATED: September 3, 2026

*s/ D. Morton*
DAWSON MORTON
ATTORNEY FOR PLAINTIFFS