UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ANTONIO RUBIO-LEON, ANGEL DE JESUS ROCHA-RIVERA, DIEGO MARTINEZ-JIMENEZ, GERARDO LEDESMA-DELGADO and others similarly situated,

Plaintiff,

v.

FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., and SMD LOGISTICS, INC.,

Defendant.

CASE NO: 5:24-cv-03375-EKL

[~~PROPOSED~~] ORDER GRANTING DEFENDANTS FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., AND SMD LOGISTICS, INC.'S MOTION TO ENLARGE THE TIME FOR DEFENDANTS TO FILE RESPONSES TO MOTION TO LIFT ARBITRATION STAY, OR IN THE ALTERNATIVE, ORDER ARBITRATIONS TO PROCEED BEFORE JAMS ADR

Assigned to:
District Judge:
Hon. Eumi K. Lee, Courtroom 7
Magistrate Judge:
Hon. Nathanael M. Cousins, Courtroom 5

Complaint Filed: June 4, 2024
Trial Date: Not Set

[~~PROPOSED~~] ORDER

Defendants Fresh Harvest, Inc., Farm Labor Association For Growers, Inc., and SMD Logistics, Inc. ("Defendants") Motion To Enlarge The Time For Defendants To File Responses To Motion To Lift Arbitration Stay, Or In The Alternative, Order Arbitrations To Proceed Before JAMS ADR is GRANTED. IT IS THEREFORE ORDERED that the deadline for Defendants to file their

opposition to Plaintiffs' pending Motion to Lift Arbitration Stay, or in the Alternative, Order Arbitrations to Proceed Before JAMS ADR is hereby extended from September 8, 2026 to September 29, 2026.

IT IS SO ORDERED.

DATE: September 3, 2026

HON. EUMI K. LEE
Judge of the United States District Court



FINCH, THORNTON & BAIRD, LLP
4747 Executive Drive - Suite 700
San Diego, CA 92121
(858) 737-3100