CHAD T. WISHCHUK, SBN 214779
EMAIL: cwishchuk@ftblaw.com
MARLENE C. NOWLIN, SBN 156457
EMAIL: mnowlin@ftblaw.com
**FINCH, THORNTON & BAIRD, LLP**
ATTORNEYS AT LAW
4747 EXECUTIVE DRIVE – SUITE 700
SAN DIEGO, CALIFORNIA 92121-3107
TELEPHONE: (858) 737-3100
FACSIMILE: (858) 737-3101

Attorneys for Defendants Fresh Harvest, Inc., Farm Labor Association For Growers, Inc., and SMD Logistics, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ANTONIO RUBIO-LEON, ANGEL DE JESUS ROCHA-RIVERA, DIEGO MARTINEZ-JIMENEZ, GERARDO LEDESMA-DELGADO and others similarly situated,

Plaintiff,

v.

FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., and SMD LOGISTICS, INC.,

Defendant.

CASE NO: 5:24-cv-03375-EKL

DECLARATION OF CYNTHIA QUINTERO IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' AND NONPARTIES' MOTION TO LIFT ARBITRATION STAY OR, ALTERNATIVELY, ORDER ARBITRATIONS TO PROCEED BEFORE JAMS ADR

Assigned to:
District Judge: Hon. Eumi K. Lee, Courtroom 7
Magistrate Judge: Hon. Nathanael M. Cousins, Courtroom 5

Date: December 9, 2026
Time: 10:00 a.m.
Dept.: Courtroom 7

Complaint Filed: June 4, 2024
Trial Date: Not Set

I, Cynthia Quintero, declare as follows:

1. I am Director of Human Resources for the Scaroni Family of Companies which includes FLAG, Fresh Harvest, and SMD. I make this declaration in support of Defendants' Opposition to plaintiffs' Antonio Rubio-Leon, Angel De Jesus Rocha-Rivera, Diego Martinez-Jimenez, and Gerardo Ledesma-Delgado's (collectively "plaintiffs") and nonparties' Jesus Ceballos-Espinoza, Manuel Sigala-Duarte, and Francisco Diaz-Garcia ("nonparty" or collectively "nonparties") Motion to Lift Stay Or, In The Alternative, Order Arbitrations To

Proceed Before JAMS ADR ("Motion"). I am a duly authorized custodian of records and documents referenced in this declaration and, unless otherwise stated, have obtained these records from Defendants' files. I am familiar with the manner and procedures by which the records and documents contained in Defendants' files are prepared and maintained. Those documents and records are prepared or maintained by Defendants' agents or employees in the performance of their regular business duties. Those documents and records are made either by persons with knowledge of the matters they record or from information supplied by persons with such knowledge. It is Defendants' regular business practice to maintain such documents and records in the normal course of its business. The documents referenced in this declaration are business records produced and maintained in this manner. The facts set forth in this declaration are based on my personal knowledge and on my review of Defendants' files, and if called as a witness, I could and would competently testify to them.

2. I reviewed Defendants' employment records relating to each nonparty, including their final paystubs (collectively the "Employment Records"). Based on my review of the Employment Records, the nonparties were not employed by SMD. Nonparties were only employed by Fresh Harvest and FLAG.

3. Based on my review of Fresh Harvest's and FLAG's Employment Records, nonparties' employment with Fresh Harvest and FLAG ended over 3 years ago. Below is a chart listing nonparties' employment end dates with Fresh Harvest and FLAG. The chart below accurately reflects each nonparties' last date of employment for each listed Defendant as reflected in the Employment Records:

| NONPARTY NAME | LAST DATE OF EMPLOYMENT FOR FRESH HARVEST AND FLAG AS REFLECTED IN THE EMPLOYMENT RECORDS |
|---|---|
| Jesus Manuel Ceballos-Espinoza | 4/15/20 is the last day this nonparty worked for Fresh Harvest<br><br>10/8/21 is the last day this nonparty worked for FLAG |
| Manuel Sigala Duarte | 5/16/20 is the last day this nonparty worked for Fresh Harvest |



FINCH, THORNTON & BAIRD, LLP
4747 Executive Drive - Suite 700
San Diego, CA 92121
(858) 737-3100

| | |
|---|---|
| | 7/21/22 is the last day this nonparty worked for FLAG |
| Francisco Diaz Garcia | 10/01/22 is the last day this nonparty worked for Fresh Harvest<br><br>5/4/23 is the last day this nonparty worked for FLAG |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of September 2026, at Sacramento, California.

/s/ *Cynthia Quintero*
CYNTHIA QUINTERO

ATTESTATION OF CONCURRENCE IN FILING

In accordance with the Northern District of California Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the signatories who are listed on the signature page.

DATED: September 29, 2026

Respectfully submitted,

FINCH, THORNTON & BAIRD, LLP

By: */s/ Marlene C. Nowlin*
CHAD T. WISCHCHUK
MARLENE C. NOWLIN
Attorneys for Defendants Fresh Harvest, Inc., Farm Labor Association For Growers, Inc., and SMD Logistics, Inc.
Email: mnowlin@ftblaw.com

2695.003/3VN4275.axm

CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document has been filed electronically on this 29th day of September 2026 and is available for viewing and downloading to the ECF registered counsel of record:

Via Electronic Service/ECF:

Dawson Morton, Esq.
James Knoepp, Esq. (*Admitted Pro Hac Vice*)
Law Offices Of Dawson Morton
1808 Sixth Street
Berkeley, California 94710
Telephone: (404) 590-1295
Emails: dawson@dawsonmorton.com
jim@dawsonmorton.com

ATTORNEYS FOR PLAINTIFFS ANTONIO RUBIO-LEON, ANGEL DE JESUS ROCHA-RIVERA, DIEGO MARTINEZ-JIMENEZ, AND GERARDO LEDESMA-DELGADO

Jennifer Schermerhorn, Esq.
Scaroni Family of Companies
101 E. Main Street
Heber, California 92249
Telephone: (760) 909-1315
Email: jennifer@sfcos.com

ATTORNEYS FOR DEFENDANTS FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., AND SMD LOGISTICS, INC.

DATED: September 29, 2026

Respectfully submitted,

FINCH, THORNTON & BAIRD, LLP

By: */s/ Marlene C. Nowlin*
CHAD T. WISCHCHUK
MARLENE C. NOWLIN
Attorneys for Defendants Fresh Harvest, Inc., Farm Labor Association For Growers, Inc., and SMD Logistics, Inc.
Email: mnowlin@ftblaw.com



FINCH, THORNTON & BAIRD, LLP
4747 Executive Drive - Suite 700
San Diego, CA 92121
(858) 737-3100