# EXHIBIT 3

JENNIFER M. SCHERMERHORN, SBN 225070
EMAIL: jennifer@sfcos.com
**SCARONI FAMILY OF COMPANIES**
101 EAST MAIN STREET
HEBER, CALIFORNIA 92249
TELEPHONE: (760) 592-2258

CHAD T. WISHCHUK, SBN 214779
EMAIL: cwishchuk@ftblaw.com
MARLENE C. NOWLIN, SBN 156457
EMAIL: mnowlin@ftblaw.com
**FINCH, THORNTON & BAIRD, LLP**
ATTORNEYS AT LAW
4747 EXECUTIVE DRIVE – SUITE 700
SAN DIEGO, CALIFORNIA 92121-3107
TELEPHONE: (858) 737-3100
FACSIMILE: (858) 737-3101

Attorneys for Defendants Fresh Harvest, Inc., Farm Labor Association For Growers, Inc., and SMD Logistics, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTONIO RUBIO-LEON, ANGEL DE JESUS ROCHA-RIVERA, DIEGO MARTINEZ-JIMENEZ, GERARDO LEDESMA-DELGADO and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., and SMD LOGISTICS, INC.,<br><br>Defendant. | CASE NO: 5:24-cv-03375-EKL<br><br>DECLARATION OF MATT SCARONI IN SUPPORT OF DEFENDANTS FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., AND SMD LOGISTICS, INC.'S MOTION AND MOTION TO COMPEL ARBITRATION, DISMISS CLASS CLAIMS, AND DISMISS OR STAY PAGA REPRESENTATIVE CLAIMS, AND FOR AN IMMEDIATE STAY PENDING THE RULING ON THIS MOTION<br><br>Assigned to:<br>District Judge:<br>Hon. Eumi K. Lee, Courtroom 7<br>Magistrate Judge:<br>Hon. Nathanael M. Cousins, Courtroom 5<br><br>Date: February 26, 2025<br>Time: 10:00 a.m.<br>Dept.: Courtroom 7<br><br>Complaint Filed: June 4, 2024<br>Trial Date: Not Set |

/ / / / /

I, Matt Scaroni, declare as follows:

1. I am the secretary of defendant Farm Labor Association for Growers, Inc. ("FLAG"), president and chief executive officer of defendant Fresh Harvest, Inc. ("Fresh Harvest"), and chief financial officer of defendant SMD Logistics, Inc. ("SMD"). I am a duly authorized custodian of the records and documents attached to this declaration and have obtained these records from FLAG and Fresh Harvests files. I am familiar with the manner and procedures by which the records and documents contained in FLAG, Fresh Harvest, and SMD's (collectively "Defendants") files are prepared and maintained. Those documents and records are prepared or maintained by Defendants' agents or employees in the performance of their regular business duties. Those documents and records are made either by persons with knowledge of the matters they record or from information supplied by persons with such knowledge. It is Defendants' regular business practice to maintain such documents and records in the normal course of its business. The documents attached to and referenced in this declaration are business records produced and maintained in this manner. The facts set forth in this declaration are based on my personal knowledge and on my review of Defendants' files.

2. In my capacity as an officer and custodian of records for Defendants, I have access to and control over Defendants' personnel files containing employee records, agreements, and other important signed personnel documents. I am familiar with and oversee the procedures for obtaining signed personnel documents from employees and maintaining such records in employee personnel files. Defendants maintain a separate personnel file for each employee.

3. FLAG is a provider of farm worker staffing services for a group of members consisting of fixed-site growers. Fresh Harvest is a farm labor contractor engaged in providing agricultural custom harvesting services in and around various fields including within California and Colorado. SMD is a

provider of farm-related logistics services. Defendants' principal place of business is in Monterey County, California, and they regularly perform work throughout California, Colorado, and Arizona. Defendants are affiliates and regularly use the telephone, electronic mail, and U.S. mail to communicate across state lines regarding their purchases, operations, and/or business including harvesting and farming operations, and the sale of agricultural products and goods.

4. Plaintiffs are former employees of FLAG and/or Fresh Harvest. Between April 2020 and May 2023, plaintiffs were hired by FLAG and/or Fresh Harvest as farm workers within California or Colorado. Plaintiff Gerardo Ledesma-Delgado ("Delgado") was hired by FLAG and Fresh Harvest on April 3, 2020. Plaintiff Antonio Rubio Leon ("Leon") was hired by FLAG and Fresh Harvest on September 12, 2022. Plaintiff Angel de Jesus Rocha-Rivera ("Rivera") was hired by FLAG on April 1, 2023. Plaintiff Diego Martinez-Jimenez ("Jimenez") was hired by Fresh Harvest on June 3, 2021. Jimenez was hired by FLAG on May 23, 2023. SMD never employed plaintiffs.

5. During their employment, plaintiffs were provided and signed an Optional Arbitration Agreement and Optional Arbitration Agreement Policy in Spanish (collectively the "Arbitration Agreement"). The Arbitration Agreement was not a condition of employment and was purely voluntary for each plaintiff. True and correct copies of the Arbitration Agreement signed by Delgado, Rivera, Leon, and Jimenez in Spanish are attached to this declaration as Exhibits 1, 3, 5, and 7, respectively. I too signed each Arbitration Agreement.

6. On September 22, 2024, Defendants' counsel, Marlene C. Nowlin, provided me certified translations of the Arbitration Agreement which are attached hereto and to the declaration of translator Jesús Rosa García as Exhibits 2, 4, 6, and 8 (the "Translations".) I reviewed the Translations and they accurately reflect my understanding of the Arbitration Agreement signed by

FINCH, THORNTON & BAIRD, LLP
4747 Executive Drive - Suite 700
San Diego, CA 92121
(858) 737-3100

plaintiffs.

7. The Arbitration Agreement states as follows:

> Any and all disputes, controversies or claims not settled in accordance with the foregoing procedures and arising out of or relating to this employment handbook, your employment or the termination of your employment may be settled by binding arbitration before an impartial arbitrator, unless otherwise prohibited by applicable law. This provision may apply to any and all such disputes, controversies or claims whether asserted individually by the employee against the Company and/or against any employee, officer, alleged agent, director or affiliate of the Company with regard to any matter arising out of your employment or the termination of your employment. . . .
>
> The arbitration provisions of this Agreement shall provide the exclusive remedy and, by reading and signing this Agreement, each party expressly waives any right they might have to seek redress in any other forum, including a trial by jury. . . .

8. The Arbitration Agreement also includes provisions such as:

> Such arbitration shall be conducted in accordance with the rules of the arbitration association or service from which the arbitrator is selected (e.g., American Arbitration Association, JAMS, ARS, etc.) and will be governed by the Federal Arbitration Act [9 U.S.C. Section 2, et. al.] . . . .
>
> In the event that one or more of the provisions contained herein should for any reason be held to be unlawful or unenforceable, such unlawfulness or unenforceability shall not affect any other provision, and the procedures set forth herein shall be construed as if such unenforceable or unlawful provision had not been contained herein. . . .
>
> Employees are expressly precluded from filing or participating in any joint, class, representative or collective claims addressing their wages, hours or other terms or conditions of their employment against the employer in any forum, whether arbitral or judicial. This waiver includes PAGA claims to the extent permitted by law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of September 2024, at Heber, California.

MATT SCARONI

2695.003/3RS9569.axm



FINCH, THORNTON & BAIRD, LLP
4747 Executive Drive - Suite 700
San Diego, CA 92121
(858) 737-3100

CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document has been filed electronically on this 24th day of September 2024 and is available for viewing and downloading to the ECF registered counsel of record:

Via Electronic Service/ECF:

Dawson Morton, Esq.
James Knoepp, Esq. (*Admitted Pro Hac Vice*)
Law Offices Of Dawson Morton
1808 Sixth Street
Berkeley, California 94710
Telephone: (404) 590-1295
Emails: dawson@dawsonmorton.com
jim@dawsonmorton.com

ATTORNEYS FOR PLAINTIFFS ANTONIO RUBIO-LEON, ANGEL DE JESUS ROCHA-RIVERA, DIEGO MARTINEZ-JIMENEZ, AND GERARDO LEDESMA-DELGADO

Jennifer Schermerhorn, Esq.
Scaroni Family of Companies
101 E. Main Street
Heber, California 92249
Telephone: (760) 909-1315
Email: jennifer@sfcos.com

ATTORNEYS FOR DEFENDANTS FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., AND SMD LOGISTICS, INC.

DATED: September 24, 2024

Respectfully submitted,

FINCH, THORNTON & BAIRD, LLP

By: */s/ Marlene C. Nowlin*
CHAD T. WISHCHUK
MARLENE C. NOWLIN
Attorneys for Defendants Fresh Harvest, Inc., Farm Labor Association For Growers, Inc., and SMD Logistics, Inc.
E-mail: mnowlin@ftblaw.com

# EXHIBIT 1

# F.L.A.G

## Política de acuerdo de Arbitraje de Empleo opcional

**En general:** El Acuerdo de Arbitraje de la Compañía se establece en su totalidad en el Manual de la Compañía y también se proporciona a todos los empleados como un documento separado. Debe leer la póliza detenidamente y puede optar por aceptar los términos del acuerdo de arbitraje de empleo opcional. Este documento explica una serie de disposiciones del Acuerdo de arbitraje.

**Las pólizas detrás del Acuerdo de arbitraje de empleo opcional son las siguientes:**

- Animar a los empleados a discutir, reportar e informar de inmediato a la Compañía sobre cualquier inquietud, problema, controversia y/o reclamo que surja de la relación laboral, de modo que puedan ser atendidos de inmediato;
- Establecer comunicación abierta y resolución informal de los problemas;
- Apoyar a una fuerza de trabajo comprometida e informada que acepta la diversidad y desalienta la adversidad;
- Para proteger los derechos individuales y crear un foro abierto para escuchar y abordar quejas y preocupaciones;
- Para eliminar cualquier renuencia a reportar problemas, peligros y/o conducta o preocupaciones de comportamiento,
- Promover el arbitraje rápido y la mediación, en lugar de un litigio, de los reclamos de los empleados que surjan de su relación laboral o la terminación del empleo.

**El Acuerdo de arbitraje de empleo opcional:**

- Proporcionar una resolución más rápida de los reclamos de los empleados tales como discriminacion laboral, acoso o represalias; cualquier reclamo presentado por el Empleado relacionado con los salarios y las condiciones de trabajo; el incumplimiento de un contrato laboral o pacto implícito de buena fe y trato justo; un despido injusto; o mala conducta (ya sea intencional o negligente) incluyendo la difamación, la falsificación, el fraude e imposición intencional de estrés emocional.
- Para verificar que el Empleado y la Compañía comprendan y acuerden que renuncian a su derecho a presentar dichos reclamos ante una corte, incluido el derecho a un juicio por un jurado, y para presentar demandas colectivas;
- Acordar que el procedimiento de arbitraje será conducido por un árbitro neutral de acuerdo con las Reglas Nacionales para la Resolución de Disputas de Empleo emitidas por la Asociación Americana de Arbitraje. La Compañía pagará los honorarios del árbitro por el procedimiento, así como los cargos por la transcripción de la audiencia.
- El árbitro neutral tendrá la autoridad para otorgar salarios atrasados, intereses y daños y perjuicios aplicables y honorarios de abogados, y todas las demás formas de reparación que puedan otorgarse como si el caso se hubiera litigado en un tribunal.
- El empleado continúa teniendo derecho a ser representado por un abogado de su propia elección, y a su propio costo;
- El árbitro emitirá una decisión por escrito y su decisión sólo podrá apelarse de acuerdo con la ley aplicable.

Cada una de las partes del Acuerdo de arbitraje de empleo opcional entiende que el Acuerdo de arbitraje de empleo opcional no cambia de ninguna manera la relación de empleo "a voluntad" entre las partes ni debe interpretarse en el sentido de que implica la existencia de un contrato de trabajo. El empleo "a voluntad" permanece en plena vigencia y efecto. Dicta que en cualquier momento, por cualquier motivo, con o sin causa, o con o sin notificación, el empleado o el empleador puede rescindir el empleo a su propia discreción.

Acuso recibo de este documento en la fecha que se indica a continuación.

