# EXHIBIT 7

# EXHIBIT 3

| | |
|---|---|
| **From:** | Marlene C. Nowlin |
| **To:** | Dawson Morton |
| **Cc:** | Jim Knoepp; Chad T. Wishchuk; Ada Meraz; Jennifer Schermerhorn |
| **Subject:** | Rubio-Leon et al v. Fresh Harvest, Inc., et al. |
| **Date:** | Friday, September 20, 2024 3:59:00 PM |

Dear Dawson:

Defendants previously advised you that plaintiffs signed a valid and enforceable Arbitration Agreement containing an express class and representative action waiver. Defendants also requested that plaintiffs honor their obligations under the Arbitration Agreement or Defendants will file a motion to compel arbitration. To date, plaintiffs have failed to honor their obligations under the Arbitration Agreement. Accordingly, Defendants will move for an order:

1. Compelling plaintiffs to arbitrate all claims alleged in this action on an individual basis pursuant to the Federal Arbitration Act;

2. Dismissing the putative class claims alleged pursuant to the express class action waiver; and

3. Dismissing representative claims under the Private Attorney General Act (“PAGA”) and, alternatively, and without waiving Defendants’ right to dismissal of representative PAGA claims, for an order compelling individual PAGA claims to arbitration and staying plaintiffs’ representative PAGA claims, pending completion of plaintiffs’ arbitrations.

Please notify us by noon on Monday, September 23, 2024, whether plaintiffs stipulate as indicated above. Unless plaintiffs so stipulate, Defendants will move for an order as described above.

Thank you.

**Marlene C. Nowlin** *Partner*

Finch, Thornton & Baird, LLP Attorneys At Law
4747 Executive Drive, Suite 700 San Diego, CA 92121
**T** 858.737.3100 **F** 858.737.3101

ftblaw.com

CONFIDENTIALITY NOTICE: This email contains legally privileged and confidential information intended only for the individual or entity named within the message. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination or copying of this communication is prohibited. If this communication was received in error, please notify us by reply email and delete the original message.