# EXHIBIT 10

Case 5:24-cv-03375-EKL Document 73-2 Filed 08/26/24 Page 2 of 5

Dawson Morton
Cal. SBN 320811
DAWSON MORTON, ATTY AT LAW
1808 Sixth St
Berkeley, CA 94710
Ph: 404-590-1295
dawson@dawsonmorton.com

ATTORNEYS FOR PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ANTONIO RUBIO-LEON, et al. and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FRESH HARVEST, INC., et al.<br><br>Defendants. | CIVIL ACT. NO.: 5:24-cv-3375<br><br>NOTICE OF FILING FLSA CONSENTS TO SUE |

Plaintiffs file as an attachment to this Notice the FLSA Consent to Sue of Norberto Gutierrez-Navarro and Francisco Diaz-Garcia.

Respectfully submitted this _26th_ day of August, 2024,

__s/ D. Morton________________________
Dawson Morton

Case 5:24-cv-03753-EKL Document 71-2 Filed 08/26/24 Page 2 of 3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY and AFFIRM that I have on August 26, 2024, electronically filed with the Clerk of the Court the foregoing NOTICE OF FILING FLSA CONSENTS TO SUE and all attachments. This filing will be served upon the Defendants in this action by ECF using the email for Jennifer Schermerhorn, Attorney for Defendants.

jschermerhorn@sfcos.com

So sworn this _26th__ day of August, 2024,

s/ Dawson Morton
Dawson Morton

CONSENTIMIENTO PARA PRESENTAR DEMANDA PARA RECLAMOS DE SUELDO
BAJO LEY DE NORMAS JUSTAS Y IGUALES EN LA LABOR

POR MEDIO DEL PRESENTE, doy mi consentimiento para ser Demandante en una demanda judicial con respecto a mi trabajo durante el año o los años: 2021, 2022, 2023.

Fecha firmada: 08 / 20 / 2024.

Nombre y Apellidos (en letras de molde): Norberto Gutierrez Navarro

Firma: Norberto Gtz

CONSENT TO BRING WAGE SUIT UNDER THE FAIR LABOR STANDARDS ACT

THROUGH THIS DOCUMENT, I give my consent to be a plaintiff in a lawsuit about my work during the year(s): 2021, 2022, 2023.

Date signed: 08 / 20 / 2024.

Full Name (printed): Norberto Gutierrez Navarro

Signature: ______________________

CONSENTIMIENTO PARA PRESENTAR DEMANDA PARA RECLAMOS DE SUELDO BAJO LEY DE NORMAS JUSTAS Y IGUALES EN LA LABOR

POR MEDIO DEL PRESENTE, doy mi consentimiento para ser Demandante en una demanda judicial con respecto a mi trabajo durante el año o los años: 2022, 2023.

Fecha firmada: 08 / 22 / 2024.

Nombre y Apellidos (en letras de molde): Francisco Diaz Garcia

Firma: Francisco Diaz

CONSENT TO BRING WAGE SUIT UNDER THE FAIR LABOR STANDARDS ACT

THROUGH THIS DOCUMENT, I give my consent to be a plaintiff in a lawsuit about my work during the year(s): 2022, 2023.

Date signed: 08 / 22 / 2024.

Full Name (printed): Francisco Diaz Garcia

Signature: ______________________