# EXHIBIT 11

CONSENTIMIENTO PARA PRESENTAR DEMANDA PARA RECLAMOS DE SUELDO
BAJO LEY DE NORMAS JUSTAS Y IGUALES EN LA LABOR

POR MEDIO DEL PRESENTE, doy mi consentimiento para ser Demandante en una demanda judicial con respecto a mi trabajo en el estado de California durante el año o los años: 2021, 2022.

Fecha firmada: 06 / 12 / 2024

Nombre y Apellidos (en letras de molde): Manuel Sigala Duarte

Firma: Manuel sigala duarte

CONSENT TO BRING WAGE SUIT UNDER THE FAIR LABOR STANDARDS ACT

THROUGH THIS DOCUMENT, I give my consent to be a plaintiff in a lawsuit about my work in the state of California during the year(s): 2021, 2022.

Date signed: 06 / 12 / 2024

Full Name (printed): Manuel Sigala Duarte

Signature: ______________________________