# EXHIBIT 13

# Demand For Arbitration - Carlos Cabrera Castillo vs. Farm Labor Association for Growers, Inc. #5100003602

## Submission Date: 10/20/2025

### 1. JAMS Local Center

JAMS resolution center Requested Hearing Location

San Francisco, California

### 2. Rules & Fees

Arbitration Rules

JAMS Employment Arbitration Rules and Procedures

Filing & Submission Fees

◉ Consumer/Employee is the submitting party and parties' agreement calls for Respondent to pay the full filing fee, no payment is required at this time .

---

### 3.Claimant(s)

1.Carlos Cabrera Castillo
c/o Law Offices of Dawson Morton
1808 Sixth St
94710 Berkeley CA
4045901295
dawson@dawsonmorton.com

### Claimant Representatives

A.Dawson Morton
Law Offices of Dawson Morton
320811CA
1808 Sixth St
94710 Berkeley CA
4045901295
dawson@dawsonmorton.com

B.James Knoepp
Law Offices of Dawson Morton
102757SC

---

### 4.Respondent(s)

1.
Farm Labor Association for Growers, Inc.
101 E. Main Street
92249 Heber CA

### Respondent Representatives

A.Jennifer Schermerhorn

jennifer@sfcos.com

B.Marlene Nowlin

mnowlin@ftblaw.com

---

### 5. Nature of Dispute

See attached.

Amount in Controversy $

- statement of claims Carlos Cabrera.pdf   Claims/Responses/Counterclaims

---

### 6. Agreement

Claimant is in the process of requesting a copy but is not in possession of the arbitration agreement, an order compelling arbitration is attached.

- 064 - Order compelling arbitration.pdf   Orders/Rulings

---

### 7. Consumer & Employment

◉ NO, this is not a CONSUMER ARBITRATION
◉ Less than $100,000

---

### 8. Submission information

Name Dawson Morton
Address 1808 Sixth St
Zip Code 94710
City Berkeley
State CA
Phone 4045901295
E-mail dawson@dawsonmorton.com

Claimant asserts that his employment contract was breached because he was not paid the legally required wage rate for his work as a truck driver and that he was not provided the same pay as non-H-2A truck drivers in corresponding employment. Claimant also asserts claims pursuant to contract for failure to pay promised overtime wages and for the collection of in-kind payments or fees as a condition of recruitment.

Claimant asserts his right to receive the minimum wage pursuant to the Fair Labor Standards Act was violated and seeks back wages owed.

Claimant also asserts his statutory rights under California law for pay for all hours worked at the legally required wage rate, as well as California minimum wages and liquidated damages, overtime, reimbursement of necessary expenses, penalties for the lack of lawful, accurate and complete paystubs, and waiting time penalties owed. Claimant also seeks damages for missed, late or on-duty meal periods and rest breaks. Claimant also asserts UCL claims pursuant to California Business and Professions Code § 17200 for the wage, reimbursement, and wage statement violations.

In addition to back wages, liquidated damages and penalties owed, Claimant seeks his costs, attorneys' fees, and prejudgment interest.

Claimant does not presently have complete employment records to calculate the full value of his claims.

JAMS®

**REQUEST FOR MISSING ITEMS**

NOTICE TO ALL PARTIES November 13, 2025

Re: Cabrera Castillo, Carlos vs. Farm Labor Association for Growers, Inc.
Reference #: 5100003602

Dear Parties:

Please be advised that JAMS has received a request for arbitration in the above-referenced matter. We are, however, missing the following item(s):

**____X____ A copy of the entire contract, including signature page, with the arbitration clause highlighted**

Please upload the requested item(s) on the JAMS Access portal. Upon receipt of the requested item(s) above, JAMS will review your submission.

Contact me at 213-253-9711 if you have questions.

Sincerely,

Geri Yulo

Geraldine Yulo
Arbitration Practice Consultant
GYulo@jamsadr.com

# EXHIBIT 13.1

# Demand For Arbitration - Jesus Ceballos Espinoza vs. Farm Labor Association for Growers, Inc. #5100003574

## Submission Date: 10/16/2025

### 1. JAMS Local Center

JAMS resolution center Requested Hearing Location

San Francisco, California

### 2. Rules & Fees

Arbitration Rules

JAMS Employment Arbitration Rules and Procedures

Filing & Submission Fees

◉ Consumer/Employee is the submitting party and parties' agreement calls for Respondent to pay the full filing fee, no payment is required at this time .

---

### 3.Claimant(s)

1.Jesus Ceballos Espinoza
c/o Law Offices of Dawson Morton
1808 Sixth St
94710 Berkeley CA
404-590-1295
dawson@dawsonmorton.com

### Claimant Representatives

A.Dawson Morton
Law Offices of Dawson Morton
525985CA
1808 Sixth St
94710 Berkeley CA
404-590-1295
dawson@dawsonmorton.com

B.James Knoepp
102757SC

jim@dawsonmorton.com

---

### 4.Respondent(s)

1.
Farm Labor Association for Growers, Inc.
101 E. Main Street
92249 Heber CA

### Respondent Representatives

A.Marlene Nowlin

mnowlin@ftblaw.com

B.Jennifer Schermerhorn

jennifer@sfcos.com

---

### 5. Nature of Dispute

See attached

Amount in Controversy $

- statement of claims Jesus Ceballos.pdf Claims/Responses/Counterclaims

---

### 6. Agreement

Claimant has requested but is not in possession of the arbitration agreement, an order compelling arbitration is attached.

- 064 - Order compelling arbitration.pdf Orders/Rulings

---

### 7. Consumer & Employment

◉ NO, this is not a CONSUMER ARBITRATION
◉ Less than $100,000

---

### 8. Submission information

Name Dawson Morton
Address 1808 Sixth Street
Zip Code 94710
City Berkeley
State CA
Phone 404-590-1295
E-mail dawson@dawsonmorton.com

Claimant asserts that his employment contract was breached because he was not paid the legally required wage rate for his work as a truck driver and that he was not provided the same pay as non-H-2A truck drivers in corresponding employment. Claimant also asserts claims pursuant to contract for failure to pay promised overtime wages and for the collection of in-kind payments or fees as a condition of recruitment.

Claimant asserts his right to receive the minimum wage pursuant to the Fair Labor Standards Act was violated and seeks back wages owed.

