# EXHIBIT 23

**Ada Meraz**

**From:** Dawson Morton <dawson@dawsonmorton.com>
**Sent:** Tuesday, August 25, 2026 4:41 PM
**To:** Ada Meraz
**Cc:** Marlene C. Nowlin; Jennifer Schermerhorn; kss@sfcos.com; Chad T. Wishchuk; jim@dawsonmorton.com
**Subject:** Re: Rubio-Leon, et al. v. Fresh Harvest Inc., et al.

Sorry to hear about the medical emergencies. We could be available for a call on Tuesday September 8— what about 11 am on that day?

We are still planning to file our motion using the reserved December 9 hearing date— I sent a separate email about that last week.

Dawson Morton
dawson@dawsonmorton.com
404-590-1295

On Aug 25, 2026, at 10:41 AM, Ada Meraz <ameraz@ftblaw.com> wrote:

Dear Dawson:

Unfortunately, Jennifer and Marlene are both out due to medical emergencies.

Please provide your availability mid to late next week to meet and confer regarding mediation and arbitration issues, including motions. Please also confirm the December 9 hearing has been canceled.

Thank you.

**Ada Meraz** *Senior Legal Secretary*

Finch, Thornton & Baird, LLP Attorneys At Law
4747 Executive Drive, Suite 700 San Diego, CA 92121
**T** 858.737.3100 **F** 858.737.3101 ftblaw.com

CONFIDENTIALITY NOTICE: This email contains legally privileged and confidential information intended only for the individual or entity named within the message. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination or copying of this communication is prohibited. If this communication was received in error, please notify us by reply email and delete the original message.