# EXHIBIT 25

## Ada Meraz

| | |
|---|---|
| **From:** | Marlene C. Nowlin |
| **Sent:** | Monday, September 21, 2026 8:50 AM |
| **To:** | Dawson Morton |
| **Cc:** | Jennifer Schermerhorn; Chad T. Wishchuk; Isabella H. Constantino; Ada Meraz; Jim Knoepp |
| **Subject:** | RE: Rubio-Leon v. Fresh Harvest - Meet and Confer Regarding Defendants' Motion to Appoint Arbitrator |

Dear Dawson:

This email confirms our meet and confer call on Friday, 9/18/26. We advised you Defendants will move to appoint Judge Gallo or other qualified arbitrator pursuant to the FAA ("Defendants' Motion") unless plaintiffs agree to withdraw their pending Motion to Lift Arbitration stay, or in the Alternative, order Arbitration to Proceed Before JAMS ADR ("Plaintiffs' Motion"). Despite our discussion, which included a review of the relevant arbitrator selection provisions, you refused to withdraw Plaintiffs' Motion.

Below is a brief summary of the bases of Defendants' Motion we discussed during our call:

1. Plaintiffs' unilateral filing of cases with JAMS and continued insistence on JAMS violates the arbitrator selection provisions set forth in Plaintiffs' arbitration agreement;
2. Plaintiffs' continued refusal to comply with the arbitrator selection provisions caused a lapse in the naming of an arbitrator and constitutes grounds for judicial appointment of an arbitrator under the FAA; and
3. Judge Gallo is qualified to arbitrate this matter; therefore, pursuant to the FAA, Defendants' Motion will request appointment of Judge Gallo or other equally qualified arbitrator.

For these and the other reasons we discussed on 9/18/26, we stated we will proceed with Defendants' Motion. We also advised you we will request a December 9 hearing date for Defendants' Motion, so it is heard concurrently with Plaintiffs' Motion. You indicated you have no objection to a December 9 hearing date for Defendants' Motion.

Thank you.

**Marlene C. Nowlin** *Partner*

Finch, Thornton & Baird, LLP Attorneys At Law
4747 Executive Drive, Suite 700 San Diego, CA 92121
**T** 858.737.3100 **F** 858.737.3101

ftblaw.com

CONFIDENTIALITY NOTICE: This email contains legally privileged and confidential information intended only for the individual or entity named within the message. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination or copying of this communication is prohibited. If this communication was received in error, please notify us by reply email and delete the original message.

---

**From:** Dawson Morton <dawson@dawsonmorton.com>
**Sent:** Thursday, August 20, 2026 3:39 PM
**To:** Marlene C. Nowlin <mnowlin@ftblaw.com>
**Cc:** Jennifer Schermerhorn <jennifer@sfcos.com>; Kristen Sharp-Smail <kss@sfcos.com>; Jillian C. Robinson <jrobinson@ftblaw.com>; Sarah R. Faller <sfaller@ftblaw.com>; Chad T. Wishchuk <cwishchuk@ftblaw.com>; Jim Knoepp <jim@dawsonmorton.com>
**Subject:** Re: hearing date for motion in Rubio-Leon v. Fresh Harvest

Hi Marlene:

I think you have misunderstood my email. We are willing to participate in mediation but we are not willing to forgo our motion. In terms of mediators, we are open to Bonnie Sabraw or Mark Rudy. We are not familiar with Judge Latin and not willing to proceed with him at this time, but if there are particular reasons Defendants prefer him please let us know.

In terms of arbitrators, there are a number of arbitrators at JAMS and there is a selection process in the JAMS rules. However, here are few JAMS arbitrators who would be acceptable to Plaintiffs:

Hon. Elizabeth D. Laporte (Ret.). https://www.jamsadr.com/neutrals/laporte
Hon. James Warren (Ret.). https://www.jamsadr.com/neutrals/james-warren
Margaret Nagle. https://www.jamsadr.com/neutrals/nagle

Your claim that we did not previously discuss our planned motion with you is simply untrue. I emailed you about the motion on August 7th and we had a meet and confer regarding the motion on August 11th by videoconference with you and Jennifer. In addition to discussing our planned motion, we specifically discussed December 9th as the date for a hearing. We had sought an earlier date in November but you stated that you were in trial during that time so we specifically discussed reserving December 9th.

