Dawson Morton
Cal. SBN 320811
James Knoepp
S.C. Bar 102757, *Admitted Pro Hac Vice*
LAW OFFICES OF DAWSON MORTON
1808 Sixth St.
Berkeley, CA 94710
Ph: 404-590-1295
dawson@dawsonmorton.com
jim@dawsonmorton.com

ATTORNEYS FOR PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ANTONIO RUBIO-LEON, et al., and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., and SMD LOGISTICS, INC.,<br><br>Defendants. | CIVIL ACT. NO.: 5:24-cv-3375-EKL<br><br>STIPULATION TO EXTEND REPLY DEADLINE |

Pursuant to Local Rules 6-2 and 7-12, the parties hereby stipulate to an extension to Plaintiffs' deadline to file a reply brief in support of their motion to lift the arbitration stay, ECF 66, presently set for October 6, 2026.

1. One of Plaintiffs' counsel will be out of town through the date of the reply deadline.
2. Plaintiffs seek a 10-day extension to file their reply brief through and including October 16, 2026.
3. Defendants' counsel has stipulated to this extension.
4. The deadline for the opposition brief was previously extended. ECF 70.
5. The reply brief deadline has not been previously extended.

6. The extension will not alter the hearing date of December 9, 2026 nor any other deadlines presently set in this proceeding.

DATED: October 2, 2026

*/s/ James M. Knoepp*
James M. Knoepp
S.C. Bar Lic. 102757
**LAW OFFICES OF DAWSON MORTON**
1612 Crestwood Drive
Columbia, SC 29205
Phone: (828) 379-3169
jim@dawsonmorton.com

Dawson Morton
CA Bar No. 320811
**LAW OFFICES OF DAWSON MORTON**
1808 Sixth St.
Berkeley, CA 94710
Phone: (404) 590-1295
dawson@dawsonmorton.com

*Attorneys for Plaintiffs*

Respectfully submitted,

FINCH, THORNTON & BAIRD, LLP

By: s/ M. Nowlin
CHAD T. WISHCHUK
MARLENE C. NOWLIN
Attorneys for Defendants Fresh Harvest, Inc., Farm Labor Association For Growers, Inc., and SMD Logistics, Inc.
E-mail:cwishchuk@ftblaw.com