Dawson Morton
Cal. SBN 320811
James Knoepp
S.C. Bar 102757, *Admitted Pro Hac Vice*
LAW OFFICES OF DAWSON MORTON
1808 Sixth St.
Berkeley, CA 94710
Ph: 404-590-1295
dawson@dawsonmorton.com
jim@dawsonmorton.com

ATTORNEYS FOR PLAINTIFFS AND THE PROPOSED CLASS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ANTONIO RUBIO-LEON, et al., and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., and SMD LOGISTICS, INC.,<br><br>Defendants. | CIVIL ACT. NO.: 5:24-cv-3375-EKL<br><br>DECLARATION OF DAWSON MORTON IN SUPPORT OF STIPULATION TO EXTEND DEADLINE TO FILE REPLY BRIEF |

I, Dawson Morton, declare that I am over eighteen years of age and that I am competent to testify to the matters declared below, and that under penalty of perjury under the laws of the United States of America the following statements are true and correct to the best of my knowledge and memory:

1. I am an attorney for the Plaintiffs in this case. This declaration is submitted in support of the Joint Stipulation to Extend Plaintiffs' Reply Brief Deadline.
2. The stipulation asks to extend Plaintiffs' reply brief deadline presently set for October 6, 2026. Plaintiffs' counsel has a scheduled trip which prevents both counsel being available to finalize their reply brief.

3. Plaintiffs seek a 10-day extension to their reply brief deadline through and including October 16, 2026.

4. No other deadlines will be altered by this extension. This brief's deadline has not been previously extended. Defendants' opposition brief was extended at Defendants' counsel's request. ECF 70.

5. Plaintiffs requested and Defendants' counsel agreed to this extension.

6. This extension is necessary to allow Plaintiffs' counsel time to fully brief the arguments raised in Defendants' opposition.

7. Plaintiffs' counsel has obtained agreement from Defendants for the extension sought here and has conferred with counsel for all parties.

I, Dawson Morton, declare and swear under penalty of perjury under the laws of the United States that the previous statements are true and correct.

DATED: October 2, 2026

*s/ D. Morton*
DAWSON MORTON
ATTORNEY FOR PLAINTIFFS