Dawson Morton
Cal. SBN 320811
James Knoepp
S.C. Bar 102757, *Admitted Pro Hac Vice*
LAW OFFICES OF DAWSON MORTON
1808 Sixth St.
Berkeley, CA 94710
Ph: 404-590-1295
dawson@dawsonmorton.com
jim@dawsonmorton.com

ATTORNEYS FOR PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ANTONIO RUBIO-LEON, et al., and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., and SMD LOGISTICS, INC.,<br><br>Defendants. | CIVIL ACT. NO.: 5:24-cv-3375-PCP<br><br>~~[PROPOSED]~~ ORDER GRANTING STIPULATION TO EXTEND REPLY BRIEF DEADLINE |

**~~[PROPOSED]~~ ORDER GRANTING STIPULATION TO EXTEND**

Pursuant to Civil Local Rule 6-2, the Court GRANTS the Motion to Extend the time for filing Plaintiffs' reply in support of their Motion to Lift Arbitration Stay. The October 6, 2026 deadline is extended until October 16, 2026.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 2, 2026

JUDGE, U.S. District Court