Dawson Morton
Cal. SBN 320811
James Knoepp
S.C. Bar 102757, *Admitted Pro Hac Vice*
LAW OFFICES OF DAWSON MORTON
1808 Sixth St.
Berkeley, CA 94710
Ph: 404-590-1295
dawson@dawsonmorton.com
jim@dawsonmorton.com

ATTORNEYS FOR PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ANTONIO RUBIO-LEON, et al., and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., and SMD LOGISTICS, INC.,<br><br>Defendants. | CIVIL ACT. NO.: 5:24-cv-3375-EKL<br><br>DECLARATION OF DAWSON MORTON IN SUPPORT OF MOTION TO LIFT ARBITRATION STAY OR, IN THE ALTERNATIVE, ORDER ARBITRATIONS TO PROCEED BEFORE JAMS ADR |

I, Dawson Morton, am an attorney for the Plaintiffs in this case and declare that I am competent to testify to the matters declared below, and that under penalty of perjury under the laws of the United States of America the following statements are true and correct to the best of my knowledge and memory:

1. This declaration is submitted in support of the Plaintiffs' Motion to Lift the Arbitration Stay and specifically in support of Plaintiffs' Reply brief.
2. Attached is the Federal Mediation & Conciliation Services form for requesting an arbitration panel. The form is labeled FMCS Form R-43. I obtained it from the FMCS website at https://www.fmcs.gov/resources/forms-applications/arbitration/. The form requires that a party

enter their union affiliation as part of requesting an arbitration panel. A true and accurate copy of the form I obtained from the website is attached hereto as Exhibit 1.

3. Attached as Exhibit 2 is a true and accurate copy of the Federal Mediation & Conciliation Services' Office of Arbitration Requestor's User Guide. I also obtained this document from the FMCS website. It is available at https://arbitration.fmcs.gov/login.aspx under the link for "Download User Guide." On page 4 of the guide it explains the process for completing the Union affiliation when requesting an arbitration panel and specifies that the requestor "[s]elect[s] your affiliation, the Employer, Employer Representative, Union, and Union Representative."

I, Dawson Morton, declare and swear under penalty of perjury under the laws of the United States that the previous statements are true and correct.

DATED: October 16, 2026

*s/ D. Morton*
DAWSON MORTON
ATTORNEY FOR PLAINTIFFS