JENNIFER M. SCHERMERHORN, SBN 225070
EMAIL: jennifer@sfcos.com
**SCARONI FAMILY OF COMPANIES**
101 EAST MAIN STREET
HEBER, CALIFORNIA 92249
TELEPHONE: (760) 592-2258

CHAD T. WISHCHUK, SBN 214779
EMAIL: cwishchuk@ftblaw.com
MARLENE C. NOWLIN, SBN 156457
EMAIL: mnowlin@ftblaw.com
**FINCH, THORNTON & BAIRD, LLP**
ATTORNEYS AT LAW
4747 EXECUTIVE DRIVE – SUITE 700
SAN DIEGO, CALIFORNIA 92121-3107
TELEPHONE: (858) 737-3100
FACSIMILE: (858) 737-3101

Attorneys for Defendants Fresh Harvest, Inc., Farm Labor Association For Growers, Inc., and SMD Logistics, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTONIO RUBIO-LEON, ANGEL DE JESUS ROCHA-RIVERA, DIEGO MARTINEZ-JIMENEZ, GERARDO LEDESMA-DELGADO and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., and SMD LOGISTICS, INC.,<br><br>Defendant. | CASE NO: 5:24-cv-03375-EKL<br><br>DECLARATION OF JENNIFER M. SCHERMERHORN IN SUPPORT OF DEFENDANTS' MOTION FOR AN ORDER APPOINTING THE HON. WILLIAM V. GALLO, RET., AS ARBITRATOR, PURSUANT TO SECTION 5 OF THE FEDERAL ARBITRATION ACT, 9 U.S.C. § 5<br><br>Assigned to:<br>District Judge:<br>Hon. Eumi K. Lee, Courtroom 7<br>Magistrate Judge:<br>Hon. Nathanael M. Cousins, Courtroom 5<br><br>Hearing: December 9, 2026<br>Time: 10:00 a.m.<br>Dept.: Courtroom 7<br><br>Complaint Filed: June 4, 2024<br>Trial Date: Not Set |

/ / / / /

/ / / / /

/ / / / /

I, Jennifer M. Schermerhorn, declare as follows:

1. I am an attorney admitted to practice before this court and all courts of the State of California and an attorney of record in this case for Defendants Fresh Harvest, Inc. ("Fresh Harvest"), Farm Labor Association for Growers, Inc. ("FLAG"), and SMD Logistics, Inc. ("SMD") ("Defendants"). I am Vice President of Human Resources & General Counsel of Scaroni Family of Companies which includes FLAG, Fresh Harvest, and SMD. I am one of the attorneys responsible for representing Defendants in this action. I make this declaration in support of Defendants' Motion for an Order Appointing the Hon. William V. Gallo, Ret., as Arbitrator, Pursuant to Section 5 Of the Federal Arbitration Act, 9 U.S.C. § 5 to arbitrate the dispute between Defendants and Plaintiffs Antonio Rubio-Leon, Angel De Jesus Rocha-Rivera, Diego Martinez-Jimenez, and Gerardo Ledesma-Delgado (collectively "plaintiffs") ("Motion"). I am a duly authorized custodian of the records and documents attached to this declaration and, unless otherwise stated, have obtained these records from Defendants' files. I am familiar with the manner and procedures by which the records and documents contained in Defendants' files are prepared and maintained. Those documents and records are prepared or maintained by Defendants' agents or employees in the performance of their regular business duties. Those documents and records are made either by persons with knowledge of the matters they record or from information supplied by persons with such knowledge. It is Defendants' regular business practice to maintain such documents and records in the normal course of its business. The documents attached to and referenced in this declaration are business records produced and maintained in this manner. The facts set forth in this declaration are based on my personal knowledge and on my review of Defendants' files, and if called as a witness, I could and would competently testify to them.

2. On September 16, 2025, the Court issued an order enforcing the parties' arbitration agreement ("Arbitration Agreement") and compelling all claims except plaintiff's representative PAGA claim to individual arbitration. True and correct copies of the signed Arbitration Agreement signed by plaintiffs and enforced by the Court, along with the

/ / / / /

FINCH, THORNTON & BAIRD, LLP
4747 Executive Drive - Suite 700
San Diego, CA 92121
(858) 737-3100

translator's declaration filed with the Court on September 24, 2024, are attached to this declaration as collective **Exhibit 1.** ECF Nos. 45-13 through 45-21 and 64.

