# EXHIBIT 2



# Hon. William V. Gallo, Ret.

JUDICATE WEST
Alternative Dispute Resolution
*Results Beyond Dispute*℠

Judge Gallo joined Judicate West following a distinguished legal career spanning over three decades. He was appointed to the U.S. District Court for the Southern District of California in 2009 and was the Presiding Magistrate Judge from 2020-2022. During his 14 years on the bench, his duties primarily pertained to resolving civil lawsuits and any discovery disputes that arose during litigation. Having presided over more than 2500 settlement discussions, he oversaw a wide array of matters including but not limited to employment, intellectual property, Lemon Law, ADA, FDCPA, FTCA, class actions, and personal injury,Prior to his appointment, Judge Gallo served as a prosecutor at the state and federal levels for a combined 23 years, including 18 years as an Assistant U.S. Attorney for the U.S. Attorney's Office for the Southern District of California in San Diego. He tried approximately 200 jury and bench trials as a criminal trial attorney.Regarding his approach to dispute resolution, Judge Gallo stated, "I've learned that the case before me is the most important matter in the lives of the parties, regardless of the amount of money possibly at stake. Consequently, it has been my guiding principle to always keep that in mind when I engage with the parties and to treat every one of them with respect and dignity. A component of that is to provide the parties with an objective and candid assessment of the case, its strengths, and weaknesses, as I view the facts and law. The parties are owed no less from me."

## LEGAL CAREER & PRIOR EXPERIENCE

- Full-time Neutral, Judicate West (2024-Present)
- U.S. Magistrate Judge, Southern District of California in San Diego (2009-2023); Presiding Magistrate Judge (2020-2022)
- Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of California in San Diego; Prosecution of Federal Crimes (1991-2009)
- Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Illinois in Chicago; Prosecution of Federal Crimes (1989-1991)
- Deputy County Attorney, Yuma County Attorney's Office; Prosecution of Major Felony Crimes (1989)
- Marine Corps Officer and Judge Advocate - Retiring at the Rank of Colonel, United States Marine Corps (Active Duty 1980-1986; Reserves 1986-2005)

## EDUCATION & PROFESSIONAL AFFILIATIONS

- LLM - Concentration in IP, University of San Diego, School of Law (2013)
- MBA, University of Phoenix (2011-2012)
- J.D., Loyola University, School of Law (1976-1979)
- B.A., Duquesne University (1972-1976)

## PRACTICE AREAS

ADA; Civil Rights; Class Action; Employment; Lemon Law; Maritime & Admiralty Law; Medical Negligence; Patent and Trademark; Personal Injury including Wrongful Death

## ACHIEVEMENTS & AWARDS

- Selected by the Department of Justice to serve as the Director of the Law and Order Task Force in Iraq; Led a joint 85-person civilian-military task force training Iraqi judges and lawyers, conducting criminal investigations, and providing security and protection to Iraqi judges (2008)
- As a Reservist, he served as the Staff Judge Advocate, a senior legal advisor role to the Commanding General of the First Marine Expeditionary Force (2003-2005)
- Presenter and panelist for various legal programs at multiple organizations including the American Bar Association, Federal Bar Association, and the Courts.
- Exemplary Service Award during the COVID-19 Pandemic, Federal Bar Association-San Diego Chapter (2022)

## HOBBIES & INTERESTS

With a passion for the outdoors, Judge Gallo enjoys hunting, fishing, and playing golf and pickleball in his spare time.

**LOCATIONS**

San Diego, All of California