# EXHIBIT 3

**Ada Meraz**

| | |
|---|---|
| **From:** | Samantha Finlen <samantha@judicatewest.com> |
| **Sent:** | Tuesday, October 13, 2026 10:44 AM |
| **To:** | Marlene C. Nowlin |
| **Cc:** | Jennifer Schermerhorn; Chad T. Wishchuk; Ada Meraz |
| **Subject:** | RE: Case 5:24-cv-03375-EKL Rubio-Leon et al v. Fresh Harvest, Inc. (Possible Appointment of Judge Gallo as Arbitrator) |
| **Attachments:** | Gallo.pdf |

Good morning, Ms. Nowlin,

Thank you for reaching out. Judge Gallo would be happy to assist the parties with this new matter. I've attached the Judge's current fee schedule.

We conduct formal conflict checks and make any disclosures after the Judge has been appointed as arbitrator. I did a preliminary search and found no indication that Judge Gallo has worked with any of the parties. That search is not a substitute for the formal conflict check.

Please let me know if you have any questions.

Thank you,



**Samantha Finlen**
Senior Arbitration Case Manager
Direct: (714) 852-5180
Download vCard
*Connect with us*: JudicateWest.com | LinkedIn
**Listen to *Results Beyond Dispute*, the Judicate West Podcast**

The Gold Standard Difference
JUDICATE WEST
Alternative Dispute Resolution

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Judicate West is committed to protecting your privacy. Please review our privacy policy to learn more about our policies and practices regarding the collection and use of your personal data, and your privacy rights. Thank you.

**From:** Marlene C. Nowlin <mnowlin@ftblaw.com>
**Sent:** Tuesday, October 13, 2026 9:42 AM
**To:** Samantha Finlen <samantha@judicatewest.com>

**Cc:** Jennifer Schermerhorn <jennifer@sfcos.com>; Chad T. Wishchuk <cwishchuk@ftblaw.com>; Ada Meraz <ameraz@ftblaw.com>
**Subject:** Case 5:24-cv-03375-EKL Rubio-Leon et al v. Fresh Harvest, Inc. (Possible Appointment of Judge Gallo as Arbitrator)

Hi Samantha:

We represent Defendants in the above-referenced federal wage and hour case. Attached is the order compelling plaintiffs to arbitrate their individual claims. Please confirm Judge Gallo is available to serve as arbitrator and that he is free of conflicts that would disqualify him from serving as arbitrator. If so, Defendants intend to file a motion to appoint Judge Gallo as arbitrator.

Please also confirm the attached is Judge Gallo's current fee schedule.

Let us know as soon as possible. We'd like to file the motion this week.

Thank you.

**Marlene C. Nowlin** *Partner*

Finch, Thornton & Baird, LLP Attorneys At Law
4747 Executive Drive, Suite 700 San Diego, CA 92121
**T** 858.737.3100 **F** 858.737.3101

ftblaw.com

CONFIDENTIALITY NOTICE: This email contains legally privileged and confidential information intended only for the individual or entity named within the message. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination or copying of this communication is prohibited. If this communication was received in error, please notify us by reply email and delete the original message.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.