# EXHIBIT 9

CONSENTIMIENTO PARA PRESENTAR DEMANDA PARA RECLAMOS DE SUELDO BAJO LEY DE NORMAS JUSTAS Y IGUALES EN LA LABOR

POR MEDIO DEL PRESENTE, doy mi consentimiento para ser Demandante en una demanda judicial con respecto a mi trabajo durante el año o los años: 2021.

Fecha firmada: 06 / 13 / 2024.

Nombre y Apellidos (en letras de molde): Jesus Manuel Ceballos-Espinoza

Firma: ______________________

CONSENT TO BRING WAGE SUIT UNDER THE FAIR LABOR STANDARDS ACT

THROUGH THIS DOCUMENT, I give my consent to be a plaintiff in a lawsuit about my work during the year(s): 2021.

Date signed: 06 / 13 / 2024.

Full Name (printed): Jesus Manuel Ceballos-Espinoza

Signature: ______________________

Doc ID: 2ba8d7c792d66345e9e7bcb6b8a98847bac05f4f