# EXHIBIT 14

**Ada Meraz**

| | |
|---|---|
| **From:** | Dawson Morton <dawson@dawsonmorton.com> |
| **Sent:** | Monday, October 20, 2025 6:43 PM |
| **To:** | Jennifer Schermerhorn |
| **Cc:** | Marlene C. Nowlin; Jim Knoepp |
| **Subject:** | Re: arbitration demands - Fresh Harvest, Farm Labor Association for Growers, SMD Logistics |

Sure. I have time tomorrow afternoon.

It's my understanding that Samuel Rivera-Soto worked in 2021 under the terms of a Farm Labor Association for Growers visa, Martin Herrera-Lara worked during the same time period also pursuant to a FLAG visa, and Jose Alfredo Rios-Rodriguez worked in 2022 under the terms of a Farm Labor Association for Growers visa.

Can you provide the applicable arbitration agreements?

Dawson Morton
dawson@dawsonmorton.com
404-590-1295

On Oct 20, 2025, at 5:32 PM, Jennifer Schermerhorn wrote:

Hi Dawson,

Good afternoon! We need to touch base as many of these individuals haven't been employed for over 5 years and received settlement monies from your Sarmiento matter.

Let us know your availability for a call. I imagine it won't take more than 15-20 minutes for us to discuss.

Thank you,

***Jennifer M. Schermerhorn, Esq.***
VP of Human Resources & General Counsel
jennifer@sfcos.com
Mobile +1 (760) 909-1315
Work +1 (760) 592-2258

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

On Fri, Oct 17, 2025 at 5:21 PM Dawson Morton <dawson@dawsonmorton.com> wrote:

> Jennifer and Marlene:

Attached are service copies of arbitration demands filed with Jams. These arbitration demands are for Samuel Rivera-Soto, Martin Herrera-Lara, and Jose Alfredo Rios Rodriguez.

Copies of their arbitration demands are attached along with the related court order.

Please forward me a copy of any arbitration agreement signed by Jose Alfredo Rios Rodriguez.

Dawson Morton
dawson@dawsonmorton.com
404-590-1295

**Ada Meraz**

---

**From:** Dawson Morton <dawson@dawsonmorton.com>
**Sent:** Thursday, October 16, 2025 4:43 PM
**To:** Jennifer Schermerhorn; Marlene C. Nowlin
**Cc:** Jim Knoepp
**Subject:** Re: request for arbitration agreements

Jennifer and Marlene:

We also represent Lorenzo Garcia-Orozco, Antonio Guerra-Felix, Samuel Rivera-Soto, and Martin Herrera-Lara. Please forward there arbitration agreements as well as those listed below— or let us know if they are not party to arbitration agreements.

Dawson Morton
dawson@dawsonmorton.com
404-590-1295

> On Oct 14, 2025, at 3:27 PM, Dawson Morton wrote:
>
> Jennifer and Marlene:
>
> I am writing regarding the Court's recent decision referring the claims to arbitration. We represent the following additional individuals: Juan Armando Garcia-Bravo, Jesus Manuel Ceballos-Espinoza, Manuel Sigala Duarte, Edgar Nava Jimenez, Francisco Diaz Garcia, Fernando Valerio Aldaco and Jhonathan Romo-Araujo. Please provide me copies of their arbitration agreements so that we may proceed to schedule their arbitrations. If any do not have arbitration agreements, please promptly advise me so we can proceed to vindicate their rights.
>
> Dawson Morton
> dawson@dawsonmorton.com
> 404-590-1295

**Ada Meraz**

**From:** Jim Knoepp <jim@dawsonmorton.com>
**Sent:** Tuesday, November 4, 2025 10:54 AM
**To:** Dawson Morton; Jennifer Schermerhorn; Marlene C. Nowlin
**Subject:** Re: request for arbitration agreements

Marlene and Jennifer—

I am writing to follow-up on our requests for copies of arbitration agreements for former putative class members in *Rubio-Leon, et al. v. Fresh Harvest, et al.* who our office represents. We asked for these agreements several weeks ago. Is there a reason you have not provided the agreements and not responded at all?

Is there a time when you are available today or tomorrow to discuss?

Thank you.

Jim Knoepp
jim@dawsonmorton.com
828-379-3169

---

**From:** Dawson Morton
**Date:** Thursday, October 16, 2025 at 7:43 PM
**To:** Jennifer Schermerhorn , "Marlene C. Nowlin"
**Cc:** Jim Knoepp
**Subject:** Re: request for arbitration agreements

Jennifer and Marlene:

We also represent Lorenzo Garcia-Orozco, Antonio Guerra-Felix, Samuel Rivera-Soto, and Martin Herrera-Lara. Please forward there arbitration agreements as well as those listed below— or let us know if they are not party to arbitration agreements.

Dawson Morton
dawson@dawsonmorton.com
404-590-1295

On Oct 14, 2025, at 3:27 PM, Dawson Morton wrote:

Jennifer and Marlene:

I am writing regarding the Court's recent decision referring the claims to arbitration. We represent the following additional individuals: Juan Armando Garcia-Bravo, Jesus Manuel Ceballos-Espinoza, Manuel Sigala Duarte, Edgar Nava Jimenez, Francisco Diaz Garcia, Fernando Valerio Aldaco and Jhonathan Romo-Araujo. Please provide me copies of their arbitration agreements so that we may proceed to schedule their arbitrations. If any do not have arbitration agreements, please promptly advise me so we can proceed to vindicate their rights.

Dawson Morton
dawson@dawsonmorton.com
404-590-1295