# EXHIBIT 15

**Ada Meraz**

**From:** Dawson Morton <dawson@dawsonmorton.com>
**Sent:** Thursday, October 30, 2025 12:34 PM
**To:** Marlene C. Nowlin
**Cc:** Geraldine Yulo; Ada Meraz; Chad T. Wishchuk; Jennifer Schermerhorn; Jim Knoepp
**Subject:** Re: Ledesma Delgado, Gerardo vs. Fresh Harvest, Inc., et al. - JAMS Ref No. 5100003571

Ms. Yulo:

The agreements expressly mentions JAMS and specifies that arbitration will be conducted "in accordance with the rules of the arbitration association or service from which the arbitrator is selected (e.g. American Arbitration Association, JAMS, ARS, etc.)[.]" Accordingly, our decision to file arbitration demands with JAMS was proper.

Dawson Morton
dawson@dawsonmorton.com
404-590-1295

On Oct 30, 2025, at 7:29 AM, Marlene C. Nowlin wrote:

Dear Ms. Yulo:
We represent Fresh Harvest, Inc., Farm Labor Association for Growers, Inc., and SMD Logistics, Inc. ("Respondents"). The demands for arbitration listed below (collectively the "Demands") were unilaterally submitted to JAMS by the Dawson Morton firm. The arbitration agreements attached to the Demands do not provide for administration by JAMS and Respondents have not agreed to administration by JAMS. Therefore, each of these arbitration proceedings should be closed forthwith and JAMS should take no further action on these proceedings:

1. Antonio Rubio Leon v. Fresh Harvest, Inc. et al. [No. 5100003607]
2. Diego Martinez Jimenez v. Fresh Harvest, Inc. et al. [No. 5100003613]
3. Angel Rocha Rivera v. Fresh Harvest, Inc. et al. [No. 5100003614]
4. Gerardo Ledesma Delgado v. Fresh Harvest, Inc., et al. [No. 5100003571]

Please confirm JAMS will immediately close and terminate the above proceedings and will take no further action with respect to the Demands.
Thank you.

**Marlene C. Nowlin** *Partner*
Finch, Thornton & Baird, LLP Attorneys At Law
4747 Executive Drive, Suite 700 San Diego, CA 92121
**T** 858.737.3100 **F** 858.737.3101
ftblaw.com

CONFIDENTIALITY NOTICE: This email contains legally privileged and confidential information intended only for the individual or entity named within the message. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination or copying of this communication is prohibited. If this communication was received in error, please notify us by reply email and delete the original message.

**From:** Geraldine Yulo
**Sent:** Monday, October 27, 2025 6:58 PM
**To:** dawson@dawsonmorton.com; jim@dawsonmorton.com; Marlene C. Nowlin

**Cc:** Ada Meraz

**Subject:** Ledesma Delgado, Gerardo vs. Fresh Harvest, Inc., et al. - JAMS Ref No. 5100003571

Dear Parties:

The above arbitration has been assigned to me for case administration. This file is being reviewed and I will contact the parties should we need additional information.

JAMS has launched its case management system, JAMS Access, where the parties should perform a one-time registration for an account as JAMS will utilize the platform to serve documents electronically at no charge to the parties.

To register, if you haven't already done so, visit http://access.jamsadr.com. Please note that the email address used must be the email that JAMS is currently utilizing to communicate with counsel in this matter. The login may be used for all of your JAMS matters where you are listed as counsel of record.

Assistants and paralegals may be added to receive access to the file by having a registered attorney add them as an additional user. To do so, click the "+" sign on the upper right hand corner of the user list for your case after you've logged into Access.

**Please ensure that you register for an account as future correspondence will be uploaded to JAMS Access for administration of this matter.**

Best,

Geri

**Geraldine "Geri" Yulo**
Arbitration Practice Consultant
P: 213-253-9711
gyulo@jamsadr.com

*For complex mediation, the choice is simple. JAMS offers a respected panel of highly experienced mediators, who resolve even the most challenging disputes. **Learn more**.*