# EXHIBIT 17

# NOTICE OF CLOSING FILE

NOTICE TO ALL PARTIES February 12, 2026

RE: **Garcia Orozco, Lorenzo vs Fresh Harvest, Inc., et al.**
Reference #: 5100003593

Dear Parties:

This letter is to confirm the above referenced matter is closed as of February 12, 2026.

Please contact me should you have any questions.

Sincerely,
Geri Yulo
Geraldine Yulo
Arbitration Practice Consultant
GYulo@jamsadr.com

JAMS®

# NOTICE OF CLOSING FILE

NOTICE TO ALL PARTIES February 12, 2026

RE: **Valerio Aldaco, Fernando vs Fresh Harvest, Inc., et al.**
Reference #: 5100003577

Dear Parties:

This letter is to confirm the above referenced matter is closed as of February 12, 2026.

Please contact me should you have any questions.

Sincerely,

Geri Yulo

Geraldine Yulo
Arbitration Practice Consultant
GYulo@jamsadr.com

JAMS®

# NOTICE OF CLOSING FILE

NOTICE TO ALL PARTIES February 12, 2026

RE: **Diaz Garcia, Francisco vs Fresh Harvest, Inc., et al.**
Reference #: 5100003576

Dear Parties:

This letter is to confirm the above referenced matter is closed as of February 12, 2026.

Please contact me should you have any questions.

Sincerely,

Geri Yulo

Geraldine Yulo
Arbitration Practice Consultant
GYulo@jamsadr.com

JAMS®

# NOTICE OF CLOSING FILE

NOTICE TO ALL PARTIES February 12, 2026

RE: **Sigala Duarte, Manuel vs Farm Labor Association for Growers, Inc.**
Reference #: 5100003575

Dear Parties:

This letter is to confirm the above referenced matter is closed as of February 12, 2026.

Please contact me should you have any questions.

Sincerely,

Geri Yulo

Geraldine Yulo
Arbitration Practice Consultant
GYulo@jamsadr.com

JAMS®

# NOTICE OF CLOSING FILE

NOTICE TO ALL PARTIES February 12, 2026

RE: **Romo Araujo, Jhonathan vs Farm Labor Association for Growers, Inc.**
Reference #: 5100003591

Dear Parties:

This letter is to confirm the above referenced matter is closed as of February 12, 2026.

Please contact me should you have any questions.

Sincerely,

Geri Yulo
Geraldine Yulo
Arbitration Practice Consultant
GYulo@jamsadr.com

JAMS®

# NOTICE OF CLOSING FILE

NOTICE TO ALL PARTIES February 12, 2026

RE: **Rivera Soto, Samuel vs Farm Labor Association for Growers, Inc.**
Reference #: 5100003596

Dear Parties:

This letter is to confirm the above referenced matter is closed as of February 12, 2026.

Please contact me should you have any questions.

Sincerely,

Geri Yulo

Geraldine Yulo
Arbitration Practice Consultant
GYulo@jamsadr.com

JAMS®

# NOTICE OF CLOSING FILE

NOTICE TO ALL PARTIES February 12, 2026

RE: **Rios Rodriguez, Jose Alfredo vs Farm Labor Association for Growers, Inc.**
Reference #: 5100003599

Dear Parties:

This letter is to confirm the above referenced matter is closed as of February 12, 2026.

Please contact me should you have any questions.

Sincerely,
Geri Yulo
Geraldine Yulo
Arbitration Practice Consultant
GYulo@jamsadr.com

JAMS®

# NOTICE OF CLOSING FILE

NOTICE TO ALL PARTIES February 12, 2026

RE: **Pacheco Gomez, David vs Farm Labor Association for Growers, Inc.**
Reference #: 5100003606

Dear Parties:

This letter is to confirm the above referenced matter is closed as of February 12, 2026.

Please contact me should you have any questions.

Sincerely,

Geri Yulo

Geraldine Yulo
Arbitration Practice Consultant
GYulo@jamsadr.com

# NOTICE OF CLOSING FILE

NOTICE TO ALL PARTIES February 12, 2026

RE: **Nava Jimenez, Edgar vs Farm Labor Association for Growers, Inc.**
Reference #: 5100003588

Dear Parties:

This letter is to confirm the above referenced matter is closed as of February 12, 2026.

Please contact me should you have any questions.

Sincerely,

Geri Yulo

Geraldine Yulo
Arbitration Practice Consultant
GYulo@jamsadr.com

JAMS®

# NOTICE OF CLOSING FILE

NOTICE TO ALL PARTIES February 12, 2026

RE: **<u>Herrera Lara, Martin vs Farm Labor Association for Growers, Inc.</u>**
Reference #: 5100003597

Dear Parties:

This letter is to confirm the above referenced matter is closed as of February 12, 2026.

Please contact me should you have any questions.

Sincerely,

Geri Yulo

Geraldine Yulo
Arbitration Practice Consultant
GYulo@jamsadr.com

JAMS®

# NOTICE OF CLOSING FILE

NOTICE TO ALL PARTIES February 12, 2026

RE: **Garcia Bravo, Juan vs Farm Labor Association for Growers, Inc.**
Reference #: 5100003586

Dear Parties:

This letter is to confirm the above referenced matter is closed as of February 12, 2026.

Please contact me should you have any questions.

Sincerely,
Geri Yulo

Geraldine Yulo
Arbitration Practice Consultant
GYulo@jamsadr.com

JAMS®

# NOTICE OF CLOSING FILE

NOTICE TO ALL PARTIES February 12, 2026

RE: **Ceballos Espinoza, Jesus vs Farm Labor Association for Growers, Inc.**
Reference #: 5100003574

Dear Parties:

This letter is to confirm the above referenced matter is closed as of February 12, 2026.

Please contact me should you have any questions.

Sincerely,

Geri Yulo

Geraldine Yulo
Arbitration Practice Consultant
GYulo@jamsadr.com

JAMS®

# NOTICE OF CLOSING FILE

NOTICE TO ALL PARTIES February 12, 2026

RE: **Cabrera Castillo, Carlos vs. Farm Labor Association for Growers, Inc.**
Reference #: 5100003602

Dear Parties:

This letter is to confirm the above referenced matter is closed as of February 12, 2026.

Please contact me should you have any questions.

Sincerely,

Geri Yulo

Geraldine Yulo
Arbitration Practice Consultant
GYulo@jamsadr.com