Dawson Morton
Cal. SBN 320811
James Knoepp
S.C. Bar 102757, *Admitted Pro Hac Vice*
LAW OFFICES OF DAWSON MORTON
1808 Sixth St.
Berkeley, CA 94710
Ph: 404-590-1295
dawson@dawsonmorton.com
jim@dawsonmorton.com

ATTORNEYS FOR PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ANTONIO RUBIO-LEON, et al., and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FRESH HARVEST, INC., FARM LABOR ASSOCIATION FOR GROWERS, INC., and SMD LOGISTICS, INC.,<br><br>Defendants. | CIVIL ACT. NO.: 5:24-cv-3375-EKL<br><br>DECLARATION OF DAWSON MORTON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO APPOINT ARBITRATOR |

I, Dawson Morton, am an attorney for the Plaintiffs in this case and declare that I am competent to testify to the matters declared below, and that under penalty of perjury under the laws of the United States of America the following statements are true and correct to the best of my knowledge and memory:

1. This declaration is submitted in support of the Plaintiffs' Opposition brief.
2. Attached is the Federal Mediation & Conciliation Services form for requesting an arbitration panel. The form is labeled FMCS Form R-43. I obtained it from the FMCS website at https://www.fmcs.gov/resources/forms-applications/arbitration/. The form requires that a party enter their union affiliation as part of requesting an arbitration panel. A true and accurate copy of the form I obtained from the website is attached hereto as Exhibit 1.

3. Attached as Exhibit 2 is a true and accurate copy of the Federal Mediation & Conciliation Services' Office of Arbitration Requestor's User Guide. I also obtained this document from the FMCS website. It is available at https://arbitration.fmcs.gov/login.aspx under the link for "Download User Guide." On page 4 of the guide it explains the process for completing the Union affiliation when requesting an arbitration panel and specifies that the requestor "[s]elect[s] your affiliation, the Employer, Employer Representative, Union, and Union Representative."

4. Attached as Exhibit 3 is a true and accurate copy of the JAMS ADR services principal website page. It is also available at www.jamsadr.com.

5. Attached as Exhibit 4 is a true and accurate copy of the index of the JAMS ADR rules for employment arbitrations and Employment Rule 15. They are also available at www.jamsadr.com/rules-employment-arbitration.

6. Attached as Exhibit 5 is a true and accurate copy of the webpage for Judicate West's rules showing only commercial arbitration rules. This is also available at: https://www.judicatewest.com/resource/arbandprivatejudging.

7. I conducted a LEXIS database search for "Judge /3 Gallo and farmwork!". That search returned one result, *Olivo v. Fresh Harvest*, referenced in Plaintiffs' opposition. I also conducted a LEXIS database search for "Judge /3 Gallo and agricult!". That search returned a few cases that did not involve agricultural employment, the *Olivo v. Fresh Harvest* case referenced above, and one opinion concerning the enforcement of an administrative subpoena by the U.S. Department of Labor, *Acosta v. JY Harvesting*, referenced in Plaintiffs' opposition.

8. Attached as Exhibit 6 is a true and accurate copy of the capabilities page of the JAMS ADR website showing capabilities of JAMS. This document is also available at: https://www.jamsadr.com/capabilities.

9. Attached as Exhibit 7 is a true and accurate copy of the Judicate West fee schedule requiring a $500 filing fee, a $1500 advance for three party arbitrations, and a $550 case management fee. This document is also available at https://www.judicatewest.com/media/PdfByName/332/FeeSchedule.

10. Attached as Exhibit 8 is the JAMS ADR fee schedule. This document is also available at: https://www.jamsadr.com/arbitration-fees.

11. I personally filed the 18 arbitration demands with JAMS on behalf of the Plaintiffs, FLSA opt-in Plaintiffs, and putative class members in October of 2025 that are referenced in Plaintiffs' opposition. There was no filing fee, or any other fees, charged by JAMS with respect to those filings.

I, Dawson Morton, declare and swear under penalty of perjury under the laws of the United States that the previous statements are true and correct.

DATED: November 12, 2026

*s/ D. Morton*
DAWSON MORTON
ATTORNEY FOR PLAINTIFFS