
The way forward™
Watch Video
We resolve important disputes so you can
focus on what matters most

Submit a Case

Find a Neutral

# 500+

Neutrals

# 21,000+

Disputes a year

# 29

Locations

## The world's largest private provider of ADR services

JAMS provides exceptional arbitration, mediation and other alternative dispute resolution services around the world.

---

Arbitration

---

Mediation

---

Neutral Analysis

---

Court-Appointed Neutrals (Referee/Special Master)

---

Explore all ADR Services





## Introducing our Newest Neutrals

The most experienced neutrals in ADR are at your service, wherever and whenever you need them.

Search by Neutral Name or Keyword(s)

Role

Location

Practice Area / Industry

View all Neutrals

Search Neutrals







**Hon. William P. “Chip” Johnson (Ret.)**
Dallas, TX

**Hon. Maurice Sanchez (Ret.)**
Orange County, CA

**Leslie G. Bottomly, Senior Judge**
Portland, OR

## JAMS Leads Chambers USA 2026 Rankings

JAMS is once again the most represented ADR provider in the Chambers USA Guide, with 26 neutrals earning 30 rankings across seven categories. This recognition reflects the exceptional experience, judgment and results our neutrals deliver in resolving the world's most complex disputes.

Learn More

## Resolving Complex Technology Disputes with Confidence

As innovation accelerates, technology disputes are increasing in complexity and scale, often involving sophisticated technical issues, cross-border considerations, and evolving regulatory frameworks. The JAMS Technology Industry Group brings together experienced neutrals, industry insight, and tailored ADR processes to help parties resolve matters efficiently.

Learn More

## Insights & News

Insights

### [Podcast] How Mediation Can Help Resolve Trust and Estate Disputes

November 11, 2026

**Hon. Catherine A. Gallagher (Ret.)**

View all authors

News

### Hon. William P. “Chip” Johnson (Ret.) Joins JAMS in Albuquerque

November 11, 2026

**Hon. William P.“Chip” Johnson (Ret.)**

Insights

### Feedback, Coaching, and Communication in a Crisis

November 9, 2026

**Hon. Mary Colleen Roberts (Ret.)**

View All Insights

View All News

## Upcoming Events & Webinars

Conference

### Arbitration 2 Worlds – New York – 5th Edition

November 12-13, 2026
New York, NY

Conference

### ABA Health Law Section 2026 National Managed Care Institute

November 12-13, 2026
Nashville, TN

Conference

### 2026 NAPABA Annual Convention and ADR Institute

November 12-14, 2026

View All Events