

# ARBITRATION AND PRIVATE JUDGING RESOURCES



## Judicate West Commercial Arbitration Rules

For non-consumer arbitrations, JW offers its own set of Commercial Arbitration Rules, designed to promote a just, speedy, economical, and enforceable resolution of disputes through arbitration.

## Judicate West Commercial Appellate Arbitration Rules

In those rare circumstances where parties to a non-consumer arbitration need to retain the ability to appeal an award, JW offers Commercial Appellate Arbitration Rules.

## Virtual Arbitration Guidelines

Developed for partially virtual ("hybrid") or fully virtual sessions of an arbitration proceeding, these guidelines are intended to assist Arbitrator(s) and Parties by supplementing procedural terms that otherwise govern the conduct of an arbitration proceeding.



This website uses cookies and other technologies to provide digital media content and to analyze performance, user activity, and traffic on our website. We may share information about your use of our site with our third-party partners for such purposes. By clicking **Continue** and continuing to use our site, you consent to such collection and use.

Continue