# Practice Areas & Industries

JAMS is the largest private alternative dispute resolution (ADR) provider in the world. With its prestigious panel of neutrals, JAMS specializes in mediating and arbitrating complex, multi-party, business/commercial cases – those in which the choice of neutral is crucial.

Search our capabilities across Practice Areas & Industries

Search by Keyword

Expand All +

- Accounting/Finance
- Administrative Law
- Agribusiness & Food Law
- American Indian Tribal Law
- Antitrust & Competition
- Appellate
- Aviation
- Banking
- Bankruptcy
- Business & Commercial
- Cannabis
- Civil Rights
- Class Action
- Construction
- Construction Defect
- Cybersecurity & Privacy
- Mass/Natural Disaster Relief
- Education Law
- Employment Law
- Energy & Utilities
- Engineering & Construction
- Entertainment
- Environmental Law
- Estate/Probate/Trusts
- Family Law
- Federal Law
- Financial Markets
- Franchise & Distribution Law
- Governmental/Public Agency
- Health Care
- Higher Education & Title IX
- Insurance
- Intellectual Property
- International & Cross-Border
- Training, Systems Design and Early Dispute Resolution
- Labor
- Life Sciences
- Maritime & Admiralty Law
- Mass Tort
- Personal Injury
- Pharmaceuticals/Mass Torts
- Product Liability
- Professional Liability
- Real Estate & Real Property
- Securities
- Smart Contracts & Blockchain
- Sports
- Surety
- Technology
- Telecommunications
- Training/Teaching

## Need to submit a case with JAMS?

Case Submission Portal

## Looking for a mediator or arbitrator?

Search Neutrals



Disclaimer

This website is not a solicitation for business. All content on the JAMS website is intended to provide general information about JAMS and an opportunity for interested persons to contact JAMS. The content of this website is not offered as legal advice or legal opinion and it should not be relied upon for any specific situation. JAMS neutrals are not engaged in the practice of law and no attorney client relationship is intended. This website is for informational purposes only and does not constitute a complete description of JAMS services. While JAMS endeavors to keep the information updated and correct, JAMS makes no representations or warranties of any kind, express or implied, about the completeness, accuracy, or reliability of the information contained in this website.

SEE MORE

© 2026 JAMS. All rights reserved.