JUDICATE WEST
Alternative Dispute Resolution

1851 East First Street
Suite 1600
Santa Ana, CA 92705
Phone: (714) 834-1340
Fax: (714) 834-1344

Results Beyond Dispute℠

www.JudicateWest.com

# ARBITRATION AND PRIVATE JUDGING FEE SCHEDULE

Effective 1/1/2027

| Fees Due | Fee Type | Amount | Comments |
|---|---|---|---|
| Upon Filing or Agreement | **F**iling **F**ee **(FF)** | $500 per party (Non-refundable) | Due in full upon filing a Notice of Intent to Arbitrate. This per party fee must be advanced by the submitting party (i.e., $1,000 for a 2-party case, $1,500 for 3 parties, etc.), and will be applied in full to that party's fees upon scheduling. **On all other matters, this fee is due upon counsel's agreement to utilize the services of Judicate West (JW).** |
| Upon Disclosure &/or Scheduling | **C**ase **M**anagement **F**ee **(CMF)** | $550 per party (Non-refundable) | The above FF is combined with an initial CMF totaling $1,050, due for all matters and covers up to 2 hearing days. **A per day refundable CMF will be added on day 3 for each additional day beyond 2 days. In Private Judging matters, CMFs are assessed based on the volume of documents filed and orders served, as well as the number of live and telephonic hearings scheduled.** |
| | Refundable Retainer ♦ | Variable | **Refundable retainer** policy is described below and will be an estimated number of hours at your neutral's hourly rate. |
| Upon Scheduling | Hearing Fee* | $590-$3,000* per hour | **Split equally** amongst the parties or per agreement. |

## The FF & CMF may include the following value-added services and amenities:

- A JW Case Management professional to facilitate the selection of a suitable neutral if necessary, assist in finding the right date, time, and venue, provide full disclosure upon agreement, and manage your case needs to conclusion
- Your own client portal to submit documents, make payments, view history, join virtual sessions, and more
- Seamless virtual experience featuring specialists to greet the parties, ensure paying parties receive food credits, and assist with any technical issues
- Neutral conference facility designed with your comfort in mind featuring the latest in innovation and technology, and support from our friendly and responsive staff
- Lunch, plus a variety of complimentary snacks and beverages are available daily, and dinner for hearings scheduled late into the evening
- Our technical help desk is available to assist with any issues before, during, and after the hearings

***Each neutral is an independent contractor who sets his/her own rates that may include hourly/daily minimums, and/or vary based on venue, weekends or subject matter.***
***▲ Cancellation and continuance policies may also vary by neutral therefore please see below for details.***

## *♦ PAYMENT FOR NEUTRAL SERVICES & RETAINER AGREEMENT

Per Cal. Code Civ. Proc. § 1284.3(a)(3), an arbitration fee waiver form for indigent consumer parties is available upon request. The fees for services other than hearing time include but are not limited to, the review of submitted materials, research and deliberation time. A discretionary **Refundable Retainer(s)** will be charged for these anticipated services, plus the possible need for additional hearing time, unless otherwise agreed to. The rate for these services is to be shared on a pro rata basis, unless modified by the mutual consent of the parties, court order or by ruling from the neutral. Parties must advance the estimated hourly/daily fees and the retainer to lock in reserved dates. Only unused time billed as "Retainer" or "Additional Retainer" is refundable. ***JW Neutrals may seek the assistance of a research attorney in complex cases. The parties will be informed if the Neutral wishes to employ a research attorney, and you will be provided with their disclosures. The research attorney's hourly rate is substantially lower than your neutral's and should result in an overall savings to the parties. Their time will be billed to the parties subject to the applicable fee split and in accordance with JW policies.*** PLEASE NOTE: All JW invoices are due and payable upon receipt. **JW reserves the right to withhold service of any rulings or arbitration awards until all fees have been received from all parties. Our agreement to render services is with the attorney or representative of the parties and payment is and remains the responsibility of the recipient and/or their firm or company until received in full.**

## ▲ CANCELLATION, CONTINUANCE & REFUND POLICY

**All continuances/cancellations must be requested in writing and copied to all parties**. If a matter scheduled for **one day or less** is cancelled/continued **14 days** or less from the scheduled hearing date, the hearing fee is non-refundable and due/payable by the party(ies) requesting the action. If a **2-3 day** case is continued/cancelled **30 days** or less from the hearing date, full payment for lost time is non-refundable and due/payable. For hearings scheduled **4 days** or longer, greater than **45 days** notice is required to avoid any risk of fees for lost time. **No fee will be due for any portion of the time filled by JW**. Multiple continuances by the same party outside the applicable 14/30/45 day policy will result in an additional CMF upon rescheduling. Case Management Fees are due upon disclosure &/or scheduling. In the event of a unilateral cancellation, the CMF is still due per party. Refunds will be issued on cases cancelled beyond the applicable 14/30/45 day policy, less the non-refundable FF/CMF and preparation time expended prior to cancellation. **PLEASE NOTE: All unused hearing time is non-refundable**. A minimum of $950 per party of the FF/CMF is **non-refundable** on all cases including all private judging assignments, regardless of cancellation date. The balance of the CMF is due/refundable based on services provided. **JW reserves the right to cancel any hearing where all fees have not been received timely.**