# Arbitration Schedule of Fees and Costs

## U.S. Domestic

**PROFESSIONAL FEES:**

Hourly rate is set by the individual arbitrator(s). Please **contact a JAMS case manager** for more information.

**ADMINISTRATIVE FEES:**

For two-party matters, the Filing Fee is $2,500. For matters involving three or more parties, the filing fee is $4,000. The entire Filing Fee must be paid in full to commence the proceedings. Thereafter, a Case Management Fee of 13% will be assessed against all Professional Fees, including time spent for hearings, pre- and post-hearing reading and research and award preparation. JAMS also charges a $2,500 filing fee for counterclaims.

For matters involving consumers, the consumer is only required to pay $250. See **JAMS Policy on Consumer Arbitrations Pursuant to Pre-Dispute Clauses**. For matters based on a clause or agreement that is required as a condition of employment, the employee is only required to pay $400. See **JAMS Policy on Employment Arbitrations, Minimum Standards of Fairness**.

A refund of $1000 will be issued if the matter is withdrawn within five days of filing. After five days, the filing fee is non-refundable.

If an arbitration is based on a clause or agreement that is required as a condition of employment, or with individual consumers as defined by JAMS Policies on Employment and Consumer bitration, and the company fails to pay its filing or other fees, JAMS may place the matter on administrative suspension and, in such case, will advise the parties in writing of that action so that the employee or consumer may seek appropriate redress in a court of competent jurisdiction.

---

### International Arbitration

For more information about our international fees, please see our **International Arbitration Schedule of Fees and Costs**.

### Arbitration Resources

› What is Arbitration?

- Rules, Clauses, and Procedures
- Discovery Protocols
- Consumer Minimum Standards
- Arbitrators Ethics Guidelines
- Arbitration Forms