# EXHIBIT 1

Carolyn H. Cottrell (SBN 166977)
Ori Edelstein (SBN 268145)
Michelle S. Lim (SBN 315691)
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com
mlim@schneiderwallace.com

Attorneys for Plaintiffs, and the Putative Class and Collective,

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

DAVID CHAVEZ and VINCENT SLAUGHTER, on behalf of themselves and all others similarly situated,

Plaintiff,

vs.

STELLAR MANAGEMENT GROUP VII, LLC; STELLAR MANAGEMENT GROUP, INC. D/B/A QSI QUALITY SERVICE INTEGRITY; THE VINCIT COMPANY, LLC D/B/A THE VINCIT GROUP AND VINCIT ENTERPRISES,

Defendants.

Case No. 3:19-cv-01353-JCS

**NOTICE OF FILING OF CONSENTS TO JOIN COLLECTIVE ACTION**

Filed: March 13, 2019

**NOTICE OF FILING CONSENTS TO JOIN COLLECTIVE ACTION**

Plaintiff David Chavez, individually and on behalf of all persons similarly situated, hereby files the Opt-In Consent Forms for the following Opt-In Plaintiff, submitted herewith as Exhibits 1 through 2, pursuant to the Fair Labor Standards, Act, 29 U.S.C. §§ 201, *et seq*.

**CONSENTS TO JOIN COLLECTIVE ACTION**

| EXHIBIT NUMBER | NAME | OPT-IN NUMBER |
|---|---|---|
| 1 | Vanessa Valenxia | 24 |
| 2 | Tyrell Johnson | 25 |

Date: July 7, 2020

Respectfully submitted,

*/s/ Michelle S. Lim*
Carolyn H. Cottrell
Ori Edelstein
Michelle S. Lim
SCHNEIDER WALLACE
COTTRELL KONECKY, LLP

Attorneys for Plaintiffs, and the Putative Class and Collective

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2020, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

Date: July 7, 2020

Respectfully submitted,

*/s/ Michelle S. Lim*
Carolyn H. Cottrell
Ori Edelstein
Michelle S. Lim
SCHNEIDER WALLACE
COTTRELL KONECKY, LLP

Attorneys for Plaintiffs, and the Putative Class and Collective

Case 5:19-cv-01351-JCK Document 95 Filed 07/17/20 Page 4 of 7 PageID: #181

# EXHIBIT 1

# OPT-IN CONSENT FORM

***David Chavez v. Stellar Management Group VII, LLC; Stellar Management Group, Inc. d/b/a QSI Quality Service Integrity; The Vincit Company, LLC d/b/a The Vincit Group and Vincit Enterprises***
**United States District Court, Northern District of California**

**Complete And Submit To:**

Carolyn Hunt Cottrell, Esq.
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608

Name: Vanessa valenxia (Please Print)

[redacted]

## CONSENT TO JOIN COLLECTIVE ACTION

**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendants' (Stellar Management Group VII, LLC; Stellar Management Group, Inc. d/b/a QSI Quality Service Integrity; and The Vincit Company, LLC d/b/a The Vincit Group and Vincit Enterprises) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked as a/an (**job title**) Sanitatiom for Defendants in (**city, state**) Livingston , ca from approximately on or about (**date**) January ,15,2019 to approximately on or about (**date**) January,8,2020.

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendants in this litigation.

5. I understand that I have a choice to agree to the jurisdiction of a United States magistrate judge. I consent to and agree that a United States magistrate judge may conduct any or all of the proceedings in the above-referenced litigation, and specifically designate that the United States magistrate judge may exercise such jurisdiction under 28 U.S.C. § 636(c).

| 07 / 01 / 2020 (Date Signed) | [signature] (Signature) |
|---|---|

****IMPORTANT NOTE****
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

# EXHIBIT 2

**OPT-IN CONSENT FORM**

***David Chavez v. Stellar Management Group VII, LLC; Stellar Management Group, Inc. d/b/a QSI Quality Service Integrity; The Vincit Company, LLC d/b/a The Vincit Group and Vincit Enterprises***

**United States District Court, Northern District of California**

**Complete And Submit To:**

Carolyn Hunt Cottrell, Esq.
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608

Name: Tyrrell Johnson (Please Print)

[redacted]

**CONSENT TO JOIN COLLECTIVE ACTION**

**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendants' (Stellar Management Group VII, LLC; Stellar Management Group, Inc. d/b/a QSI Quality Service Integrity; and The Vincit Company, LLC d/b/a The Vincit Group and Vincit Enterprises) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked as a/an (**job title**) Sanitation worker for Defendants in (**city, state**) Livingston, ca from approximately on or about (**date**) 11/19 to approximately on or about (**date**) 12/19.

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendants in this litigation.

5. I understand that I have a choice to agree to the jurisdiction of a United States magistrate judge. I consent to and agree that a United States magistrate judge may conduct any or all of the proceedings in the above-referenced litigation, and specifically designate that the United States magistrate judge may exercise such jurisdiction under 28 U.S.C. § 636(c).

| | |
|---|---|
| 07 / 06 / 2020 (Date Signed) | (signature) (Signature) |

****IMPORTANT NOTE****

**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**