LEDESMA DELGADO GERARDO
Nombre del Empleado

H09745
Número de Empleado

Gerardo Ledesma Delgado
Employee Signature/Firma del Empleado

03 / 28 / 2022
Fecha

Tijuana BC Mexico
Locación al momento de firmar

F.L.A.G

# OPCIONAL ACUERDO DEL ARBITRAJE DEL EMPLEO

Todo y cada uno litigio, controversia o reclamación que no está resuelto con arreglo a los procedimientos precedentes y que surge de o refiere a este manual de empleo, su empleo o la terminación de su empleo puede ser resuelto mediante arbitraje vinculante ante un árbitro imparcial, salvo cuando la ley aplicable lo prohíbe. Esta estipulación se aplicará a todos y cada unos de aquellos litigios, controversias o reclamaciones sean dirigidos a la Empresa y/o a cualquier empleado, oficial, directivo, representante, presunto agente, director o afiliado de la Empresa con respecto a cualquier asunto pendiente de su empleo o de la terminación de su empleo. Esto incluye, pero no se limita a, cualquier aplicabilidad o incumplimiento de este manual de empleo o cualquier contrato/acuerdo pretendido de empleo, y/o cualquier controversia o reclamación que se surge de la relación (o de la naturaleza de la relación) o del comienzo o de la terminación de la relación, lo que incluye, pero no se limita a, reclamaciones a la violación de un estatuto o estatal o federal y/o a violación de contrato, violación de un contrato/pacto implícito de buena fe y negocios honrados, despido improcedente, o la imposición intencional *de* sufrimiento emocional, angustia, difamación, violación del derecho de la privacidad, intromisión con relaciones ventajosas o relaciones contractuales, conspiración u otras reclamaciones agravias de cualquier clase. Reclamaciones de la discriminación, el acoso o hostigamiento, y/o las represalias que aparecen bajo el Titulo VII de la Ley de Derechos Civiles de 1964, como se modifica Sección 42 U.S.C. secciones 2000(e) et.seq. y el Acto de Empleo Justo y Vivienda de California, secciones 12940-12950 del Código del Gobierno de California, inclusive, EL Código de Labor, y la Ley de Discriminación por Edad en el Empleo, 29 U.S.C. sección 623, están sujetos a las estipulaciones de este acuerdo de arbitraje. Este Acuerdo de Arbitraje aplica a los reclamos que existen antes o puede existir antes de la fecha de este Acuerdo o la enmienda de este Manual del Empleado. Las estipulaciones de arbitraje de este Contrato ofrecerán el único y exclusivo recurso leyendo y firmando este acuerdo y cada parte (todos los interesados) renuncia cualquier derecho que él/ella/ello podría tener para exigir reparación en cualquier otro foro, incluido proceso con jurado. Este acuerdo no cubre las reparaciones del seguro de compensación al trabajador o de los subsidios por incapacidad laboral. Los empleados no están impedidos de presentar cargos administrativos con una agencia administrativa apropiada del Estado o del Federal con el fin de, entre otras cosas, cumplir requisito cualquiera del agotamiento de recursos administrativos con anterioridad a la invocación de este proceso obligatorio, pedir recursos que no son específicos de una víctima particular, o permitir la presentación del pleito legal por parte de una agencia administrativa que busca recursos estatutarios que no fueran disponibles durante el proceso del arbitraje. Los empleados están prohibidos expresamente de archivar cualquier reclamo junto, por clase, representativo, o colectivo tocante sus sueldos, horas u otras términos y condiciones de sus trabajo en contra el empleador en cualquier tribunal, si arbitraje o judicial, con excepción de reclamos archivados bajo el Acto de 2004 de los Abogados Privados Generales.

Tal arbitraje será conducido en acordancia con las reglas de la asociación de arbitraje o servicio con quien el árbitro está seleccionado (Asociación Americana de Arbitraje, JAMS, ARS, o lo demás) y será gobernado por el Acto de Arbitraje Federal [ 9 U.S. C Sección 2, et. al.]. Si el empleo existe en California, el Código de Procedimiento Civil Secciones 1280, et. seq. Tendrá dominio de tal arbitraje al afirmar que la ley de California no es contradictoria o no tiene más preferencia que la ley Federal aplicable.

El árbitro será seleccionado de una lista de siete árbitros suministrada por la Oficina del Servicio Federal de Mediación y Conciliación. Las partes se alternarán para eliminar los nombres que aparecen en la lista; la parte que es la primera en turno será determinada por el lanzamiento de una moneda al aire. El arbitraje tendrá lugar en una ubicación decidida de mutuo acuerdo entre las partes. A falta de un acuerdo, el árbitro determinará el lugar.

A las dos partes el árbitro proporcionará tiempo suficiente, acceso a los testigos, acceso a la documentación y acceso a los registros de las partes para aportar exhibición adecuada con anterioridad al comienzo del proceso.

Cualquier reclamación de una parte contra la otra que podría ser presentada como resolución de conformidad a este párrafo debe ser presentada de manera escrita por el reclamante a la otra parte en conformidad con las leyes aplicables Estatales y Federales de estatuas de limitación.

En caso de que una de las partes afirme que las acciones de la otra están causando perjuicio para el cual la indemnización por daños y perjuicios sería insuficiente, la parte puede solicitar medidas cautelares mediante una presentación al Servicio Federal de Mediación y Conciliación en San Francisco de una declaración, bajo sanción por perjurio, describiendo los hechos que hicieron surgir su reclamación. Dicha declaración será entregada a la otra parte personalmente, por correo exprés, por FedEx (Federal Express), o por un servicio comparable, se solicita acuse de recibo. Si las partes no pueden ponerse de acuerdo sobre el árbitro dentro de diez (10) días, el Servicio Federal de Mediación y Conciliación tiene autorización para seleccionar un arbitraje imparcial el cual dirige una vista dentro de diez (10) días de ser seleccionado.

Al resolver cualquier cuestión legal, el árbitro aplicará todas las leyes federales y estatales y todos los derechos legislados y jurisprudenciales que se pueden aplicar al litigio. El Arbitraje se dirigirá en conformidad con las reglas del

Código de Procedimiento Civil, comr ando la Sección 1280, y El Código de Prc mientos Probatorios de California se aplicará. El árbitro tendrá la única a dad para resolver cualquier litigio relac do a la interpretación, pertinencia, aplicación o creación sobre el manual del empleado y esta estipulación.

Las partes no estarán obstaculizadas de pedir todos los recursos pertinentes, incluidos indemnizaciones por daños y perjuicios y los honorarios y gastos de abogados, los cuales estarían disponibles si el asunto hubiera sido litigado a juicio.

La Empresa pagará las costas del árbitro imparcial y de una transcripción de todo el proceso de arbitraje. Cada parte se hará cargo de los costes de sus propios testigos.

Cualquier decisión y concesión o orden del árbitro será escrita y será definitiva y obligatoria entre las partes involucradas en las reclamaciones, las cuales fueron planteadas o pudieron haber sido planteadas en relación con la disputa en toda la extensión de la ley. La decisión del árbitro será la última decisión y solamente estará sujeto a la revisión judicial como indica el Acto de Arbitraje de California (Código de Procedimiento Civil, Sección 1285, et. seq.).

Si sea necesario cualquier litigio para hacer cumplir a las condiciones de este Acuerdo de Arbitraje, o si cualquier acción legal, aunque sea prohibida, se surja con respecto a este Acuerdo de Arbitraje, la parte predominante tendrá derecho a pago razonable para los abogados y a cualquier otra compensación a la que puede tener derecho.

En caso de que sean ilícitas o no ejecutables una o más que una de las estipulaciones contenidas en esta, esta ilegitimidad o incapacidad de ser ejecutable no afectará cualquier otra estipulación, y los procedimientos presentados aquí dentro serán interpretados como nunca existió en este documento la estipulación ilícita.

Yo he leído y entiendo todo lo anterior y acepto las condiciones de este Acuerdo.

| | |
|---|---|
| **Empleado:** | **Empleador:** |
| Nombre: LEDESMA DELGADO GERARDO | Nombre y Título: |
| Firma: Gerardo Ledesma | Firma: [signature] |
| Fecha: 03 / 28 / 2022 | Fecha: |

TIJUANA BC MEXICO
Locación al momento de firmar

# EXHIBIT 2

# F.L.A.G

**Optional Arbitration Agreement Policy**

**In general:** The Company's Optional Arbitration Agreement is set forth in its entirety in the Company Manual and is also attached to its manual, as a separate document. You must read this policy carefully and you may choose to accept the terms of the optional arbitration agreement. This document details a number of provisions in the Arbitration Agreement.

**The policies behind the Arbitration Agreement are:**

- Encourage employees to immediately discuss, report and inform to the Company any concerns, problems, disputes and/or claims arising out of the employment relationship, so that they can be addressed immediately;
- Establish open communication and informal problem resolution;
- Support a committed and informed workforce that embraces diversity and discourages adversity;
- Protect individual rights and create an open forum to hear and address complaints and concerns;
- Eliminate any reluctance to report problems, dangers and/or behaviors or behavioral concerns,
- Promote prompt arbitration and mediation, rather than litigation, of employee claims arising out of their employment relationship or termination of employment.

**The Arbitration Agreement shall:**

- Provide quicker resolution of employee claims, such as employment discrimination, harassment or retaliation; any claim brought by the employee regarding wages and working conditions; breach of employment contract or implicit agreement of good faith and fair treatment; unfair dismissal; or misconduct (whether intentional or negligent), including defamation, misrepresentation, fraud, and the imposition of emotional stress.
- Verify that the employee and the Company understand and agree that they waive their right to file such claims in court, including the right to a jury trial, and to file class actions;
- Agree that the arbitration proceeding will be conducted by a neutral arbitrator in accordance with the National Rules for the Resolution of Labor Disputes issued by the American Arbitration Association. The Company will pay the arbitrator's fees for the proceeding, as well as the fees for the hearing transcript.
- The neutral arbitrator will have the authority to award back wages, applicable interest and damages, and attorney's fees, just as if the case were litigated in court.
- The employee continues to have the right to be represented by a lawyer of his or her choice and at his or her own cost;
- The arbitrator shall issue a written decision and his decision may only be appealed in accordance with applicable law.

Each party to the Optional Arbitration Agreement understands that the Optional Arbitration Agreement does not change the employment relationship "at will" between the parties nor should it be construed as implying the existence of a contract of employment for a defined term. Employment "at will" remains in full force and effect. It provides that, at any time, for any reason, with or without cause, or with or without notice, the employee or employer may terminate employment at its own discretion.

I acknowledge receipt of this document on the written date below.

| | |
|---|---|
| LEDESMA DELGADO GERARDO<br>Employee Name | H09745<br>Employee Number |
| [Signature]<br>Employee Signature | 03/28/2022<br>Date |
| Tijuana, B.C., Mexico<br>Location at the time of signing | |

Revised Date 09/24/2021

# F.L.A.G

**OPTIONAL ARBITRATION AGREEMENT**

Any and all disputes, controversies or claims not settled in accordance with the foregoing procedures and arising out of or relating to this employment handbook, your employment or the termination of your employment may be settled by binding arbitration before an impartial arbitrator, unless otherwise prohibited by applicable law. This provision may apply to any and all such disputes, controversies or claims whether asserted individually by the employee against the Company and/or against any employee, officer, alleged agent, director or affiliate of the Company with regard to any matter arising out of your employment or the termination of your employment. These includes, but it is not limited to, any enforceability or breach of this employment handbook or any purported employment agreement, and/or any claim or controversy arising out of the relationship (or the nature of the relationship) or the commencement or termination of that relationship, including but not limited to, claims for violation of a state or federal statute and/or for breach of agreement, breach of an implied covenant of good faith and fair dealing, wrongful termination, or intentional infliction *of* emotional distress, defamation, breach of right of privacy, interference with advantageous or contractual relations, conspiracy or other tort claims of any kind. Claims for discrimination, harassment, and/or retaliation arising under Title VII of the Federal Civil Rights Act of 1964, as amended Section 42 U.S.C. sections 2000(e) et. seq. and the California Fair Employment and Housing Act, California Government Code sections 12940-12950, including, California Labor Code, and the Age Discrimination in Employment Act, 29 U.S.C. section 623, are subject to the provisions of this arbitration agreement. This Arbitration Agreement applies to applicable claims that pre-exist or may pre-exist the date of this Agreement or amendment to this Agreement. The arbitration provisions of this Agreement shall provide the exclusive remedy and, by reading and signing this Agreement, each party (all the interested) waives any right they might have to seek redress in any other forum, including a trial by jury. Claims for workers' compensation insurance or unemployment compensation benefits are not covered by this agreement. Employees shall not be precluded from filing an administrative charge with an appropriate State or Federal administrative agency for the purpose, among others, satisfying any requirement of exhaustion of administrative remedies prior to invoking this mandatory process; to seek remedies that are not victim-specific; to otherwise permit an administrative agency to file its own lawsuit seeking statutory remedies not otherwise available in the arbitration proceeding or as otherwise required by law. Employees are expressly precluded from filing or participating in any joint, class, representative or collective claims addressing their wages, hours or other terms or conditions of their employment against the employer in any forum, whether arbitral or judicial except for claims under the PAGA Act of 2004.