Claimant also asserts his statutory rights under California law for pay for all hours worked at the legally required wage rate, as well as California minimum wages and liquidated damages, overtime, reimbursement of necessary expenses, penalties for the lack of lawful, accurate and complete paystubs, and waiting time penalties owed. Claimant also seeks damages for missed, late or on-duty meal periods and rest breaks. Claimant also asserts UCL claims pursuant to California Business and Professions Code § 17200 for the wage, reimbursement, and wage statement violations.

In addition to back wages, liquidated damages and penalties owed, Claimant seeks his costs, attorneys' fees, and prejudgment interest.

Claimant does not presently have complete employment records to calculate the full value of his claims.

JAMS®

## REQUEST FOR MISSING ITEMS

NOTICE TO ALL PARTIES November 13, 2025

Re: **Ceballos Espinoza, Jesus vs Farm Labor Association for Growers, Inc.**
Reference #: 5100003574

Dear Parties:

Please be advised that JAMS has received a request for arbitration in the above-referenced matter. We are, however, missing the following item(s):

**____X____** **A copy of the entire contract, including signature page, with the arbitration clause highlighted**

Please upload the requested item(s) on the JAMS Access portal. Upon receipt of the requested item(s) above, JAMS will review your submission.

Contact me at 213-253-9711 if you have questions.

Sincerely,

Geri Yulo

Geraldine Yulo
Arbitration Practice Consultant
GYulo@jamsadr.com

# EXHIBIT 13.2

## Demand For Arbitration - Francisco Diaz Garcia vs. Fresh Harvest, Inc. #5100003576

## Submission Date: 10/16/2025

### 1. JAMS Local Center

JAMS resolution center    Requested Hearing Location

San Francisco, California

### 2. Rules & Fees

Arbitration Rules

JAMS Employment Arbitration Rules and Procedures

Filing & Submission Fees

◉ Consumer/Employee is the submitting party and parties' agreement calls for Respondent to pay the full filing fee, no payment is required at this time .

---

### 3.Claimant(s)

1.Francisco Diaz Garcia
c/o Law Offices of Dawson Morton
1808 Sixth St
94710 Berkeley CA
404-590-1295
dawson@dawsonmorton.com

### Claimant Representatives

A.Dawson Morton
Law Offices of Dawson Morton
320811CA
1808 Sixth St
94710 Berkeley CA
404-590-1295
dawson@dawsonmorton.com

B.James Knoepp
Law Offices of Dawson Morton
102757SC

jim@dawsonmorton.com

---

### 4.Respondent(s)

1.
Fresh Harvest, Inc.
101 E. Main Street
92249 Heber CA

### Respondent Representatives

A.Jennifer Schermerhorn

jennifer@sfcos.com

B.Marlene Nowlin

mnowlin@ftblaw.com

2.
Farm Labor Association for Growers, Inc.
101 E. Main Street
92249 Heber CA

A.Jennifer Schermerhorn

jennifer@sfcos.com

B.Marlene Nowlin

mnowlin@ftblaw.com

3.
SMD Logistics, Inc.
101 E. Main Street
92249 Heber CA

A.Jennifer Schermerhorn

jennifer@sfcos.com

B.Marlene Nowlin

mnowlin@ftblaw.com

---

**5. Nature of Dispute**

See attached.

Amount in Controversy $

- statement of claims Francisco Diaz.pdf Claims/Responses/Counterclaims

---

**6. Agreement**

Claimant has requested but is not in possession of the arbitration agreement, an order compelling arbitration is attached.

- 064 - Order compelling arbitration.pdf Orders/Rulings

---

## 7. Consumer & Employment

- (•) NO, this is not a CONSUMER ARBITRATION
- (•) Less than $100,000

---

## 8. Submission information


Name Dawson Morton
Address 1808 Sixth St
Zip Code 94710
City Berkeley
State CA
Phone 404-590-1295
E-mail dawson@dawsonmorton.com

Claimant asserts that his employment contract was breached because he was not paid the legally required wage rate for his work as a truck driver and that he was not provided the same pay as non-H-2A truck drivers in corresponding employment. Claimant also asserts claims pursuant to contract for failure to pay promised overtime wages and for the collection of in-kind payments or fees as a condition of recruitment.

Claimant asserts his right to receive the minimum wage pursuant to the Fair Labor Standards Act was violated and seeks back wages owed.

Claimant also asserts his statutory rights under California law for pay for all hours worked at the legally required wage rate, as well as California minimum wages and liquidated damages, overtime, reimbursement of necessary expenses, penalties for the lack of lawful, accurate and complete paystubs, and waiting time penalties owed. Claimant also seeks damages for missed, late or on-duty meal periods and rest breaks. Claimant also asserts UCL claims pursuant to California Business and Professions Code § 17200 for the wage, reimbursement, and wage statement violations.

In addition to back wages, liquidated damages and penalties owed, Claimant seeks his costs, attorneys' fees, and prejudgment interest.

Claimant does not presently have complete employment records to calculate the full value of his claims.

# REQUEST FOR MISSING ITEMS

December 3, 2025

Re: Diaz Garcia, Francisco vs Fresh Harvest, Inc., et al.
Reference #: 5100003576

Dear Counsel:

Please be advised that JAMS has received a request for arbitration in the above-referenced matter. We are, however, still missing the following item(s):

_________ Completed Request /Demand for Arbitration. You may use our form which is located on our website www.jamsadr.com.

**____X___ A copy of the entire contract including signature page, with the arbitration clause highlighted,**

_________ Proof of Service of the Demand for Arbitration on the opposing party(ies).

_________ Non-refundable Filing Fee of $1,750, made payable to JAMS.

_________ Complete contact information for the Respondent or Respondent's counsel, required pursuant to JAMS Comprehensive Rule 5(b).

_________ Non-refundable Counterclaim Filing Fee of $1,750.

Please upload the requested item(s) on the JAMS Access portal. Upon receipt, JAMS will proceed with administration of this matter.

If filing fees are outstanding, they are due upon receipt.

Contact me at 213-253-9711 if you have questions.

Sincerely,

*/s/ Geri*
Geraldine Yulo
ADR Consultant
GYulo@jamsadr.com

# EXHIBIT 13.3

## Demand For Arbitration - Antonio Guerra Felix vs. Fresh Harvest, Inc. #5100003394

## Submission Date: 10/17/2025

### 1. JAMS Local Center

JAMS resolution center Requested Hearing Location

San Francisco, California

### 2. Rules & Fees

Arbitration Rules

JAMS Employment Arbitration Rules and Procedures

Filing & Submission Fees

◉ Consumer/Employee is the submitting party and parties' agreement calls for Respondent to pay the full filing fee, no payment is required at this time .