Dawson Morton
dawson@dawsonmorton.com
404-590-1295

On Aug 20, 2026, at 11:09 AM, Marlene C. Nowlin <mnowlin@ftblaw.com> wrote:

Dear Dawson:

You did not notify us of your "plan to file a motion asking the Court to find arbitration waived." Nor did we agree to a December 9 hearing date for such motion. Please notify the Court that you withdraw your hearing request. Please also state all bases, including legal authority, for your purported motion.

Moreover, late last week you stated plaintiffs are open to mediation and will not move to re-open the case or proceed with the litigation unless mediation is unsuccessful. If that is no longer your position, please state which JAMS arbitrators you believe are qualified for this case. As we previously advised multiple times, Defendants will consider all arbitrators plaintiffs propose.

To date, plaintiffs have not proposed a single arbitrator. As we also advised you multiple times, Defendants remain available to mediate or arbitrate with the following mediators and arbitrators:

1. Mediation with Judge Sabraw (Ret.), Mark Rudy, or Judge Michael A. Latin (Ret.)
2. Arbitration with Judge Gallo (Ret.), Judge Marie Weiner (Ret.), or Judge Michael A. Latin (Ret.)

If you are not unwilling to propose an arbitrator or proceed with any of the above arbitrators or mediators, please provide your availability next week to meet and confer regarding Defendants' motion to appoint Judge Gallo or, alternatively, another qualified arbitrator such as Judges Weiner or Latin.

Thank you.

**Marlene C. Nowlin** *Partner*

Finch, Thornton & Baird, LLP Attorneys At Law
4747 Executive Drive, Suite 700 San Diego, CA 92121
**T** 858.737.3100 **F** 858.737.3101

ftblaw.com

CONFIDENTIALITY NOTICE: This email contains legally privileged and confidential information intended only for the individual or entity named within the message. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination or copying of this communication is prohibited. If this communication was received in error, please notify us by reply email and delete the original message.

---

**From:** CRD EKL <EKLCRD@cand.uscourts.gov>
**Sent:** Wednesday, August 19, 2026 5:42 PM
**To:** Dawson Morton <dawson@dawsonmorton.com>
**Cc:** Jim Knoepp <jim@dawsonmorton.com>; Marlene C. Nowlin <mnowlin@ftblaw.com>; Jennifer Schermerhorn <jennifer@sfcos.com>
**Subject:** RE: hearing date for motion in Rubio-Leon v. Fresh Harvest

Good afternoon.

Dec. 9 is available. I will reserve that date at 10am. You may notice that date/time when you file.

Thank you,

<image001.jpg>

**Laura Thomson (she/her)**
Courtroom Deputy to the Honorable Eumi K. Lee
United States District Court for the Northern District of California
San Jose Division
280 South First Street, Rm 2112
San Jose, CA 95113
laura_thomson@cand.uscourts.gov
Direct Dial: (408) 535-5330

---

**From:** Dawson Morton <dawson@dawsonmorton.com>
**Sent:** Wednesday, August 19, 2026 3:20 PM
**To:** CRD EKL <EKLCRD@cand.uscourts.gov>
**Cc:** Jim Knoepp <jim@dawsonmorton.com>; Marlene C. Nowlin <mnowlin@ftblaw.com>; Jennifer Schermerhorn <jennifer@sfcos.com>
**Subject:** hearing date for motion in Rubio-Leon v. Fresh Harvest

**CAUTION - EXTERNAL:**

Hi Ms. Thomson

I'm writing to request a date for a motion in the Rubio-Leon v. Fresh Harvest litigation (5:24-cv-3375). Plaintiffs' plan to file a motion asking the Court to find arbitration waived. When the parties discussed the motion, defense counsel indicated they could be available on December 9. So I would like to reserve that date for the motion to be heard.

Dawson Morton
dawson@dawsonmorton.com
404-590-1295

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

<Mail Attachment.eml>