3. Pursuant to the Arbitration Agreement and the Court's order compelling arbitration, Defendants attempted to meet and confer with plaintiffs' counsel to mutually select an arbitrator to preside over plaintiffs' individual arbitrations. However, for the reasons described in the Motion, a lapse in the selection of arbitrator has occurred. Consequently, judicial intervention is required to appoint an arbitrator.

4. Defendants respectfully request that this Court appoint Hon. William V. Gallo (Ret.), a highly qualified arbitrator, to serve as the arbitrator for each of plaintiff's individual arbitrations.

5. Based on my prior experience with Judge Gallo, including his presiding over a mandatory settlement conference in prior litigation involving the agricultural industry, I have found him to be exceptionally fair, highly analytical, and effective in managing complex litigation. In my experience, an effective neutral in wage-and-hour disputes involving the agricultural industry must possess not only a thorough understanding of the applicable statutory and regulatory frameworks, but also a practical appreciation for the operational complexities of agricultural businesses and the industry in which they operate. Judge Gallo's experience serving as a United States Magistrate Judge in the Southern District of California provides valuable familiarity with the agricultural industry and the issues that frequently arise in litigation involving agricultural employers. Based on my firsthand experience and my understanding of Judge Gallo's judicial background, I believe he is particularly well qualified to navigate both the complex wage-and-hour issues and the industry-specific considerations presented in this matter, while ensuring that the parties' respective positions are evaluated fairly and that the arbitration proceeds efficiently.

6. A true and correct copy of Judge Gallo's current professional biography, outlining his experience and credentials, is attached hereto as **Exhibit 2.**

/ / / / /

/ / / / /

FINCH, THORNTON & BAIRD, LLP
4747 Executive Drive - Suite 700
San Diego, CA 92121
(858) 737-3100

7. Per defense counsel's communications with his office, Judge Gallo is available to serve as the arbitrator for plaintiffs' individual arbitrations and is free of conflicts of interest that would disqualify him from presiding over these disputes. True and correct copies of emails with Judge Gallo's office confirming he is willing and able to serve as arbitrator are attached to this email as collective **Exhibit 3.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of October 2026, at Sacramento, California.

*/s/ Jennifer M. Schermerhorn*
JENNIFER M. SCHERMERHORN

ATTESTATION OF CONCURRENCE IN FILING

In accordance with the Northern District of California Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the signatories who are listed on the signature page.

DATED: October 29, 2026

Respectfully submitted,

FINCH, THORNTON & BAIRD, LLP

By: */s/ Marlene C. Nowlin*
CHAD T. WISCHUK
MARLENE C. NOWLIN
Attorneys for Defendants Fresh Harvest, Inc., Farm Labor Association For Growers, Inc., and SMD Logistics, Inc.
Email: mnowlin@ftblaw.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document has been filed electronically on this 29th day of October 2026 and is available for viewing and downloading to the ECF registered counsel of record:

Via Electronic Service/ECF:

Dawson Morton, Esq.
James Knoepp, Esq. (*Admitted Pro Hac Vice*)
Law Offices Of Dawson Morton
1808 Sixth Street
Berkeley, California 94710
Telephone: (404) 590-1295
Emails: dawson@dawsonmorton.com
jim@dawsonmorton.com

ATTORNEYS FOR PLAINTIFFS ANTONIO RUBIO-LEON, ANGEL DE JESUS ROCHA-RIVERA, DIEGO MARTINEZ-JIMENEZ, AND GERARDO LEDESMA-DELGADO

Jennifer Schermerhorn, Esq.
Scaroni Family of Companies
101 E. Main Street
Heber, California 92249
Telephone: (760) 909-1315
Email: jennifer@sfcos.com

ATTORNEYS FOR DEFENDANTS FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., AND SMD LOGISTICS, INC.

DATED: October 29, 2026

Respectfully submitted,

FINCH, THORNTON & BAIRD, LLP

By: *<u>/s/ Marlene C. Nowlin</u>*
CHAD T. WISCHUK
MARLENE C. NOWLIN
Attorneys for Defendants Fresh Harvest, Inc., Farm Labor Association For Growers, Inc., and SMD Logistics, Inc.
Email: mnowlin@ftblaw.com