Such arbitration shall be conducted in accordance with the rules of the arbitration association or service from which the arbitrator is selected (e.g., American Arbitration Association, JAMS, ARS, etc.) and will be governed by the Federal Arbitration Act [9 U.S.C. Section 2, et. al.] If the employment exists in California, California Code of Civil Procedure Sections 1280, et seq. will govern such arbitration to the extent that California law is not contradictory or pre-empted by applicable Federal law.

The arbitrator shall be selected from a list of seven arbitrators provided by the National Office of the Federal Mediation and Conciliation Service. The parties shall take turns to eliminate the names that are on the list, the first party to begin eliminating names from the list shall be chosen by tossing a coin. The arbitration shall be held in a location to be mutually agreed upon by the parties. In the absence of agreement, the arbitrator shall determine the location.

The arbitrator shall provide either party with sufficient time and access to witnesses, documentation, and records of the parties in order to conduct adequate discovery prior to initiation of the proceeding.

Any claim which either party has against the other party which could be submitted for resolution pursuant to this paragraph must be presented in writing by the claiming party to the other in accordance with applicable State or Federal statutes of limitation.

In the event either party contends that the other party's actions are causing injury for which monetary damages would be inadequate, it may seek an injunctive order by submitting to the National Office of the Federal Mediation and Conciliation Service in San Francisco a declaration under penalty of perjury setting forth the facts giving rise to its claim. Said declaration shall be served upon the other party personally or by Express Mail, Federal Express, or other comparable service, return receipt requested. If the parties are not able to agree upon a neutral arbitrator within 10 days, the Federal Mediation and Conciliation Service is authorized to select a neutral arbitrator who shall hold a hearing within 10 days of his/her selection.



When resolving any matter, the arbitrator shall apply all applicable federal, state and local statutory and common law, which is applicable to the dispute. If the employment is in California, the arbitration shall be conducted pursuant to the

California Code of Civil Procedure's arbitration rules, commencing at Section 1280, and the California Rules of Evidence shall apply. The arbitrator shall have the exclusive authority to resolve any dispute relating to the interpretation, applicability, enforceability or formation of the Employee Handbook and this provision.

The parties shall not be preempted from requesting all the necessary resources, including compensation for damages and attorney's fees, to which they would be entitled if the matter would have been submitted to trial.

The Company shall pay the cost of the neutral arbitrator and of a transcript of any arbitration proceeding. Each party shall bear the expense of any witnesses it calls.

Any decision and award or order of the arbitrator shall be in writing and shall be final and binding between the parties as to all claims, which were or could have been raised in connection with the dispute to the fullest extent permitted by law. The arbitrator's decision shall be final and subject to judicial review only as provided by the California Arbitration Act for employment in California (Code of Civil Procedure Section 1285, et. seq.).

If any litigation is necessary to enforce the terms of this Arbitration Agreement, or if any legal action, even though prohibited, is brought with regard to this Employment Handbook, the prevailing party shall be entitled to reasonable attorneys' fees in addition to any other relief to which it may be entitled.

In the event that one or more of the provisions contained herein should for any reason be held to be unlawful or unenforceable, such unlawfulness or unenforceability shall not affect any other provision, and the procedures set forth herein shall be construed as if such unenforceable or unlawful provision had not been contained herein.

I have read, understand and agree to the terms of this Agreement.

| | **Employee:** | | **Employer:** |
|---|---|---|---|
| Name: | LEDESMA DELGADO GERARDO | Name and Title: | |
| Signature:: | [Signature] | Signature: | |
| Date: | 03/28/2022 | Date: | |

Tijuana, B.C. Mexico
Location at the time of signing

# Certificate of Accuracy

This is to certify that the attached translation, from Spanish (Mexican Diaect) to English, is an accurate translation of the document:

Rivera Translated Arbitration agreement 3RQ9764; Jimenez Translated Arbitration agreement 3RR1519; Leon Translated Arbitration agreement 3RR1534 & Delgado Translated Arbitration agreement 3RR1534

---

I, Jesús Rosa, declare under penalty of perjury that I understand the English language and the Spanish language and that, to the best of my knowledge and belief, the statements in the English language in the attached translation have the same meanings as the Spanish statements in the language in the original document, a copy of which I have examined.

Signature: Jesús Rosa

This document was acknowledged before me on the 22 day of **September**, 2024.

Notary Public

**Elyxedy Fernandez**
**Notary Public, State of New York**
**Commission No. : 01FE6353937**
**Qualified in Bronx County**
**Commission Expires:** 02/26/2025

ELYXEDY FERNANDEZ
STATE OF NEW YORK
NOTARY PUBLIC
Qualified in Bronx County
01FE6353937
MY COMMISSION EXPIRES 02/26/2025

# EXHIBIT 3

# F.L.A.G.

## Farm Labor Association for Growers

F.L.A.G. P.O.BOX 104 HEBER, CA 92249 (760) 352-2200

## ACUERDO DE ARBITRAJE OPCIONAL

Todas y cada una de las disputas, controversias o reclamaciones que no se resuelvan de acuerdo con los procedimientos anteriores y que surjan de este manual de empleo o se relacionen con él, su empleo o la terminación de su empleo pueden resolverse mediante arbitraje vinculante ante un árbitro imparcial, a menos que lo prohíba lo contrario o la ley aplicable. Esta disposición puede aplicarse a todas y cada una de las disputas, controversias o reclamaciones, ya sea que el empleado las presente individualmente contra la Compañía y/o contra cualquier empleado, funcionario, presunto agente, director o afiliado de la Compañía con respecto a cualquier asunto que surja de su empleo o la terminación de su empleo (antes de la contratación hasta después de la terminación), que incluye, entre otros, cualquier cumplimiento o incumplimiento de este manual de empleo o cualquier supuesto acuerdo de empleo, y/o cualquier reclamo o controversia que surja de la relación (o la naturaleza de la relación) o el comienzo o terminación de esa relación, incluidos, entre otros, reclamos por violación de un estatuto estatal o federal y/o por incumplimiento de convenio, incumplimiento de un convenio implícito de buena fe y equidad de trato, rescisión indebida, incumplimiento de contrato o imposición intencional de angustia emocional, difamación, violación del derecho a la privacidad, interferencia con ventajas o contratos y relaciones, conspiración u otros reclamos de responsabilidad civil de cualquier tipo. Reclamaciones por discriminación, acoso y/o represalias que surjan bajo el Título VII de la Ley Federal de Derechos Civiles de 1964, en su forma enmendada, Sección 42 U.S.C. secciones 2000(e) et. sec. y la Ley de Equidad en el Empleo y la Vivienda de California, las secciones 12940-12950 del Código de Gobierno de California, inclusive, el Código Laboral de California y la Ley de Discriminación por Edad en el Empleo, 29 U.S.C. artículo 623, están sujetos a las disposiciones de este procedimiento de arbitraje. No obstante, lo anterior, nada en este Acuerdo prohibirá que un Empleado que alegue una conducta que constituya una disputa por acoso sexual o una disputa por agresión sexual, o el representante designado de una clase o en una acción colectiva que alegue dicha conducta, elija participar en el arbitraje o elegir presentar un caso bajo la ley federal, tribal o estatal que se relacione con los reclamos de agresión sexual y acoso sexual. Este Acuerdo de arbitraje se aplica a las reclamaciones aplicables que existen o pueden existir antes de la fecha de este Acuerdo o enmienda a este Acuerdo. Las disposiciones de arbitraje de este Acuerdo proporcionarán el recurso exclusivo y, al leer y firmar este Acuerdo, cada parte renuncia expresamente a cualquier derecho que pueda tener para buscar reparación en cualquier otro foro, incluido un juicio por jurado. Este procedimiento no cubre las reclamaciones de seguro de compensación para trabajadores o beneficios de compensación por desempleo. No se impedirá que el empleado presente un cargo administrativo ante una agencia administrativa estatal o federal apropiada con el fin, entre otros, de satisfacer cualquier requisito de agotamiento de los recursos administrativos antes de invocar este proceso obligatorio; buscar remedios que no sean específicos para las víctimas; para permitir que una agencia administrativa presente su propia demanda en busca de remedios legales que no estén disponibles de otro modo en el procedimiento de arbitraje o según lo exija la ley. Los empleados están expresamente excluidos de presentar o participar en cualquier reclamo conjunto, de clase, representativo o colectivo que aborde sus salarios, horas u otros términos o condiciones de su empleo contra el empleador en cualquier foro, ya sea arbitral o judicial. Esta renuncia incluye reclamos de PAGA en la medida permitida por la ley.

Dicho arbitraje se llevará a cabo de acuerdo con las reglas de la asociación o servicio de arbitraje del que se seleccione al árbitro (por ejemplo, Asociación Estadounidense de Arbitraje, JAMS, ARS, etc.) y se regirá por la Ley Federal de Arbitraje [9 U.S.C. Sección 2, et seq.] Si el empleo existe en California, las Secciones 1280, et seq. del Código de Procedimiento Civil de California. También regirá dicho arbitraje en la medida en que la ley de California no sea contradictoria con la ley federal aplicable ni la anula.

El arbitraje se llevará a cabo en un lugar que las partes acuerden mutuamente. A falta de acuerdo, el árbitro determinará el lugar.

El árbitro deberá proporcionar a cualquiera de las partes suficiente tiempo y acceso a los testigos, la documentación y los registros de las partes para realizar un descubrimiento adecuado antes del inicio del procedimiento.

Cualquier reclamo que cualquiera de las partes tenga contra la otra parte que pueda ser presentado para resolución de conformidad con este párrafo debe ser presentado por escrito por la parte reclamante a la otra de acuerdo con los estatutos de limitación estatales o federales aplicables.

En el caso de que cualquiera de las partes sostenga que las acciones de la otra parte están causando daños por los cuales los daños monetarios serían inadecuados, puede solicitar una orden judicial presentando a la Oficina del Servicio

Federal de Mediación y Conciliación en San Francisco una declaración bajo pena de perjurio estableciendo expone los hechos

Case 5:24-cv-03375-EKL Document 24-5 Filed 09/24/24 Page 18 of 42

que dan lugar a su pretensión. Dicha d[illegible]ración se entregará a la otra parte personal[illegible]te o por Express Mail, Federal Express u otro servicio similar, con acuse de recibo. Si las partes no pueden ponerse de acuerdo sobre un árbitro neutral dentro de los 10 días, el Servicio Federal de Mediación y Conciliación está autorizado a seleccionar un árbitro neutral que deberá celebrar una audiencia dentro de los 10 días de su elección.

La carga de la prueba recaerá en todo momento sobre la parte que solicita la reparación. Al determinar cualquier asunto, el árbitro aplicará todas las leyes estatutarias y consuetudinarias federales, estatales y locales aplicables a la disputa. El arbitraje se llevará a cabo de conformidad con las reglas de arbitraje del Código de Procedimiento Civil de California, a partir de la Sección 1280, y se aplicarán las Reglas de Evidencia de California. El árbitro tendrá la autoridad exclusive para resolver cualquier disputa relacionada con la interpretación, aplicabilidad, exigibilidad o formación del Manual del Empleado y esta disposición.

La Compañía pagará el costo del árbitro neutral y de una transcripción de cualquier procedimiento de arbitraje. Una vez que el Empleado complete todos los requisitos de presentación necesarios para iniciar un arbitraje, el árbitro proporcionará una factura con vencimiento no menor a treinta (30) días por los honorarios y costos. Cada parte sufragará los gastos de los testigos que llame.