---

### 3.Claimant(s)

1.Antonio Guerra Felix
c/o Law Offices of Dawson Morton
1808 Sixth St
94710 Berkeley CA
4045901295
dawson@dawsonmorton.com

### Claimant Representatives

A.Dawson Morton
Law Offices of Dawson Morton
320811CA
1808 Sixth St
94710 Berkeley CA
4045901295
dawson@dawsonmorton.com

B.James Knoepp
Law Offices of Dawson Morton
102757SC

jim@dawsonmorton.com

---

### 4.Respondent(s)

1.
Fresh Harvest, Inc.
101 E. Main Street
92249 Heber CA

### Respondent Representatives

A.Jennifer Schermerhorn

jennifer@sfcos.com

B.Marlene Nowlin

mnowlin@ftblaw.com

2.
Farm Labor Association for Growers, Inc.
101 E. Main Street
92249 Heber CA

A.Jennifer Schermerhorn

jennifer@sfcos.com

B.Marlene Nowlin

mnowlin@ftblaw.com

3.
SMD Logistics, Inc.
101 E. Main Street
92249 Heber CA

A.Jennifer Schermerhorn

jennifer@sfcos.com

B.Marlene Nowlin

mnowlin@ftblaw.com

---

**5. Nature of Dispute**

See attached

Amount in Controversy $

- statement of claims Antonio Guerra.pdf   Claims/Responses/Counterclaims

---

**6. Agreement**

Claimant has requested but is not in possession of the arbitration agreement, an order compelling arbitration is attached.

- 064 - Order compelling arbitration.pdf   Orders/Rulings

---

## 7. Consumer & Employment

- (•) NO, this is not a CONSUMER ARBITRATION
- (•) Less than $100,000

---

## 8. Submission information

Name Dawson Morton
Address 1808 Sixth St
Zip Code 94710
City Berkeley
State CA
Phone 4045901295
E-mail dawson@dawsonmorton.com

Claimant asserts that his employment contract was breached because he was not paid the legally required wage rate for his work as a truck driver and that he was not provided the same pay as non-H-2A truck drivers in corresponding employment. Claimant also asserts claims pursuant to contract for failure to pay promised overtime wages and for the collection of in-kind payments or fees as a condition of recruitment.

Claimant asserts his right to receive the minimum wage pursuant to the Fair Labor Standards Act was violated and seeks back wages owed.

Claimant also asserts his statutory rights under California law for pay for all hours worked at the legally required wage rate, as well as California minimum wages and liquidated damages, overtime, reimbursement of necessary expenses, penalties for the lack of lawful, accurate and complete paystubs, and waiting time penalties owed. Claimant also seeks damages for missed, late or on-duty meal periods and rest breaks. Claimant also asserts UCL claims pursuant to California Business and Professions Code § 17200 for the wage, reimbursement, and wage statement violations.

In addition to back wages, liquidated damages and penalties owed, Claimant seeks his costs, attorneys' fees, and prejudgment interest.

Claimant does not presently have complete employment records to calculate the full value of his claims.

**From:** Geraldine Yulo
**To:** dawson@dawsonmorton.com; jim@dawsonmorton.com; Marlene C. Nowlin
**Cc:** Ada Meraz
**Subject:** Guerra Felix, Antonio vs. Fresh Harvest, Inc., et al. - JAMS Ref No. 5100003594
**Date:** Monday, October 27, 2025 7:25:20 PM
**Attachments:** image001.png

---

Dear Counsel:

Please be advised that JAMS has received a request for arbitration in the above-referenced matter. We are, however, missing the following item(s):

**___X____ Copy of the entire contract/arbitration agreement including signature page, with the arbitration clause highlighted**

Please upload the requested items on the JAMS Access portal. Upon receipt of the requested item(s) above, JAMS will review your submission.

Best,

Geri

**Geraldine "Geri" Yulo**
Arbitration Practice Consultant
P: 213-253-9711
gyulo@jamsadr.com

*For complex mediation, the choice is simple. JAMS offers a respected panel of highly experienced mediators, who resolve even the most challenging disputes.* ***Learn more***.

# EXHIBIT 13.4

# Demand For Arbitration - Martin Herrera Lara vs. Farm Labor Association for Growers, Inc. #5100003597

## Submission Date: 10/17/2025

### 1. JAMS Local Center

JAMS resolution center Requested Hearing Location

San Francisco, California

### 2. Rules & Fees

Arbitration Rules

JAMS Employment Arbitration Rules and Procedures

Filing & Submission Fees

◉ Consumer/Employee is the submitting party and parties' agreement calls for Respondent to pay the full filing fee, no payment is required at this time .

---

### 3.Claimant(s)

1.Martin Herrera Lara
Law Offices of Dawson Morton
1808 Sixth St
94710 Berkeley CA
4045901295
dawson@dawsonmorton.com

### Claimant Representatives

A.Dawson Morton
Law Offices of Dawson Morton
320811CA
1808 Sixth St
94710 Berkeley CA
4045901295
dawson@dawsonmorton.com

B.James Knoepp
Law Offices of Dawson Morton
102757SC

jim@dawsonmorton.com

---

### 4.Respondent(s)

1.
Farm Labor Association for Growers, Inc.
101 E. Main Street
92249 Heber CA

### Respondent Representatives

A.Jennifer Schermerhorn

jennifer@sfcos.com

B.Marlene Nowlin

mnowlin@ftblaw.com

---

### 5. Nature of Dispute

See attached.

Amount in Controversy $

- statement of claims Martin Herrera.pdf Claims/Responses/Counterclaims

---

### 6. Agreement

Claimant has requested but is not in possession of the arbitration agreement, an order compelling arbitration is attached.

- 064 - Order compelling arbitration.pdf Orders/Rulings

---

### 7. Consumer & Employment

◉ NO, this is not a CONSUMER ARBITRATION
◉ Less than $100,000

---

### 8. Submission information

Name Dawson Morton
Address 1808 Sixth St
Zip Code 94710
City Berkeley
State CA
Phone 4045901295
E-mail dawson@dawsonmorton.com

Claimant asserts that his employment contract was breached because he was not paid the legally required wage rate for his work as a truck driver and that he was not provided the same pay as non-H-2A truck drivers in corresponding employment. Claimant also asserts claims pursuant to contract for failure to pay promised overtime wages and for the collection of in-kind payments or fees as a condition of recruitment.