Cualquier decisión y laudo u orden del árbitro se hará por escrito y será final y vinculante entre las partes en cuanto a todos los reclamos, que fueron o podrían haber sido presentados en relación con la disputa en la mayor medida permitida por la ley. La decisión del árbitro será final y estará sujeta a revisión judicial sólo según lo dispuesto por la Ley de Arbitraje de California (Código de Procedimiento Civil, Sección 1285, et. seq.).

Si es necesario algún litigio para hacer cumplir los términos de este Acuerdo de arbitraje, o si se inicia alguna acción legal, aunque esté prohibida, con respecto a este Manual de empleo, la parte vencedora tendrá derecho a los honorarios razonables de los abogados además de cualquier otra compensación a que pueda tener derecho.

En el caso de que una o más de las disposiciones contenidas en el presente se considerarán ilegales o inaplicables por cualquier motivo, dicha ilegalidad o inaplicabilidad no afectará a ninguna otra disposición, y los procedimientos establecidos en el presente se interpretarán como si tales disposiciones inaplicables o ilegales disposición no había sido contenida aquí.

He leído, comprendo y acepto los términos de este Acuerdo.

Fecha: 8/5/2022

Por: DocuSigned by: Matt Scaroni F95401C553C449E...

Representante del empleador

Matt Scaroni, President

Empleador Nombre Impreso, Titulo

Fecha: 04/17/2023

Por: Angel Rocha

Firma de Empleado

Angel de Jesús Rocha Rivera

Nombre impreso del empleado

Tijuana, B.C., México

Ubicación al momento de firmar

# F.L.A.G.

F.L.A.G. P.O.BOX 104 HEBER, CA 92249 (760) 352-2200

## Póliza de Acuerdo de Arbitraje Opcional

**En general:** El Acuerdo de arbitraje opcional de la Compañía se establece en su totalidad en el Manual de la empresa y también se adjunta a su manual, como un documento separado, reconociendo que comprende y acepta los términos del Acuerdo de arbitraje. Este documento explica una serie de disposiciones en el Acuerdo de Arbitraje que se proporciona como una opción para resolver ciertas disputas a todos los empleados.

### Las pólizas detrás del Acuerdo de arbitraje son:

- Incentivar a los empleados para que discutan, reportar e informar de inmediato a la Compañía sobre cualquier inquietud, problema, controversia y/o reclamo que surja de la relación laboral, de modo que puedan ser atendidos de inmediato;
- Establecer comunicación abierta y resolución informal de los problemas;
- Apoyar a una fuerza de trabajo comprometida e informada que acepta la diversidad y desalienta la adversidad;
- Para proteger los derechos individuales y crear un foro abierto para escuchar y abordar quejas y preocupaciones;
- Para eliminar cualquier renuencia a reportar problemas, peligros y/o conducta o preocupaciones de comportamiento,
- Promover el arbitraje y la mediación rápidos, en lugar de un litigio, de los reclamos de los empleados que surjan de su relación laboral o la terminación del empleo.

### El Acuerdo de Arbitraje será:

- Brindar una resolución más rápida de reclamos de empleados, como discriminación laboral, acoso o represalias; cualquier reclamo presentado por el Empleado relacionado con salarios y condiciones de trabajo; incumplimiento del contrato de trabajo o del pacto implícito de buena fe y trato justo; descarga indebida; o mala conducta (ya sea intencional o negligente), incluida la difamación, la tergiversación, el fraude y la imposición de estrés emocional. Pará verificar que el Empleado y la Compañía comprendan y acuerden que renuncian a su derecho a presentar dichos reclamos ante una corte, incluido el derecho a un juicio por un jurado, y para presentar demandas colectivas;
- Permite que el Empleado opte por renunciar al arbitraje y presentar un caso conforme a la ley federal, tribal o estatal en relación con un reclamo de agresión sexual o acoso sexual.
- Para verificar que el Empleado y la Compañía entiendan y acepten que están renunciando a su derecho a presentar dichos reclamos ante un tribunal, incluido el derecho a un juicio por jurado, y a presentar reclamos de demanda colectiva;
- Aceptar que el procedimiento de arbitraje será conducido por un árbitro neutral de acuerdo con las Reglas Nacionales para la Resolución de Disputas Laborales emitidas por la Asociación Estadounidense de Arbitraje. La Compañía pagará los honorarios del árbitro por el procedimiento, así como los cargos por la transcripción de la audiencia.
- El árbitro neutral tendrá la autoridad para otorgar salarios atrasados, intereses y daños aplicables y honorarios de abogados, al igual que si el caso fuera litigado en la corte.
- El empleado sigue teniendo derecho a ser representado por un abogado de su elección ya su propio costo;
- El árbitro emitirá una decisión por escrito y su decisión sólo puede ser apelada de acuerdo con la ley aplicable.

Cada parte del Acuerdo de Arbitraje Opcional entiende que el Acuerdo de Arbitraje Opcional no cambia la relación laboral "a voluntad" entre las partes ni debe interpretarse como que implica la existencia de un contrato de trabajo por un término definido. El empleo "a voluntad" permanece en pleno vigor y efecto. Establece que, en cualquier momento, por cualquier motivo, con o sin causa, o con o sin aviso, el empleado o el empleador puede rescindir el empleo a su propia discreción.

Acuso recibo de este documento en la fecha abajo escrita.

Angel de Jesús Rocha Rivera
Nombre del Empleado

H14947
Número de Empleado

Angel Rocha
Firma Del Empleado

04/17/2023
Fecha

Tijuana, B.C., México
Ubicación al momento de firmar

Revised Date 08/05/2022

Case 5:24-cv-03375-EKL Document 45 Filed 09/24/24 Page 1 of 5

# EXHIBIT 4

# F.L.A.G

## Farm Labor Association for Growers

**F.L.A.G** **P.O. BOX 104 · HEBER, CA 92249** **(760) 352-2200**

**OPTIONAL ARBITRATION AGREEMENT**

Any and all disputes, controversies or claims not settled in accordance with the foregoing procedures and arising out of or relating to this employment handbook, your employment or the termination of your employment may be settled by binding arbitration before an impartial arbitrator, unless otherwise prohibited by applicable law. This provision may apply to any and all such disputes, controversies or claims whether asserted individually by the employee against the Company and/or against any employee, officer, alleged agent, director or affiliate of the Company with regard to any matter arising out of your employment or the termination of your employment (pre-hire through post-termination), including, but not limited to, any enforceability or breach of this employment handbook or any purported employment agreement, and/or any claim or controversy arising out of the relationship (or the nature of the relationship) or the commencement or termination of that relationship, including but not limited to, claims for violation of a state or federal statute and/or for breach of covenant, breach of an implied covenant of good faith and fair dealing, wrongful termination, breach of contract, or intentional infliction of emotional distress, defamation, breach of right of privacy, interference with advantageous or contractual relations, conspiracy or other tort claims of any kind. Claims for discrimination, harassment, and/or retaliation arising under Title VII of the Federal Civil Rights Act of 1964, as amended Section 42 U.S.C. sections 2000(e) et. seq. and the California Fair Employment and Housing Act, California Government Code sections 12940-12950, including, California Labor Code, and the Age Discrimination in Employment Act, 29 U.S.C. section 623, are subject to the provisions of this arbitration agreement. Notwithstanding the foregoing, nothing in this Agreement shall prohibit an Employee alleging conduct constituting a sexual harassment dispute or a sexual assault dispute, or the named representative of a class or in a collective action alleging such conduct, from electing to engage in arbitration or electing to file a case under Federal, Tribal or State law that relates to the sexual assault and sexual harassment claims. This Arbitration Agreement applies to applicable claims that pre-exist or may pre-exist the date of this Agreement or amendment to this Agreement. The arbitration provisions of this Agreement shall provide the exclusive remedy and, by reading and signing this Agreement, each party expressly waives any right they might have to seek redress in any other forum, including a trial by jury. Claims for workers' compensation insurance or unemployment compensation benefits are not covered by this agreement. Employees shall not be precluded from filing an administrative charge with an appropriate State or Federal administrative agency for the purpose, among others, satisfying any requirement of exhaustion of administrative remedies prior to invoking this mandatory process; to seek remedies that are not victim-specific; to otherwise permit an administrative agency to file its own lawsuit seeking statutory remedies not otherwise available in the arbitration proceeding or as otherwise required by law. Employees are expressly precluded from filing or participating in any joint, class, representative or collective claims addressing their wages, hours or other terms or conditions of their employment against the employer in any forum, whether arbitral or judicial. This waiver includes PAGA claims to the extent permitted by law.

Such arbitration shall be conducted in accordance with the rules of the arbitration association or service from which the arbitrator is selected (e.g., American Arbitration Association, JAMS, ARS, etc.) and will be governed by the Federal Arbitration Law [9 U.S.C Section 2, et seq]. If the employment exists in California, California Code of Civil Procedure Sections 1280, et seq. will also govern such arbitration to the extent that the California law does not contradict or is preempted by the applicable Federal law.

The arbitration shall be held in a location to be mutually agreed upon by the parties. In the absence of an agreement, the arbitrator shall determine the location.

The arbitrator shall provide either party with sufficient time and access to witnesses, documentation, and records of the parties in order to conduct adequate discovery prior to initiation of the proceeding.

Any claim which either party has against the other party which could be submitted for resolution pursuant to this paragraph must be presented in writing by the claiming party to the other in accordance with applicable State or Federal statutes of limitation.

In the event either party contends that the other party's actions are causing injury for which monetary damages would be inadequate, it may seek an injunctive order by submitting to the National Office of the Federal Mediation and Conciliation Service in San Francisco a declaration under penalty of perjury setting forth the facts giving rise to its claim. Said declaration shall be served upon the other party personally or by Express Mail, Federal Express, or other comparable service, with

Case 5:24-cv-03075-EKL Document 45-26 Filed 09/24/24 Page 22 of 42

# F.L.A.G

## Farm Labor Association for Growers

**F.L.A.G** **P.O. BOX 104 · HEBER, CA 92249** **(760) 352-2200**

return receipt requested. If the parties are not able to agree upon a neutral arbitrator within 10 days, the National Office of the Federal Mediation and Conciliation Service is authorized to select a neutral arbitrator who shall hold a hearing within 10 days of his/her selection.

The burden of proof shall at all times be upon the party seeking relief. In determining any matter, the arbitrator shall apply all applicable federal, state and local statutory and common law, which is applicable to the dispute. If the employment is in California, the arbitration shall be conducted pursuant to the California Code of Civil Procedure's arbitration rules, commencing at Section 1280, and the California Rules of Evidence shall apply. The arbitrator shall have the exclusive authority to resolve any dispute relating to the interpretation, applicability, enforceability or formation of the Employee Handbook and this provision.

The Company shall pay the cost of the neutral arbitrator and of a transcript of any arbitration proceeding. Upon the Employee's completion of all filing requirements necessary to initiate an arbitration, the arbitrator shall provide an invoice due no less than thirty (30) days for any fees and costs. Each party shall bear the expense of any witnesses it calls.

Any decision and award or order of the arbitrator shall be in writing and shall be final and binding between the parties as to all claims, which were or could have been raised in connection with the dispute to the fullest extent permitted by law. The arbitrator's decision shall be final and subject to judicial review only as provided by the California Arbitration Act (Code of Civil Procedure Section 1285, et. seq.).

If any litigation is necessary to enforce the terms of this Arbitration Agreement, or if any legal action, even though prohibited, is brought with regard to this Employment Handbook, the prevailing party shall be entitled to reasonable attorneys' fees in addition to any other relief to which it may be entitled.

In the event that one or more of the provisions contained herein should for any reason be held to be unlawful or unenforceable, such unlawfulness or unenforceability shall not affect any other provision, and the procedures set forth herein shall be construed as if such unenforceable or unlawful provision had not been contained herein.

I have read, understand and agree to the terms of this Agreement.

Dated: 8/5/2022
By: Docusigned by: Matt Scaroni [Illegible number]
Employer Representative

Matt Scaroni, President
Employer Printed Name, Title

Dated: 04/17/2023
By: [Signature]
Employee Signature

Angel de Jesús Rocha Rivera
Employee Printed Name

Tijuana, B.C. México
Location at time of signing

# F.L.A.G

## Farm Labor Association for Growers

F.L.A.G P.O. BOX 104 · HEBER, CA 92249 (760) 352-2200

**Optional Arbitration Agreement Policy**

**In general:** The Company's Optional Arbitration Agreement is set forth in its entirety in the Company Manual and is also attached to its manual, as a separate document, acknowledging that you understand and agree to the terms of the Arbitration Agreement. This document explains a number of provisions in the Arbitration Agreement that are provided as an option to resolve certain disputes to all employees.