Claimant also asserts his statutory rights under California law for pay for all hours worked at the legally required wage rate, as well as California minimum wages and liquidated damages, overtime, reimbursement of necessary expenses, penalties for the lack of lawful, accurate and complete paystubs, and waiting time penalties owed. Claimant also seeks damages for missed, late or on-duty meal periods and rest breaks. Claimant also asserts UCL claims pursuant to California Business and Professions Code § 17200 for the wage, reimbursement, and wage statement violations.

In addition to back wages, liquidated damages and penalties owed, Claimant seeks his costs, attorneys' fees, and prejudgment interest.

Claimant does not presently have complete employment records to calculate the full value of his claims.

JAMS®

**REQUEST FOR MISSING ITEMS**

NOTICE TO ALL PARTIES November 13, 2025

Re: **Herrera Lara, Martin vs Farm Labor Association for Growers, Inc.**
Reference #: 5100003597

Dear Parties:

Please be advised that JAMS has received a request for arbitration in the above-referenced matter. We are, however, missing the following item(s):

**____X____** **A copy of the entire contract, including signature page, with the arbitration clause highlighted**

Please upload the requested item(s) on the JAMS Access portal. Upon receipt of the requested item(s) above, JAMS will review your submission.

Contact me at 213-253-9711 if you have questions.

Sincerely,
Geri Yulo
Geraldine Yulo
Arbitration Practice Consultant
GYulo@jamsadr.com

# EXHIBIT 13.5

# Demand For Arbitration - Juan Garcia Bravo vs. Farm Labor Association for Growers, Inc. #5100003586

## Submission Date: 10/16/2025

### 1. JAMS Local Center

JAMS resolution center Requested Hearing Location

San Francisco, California

### 2. Rules & Fees

Arbitration Rules

JAMS Employment Arbitration Rules and Procedures

Filing & Submission Fees

◉ Consumer/Employee is the submitting party and parties' agreement calls for Respondent to pay the full filing fee, no payment is required at this time .

---

### 3.Claimant(s)

1.Juan Garcia Bravo
c/o Law Offices of Dawson Morton
1808 Sixth St
94710 Berkeley CA
4045901295
dawson@dawsonmorton.com

### Claimant Representatives

A.Dawson Morton
Law Offices of Dawson Morton
320811CA
1808 Sixth St
94710 Berkeley CA
4045901295
dawson@dawsonmorton.com

B.James Knoepp
Law Offices of Dawson Morton
102757SC

jim@dawsonmorton.com

---

### 4.Respondent(s)

1.
Farm Labor Association for Growers, Inc.
101 E. Main Street
92249 Heber CA

### Respondent Representatives

A.Jennifer Schermerhorn

jennifer@sfcos.com

B.Marlene Nowlin

mnowlin@ftblaw.com

---

### 5. Nature of Dispute

See attached.

Amount in Controversy $

- statement of claims Juan Armando Garcia.pdf Claims/Responses/Counterclaims

---

### 6. Agreement

Claimant has requested but is not in possession of the arbitration agreement, an order compelling arbitration is attached.

- 064 - Order compelling arbitration.pdf Orders/Rulings

---

### 7. Consumer & Employment

- (•) NO, this is not a CONSUMER ARBITRATION
- (•) Less than $100,000

---

### 8. Submission information

Name Dawson Morton
Address 1808 Sixth St
Zip Code 94710
City Berkeley
State CA
Phone 4045901295
E-mail dawson@dawsonmorton.com

Claimant asserts that his employment contract was breached because he was not paid the legally required wage rate for his work as a truck driver and that he was not provided the same pay as non-H-2A truck drivers in corresponding employment. Claimant also asserts claims pursuant to contract for failure to pay promised overtime wages and for the collection of in-kind payments or fees as a condition of recruitment.

Claimant also asserts his statutory rights under California law for pay for all hours worked at the legally required wage rate, as well as California minimum wages and liquidated damages, overtime, reimbursement of necessary expenses, penalties for the lack of lawful, accurate and complete paystubs, and waiting time penalties owed. Claimant also seeks damages for missed, late or on-duty meal periods and rest breaks. Claimant also asserts UCL claims pursuant to California Business and Professions Code § 17200 for the wage, reimbursement, and wage statement violations.

In addition to back wages, liquidated damages and penalties owed, Claimant seeks his costs, attorneys' fees, and prejudgment interest.

Claimant does not presently have complete employment records to calculate the full value of his claims.

**REQUEST FOR MISSING ITEMS**

NOTICE TO ALL PARTIES November 13, 2025

Re: **Garcia Bravo, Juan vs Farm Labor Association for Growers, Inc.**
Reference #: 5100003586

Dear Parties:

Please be advised that JAMS has received a request for arbitration in the above-referenced matter. We are, however, missing the following item(s):

**____X____** **A copy of the entire contract, including signature page, with the arbitration clause highlighted**

Please upload the requested item(s) on the JAMS Access portal. Upon receipt of the requested item(s) above, JAMS will review your submission.

Contact me at 213-253-9711 if you have questions.

Sincerely,

Geri Yulo

Geraldine Yulo
Arbitration Practice Consultant
GYulo@jamsadr.com

# EXHIBIT 13.6

## Demand For Arbitration - Lorenzo Garcia Orozco vs. Fresh Harvest, Inc. #5100003593

## Submission Date: 10/17/2025

### 1. JAMS Local Center

JAMS resolution center    Requested Hearing Location

San Francisco, California

### 2. Rules & Fees

Arbitration Rules

JAMS Employment Arbitration Rules and Procedures

Filing & Submission Fees

◉ Consumer/Employee is the submitting party and parties' agreement calls for Respondent to pay the full filing fee, no payment is required at this time .