**The policies behind the Arbitration Agreement are:**

- Encourage employees to immediately discuss, report and inform to the Company any concerns, problems, disputes and/or claims arising out of the employment relationship, so that they can be addressed immediately;
- Establish open communication and informal problem resolution;
- Support a committed and informed workforce that embraces diversity and discourages adversity;
- Protect individual rights and create an open forum to hear and address complaints and concerns;
- Eliminate any reluctance to report problems, dangers and/or behaviors or behavioral concerns,
- Promote prompt arbitration and mediation, rather than litigation, of employee claims arising out of their employment relationship or termination of employment.

**The Arbitration Agreement shall:**

- Provide quicker resolution of employee claims, such as employment discrimination, harassment or retaliation; any claim brought by the employee regarding wages and working conditions; breach of employment contract or implicit agreement of good faith and fair treatment; unfair dismissal; or misconduct (whether intentional or negligent), including defamation, misrepresentation, fraud, and the imposition of emotional stress. Verify that the employee and the Company understand and agree that they waive their right to file such claims in court, including the right to a jury trial, and to file class actions;
- Allow the employee to choose to waive arbitration and file a case under federal, tribal, or state law in connection with a sexual assault or sexual harassment claim.
- Verify that the employee and the Company understand and agree that they are waiving their right to file such claims in court, including the right to a jury trial, and to file class action claims;
- Agree that the arbitration proceeding will be conducted by a neutral arbitrator in accordance with the National Rules for the Resolution of Labor Disputes issued by the American Arbitration Association. The Company will pay the arbitrator's fees for the proceeding, as well as the fees for the hearing transcript.
- The neutral arbitrator will have the authority to award back wages, applicable interest and damages, and attorney's fees, just as if the case were litigated in court.
- The employee continues to have the right to be represented by a lawyer of his or her choice and at his or her own cost;
- The arbitrator shall issue a written decision and his decision may only be appealed in accordance with applicable law.

Each party to the Optional Arbitration Agreement understands that the Optional Arbitration Agreement does not change the employment relationship "at will" between the parties nor should it be construed as implying the existence of a contract of employment for a defined term. Employment "at will" remains in full force and effect. It provides that, at any time, for any reason, with or without cause, or with or without notice, the employee or employer may terminate employment at its own discretion.

I acknowledge receipt of this document on the written date below.

| | |
|---|---|
| Angel de Jesús Rocha Rivera<br>Employee Name | H14947<br>Employee Number |
| [Signature]<br>Employee Signature | 04/17/2023<br>Date |
| Tijuana, B.C., Mexico<br>Location at the time of signing | |

Revised Date 08/05/2022

# Certificate of Accuracy

This is to certify that the attached translation, from Spanish (Mexican Diaect) to English, is an accurate translation of the document:

Rivera Translated Arbitration agreement 3RQ9764; Jimenez Translated Arbitration agreement 3RR1519; Leon Translated Arbitration agreement 3RR1534 & Delgado Translated Arbitration agreement 3RR1534

---

I, Jesús Rosa, declare under penalty of perjury that I understand the English language and the Spanish language and that, to the best of my knowledge and belief, the statements in the English language in the attached translation have the same meanings as the Spanish statements in the language in the original document, a copy of which I have examined.

Signature: *Jesús Rosa*

This document was acknowledged before me on the 22 day of **September**, 2024.

[signature]

Notary Public

**Elyxedy Fernandez**
**Notary Public, State of New York**
**Commission No. : 01FE6353937**
**Qualified in Bronx County**
**Commission Expires:** 02/26/2025

ELYXEDY FERNANDEZ
STATE OF NEW YORK
NOTARY PUBLIC
Qualified in Bronx County
01FE6353937
MY COMMISSION EXPIRES 02/26/2025

# EXHIBIT 5

# F.L.A.G.

## Farm Labor Association for Growers

F.L.A.G. P.O.BOX 104 HEBER, CA 92249 (760) 352-2200

### ACUERDO DE ARBITRAJE OPCIONAL

Todas y cada una de las disputas, controversias o reclamaciones que no se resuelvan de acuerdo con los procedimientos anteriores y que surjan de este manual de empleo o se relacionen con él, su empleo o la terminación de su empleo pueden resolverse mediante arbitraje vinculante ante un árbitro imparcial, a menos que lo prohíba lo contrario o la ley aplicable. Esta disposición puede aplicarse a todas y cada una de las disputas, controversias o reclamaciones, ya sea que el empleado las presente individualmente contra la Compañía y/o contra cualquier empleado, funcionario, presunto agente, director o afiliado de la Compañía con respecto a cualquier asunto que surja de su empleo o la terminación de su empleo (antes de la contratación hasta después de la terminación), que incluye, entre otros, cualquier cumplimiento o incumplimiento de este manual de empleo o cualquier supuesto acuerdo de empleo, y/o cualquier reclamo o controversia que surja de la relación (o la naturaleza de la relación) o el comienzo o terminación de esa relación, incluidos, entre otros, reclamos por violación de un estatuto estatal o federal y/o por incumplimiento de convenio, incumplimiento de un convenio implícito de buena fe y equidad de trato, rescisión indebida, incumplimiento de contrato o imposición intencional de angustia emocional, difamación, violación del derecho a la privacidad, interferencia con ventajas o contratos y relaciones, conspiración u otros reclamos de responsabilidad civil de cualquier tipo. Reclamaciones por discriminación, acoso y/o represalias que surjan bajo el Título VII de la Ley Federal de Derechos Civiles de 1964, en su forma enmendada, Sección 42 U.S.C. secciones 2000(e) et. sec. y la Ley de Equidad en el Empleo y la Vivienda de California, las secciones 12940-12950 del Código de Gobierno de California, inclusive, el Código Laboral de California y la Ley de Discriminación por Edad en el Empleo, 29 U.S.C. artículo 623, están sujetos a las disposiciones de este procedimiento de arbitraje. No obstante, lo anterior, nada en este Acuerdo prohibirá que un Empleado que alegue una conducta que constituya una disputa por acoso sexual o una disputa por agresión sexual, o el representante designado de una clase o en una acción colectiva que alegue dicha conducta, elija participar en el arbitraje o elegir presentar un caso bajo la ley federal, tribal o estatal que se relacione con los reclamos de agresión sexual y acoso sexual. Este Acuerdo de arbitraje se aplica a las reclamaciones aplicables que existen o pueden existir antes de la fecha de este Acuerdo o enmienda a este Acuerdo. Las disposiciones de arbitraje de este Acuerdo proporcionarán el recurso exclusivo y, al leer y firmar este Acuerdo, cada parte renuncia expresamente a cualquier derecho que pueda tener para buscar reparación en cualquier otro foro, incluido un juicio por jurado. Este procedimiento no cubre las reclamaciones de seguro de compensación para trabajadores o beneficios de compensación por desempleo. No se impedirá que el empleado presente un cargo administrativo ante una agencia administrativa estatal o federal apropiada con el fin, entre otros, de satisfacer cualquier requisito de agotamiento de los recursos administrativos antes de invocar este proceso obligatorio; buscar remedios que no sean específicos para las víctimas; para permitir que una agencia administrativa presente su propia demanda en busca de remedios legales que no estén disponibles de otro modo en el procedimiento de arbitraje o según lo exija la ley. Los empleados están expresamente excluidos de presentar o participar en cualquier reclamo conjunto, de clase, representativo o colectivo que aborde sus salarios, horas u otros términos o condiciones de su empleo contra el empleador en cualquier foro, ya sea arbitral o judicial. Esta renuncia incluye reclamos de PAGA en la medida permitida por la ley.

Dicho arbitraje se llevará a cabo de acuerdo con las reglas de la asociación o servicio de arbitraje del que se seleccione al árbitro (por ejemplo, Asociación Estadounidense de Arbitraje, JAMS, ARS, etc.) y se regirá por la Ley Federal de Arbitraje [9 U.S.C. Sección 2, et seq.] Si el empleo existe en California, las Secciones 1280, et seq. del Código de Procedimiento Civil de California. También regirá dicho arbitraje en la medida en que la ley de California no sea contradictoria con la ley federal aplicable ni la anula.

El arbitraje se llevará a cabo en un lugar que las partes acuerden mutuamente. A falta de acuerdo, el árbitro determinará el lugar.

El árbitro deberá proporcionar a cualquiera de las partes suficiente tiempo y acceso a los testigos, la documentación y los registros de las partes para realizar un descubrimiento adecuado antes del inicio del procedimiento.

Cualquier reclamo que cualquiera de las partes tenga contra la otra parte que pueda ser presentado para resolución de conformidad con este párrafo debe ser presentado por escrito por la parte reclamante a la otra de acuerdo con los estatutos de limitación estatales o federales aplicables.

En el caso de que cualquiera de las partes sostenga que las acciones de la otra parte están causando daños por los cuales los daños monetarios serían inadecuados, puede solicitar una orden judicial presentando a la Oficina del Servicio

Federal de Mediación y Conciliación en San Francisco una declaración bajo pena de perjurio estableciendo expone los hechos

que dan lugar a su pretensión. Dicha declaración se entregará a la otra parte personalmente o por Express Mail, Federal Express u otro servicio similar, con acuse de recibo. Si las partes no pueden ponerse de acuerdo sobre un árbitro neutral dentro de los 10 días, el Servicio Federal de Mediación y Conciliación está autorizado a seleccionar un árbitro neutral que deberá celebrar una audiencia dentro de los 10 días de su elección.

La carga de la prueba recaerá en todo momento sobre la parte que solicita la reparación. Al determinar cualquier asunto, el árbitro aplicará todas las leyes estatutarias y consuetudinarias federales, estatales y locales aplicables a la disputa. El arbitraje se llevará a cabo de conformidad con las reglas de arbitraje del Código de Procedimiento Civil de California, a partir de la Sección 1280, y se aplicarán las Reglas de Evidencia de California. El árbitro tendrá la autoridad exclusive para resolver cualquier disputa relacionada con la interpretación, aplicabilidad, exigibilidad o formación del Manual del Empleado y esta disposición.

La Compañía pagará el costo del árbitro neutral y de una transcripción de cualquier procedimiento de arbitraje. Una vez que el Empleado complete todos los requisitos de presentación necesarios para iniciar un arbitraje, el árbitro proporcionará una factura con vencimiento no menor a treinta (30) días por los honorarios y costos. Cada parte sufragará los gastos de los testigos que llame.

Cualquier decisión y laudo u orden del árbitro se hará por escrito y será final y vinculante entre las partes en cuanto a todos los reclamos, que fueron o podrían haber sido presentados en relación con la disputa en la mayor medida permitida por la ley. La decisión del árbitro será final y estará sujeta a revisión judicial sólo según lo dispuesto por la Ley de Arbitraje de California (Código de Procedimiento Civil, Sección 1285, et. seq.).

Si es necesario algún litigio para hacer cumplir los términos de este Acuerdo de arbitraje, o si se inicia alguna acción legal, aunque esté prohibida, con respecto a este Manual de empleo, la parte vencedora tendrá derecho a los honorarios razonables de los abogados además de cualquier otra compensación a que pueda tener derecho.

En el caso de que una o más de las disposiciones contenidas en el presente se considerarán ilegales o inaplicables por cualquier motivo, dicha ilegalidad o inaplicabilidad no afectará a ninguna otra disposición, y los procedimientos establecidos en el presente se interpretarán como si tales disposiciones inaplicables o ilegales disposición no había sido contenida aquí.

He leído, comprendo y acepto los términos de este Acuerdo.

Fecha: 8/5/2022

DocuSigned by:

Por: Matt Scaroni

F05401C553C440E...

Representante del empleador

Matt Scaroni, President

Empleador Nombre Impreso, Titulo

Fecha: 05/09/2023

Por:

Antonio

Firma de Empleado

Antonio Rubin Leon

Nombre impreso del empleado

Tijuana B.C Mexico

Ubicación al momento de firmar

# F.L.A.G.

F.L.A.G. P.O.BOX 104 HEBER, CA 92249 (760) 352-2200

## Póliza de Acuerdo de Arbitraje Opcional

**En general:** El Acuerdo de arbitraje opcional de la Compañía se establece en su totalidad en el Manual de la empresa y también se adjunta a su manual, como un documento separado, reconociendo que comprende y acepta los términos del Acuerdo de arbitraje. Este documento explica una serie de disposiciones en el Acuerdo de Arbitraje que se proporciona como una opción para resolver ciertas disputas a todos los empleados.