---

### 3.Claimant(s)

1.Lorenzo Garcia Orozco
c/o Law Offices of Dawson Morton
1808 Sixth St
94710 Berkeley CA
4045901295
dawson@dawsonmorton.com

### Claimant Representatives

A.Dawson Morton
Law Offices of Dawson Morton
320811CA
1808 Sixth St
94710 Berkeley CA
4045901295
dawson@dawsonmorton.com

B.James Knoepp
Law Offices of Dawson Morton
102757SC

jim@dawsonmorton.com

---

### 4.Respondent(s)

1.
Fresh Harvest, Inc.
101 E. Main Street
92249 Heber CA

### Respondent Representatives

A.Jennifer Schermerhorn

jennifer@sfcos.com

B.Marlene Nowlin

mnowlin@ftblaw.com

2.
Farm Labor Association for Growers, Inc.
101 E. Main Street
92249 Heber CA

A.Jennifer Schermerhorn

jennifer@sfcos.com

B.Marlene Nowlin

mnowlin@ftblaw.com

3.
SMD Logistics, Inc.
101 E. Main Street
92249 Heber CA

A.Jennifer Schermerhorn

jennifer@sfcos.com

B.Marlene Nowlin

mnowlin@ftblaw.com

---

**5. Nature of Dispute**

See attached

Amount in Controversy $

- statement of claims Lorenzo Garcia.pdf Claims/Responses/Counterclaims

---

**6. Agreement**

Claimant has requested but is not in possession of the arbitration agreement, an order compelling arbitration is attached.

- 064 - Order compelling arbitration.pdf Orders/Rulings

---

## 7. Consumer & Employment

- NO, this is not a CONSUMER ARBITRATION
- Less than $100,000

---

## 8. Submission information

Name Dawson Morton
Address 1808 Sixth St
Zip Code 94710
City Berkeley
State CA
Phone 4045901295
E-mail dawson@dawsonmorton.com

Claimant asserts that his employment contract was breached because he was not paid the legally required wage rate for his work as a truck driver and that he was not provided the same pay as non-H-2A truck drivers in corresponding employment. Claimant also asserts claims pursuant to contract for failure to pay promised overtime wages and for the collection of in-kind payments or fees as a condition of recruitment.

Claimant asserts his right to receive the minimum wage pursuant to the Fair Labor Standards Act was violated and seeks back wages owed.

Claimant also asserts his statutory rights under California law for pay for all hours worked at the legally required wage rate, as well as California minimum wages and liquidated damages, overtime, reimbursement of necessary expenses, penalties for the lack of lawful, accurate and complete paystubs, and waiting time penalties owed. Claimant also seeks damages for missed, late or on-duty meal periods and rest breaks. Claimant also asserts UCL claims pursuant to California Business and Professions Code § 17200 for the wage, reimbursement, and wage statement violations.

In addition to back wages, liquidated damages and penalties owed, Claimant seeks his costs, attorneys' fees, and prejudgment interest.

Claimant does not presently have complete employment records to calculate the full value of his claims.

# FINAL REQUEST FOR MISSING ITEMS

January 15, 2026

NOTICE TO ALL PARTIES

Re: Garcia Orozco, Lorenzo vs Fresh Harvest, Inc., et al.
Reference #: 5100003593

Dear Parties:

We have requested for a copy of Contract/Employment Agreement which is necessary to proceed with the administration of this matter. As of today, it is not received. If the requested item is not received within 15 days, JAMS will close our file.

Please contact me if you have any questions.

Sincerely,

Geri Yulo

Geraldine Yulo
Arbitration Practice Consultant
GYulo@jamsadr.com

# EXHIBIT 13.7

# Demand For Arbitration - Edgar Nava Jimenez vs. Farm Labor Association for Growers, Inc. #5100003588

## Submission Date: 10/16/2025

### 1. JAMS Local Center

JAMS resolution center     Requested Hearing Location

San Francisco, California

### 2. Rules & Fees

Arbitration Rules

JAMS Employment Arbitration Rules and Procedures

Filing & Submission Fees

◉ Consumer/Employee is the submitting party and parties' agreement calls for Respondent to pay the full filing fee, no payment is required at this time .

---

### 3.Claimant(s)

1.Edgar Nava Jimenez
c/o Law Offices of Dawson Morton
1808 Sixth St
94710 Berkeley CA
4045901295
dawson@dawsonmorton.com

### Claimant Representatives

A.Dawson Morton
Law Offices of Dawson Morton
320811CA
1808 Sixth St
94710 Berkeley CA
4045901295
dawson@dawsonmorton.com

B.James Knoepp
102757SC

jim@dawsonmorton.com

---

### 4.Respondent(s)

1.
Farm Labor Association for Growers, Inc.
101 E. Main Street
92249 Heber CA

### Respondent Representatives

A.Jennifer Schermerhorn

jennifer@sfcos.com

B.Marlene Nowlin

mnowlin@ftblaw.com

---

### 5. Nature of Dispute

See attached

Amount in Controversy $

- statement of claims Edgar Nava.pdf Claims/Responses/Counterclaims

---

### 6. Agreement

Claimant has requested but is not in possession of the arbitration agreement, an order compelling arbitration is attached.

- 064 - Order compelling arbitration.pdf Orders/Rulings

---

### 7. Consumer & Employment

- (•) NO, this is not a CONSUMER ARBITRATION
- (•) Less than $100,000

---

### 8. Submission information

Name Dawson Morton
Address 1808 Sixth St
Zip Code 94710
City Berkeley
State CA
Phone 4045901295
E-mail dawson@dawsonmorton.com

Claimant asserts that his employment contract was breached because he was not paid the legally required wage rate for his work as a truck driver and that he was not provided the same pay as non-H-2A truck drivers in corresponding employment. Claimant also asserts claims pursuant to contract for failure to pay promised overtime wages and for the collection of in-kind payments or fees as a condition of recruitment.

Claimant also asserts his statutory rights under California law for pay for all hours worked at the legally required wage rate, as well as California minimum wages and liquidated damages, overtime, reimbursement of necessary expenses, penalties for the lack of lawful, accurate and complete paystubs, and waiting time penalties owed. Claimant also seeks damages for missed, late or on-duty meal periods and rest breaks. Claimant also asserts UCL claims pursuant to California Business and Professions Code § 17200 for the wage, reimbursement, and wage statement violations.

In addition to back wages, liquidated damages and penalties owed, Claimant seeks his costs, attorneys' fees, and prejudgment interest.

Claimant does not presently have complete employment records to calculate the full value of his claims.

JAMS

**REQUEST FOR MISSING ITEMS**

NOTICE TO ALL PARTIES November 13, 2025

Re: **Nava Jimenez, Edgar vs Farm Labor Association for Growers, Inc.**
Reference #: 5100003588

Dear Parties:

Please be advised that JAMS has received a request for arbitration in the above-referenced matter. We are, however, missing the following item(s):

**____X____ A copy of the entire contract, including signature page, with the arbitration clause highlighted**

Please upload the requested item(s) on the JAMS Access portal. Upon receipt of the requested item(s) above, JAMS will review your submission.