### Las pólizas detrás del Acuerdo de arbitraje son:

- Incentivar a los empleados para que discutan, reportar e informar de inmediato a la Compañía sobre cualquier inquietud, problema, controversia y/o reclamo que surja de la relación laboral, de modo que puedan ser atendidos de inmediato;
- Establecer comunicación abierta y resolución informal de los problemas;
- Apoyar a una fuerza de trabajo comprometida e informada que acepta la diversidad y desalienta la adversidad;
- Para proteger los derechos individuales y crear un foro abierto para escuchar y abordar quejas y preocupaciones;
- Para eliminar cualquier renuencia a reportar problemas, peligros y/o conducta o preocupaciones de comportamiento,
- Promover el arbitraje y la mediación rápidos, en lugar de un litigio, de los reclamos de los empleados que surjan de su relación laboral o la terminación del empleo.

### El Acuerdo de Arbitraje será:

- Brindar una resolución más rápida de reclamos de empleados, como discriminación laboral, acoso o represalias; cualquier reclamo presentado por el Empleado relacionado con salarios y condiciones de trabajo; incumplimiento del contrato de trabajo o del pacto implícito de buena fe y trato justo; descarga indebida; o mala conducta (ya sea intencional o negligente), incluida la difamación, la tergiversación, el fraude y la imposición de estrés emocional. Pará verificar que el Empleado y la Compañía comprendan y acuerden que renuncian a su derecho a presentar dichos reclamos ante una corte, incluido el derecho a un juicio por un jurado, y para presentar demandas colectivas;
- Permite que el Empleado opte por renunciar al arbitraje y presentar un caso conforme a la ley federal, tribal o estatal en relación con un reclamo de agresión sexual o acoso sexual.
- Para verificar que el Empleado y la Compañía entiendan y acepten que están renunciando a su derecho a presentar dichos reclamos ante un tribunal, incluido el derecho a un juicio por jurado, y a presentar reclamos de demanda colectiva;
- Aceptar que el procedimiento de arbitraje será conducido por un árbitro neutral de acuerdo con las Reglas Nacionales para la Resolución de Disputas Laborales emitidas por la Asociación Estadounidense de Arbitraje. La Compañía pagará los honorarios del árbitro por el procedimiento, así como los cargos por la transcripción de la audiencia.
- El árbitro neutral tendrá la autoridad para otorgar salarios atrasados, intereses y daños aplicables y honorarios de abogados, al igual que si el caso fuera litigado en la corte.
- El empleado sigue teniendo derecho a ser representado por un abogado de su elección ya su propio costo;
- El árbitro emitirá una decisión por escrito y su decisión sólo puede ser apelada de acuerdo con la ley aplicable.

Cada parte del Acuerdo de Arbitraje Opcional entiende que el Acuerdo de Arbitraje Opcional no cambia la relación laboral "a voluntad" entre las partes ni debe interpretarse como que implica la existencia de un contrato de trabajo por un término definido. El empleo "a voluntad" permanece en pleno vigor y efecto. Establece que, en cualquier momento, por cualquier motivo, con o sin causa, o con o sin aviso, el empleado o el empleador puede rescindir el empleo a su propia discreción.

Acuso recibo de este documento en la fecha abajo escrita.

Antonio Rubio Leon
Nombre del Empleado

H14839
Número de Empleado

Antonio
Firma Del Empleado

05/08/2023
Fecha

Tijuana B.C Mexico
Ubicación al momento de firmar

Revised Date 08/05/2022

# EXHIBIT 6

# F.L.A.G

## Farm Labor Association for Growers

F.L.A.G P.O. Box 104 · Heber, CA 92249 (760) 352-2200

**OPTIONAL ARBITRATION AGREEMENT**

Any and all disputes, controversies or claims not settled in accordance with the foregoing procedures and arising out of or relating to this employment handbook, your employment or the termination of your employment may be settled by binding arbitration before an impartial arbitrator, unless otherwise prohibited by applicable law. This provision may apply to any and all such disputes, controversies or claims whether asserted individually by the employee against the Company and/or against any employee, officer, alleged agent, director or affiliate of the Company with regard to any matter arising out of your employment or the termination of your employment (pre-hire through post-termination), including, but not limited to, any enforceability or breach of this employment handbook or any purported employment agreement, and/or any claim or controversy arising out of the relationship (or the nature of the relationship) or the commencement or termination of that relationship, including but not limited to, claims for violation of a state or federal statute and/or for breach of covenant, breach of an implied covenant of good faith and fair dealing, wrongful termination, breach of contract, or intentional infliction of emotional distress, defamation, breach of right of privacy, interference with advantageous or contractual relations, conspiracy or other tort claims of any kind. Claims for discrimination, harassment, and/or retaliation arising under Title VII of the Federal Civil Rights Act of 1964, as amended Section 42 U.S.C. sections 2000(e) et. seq. and the California Fair Employment and Housing Act, California Government Code sections 12940-12950, including, California Labor Code, and the Age Discrimination in Employment Act, 29 U.S.C. section 623, are subject to the provisions of this arbitration agreement. Notwithstanding the foregoing, nothing in this Agreement shall prohibit an Employee alleging conduct constituting a sexual harassment dispute or a sexual assault dispute, or the named representative of a class or in a collective action alleging such conduct, from electing to engage in arbitration or electing to file a case under Federal, Tribal or State law that relates to the sexual assault and sexual harassment claims. This Arbitration Agreement applies to applicable claims that pre-exist or may pre-exist the date of this Agreement or amendment to this Agreement. The arbitration provisions of this Agreement shall provide the exclusive remedy and, by reading and signing this Agreement, each party expressly waives any right they might have to seek redress in any other forum, including a trial by jury. Claims for workers' compensation insurance or unemployment compensation benefits are not covered by this agreement. Employees shall not be precluded from filing an administrative charge with an appropriate State or Federal administrative agency for the purpose, among others, satisfying any requirement of exhaustion of administrative remedies prior to invoking this mandatory process; to seek remedies that are not victim-specific; to otherwise permit an administrative agency to file its own lawsuit seeking statutory remedies not otherwise available in the arbitration proceeding or as otherwise required by law. Employees are expressly precluded from filing or participating in any joint, class, representative or collective claims addressing their wages, hours or other terms or conditions of their employment against the employer in any forum, whether arbitral or judicial. This waiver includes PAGA claims to the extent permitted by law.

Such arbitration shall be conducted in accordance with the rules of the arbitration association or service from which the arbitrator is selected (e.g., American Arbitration Association, JAMS, ARS, etc.) and will be governed by the Federal Arbitration Law [9 U.S.C Section 2, et seq]. If the employment exists in California, California Code of Civil Procedure Sections 1280, et seq. will also govern such arbitration to the extent that the California law does not contradict or is preempted by the applicable Federal law.

The arbitration shall be held in a location to be mutually agreed upon by the parties. In the absence of an agreement, the arbitrator shall determine the location.

The arbitrator shall provide either party with sufficient time and access to witnesses, documentation, and records of the parties in order to conduct adequate discovery prior to initiation of the proceeding.

Any claim which either party has against the other party which could be submitted for resolution pursuant to this paragraph must be presented in writing by the claiming party to the other in accordance with applicable State or Federal statutes of limitation.

In the event either party contends that the other party's actions are causing injury for which monetary damages would be inadequate, it may seek an injunctive order by submitting to the National Office of the Federal Mediation and Conciliation Service in San Francisco a declaration under penalty of perjury setting forth the facts giving rise to its claim. Said declaration shall be served upon the other party personally or by Express Mail, Federal Express, or other comparable service, with

# F.L.A.G

## Farm Labor Association for Growers

F.L.A.G P.O. Box 104 · Heber, CA 92249 (760) 352-2200

return receipt requested. If the parties are not able to agree upon a neutral arbitrator within 10 days, the National Office of the Federal Mediation and Conciliation Service is authorized to select a neutral arbitrator who shall hold a hearing within 10 days of his/her selection.

The burden of proof shall at all times be upon the party seeking relief. In determining any matter, the arbitrator shall apply all applicable federal, state and local statutory and common law, which is applicable to the dispute. If the employment is in California, the arbitration shall be conducted pursuant to the California Code of Civil Procedure's arbitration rules, commencing at Section 1280, and the California Rules of Evidence shall apply. The arbitrator shall have the exclusive authority to resolve any dispute relating to the interpretation, applicability, enforceability or formation of the Employee Handbook and this provision.

The Company shall pay the cost of the neutral arbitrator and of a transcript of any arbitration proceeding. Upon the Employee's completion of all filing requirements necessary to initiate an arbitration, the arbitrator shall provide an invoice due no less than thirty (30) days for any fees and costs. Each party shall bear the expense of any witnesses it calls.

Any decision and award or order of the arbitrator shall be in writing and shall be final and binding between the parties as to all claims, which were or could have been raised in connection with the dispute to the fullest extent permitted by law. The arbitrator's decision shall be final and subject to judicial review only as provided by the California Arbitration Act (Code of Civil Procedure Section 1285, et. seq.).

If any litigation is necessary to enforce the terms of this Arbitration Agreement, or if any legal action, even though prohibited, is brought with regard to this Employment Handbook, the prevailing party shall be entitled to reasonable attorneys' fees in addition to any other relief to which it may be entitled.

In the event that one or more of the provisions contained herein should for any reason be held to be unlawful or unenforceable, such unlawfulness or unenforceability shall not affect any other provision, and the procedures set forth herein shall be construed as if such unenforceable or unlawful provision had not been contained herein.

I have read, understand and agree to the terms of this Agreement.

Dated: 8/5/2022
By: Docusigned by: Matt Scaroni [Illegible number]
Employer Representative

Matt Scaroni, President
Employer Printed Name, Title

Dated: 05/08/2023
By: [Signature]
Employee Signature

Antonio Rubio Leon
Employee Printed Name

Tijuana, B.C. México
Location at time of signing

# F.L.A.G

## Farm Labor Association for Growers

**F.L.A.G** **P.O. Box 104 · Heber, CA 92249** **(760) 352-2200**

**In general:** The Company's Optional Arbitration Agreement is set forth in its entirety in the Company Manual and is also attached to its manual, as a separate document, acknowledging that you understand and agree to the terms of the Arbitration Agreement. This document explains a number of provisions in the Arbitration Agreement that are provided as an option to resolve certain disputes to all employees.

**The policies behind the Arbitration Agreement are:**

- Encourage employees to immediately discuss, report and inform to the Company any concerns, problems, disputes and/or claims arising out of the employment relationship, so that they can be addressed immediately;
- Establish open communication and informal problem resolution;
- Support a committed and informed workforce that embraces diversity and discourages adversity;
- Protect individual rights and create an open forum to hear and address complaints and concerns;
- Eliminate any reluctance to report problems, dangers and/or behaviors or behavioral concerns,
- Promote prompt arbitration and mediation, rather than litigation, of employee claims arising out of their employment relationship or termination of employment.

**The Arbitration Agreement shall:**

- Provide quicker resolution of employee claims, such as employment discrimination, harassment or retaliation; any claim brought by the employee regarding wages and working conditions; breach of employment contract or implicit agreement of good faith and fair treatment; unfair dismissal; or misconduct (whether intentional or negligent), including defamation, misrepresentation, fraud, and the imposition of emotional stress. Verify that the employee and the Company understand and agree that they waive their right to file such claims in court, including the right to a jury trial, and to file class actions;
- Allow the employee to choose to waive arbitration and file a case under federal, tribal, or state law in connection with a sexual assault or sexual harassment claim.
- Verify that the employee and the Company understand and agree that they are waiving their right to file such claims in court, including the right to a jury trial, and to file class action claims;
- Agree that the arbitration proceeding will be conducted by a neutral arbitrator in accordance with the National Rules for the Resolution of Labor Disputes issued by the American Arbitration Association. The Company will pay the arbitrator's fees for the proceeding, as well as the fees for the hearing transcript.
- The neutral arbitrator will have the authority to award back wages, applicable interest and damages, and attorney's fees, just as if the case were litigated in court.
- The employee continues to have the right to be represented by a lawyer of his or her choice and at his or her own cost;
- The arbitrator shall issue a written decision and his decision may only be appealed in accordance with applicable law.