Contact me at 213-253-9711 if you have questions.

Sincerely,
Geri Yulo
Geraldine Yulo
Arbitration Practice Consultant
GYulo@jamsadr.com

# EXHIBIT 13.8

# Demand For Arbitration - David Pacheco Gomez vs. Farm Labor Association for Growers, Inc. #5100003606

## Submission Date: 10/21/2025

### 1. JAMS Local Center

JAMS resolution center    Requested Hearing Location

San Francisco, California

### 2. Rules & Fees

Arbitration Rules

JAMS Employment Arbitration Rules and Procedures

Filing & Submission Fees

◉ Consumer/Employee is the submitting party and parties' agreement calls for Respondent to pay the full filing fee, no payment is required at this time .

---

### 3.Claimant(s)

1.David Pacheco Gomez
c/o Law Offices of Dawson Morton
1808 Sixth St
94710 Berkeley CA
4045901295
dawson@dawsonmorton.com

### Claimant Representatives

A.Dawson Morton
Law Offices of Dawson Morton
320811CA
1808 Sixth St
94710 Berkeley CA
4045901295
dawson@dawsonmorton.com

B.James Knoepp
Law Offices of Dawson Morton
102757SC

jim@dawsonmorton.com

---

### 4.Respondent(s)

1.
Farm Labor Association for Growers, Inc.
101 E. Main Street
92249 Heber CA

### Respondent Representatives

A.Jennifer Schermerhorn

jennifer@sfcos.com

B.Marlene Nowlin

mnowlin@ftblaw.com

---

### 5. Nature of Dispute

See attached.

Amount in Controversy $

- statement of claims David Pacheco.pdf Claims/Responses/Counterclaims

---

### 6. Agreement

Claimant is in the process of requesting a copy but is not in possession of the arbitration agreement, an order compelling arbitration is attached.

- 064 - Order compelling arbitration.pdf Orders/Rulings

---

### 7. Consumer & Employment

- (•) NO, this is not a CONSUMER ARBITRATION
- (•) Less than $100,000

---

### 8. Submission information

Name Dawson Morton
Address 1808 Sixth St
Zip Code 94710
City Berkeley
State CA
Phone 4045901295
E-mail dawson@dawsonmorton.com

Claimant asserts that his employment contract was breached because he was not paid the legally required wage rate for his work as a truck driver and that he was not provided the same pay as non-H-2A truck drivers in corresponding employment. Claimant also asserts claims pursuant to contract for failure to pay promised overtime wages.

Claimant also asserts his statutory rights under state law for pay for all hours worked at the legally required wage rate, as well as state minimum wages and liquidated damages, overtime, reimbursement of necessary expenses, penalties for the lack of lawful, accurate and complete paystubs, and waiting time penalties owed. Claimant also seeks damages for missed, late or onduty meal periods and rest breaks. Claimant also asserts UCL claims pursuant to California Business and Professions Code § 17200 for the wage, reimbursement, and wage statement violations.

In addition to back wages, liquidated damages and penalties owed, Claimant seeks his costs, attorneys' fees, and prejudgment interest.

Claimant does not presently have complete employment records to calculate the full value of his claims.

**REQUEST FOR MISSING ITEMS**

NOTICE TO ALL PARTIES November 13, 2025

Re: **Pacheco Gomez, David vs Farm Labor Association for Growers, Inc.**
Reference #: 5100003606

Dear Parties:

Please be advised that JAMS has received a request for arbitration in the above-referenced matter. We are, however, missing the following item(s):

**____X____ A copy of the entire contract, including signature page, with the arbitration clause highlighted**

Please upload the requested item(s) on the JAMS Access portal. Upon receipt of the requested item(s) above, JAMS will review your submission.

Contact me at 213-253-9711 if you have questions.

Sincerely,

Geri Yulo

Geraldine Yulo
Arbitration Practice Consultant
GYulo@jamsadr.com

# EXHIBIT 13.9

# Demand For Arbitration - Jose Alfredo Rios Rodriguez vs. Farm Labor Association for Growers, Inc. #5100003599

## Submission Date: 10/17/2025

### 1. JAMS Local Center

JAMS resolution center Requested Hearing Location

San Francisco, California

### 2. Rules & Fees

Arbitration Rules

JAMS Employment Arbitration Rules and Procedures

Filing & Submission Fees

◉ Consumer/Employee is the submitting party and parties’ agreement calls for Respondent to pay the full filing fee, no payment is required at this time .

---

### 3.Claimant(s)

1.Jose Alfredo Rios Rodriguez
c/o Law Offices of Dawson Morton
1808 Sixth St
94710 Berkeley CA
4045901295
dawson@dawsonmorton.com

### Claimant Representatives

A.Dawson Morton
Law Offices of Dawson Morton
320811CA
1808 Sixth St
94710 Berkeley CA
4045901295
dawson@dawsonmorton.com

B.James Knoepp
Law Offices of Dawson Morton
102757SC

jim@dawsonmorton.com

---

### 4.Respondent(s)

1.
Farm Labor Association for Growers, Inc.
101 E. Main Street
92249 Heber CA

### Respondent Representatives

A.Jennifer Schermerhorn

jennifer@sfcos.com

B.Marlene Nowlin

mnowlin@ftblaw.com

---

### 5. Nature of Dispute

See attached.

Amount in Controversy $

- statement of claims Alfredo Rios Rodriguez.pdf Claims/Responses/Counterclaims

---

### 6. Agreement

Claimant is in the process of requesting a copy but is not in possession of the arbitration agreement, an order compelling arbitration is attached.

- 064 - Order compelling arbitration.pdf Orders/Rulings

---

### 7. Consumer & Employment

◉ NO, this is not a CONSUMER ARBITRATION
◉ Less than $100,000

---

### 8. Submission information

Name Dawson Morton
Address 1808 Sixth St
Zip Code 94710
City Berkeley
State CA
Phone 4045901295
E-mail dawson@dawsonmorton.com

Claimant asserts that his employment contract was breached because he was not paid the legally required wage rate for his work as a truck driver and that he was not provided the same pay as non-H-2A truck drivers in corresponding employment. Claimant also asserts claims pursuant to contract for failure to pay promised overtime wages.