Each party to the Optional Arbitration Agreement understands that the Optional Arbitration Agreement does not change the employment relationship "at will" between the parties nor should it be construed as implying the existence of a contract of employment for a defined term. Employment "at will" remains in full force and effect. It provides that, at any time, for any reason, with or without cause, or with or without notice, the employee or employer may terminate employment at its own discretion.

I acknowledge receipt of this document on the written date below.

| | |
|---|---|
| Antonio Rubio Leon<br>Employee Name | H14839<br>Employee Number |
| [Signature]<br>Employee Signature | 05/08/2023<br>Date |
| Tijuana, B.C., Mexico<br>Location at the time of signing | |

Revised Date 08/05/2022

# Certificate of Accuracy

This is to certify that the attached translation, from Spanish (Mexican Diaect) to English, is an accurate translation of the document:

Rivera Translated Arbitration agreement 3RQ9764; Jimenez Translated Arbitration agreement 3RR1519; Leon Translated Arbitration agreement 3RR1534 & Delgado Translated Arbitration agreement 3RR1534

---

I, Jesús Rosa, declare under penalty of perjury that I understand the English language and the Spanish language and that, to the best of my knowledge and belief, the statements in the English language in the attached translation have the same meanings as the Spanish statements in the language in the original document, a copy of which I have examined.

Signature: *Jesús Rosa*

This document was acknowledged before me on the 22 day of **September**, 2024.

[signature]

Notary Public

**Elyxedy Fernandez**
**Notary Public, State of New York**
**Commission No. : 01FE6353937**
**Qualified in Bronx County**
**Commission Expires:** 02/26/2025

ELYXEDY FERNANDEZ
STATE OF NEW YORK
NOTARY PUBLIC
Qualified in Bronx County
01FE6353937
MY COMMISSION EXPIRES 02/26/2025

Case 23-cv-03375 Document 725 Filed 09/24/24 Page 1 of 42

# EXHIBIT 7

# F.L.A.G.

## Farm Labor Association for Growers

F.L.A.G. P.O.BOX 104 HEBER, CA 92249 (760) 352-2200

## ACUERDO DE ARBITRAJE OPCIONAL

Todas y cada una de las disputas, controversias o reclamaciones que no se resuelvan de acuerdo con los procedimientos anteriores y que surjan de este manual de empleo o se relacionen con él, su empleo o la terminación de su empleo pueden resolverse mediante arbitraje vinculante ante un árbitro imparcial, a menos que lo prohíba lo contrario o la ley aplicable. Esta disposición puede aplicarse a todas y cada una de las disputas, controversias o reclamaciones, ya sea que el empleado las presente individualmente contra la Compañía y/o contra cualquier empleado, funcionario, presunto agente, director o afiliado de la Compañía con respecto a cualquier asunto que surja de su empleo o la terminación de su empleo (antes de la contratación hasta después de la terminación), que incluye, entre otros, cualquier cumplimiento o incumplimiento de este manual de empleo o cualquier supuesto acuerdo de empleo, y/o cualquier reclamo o controversia que surja de la relación (o la naturaleza de la relación) o el comienzo o terminación de esa relación, incluidos, entre otros, reclamos por violación de un estatuto estatal o federal y/o por incumplimiento de convenio, incumplimiento de un convenio implícito de buena fe y equidad de trato, rescisión indebida, incumplimiento de contrato o imposición intencional de angustia emocional, difamación, violación del derecho a la privacidad, interferencia con ventajas o contratos y relaciones, conspiración u otros reclamos de responsabilidad civil de cualquier tipo. Reclamaciones por discriminación, acoso y/o represalias que surjan bajo el Título VII de la Ley Federal de Derechos Civiles de 1964, en su forma enmendada, Sección 42 U.S.C. secciones 2000(e) et. sec. y la Ley de Equidad en el Empleo y la Vivienda de California, las secciones 12940-12950 del Código de Gobierno de California, inclusive, el Código Laboral de California y la Ley de Discriminación por Edad en el Empleo, 29 U.S.C. artículo 623, están sujetos a las disposiciones de este procedimiento de arbitraje. No obstante, lo anterior, nada en este Acuerdo prohibirá que un Empleado que alegue una conducta que constituya una disputa por acoso sexual o una disputa por agresión sexual, o el representante designado de una clase o en una acción colectiva que alegue dicha conducta, elija participar en el arbitraje o elegir presentar un caso bajo la ley federal, tribal o estatal que se relacione con los reclamos de agresión sexual y acoso sexual. Este Acuerdo de arbitraje se aplica a las reclamaciones aplicables que existen o pueden existir antes de la fecha de este Acuerdo o enmienda a este Acuerdo. Las disposiciones de arbitraje de este Acuerdo proporcionarán el recurso exclusivo y, al leer y firmar este Acuerdo, cada parte renuncia expresamente a cualquier derecho que pueda tener para buscar reparación en cualquier otro foro, incluido un juicio por jurado. Este procedimiento no cubre las reclamaciones de seguro de compensación para trabajadores o beneficios de compensación por desempleo. No se impedirá que el empleado presente un cargo administrativo ante una agencia administrativa estatal o federal apropiada con el fin, entre otros, de satisfacer cualquier requisito de agotamiento de los recursos administrativos antes de invocar este proceso obligatorio; buscar remedios que no sean específicos para las víctimas; para permitir que una agencia administrativa presente su propia demanda en busca de remedios legales que no estén disponibles de otro modo en el procedimiento de arbitraje o según lo exija la ley. Los empleados están expresamente excluidos de presentar o participar en cualquier reclamo conjunto, de clase, representativo o colectivo que aborde sus salarios, horas u otros términos o condiciones de su empleo contra el empleador en cualquier foro, ya sea arbitral o judicial. Esta renuncia incluye reclamos de PAGA en la medida permitida por la ley.

Dicho arbitraje se llevará a cabo de acuerdo con las reglas de la asociación o servicio de arbitraje del que se seleccione al árbitro (por ejemplo, Asociación Estadounidense de Arbitraje, JAMS, ARS, etc.) y se regirá por la Ley Federal de Arbitraje [9 U.S.C. Sección 2, et seq.] Si el empleo existe en California, las Secciones 1280, et seq. del Código de Procedimiento Civil de California. También regirá dicho arbitraje en la medida en que la ley de California no sea contradictoria con la ley federal aplicable ni la anula.

El arbitraje se llevará a cabo en un lugar que las partes acuerden mutuamente. A falta de acuerdo, el árbitro determinará el lugar.

El árbitro deberá proporcionar a cualquiera de las partes suficiente tiempo y acceso a los testigos, la documentación y los registros de las partes para realizar un descubrimiento adecuado antes del inicio del procedimiento.

Cualquier reclamo que cualquiera de las partes tenga contra la otra parte que pueda ser presentado para resolución de conformidad con este párrafo debe ser presentado por escrito por la parte reclamante a la otra de acuerdo con los estatutos de limitación estatales o federales aplicables.

En el caso de que cualquiera de las partes sostenga que las acciones de la otra parte están causando daños por los cuales los daños monetarios serían inadecuados, puede solicitar una orden judicial presentando a la Oficina del Servicio

Federal de Mediación y Conciliación en San Francisco una declaración bajo pena de perjurio estableciendo expone los hechos

Case 5:24-cv-03375-EKL Document 7-5 Filed 09/24/24 Page 36 of 42

que dan lugar a su pretensión. Dicha de[illegible]ación se entregará a la otra parte personalm[illegible]e o por Express Mail, Federal Express u otro servicio similar, con acuse de recibo. Si las partes no pueden ponerse de acuerdo sobre un árbitro neutral dentro de los 10 días, el Servicio Federal de Mediación y Conciliación está autorizado a seleccionar un árbitro neutral que deberá celebrar una audiencia dentro de los 10 días de su elección.

La carga de la prueba recaerá en todo momento sobre la parte que solicita la reparación. Al determinar cualquier asunto, el árbitro aplicará todas las leyes estatutarias y consuetudinarias federales, estatales y locales aplicables a la disputa. El arbitraje se llevará a cabo de conformidad con las reglas de arbitraje del Código de Procedimiento Civil de California, a partir de la Sección 1280, y se aplicarán las Reglas de Evidencia de California. El árbitro tendrá la autoridad exclusive para resolver cualquier disputa relacionada con la interpretación, aplicabilidad, exigibilidad o formación del Manual del Empleado y esta disposición.

La Compañía pagará el costo del árbitro neutral y de una transcripción de cualquier procedimiento de arbitraje. Una vez que el Empleado complete todos los requisitos de presentación necesarios para iniciar un arbitraje, el árbitro proporcionará una factura con vencimiento no menor a treinta (30) días por los honorarios y costos. Cada parte sufragará los gastos de los testigos que llame.

Cualquier decisión y laudo u orden del árbitro se hará por escrito y será final y vinculante entre las partes en cuanto a todos los reclamos, que fueron o podrían haber sido presentados en relación con la disputa en la mayor medida permitida por la ley. La decisión del árbitro será final y estará sujeta a revisión judicial sólo según lo dispuesto por la Ley de Arbitraje de California (Código de Procedimiento Civil, Sección 1285, et. seq.).

Si es necesario algún litigio para hacer cumplir los términos de este Acuerdo de arbitraje, o si se inicia alguna acción legal, aunque esté prohibida, con respecto a este Manual de empleo, la parte vencedora tendrá derecho a los honorarios razonables de los abogados además de cualquier otra compensación a que pueda tener derecho.

En el caso de que una o más de las disposiciones contenidas en el presente se considerarán ilegales o inaplicables por cualquier motivo, dicha ilegalidad o inaplicabilidad no afectará a ninguna otra disposición, y los procedimientos establecidos en el presente se interpretarán como si tales disposiciones inaplicables o ilegales disposición no había sido contenida aquí.

He leído, comprendo y acepto los términos de este Acuerdo.

Fecha: 8/5/2022

Por: DocuSigned by: Matt Scaroni

F95401C553C440E...

Representante del empleador

Matt Scaroni, President

Empleador Nombre Impreso, Titulo

Fecha: 05/15/2023

Por:

Firma de Empleado

Diego Martinez Jimenez

Nombre impreso del empleado

Tijuana, BC, Mexico

Ubicación al momento de firmar

# F.L.A.G.

F.L.A.G. P.O.BOX 104 HEBER, CA 92249 (760) 352-2200

## Póliza de Acuerdo de Arbitraje Opcional

**En general:** El Acuerdo de arbitraje opcional de la Compañía se establece en su totalidad en el Manual de la empresa y también se adjunta a su manual, como un documento separado, reconociendo que comprende y acepta los términos del Acuerdo de arbitraje. Este documento explica una serie de disposiciones en el Acuerdo de Arbitraje que se proporciona como una opción para resolver ciertas disputas a todos los empleados.

### Las pólizas detrás del Acuerdo de arbitraje son:

- Incentivar a los empleados para que discutan, reportar e informar de inmediato a la Compañía sobre cualquier inquietud, problema, controversia y/o reclamo que surja de la relación laboral, de modo que puedan ser atendidos de inmediato;
- Establecer comunicación abierta y resolución informal de los problemas;
- Apoyar a una fuerza de trabajo comprometida e informada que acepta la diversidad y desalienta la adversidad;
- Para proteger los derechos individuales y crear un foro abierto para escuchar y abordar quejas y preocupaciones;
- Para eliminar cualquier renuencia a reportar problemas, peligros y/o conducta o preocupaciones de comportamiento,
- Promover el arbitraje y la mediación rápidos, en lugar de un litigio, de los reclamos de los empleados que surjan de su relación laboral o la terminación del empleo.