Claimant also asserts his statutory rights under state law for pay for all hours worked at the legally required wage rate, as well as state minimum wages and liquidated damages, overtime, reimbursement of necessary expenses, penalties for the lack of lawful, accurate and complete paystubs, and waiting time penalties owed. Claimant also seeks damages for missed, late or on-duty meal periods and rest breaks. Claimant also asserts UCL claims pursuant to California Business and Professions Code § 17200 for the wage, reimbursement, and wage statement violations.

In addition to back wages, liquidated damages and penalties owed, Claimant seeks his costs, attorneys' fees, and prejudgment interest.

Claimant does not presently have complete employment records to calculate the full value of his claims.

JAMS®

**REQUEST FOR MISSING ITEMS**

NOTICE TO ALL PARTIES November 13, 2025

Re: **Rios Rodriguez, Jose Alfredo vs Farm Labor Association for Growers, Inc.**
Reference #: 5100003599

Dear Parties:

Please be advised that JAMS has received a request for arbitration in the above-referenced matter. We are, however, missing the following item(s):

**____X____ A copy of the entire contract, including signature page, with the arbitration clause highlighted**

Please upload the requested item(s) on the JAMS Access portal. Upon receipt of the requested item(s) above, JAMS will review your submission.

Contact me at 213-253-9711 if you have questions.

Sincerely,
Geri Yulo
Geraldine Yulo
Arbitration Practice Consultant
GYulo@jamsadr.com

# EXHIBIT 13.10

**Demand For Arbitration - Samuel Rivera Soto vs. Farm Labor Association for Growers, Inc. #5100003596**

**Submission Date: 10/17/2025**

## 1. JAMS Local Center

JAMS resolution center Requested Hearing Location

San Francisco, California

## 2. Rules & Fees

Arbitration Rules

JAMS Employment Arbitration Rules and Procedures

Filing & Submission Fees

◉ Consumer/Employee is the submitting party and parties' agreement calls for Respondent to pay the full filing fee, no payment is required at this time .

---

**3.Claimant(s)**

1.Samuel Rivera Soto
c/o Law Offices of Dawson Morton
1808 Sixth St
94710 Berkeley CA
4045901295
dawson@dawsonmorton.com

**Claimant Representatives**

A.Dawson Morton
Law Offices of Dawson Morton
320811CA
1808 Sixth St
94710 Berkeley CA
4045901295
dawson@dawsonmorton.com

B.James Knoepp
Law Offices of Dawson Morton
102757SC

jim@dawsonmorton.com

---

**4.Respondent(s)**

1.
Farm Labor Association for Growers, Inc.
101 E. Main Street
92249 Heber CA

**Respondent Representatives**

A.Jennifer Schermerhorn

jennifer@sfcos.com

B. Marlene Nowlin

mnowlin@ftblaw.com

---

### 5. Nature of Dispute

See attached.

Amount in Controversy $

- statement of claims Samuel Rivera Soto.pdf  Claims/Responses/Counterclaims

---

### 6. Agreement

Claimant has requested but is not in possession of the arbitration agreement, an order compelling arbitration is attached.

- 064 - Order compelling arbitration.pdf  Orders/Rulings

---

### 7. Consumer & Employment

- (•) NO, this is not a CONSUMER ARBITRATION
- (•) Less than $100,000

---

### 8. Submission information

Name Dawson Morton
Address 1808 Sixth St
Zip Code 94710
City Berkeley
State CA
Phone 4045901295
E-mail dawson@dawsonmorton.com

Claimant asserts that his employment contract was breached because he was not paid the legally required wage rate for his work as a truck driver and that he was not provided the same pay as non-H-2A truck drivers in corresponding employment. Claimant also asserts claims pursuant to contract for failure to pay promised overtime wages and for the collection of in-kind payments or fees as a condition of recruitment.

Claimant also asserts his statutory rights under California law for pay for all hours worked at the legally required wage rate, as well as California minimum wages and liquidated damages, overtime, reimbursement of necessary expenses, penalties for the lack of lawful, accurate and complete paystubs, and waiting time penalties owed. Claimant also seeks damages for missed, late or on-duty meal periods and rest breaks. Claimant also asserts UCL claims pursuant to California Business and Professions Code § 17200 for the wage, reimbursement, and wage statement violations.

In addition to back wages, liquidated damages and penalties owed, Claimant seeks his costs, attorneys' fees, and prejudgment interest.

Claimant does not presently have complete employment records to calculate the full value of his claims.

JAMS®

## REQUEST FOR MISSING ITEMS

NOTICE TO ALL PARTIES November 13, 2025

Re: **Rivera Soto, Samuel vs Farm Labor Association for Growers, Inc.**
Reference #: 5100003596

Dear Parties:

Please be advised that JAMS has received a request for arbitration in the above-referenced matter. We are, however, missing the following item(s):

**____X____ A copy of the entire contract, including signature page, with the arbitration clause highlighted**

Please upload the requested item(s) on the JAMS Access portal. Upon receipt of the requested item(s) above, JAMS will review your submission.

Contact me at 213-253-9711 if you have questions.

Sincerely,

Geri Yulo

Geraldine Yulo
Arbitration Practice Consultant
GYulo@jamsadr.com

# EXHIBIT 13.11

# Demand For Arbitration - Jhonathan Romo Araujo vs. Farm Labor Association for Growers, Inc. #5100003591

## Submission Date: 10/16/2025

### 1. JAMS Local Center

JAMS resolution center | Requested Hearing Location

San Francisco, California

### 2. Rules & Fees

Arbitration Rules

JAMS Employment Arbitration Rules and Procedures

Filing & Submission Fees

◉ Consumer/Employee is the submitting party and parties' agreement calls for Respondent to pay the full filing fee, no payment is required at this time .

---

### 3.Claimant(s)

1.Jhonathan Romo Araujo
c/o Law Offices of Dawson Morton
1808 Sixth St
94710 Berkeley CA
4045901295
dawson@dawsonmorton.com

### Claimant Representatives

A.Dawson Morton
Law Offices of Dawson Morton
320811CA
1808 Sixth St
94710 Berkeley CA
4045901295
dawson@dawsonmorton.com

B.James Knoepp
Law Offices of Dawson Morton
102757SC

jim@dawsonmorton.com

---

### 4.Respondent(s)

1.
Farm Labor Association for Growers, Inc.
101 E. Main Street
92249 Heber CA

### Respondent Representatives

A.Jennifer Schermerhorn

jennifer@sfcos.com

B.Marlene Nowlin

mnowlin@ftblaw.com

### 5. Nature of Dispute

See attached.