### El Acuerdo de Arbitraje será:

- Brindar una resolución más rápida de reclamos de empleados, como discriminación laboral, acoso o represalias; cualquier reclamo presentado por el Empleado relacionado con salarios y condiciones de trabajo; incumplimiento del contrato de trabajo o del pacto implícito de buena fe y trato justo; descarga indebida; o mala conducta (ya sea intencional o negligente), incluida la difamación, la tergiversación, el fraude y la imposición de estrés emocional. Pará verificar que el Empleado y la Compañía comprendan y acuerden que renuncian a su derecho a presentar dichos reclamos ante una corte, incluido el derecho a un juicio por un jurado, y para presentar demandas colectivas;
- Permite que el Empleado opte por renunciar al arbitraje y presentar un caso conforme a la ley federal, tribal o estatal en relación con un reclamo de agresión sexual o acoso sexual.
- Para verificar que el Empleado y la Compañía entiendan y acepten que están renunciando a su derecho a presentar dichos reclamos ante un tribunal, incluido el derecho a un juicio por jurado, y a presentar reclamos de demanda colectiva;
- Aceptar que el procedimiento de arbitraje será conducido por un árbitro neutral de acuerdo con las Reglas Nacionales para la Resolución de Disputas Laborales emitidas por la Asociación Estadounidense de Arbitraje. La Compañía pagará los honorarios del árbitro por el procedimiento, así como los cargos por la transcripción de la audiencia.
- El árbitro neutral tendrá la autoridad para otorgar salarios atrasados, intereses y daños aplicables y honorarios de abogados, al igual que si el caso fuera litigado en la corte.
- El empleado sigue teniendo derecho a ser representado por un abogado de su elección ya su propio costo;
- El árbitro emitirá una decisión por escrito y su decisión sólo puede ser apelada de acuerdo con la ley aplicable.

Cada parte del Acuerdo de Arbitraje Opcional entiende que el Acuerdo de Arbitraje Opcional no cambia la relación laboral "a voluntad" entre las partes ni debe interpretarse como que implica la existencia de un contrato de trabajo por un término definido. El empleo "a voluntad" permanece en pleno vigor y efecto. Establece que, en cualquier momento, por cualquier motivo, con o sin causa, o con o sin aviso, el empleado o el empleador puede rescindir el empleo a su propia discreción.

Acuso recibo de este documento en la fecha abajo escrita.

Diego Martinez Jimenez
Nombre del Empleado

H11493
Número de Empleado

[signature]
Firma Del Empleado

05/15/2023
Fecha

Tijuana, BC, Mexico
Ubicación al momento de firmar

# EXHIBIT 8

# F.L.A.G

## Farm Labor Association for Growers

F.L.A.G P.O. Box 104 · Heber, CA 92249 (760) 352-2200

**OPTIONAL ARBITRATION AGREEMENT**

Any and all disputes, controversies or claims not settled in accordance with the foregoing procedures and arising out of or relating to this employment handbook, your employment or the termination of your employment may be settled by binding arbitration before an impartial arbitrator, unless otherwise prohibited by applicable law. This provision may apply to any and all such disputes, controversies or claims whether asserted individually by the employee against the Company and/or against any employee, officer, alleged agent, director or affiliate of the Company with regard to any matter arising out of your employment or the termination of your employment (pre-hire through post-termination), including, but not limited to, any enforceability or breach of this employment handbook or any purported employment agreement, and/or any claim or controversy arising out of the relationship (or the nature of the relationship) or the commencement or termination of that relationship, including but not limited to, claims for violation of a state or federal statute and/or for breach of covenant, breach of an implied covenant of good faith and fair dealing, wrongful termination, breach of contract, or intentional infliction of emotional distress, defamation, breach of right of privacy, interference with advantageous or contractual relations, conspiracy or other tort claims of any kind. Claims for discrimination, harassment, and/or retaliation arising under Title VII of the Federal Civil Rights Act of 1964, as amended Section 42 U.S.C. sections 2000(e) et. seq. and the California Fair Employment and Housing Act, California Government Code sections 12940-12950, including, California Labor Code, and the Age Discrimination in Employment Act, 29 U.S.C. section 623, are subject to the provisions of this arbitration agreement. Notwithstanding the foregoing, nothing in this Agreement shall prohibit an Employee alleging conduct constituting a sexual harassment dispute or a sexual assault dispute, or the named representative of a class or in a collective action alleging such conduct, from electing to engage in arbitration or electing to file a case under Federal, Tribal or State law that relates to the sexual assault and sexual harassment claims. This Arbitration Agreement applies to applicable claims that pre-exist or may pre-exist the date of this Agreement or amendment to this Agreement. The arbitration provisions of this Agreement shall provide the exclusive remedy and, by reading and signing this Agreement, each party expressly waives any right they might have to seek redress in any other forum, including a trial by jury. Claims for workers' compensation insurance or unemployment compensation benefits are not covered by this agreement. Employees shall not be precluded from filing an administrative charge with an appropriate State or Federal administrative agency for the purpose, among others, satisfying any requirement of exhaustion of administrative remedies prior to invoking this mandatory process; to seek remedies that are not victim-specific; to otherwise permit an administrative agency to file its own lawsuit seeking statutory remedies not otherwise available in the arbitration proceeding or as otherwise required by law. Employees are expressly precluded from filing or participating in any joint, class, representative or collective claims addressing their wages, hours or other terms or conditions of their employment against the employer in any forum, whether arbitral or judicial. This waiver includes PAGA claims to the extent permitted by law.

Such arbitration shall be conducted in accordance with the rules of the arbitration association or service from which the arbitrator is selected (e.g., American Arbitration Association, JAMS, ARS, etc.) and will be governed by the Federal Arbitration Law [9 U.S.C Section 2, et seq]. If the employment exists in California, California Code of Civil Procedure Sections 1280, et seq. will also govern such arbitration to the extent that the California law does not contradict or is preempted by the applicable Federal law.

The arbitration shall be held in a location to be mutually agreed upon by the parties. In the absence of an agreement, the arbitrator shall determine the location.

The arbitrator shall provide either party with sufficient time and access to witnesses, documentation, and records of the parties in order to conduct adequate discovery prior to initiation of the proceeding.

Any claim which either party has against the other party which could be submitted for resolution pursuant to this paragraph must be presented in writing by the claiming party to the other in accordance with applicable State or Federal statutes of limitation.

In the event either party contends that the other party's actions are causing injury for which monetary damages would be inadequate, it may seek an injunctive order by submitting to the National Office of the Federal Mediation and Conciliation Service in San Francisco a declaration under penalty of perjury setting forth the facts giving rise to its claim. Said declaration

shall be served upon the other party personally or by Express Mail, Federal Express, or other comparable service, with return receipt requested. If the parties are not able to agree upon a neutral arbitrator within 10 days, the National Office of the Federal Mediation and Conciliation Service is authorized to select a neutral arbitrator who shall hold a hearing within 10 days of his/her selection.

The burden of proof shall at all times be upon the party seeking relief. In determining any matter, the arbitrator shall apply all applicable federal, state and local statutory and common law, which is applicable to the dispute. If the employment is in California, the arbitration shall be conducted pursuant to the California Code of Civil Procedure's arbitration rules, commencing at Section 1280, and the California Rules of Evidence shall apply. The arbitrator shall have the exclusive authority to resolve any dispute relating to the interpretation, applicability, enforceability or formation of the Employee Handbook and this provision.

The Company shall pay the cost of the neutral arbitrator and of a transcript of any arbitration proceeding. Upon the Employee's completion of all filing requirements necessary to initiate an arbitration, the arbitrator shall provide an invoice due no less than thirty (30) days for any fees and costs. Each party shall bear the expense of any witnesses it calls.

Any decision and award or order of the arbitrator shall be in writing and shall be final and binding between the parties as to all claims, which were or could have been raised in connection with the dispute to the fullest extent permitted by law. The arbitrator's decision shall be final and subject to judicial review only as provided by the California Arbitration Act (Code of Civil Procedure Section 1285, et. seq.).

If any litigation is necessary to enforce the terms of this Arbitration Agreement, or if any legal action, even though prohibited, is brought with regard to this Employment Handbook, the prevailing party shall be entitled to reasonable attorneys' fees in addition to any other relief to which it may be entitled.

In the event that one or more of the provisions contained herein should for any reason be held to be unlawful or unenforceable, such unlawfulness or unenforceability shall not affect any other provision, and the procedures set forth herein shall be construed as if such unenforceable or unlawful provision had not been contained herein.

I have read, understand and agree to the terms of this Agreement.

Dated: 8/5/2022
By: Docusigned by: Matt Scaroni [Illegible number]
Employer Representative

Matt Scaroni, President
Employer Printed Name, Title

Dated: 05/15/2023
By: [Signature]
Employee Signature

Diego Martinez Jimenez
Employee Printed Name

Tijuana, B.C. México
Location at time of signing

# F.L.A.G

## Farm Labor Association for Growers

F.L.A.G P.O. BOX 104 · HEBER, CA 92249 (760) 352-2200

**Optional Arbitration Agreement Policy**

**In general:** The Company's Optional Arbitration Agreement is set forth in its entirety in the Company Manual and is also attached to its manual, as a separate document, acknowledging that you understand and agree to the terms of the Arbitration Agreement. This document explains a number of provisions in the Arbitration Agreement that are provided as an option to resolve certain disputes to all employees.

**The policies behind the Arbitration Agreement are:**

- Encourage employees to immediately discuss, report and inform to the Company any concerns, problems, disputes and/or claims arising out of the employment relationship, so that they can be addressed immediately;
- Establish open communication and informal problem resolution;
- Support a committed and informed workforce that embraces diversity and discourages adversity;
- Protect individual rights and create an open forum to hear and address complaints and concerns;
- Eliminate any reluctance to report problems, dangers and/or behaviors or behavioral concerns,
- Promote prompt arbitration and mediation, rather than litigation, of employee claims arising out of their employment relationship or termination of employment.

**The Arbitration Agreement shall:**

- Provide quicker resolution of employee claims, such as employment discrimination, harassment or retaliation; any claim brought by the employee regarding wages and working conditions; breach of employment contract or implicit agreement of good faith and fair treatment; unfair dismissal; or misconduct (whether intentional or negligent), including defamation, misrepresentation, fraud, and the imposition of emotional stress. Verify that the employee and the Company understand and agree that they waive their right to file such claims in court, including the right to a jury trial, and to file class actions;
- Allow the employee to choose to waive arbitration and file a case under federal, tribal, or state law in connection with a sexual assault or sexual harassment claim.
- Verify that the employee and the Company understand and agree that they are waiving their right to file such claims in court, including the right to a jury trial, and to file class action claims;
- Agree that the arbitration proceeding will be conducted by a neutral arbitrator in accordance with the National Rules for the Resolution of Labor Disputes issued by the American Arbitration Association. The Company will pay the arbitrator's fees for the proceeding, as well as the fees for the hearing transcript.
- The neutral arbitrator will have the authority to award back wages, applicable interest and damages, and attorney's fees, just as if the case were litigated in court.
- The employee continues to have the right to be represented by a lawyer of his or her choice and at his or her own cost;
- The arbitrator shall issue a written decision and his decision may only be appealed in accordance with applicable law.

Each party to the Optional Arbitration Agreement understands that the Optional Arbitration Agreement does not change the employment relationship "at will" between the parties nor should it be construed as implying the existence of a contract of employment for a defined term. Employment "at will" remains in full force and effect. It provides that, at any time, for any reason, with or without cause, or with or without notice, the employee or employer may terminate employment at its own discretion.

I acknowledge receipt of this document on the written date below.

| | |
|---|---|
| Diego Martinez Jimenez<br>Employee Name | H11493<br>Employee Number |
| [Signature]<br>Employee Signature | 05/15/2023<br>Date |
| Tijuana, B.C., Mexico<br>Location at the time of signing | |

Revised Date 08/05/2022

# Certificate of Accuracy

This is to certify that the attached translation, from Spanish (Mexican Diaect) to English, is an accurate translation of the document:

Rivera Translated Arbitration agreement 3RQ9764; Jimenez Translated Arbitration agreement 3RR1519; Leon Translated Arbitration agreement 3RR1534 & Delgado Translated Arbitration agreement 3RR1534

---

I, Jesús Rosa, declare under penalty of perjury that I understand the English language and the Spanish language and that, to the best of my knowledge and belief, the statements in the English language in the attached translation have the same meanings as the Spanish statements in the language in the original document, a copy of which I have examined.

Signature: *Jesús Rosa*

This document was acknowledged before me on the 22 day of **September**, 2024.

Notary Public

**Elyxedy Fernandez**
**Notary Public, State of New York**
**Commission No. : 01FE6353937**
**Qualified in Bronx County**
**Commission Expires:** 02/26/2025

ELYXEDY FERNANDEZ
STATE OF NEW YORK
NOTARY PUBLIC
Qualified in Bronx County
01FE6353937
MY COMMISSION EXPIRES 02/26/2025