Amount in Controversy $

- statement of claims Jhonathan Romo.pdf Claims/Responses/Counterclaims

### 6. Agreement

Claimant has requested but is not in possession of the arbitration agreement, an order compelling arbitration is attached.

- 064 - Order compelling arbitration.pdf Orders/Rulings

### 7. Consumer & Employment

- (•) NO, this is not a CONSUMER ARBITRATION
- (•) Less than $100,000

### 8. Submission information

Name Dawson Morton
Address 1808 Sixth St
Zip Code 94710
City Berkeley
State CA
Phone 4045901295
E-mail dawson@dawsonmorton.com

Claimant asserts that his employment contract was breached because he was not paid the legally required wage rate for his work as a truck driver and that he was not provided the same pay as non-H-2A truck drivers in corresponding employment. Claimant also asserts claims pursuant to contract for failure to pay promised overtime wages and for the collection of in-kind payments or fees as a condition of recruitment.

Claimant also asserts his statutory rights under California law for pay for all hours worked at the legally required wage rate, as well as California minimum wages and liquidated damages, overtime, reimbursement of necessary expenses, penalties for the lack of lawful, accurate and complete paystubs, and waiting time penalties owed. Claimant also seeks damages for missed, late or on-duty meal periods and rest breaks. Claimant also asserts UCL claims pursuant to California Business and Professions Code § 17200 for the wage, reimbursement, and wage statement violations.

In addition to back wages, liquidated damages and penalties owed, Claimant seeks his costs, attorneys' fees, and prejudgment interest.

Claimant does not presently have complete employment records to calculate the full value of his claims.

JAMS

**REQUEST FOR MISSING ITEMS**

NOTICE TO ALL PARTIES November 13, 2025

Re: **Romo Araujo, Jhonathan vs Farm Labor Association for Growers, Inc.**
Reference #: 5100003591

Dear Parties:

Please be advised that JAMS has received a request for arbitration in the above-referenced matter. We are, however, missing the following item(s):

**____X____** **A copy of the entire contract, including signature page, with the arbitration clause highlighted**

Please upload the requested item(s) on the JAMS Access portal. Upon receipt of the requested item(s) above, JAMS will review your submission.

Contact me at 213-253-9711 if you have questions.

Sincerely,
Geri Yulo
Geraldine Yulo
Arbitration Practice Consultant
GYulo@jamsadr.com

# EXHIBIT 13.12

# Demand For Arbitration - Manuel Sigala Duarte vs. Farm Labor Association for Growers, Inc. #5100003575

## Submission Date: 10/16/2025

### 1. JAMS Local Center

JAMS resolution center    Requested Hearing Location

San Francisco, California

### 2. Rules & Fees

Arbitration Rules

JAMS Employment Arbitration Rules and Procedures

Filing & Submission Fees

◉ Consumer/Employee is the submitting party and parties' agreement calls for Respondent to pay the full filing fee, no payment is required at this time .

---

### 3.Claimant(s)

1.Manuel Sigala Duarte
c/o Law Offices of Dawson Morton
1808 Sixth St
94710 Berkeley CA
4045901295
dawson@dawsonmorton.com

### Claimant Representatives

A.Dawson Morton
320811CA
1808 Sixth St
94710 Berkeley CA
404-590-1295
dawson@dawsonmorton.com

B.James Knoepp
Law Offices of Dawson Morton
102757SC

jim@dawsonmorton.com

---

### 4.Respondent(s)

1.
Farm Labor Association for Growers, Inc.
101 E. Main Street
92249 Heber CA

### Respondent Representatives

A.Jennifer Schermerhorn

jennifer@sfcos.com

B.Marlene Nowlin

mnowlin@ftblaw.com

---

### 5. Nature of Dispute

See attached

Amount in Controversy $

- statement of claims Manuel Sigala.pdf Claims/Responses/Counterclaims

---

### 6. Agreement

Claimant has requested but is not in possession of the arbitration agreement, an order compelling arbitration is attached.

- 064 - Order compelling arbitration.pdf Orders/Rulings

---

### 7. Consumer & Employment

◉ NO, this is not a CONSUMER ARBITRATION
◉ Less than $100,000

---

### 8. Submission information

Name Dawson Morton
Address 1808 Sixth St
Zip Code 94710
City Berkeley
State CA
Phone 404-590-1295
E-mail dawson@dawsonmorton.com

Claimant asserts that his employment contract was breached because he was not paid the legally required wage rate for his work as a truck driver and that he was not provided the same pay as non-H-2A truck drivers in corresponding employment. Claimant also asserts claims pursuant to contract for failure to pay promised overtime wages and for the collection of in-kind payments or fees as a condition of recruitment.

Claimant asserts his right to receive the minimum wage pursuant to the Fair Labor Standards Act was violated and seeks back wages owed.

Claimant also asserts his statutory rights under California law for pay for all hours worked at the legally required wage rate, as well as California minimum wages and liquidated damages, overtime, reimbursement of necessary expenses, penalties for the lack of lawful, accurate and complete paystubs, and waiting time penalties owed. Claimant also seeks damages for missed, late or on-duty meal periods and rest breaks. Claimant also asserts UCL claims pursuant to California Business and Professions Code § 17200 for the wage, reimbursement, and wage statement violations.

In addition to back wages, liquidated damages and penalties owed, Claimant seeks his costs, attorneys' fees, and prejudgment interest.

Claimant does not presently have complete employment records to calculate the full value of his claims.

JAMS®

## REQUEST FOR MISSING ITEMS

NOTICE TO ALL PARTIES November 13, 2025

Re: **Sigala Duarte, Manuel vs Farm Labor Association for Growers, Inc.**
Reference #: 5100003575

Dear Parties:

Please be advised that JAMS has received a request for arbitration in the above-referenced matter. We are, however, missing the following item(s):

**____X____** **A copy of the entire contract, including signature page, with the arbitration clause highlighted**

Please upload the requested item(s) on the JAMS Access portal. Upon receipt of the requested item(s) above, JAMS will review your submission.

Contact me at 213-253-9711 if you have questions.

Sincerely,

Geri Yulo

Geraldine Yulo
Arbitration Practice Consultant
GYulo@jamsadr.com